AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2006 AUG 22 A 9:31

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:06 CV 748 - MEF

I, __James G. Huffman__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Autauga County Metro Jail__
   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __July 9, 2003 Horton Homes Inc. Highway 80 East Selma, Al 36701 - $700.00 bi-weekly.__

3. In the past 12/twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends            ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☑ No
   d. Disability or workers compensation payments     ☐ Yes   ☑ No
   e. Gifts or inheritances                           ☑ Yes   ☐ No
   f. Any other sources                               ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each

AO 240 Reverse (Rev. 10/03)

I receive a gift from my Uncle Louie and Aunt Ramona Blankenship of $25.00 per month for hygein products, and writing supplies.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. NONE - NO ONE.

I declare under penalty of perjury that the above information is true and correct.

08/17/06    James G. Huffman
Date        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

M/D-6

RECEIVED

2006 AUG 22 A 9:31

DEB[...]
U.S [...]
M.D [...]

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

James G. Huffman

**Plaintiff(s)**

v.

Southern Health Partners, Sheriff Herbie Johnson, Larry Nixon, Doctor Nicholson M.D. et. al.

**Defendant(s)**

2:06cv748 - MEF

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) James G. Huffman moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

James G. Huffman
Plaintiff(s) signature

# Autauga Metro Jail

Receipt # 8076  
User: TONYA

02/03/2006 8:39:23 AM

### 76393 (HUFFMAN, JAMES)

[Birth: 10/29/1953  Location: ASO MALE-D4 401B ]

To Medical From 76393 (HUFFMAN, JAMES)--RX# 6003290-
FLUOCETINE
ON 02-02-06

| Bill Receipt (A/P) | $3.00 |
|---|---|
| Unpaid Balance: | $3.00 |
| Cash Balance: | $18.15 |

Signed:

# Autauga Metro Jail

Receipt # 7946  
User: TONYA

01/31/2006 9:50:44 AM

**76393 (HUFFMAN, JAMES)**

[Birth: 10/29/1953  Location: ASO MALE-D4 401B ]

To Medical From 76393 (HUFFMAN, JAMES)--RX # 6003290  
FLUOCETINE 20  
ON 01-20-06

| | |
|---|---|
| Bill Receipt (A/P) | $3.00 |
| Unpaid Balance: | $3.00 |
| Cash Balance: | $18.15 |

Signed:

# Autauga Metro Jail

Receipt # 7944                                                01/31/2006 9:49:43 AM
User: TONYA

### 76393 (HUFFMAN, JAMES)
[Birth: 10/29/1953  Location: ASO MALE-D4 401B ]

To Medical From 76393 (HUFFMAN, JAMES)--RX # 6003288
LOVASTATIN 40 MG
ON 01-20-06

| | |
|---|---|
| Bill Receipt (A/P) | $3.00 |
| Unpaid Balance: | $3.00 |
| Cash Balance: | $18.15 |

Signed: _____



# Autauga Metro Jail

Receipt # 7983  
User: TONYA

01/31/2006 10:44:27 AM

**76393 (HUFFMAN, JAMES)**

[Birth:          3   Location: ASO MALE-D4 401B  ]

To Medical F         (HUFFMAN, JAMES)--RX # 6001826
AMITRIPTYL
ON 01-23-06

| | |
|---|---:|
| Bill Receipt | $3.00 |
| Unpaid Balance | $3.00 |
| Cash Balance | $18.15 |

Signed: