**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Lt. Larry Nixon
136 North Court Street
Prattville, AL 36067

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): P. McLaughlin
B. Date of Delivery: 9-5-06
C. Signature: X P. McLaughlin
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
PO + cmp
06cv748

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from s): 7005 1820 0002 3461 5169

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Dr. Nicholson
136 North Court Street
Prattville, AL 36067

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): P. McLaughlin
B. Date of Delivery: 9-5-06
C. Signature: X P. McLaughlin
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
PO + cmp
06cv748

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7005 1820 0002 3461 5145

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952