**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Herbie Johnson
Sheriff
136 North Court Street
Prattville, AL 36067

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): P. McLaughlin
B. Date of Delivery: 9-5-06
C. Signature: X P. McLaughlin
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

06 CV 748 PO+cm

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7005 1820 0002 3461 5176

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse

Southern Health Services Partners
136 North Court Street
Prattville, AL 36067

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): P. McLaughlin
B. Date of Delivery: 9-5-06
Signature: P. McLaughlin
   ☐ Agent
   ☐ Addressee

Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06 CV 748 PO+cm

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7005 1820 0002 3461 5152

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952