IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES G. HUFFMAN          *

   Plaintiff,              *

   v.                      *       2:06-CV-748-MEF

SOUTHERN HEALTH SERVICES, *et al.*,  *

   Defendants.             *

**ORDER ON MOTION**

Upon consideration of Defendants Southern Health Services Partners ["SHSP"] and Dr. Nicholson's Motion for Extension of Time wherein they request an additional sixty (60) days in which to file their answer and written report to the complaint, and in light of the court's September 29, 2006 order granting Plaintiff's Motion to Amend Complaint and directing that an answer and special report to the complaint, as amended, be filed within forty (40) days of the date of said order, it is

ORDERED that the motion (Doc. No. 11) is DENIED.

It is further

ORDERED that the deadline imposed by the court's September 29, 2006 order is ENLARGED for Defendants SHSP and Dr. Nicholson by an additional twenty (20) days. Accordingly, Defendants SHSP and Dr. Nicholson's answer and written report to Plaintiff's

complaint, as amended, shall be filed on or before November 27, 2006.

    Done this 3rd day of October 2006.

                                       /s/ Vanzetta Penn McPherson
                                       VANZETTA PENN MCPHERSON
                                       UNITED   STATES   MAGISTRATE   JUDGE