**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Southern Health Services Partners
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  P. McLaughlin
☐ Agent
☐ Addressee

B. Received by (Printed Name): P McLaughlin
C. Date of Delivery: 10-3-06

Address different from item 1?  ☐ Yes
delivery address below:  ☒ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 0331

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article

Herbie Johnson, Sheriff
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  P. McLaughlin
☐ Agent
☐ Addressee

B. Received by (Printed Name): McLaughlin
C. Date of Delivery: 10-3-06

different from item 1?  ☐ Yes
address below:  ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 0355

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540