**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Doctor Nicholson,
M.D. Physician
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X R K Nichols MD
☐ Agent
☐ Addressee

B. Received by (Printed Name)
RK Nichols MD

C. Date of Delivery
10-3-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06 CV 748 and to
amp, order of
9/29/06

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3461 0362

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540