**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Larry Nixon, Lt.
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067

2. Article Number
   (Transfer from service label)   7005 1820 0002 3461 0348

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-...

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  _R. McLaughlin_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   R. McLaughlin                    10-3-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   06CV748
   OXXX 9/29/06  and cmp
                  FCMC

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes