IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| JAMES G. HUFFMAN, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 2:06-CV-748-MEF |
| | *   (WO) |
| | * |
| SOUTHERN HEALTH SERVICES | * |
| PARTNERS, AUTAUGA COUNTY | * |
| METRO JAIL, SHERIFF HERBIE | * |
| JOHNSON, LARRY NIXON AND | * |
| DR. NICHOLSON, M.D. | * |
| | * |
| Defendants. | * |

## ANSWER TO COMPLAINT

COMES NOW the Defendants, AUTAUGA COUNTY METRO JAIL, SHERIFF HERBIE JOHNSON and LARRY NIXON, by and through counsel, and for Answer to Complaint would state and aver as follows:

 I. A. State that he is without information from which to form a belief as to the truth or veracity of said averment, but would otherwise deny same and demand strict proof thereof.

   B. State that he is without information from which to form a belief as to the truth or veracity of said averment, but would otherwise deny same and demand strict proof thereof.

   C. 1. Admits.

     2. Admits.

     3. Admits.

      4.      Admits.

      5.      .State that he is without information from which to form a belief as to the truth or veracity of said averment, but would otherwise deny same and demand strict proof thereof.

      6.      Admits.

      7.      Admits.

II.      Admits.

III.      Admits that Plaintiff files a claim against said Defendants, but would otherwise deny same and demand strict proof thereof.

IV.      Denies and demands strict proof thereof.

V.      Denies and demands strict proof thereof and would further state that the Plaintiff was afforded medical treatment as authorized by a medical provider.

VI.      Denies the remaining allegations of the Complaint and would demand strict proof thereof.

DATED: October 9, 2006

_____
J. ROBERT FAULK (FAU002)
Attorney for Defendants

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5924    Telephone
(334) 365-6016    Facsimile
robert@mcdowellfaulk.com

CERTIFICATE OF SERVICE

    I hereby certify that I have on the 9th day of October, 2006 served a copy of the foregoing on Mr. James G. Huffman by hand delivery to the Autauga County Metro Jail and address as follows:

Mr. James G. Huffman
Autauga County Metro Jail
Autauga County Courthouse
Prattville, AL 36067

_____
J. ROBERT FAULK