**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DISTRICT**

| | | |
|---|---|---|
| JAMES G. HUFFMAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 2:06-CV-748-MEF |
| | * | (WO) |
| | * | |
| SOUTHERN HEALTH SERVICES | * | |
| PARTNERS, AUTAUGA COUNTY | * | |
| METRO JAIL, SHERIFF HERBIE | * | |
| JOHNSON, LARRY NIXON AND | * | |
| DR. NICHOLSON, M.D. | * | |
| | * | |
| Defendants. | * | |

## REPORT BY DEFENDANTS, AUTAUGA COUNTY METRO JAIL, SHERIFF HERBIE JOHNSON and LARRY NIXON TO ABOVE-STYLED ACTION

COMES NOW the Defendants, AUTAUGA COUNTY METRO JAIL, SHERIFF HERBIE

JOHNSON and LARRY NIXON, in the above-styled cause and after a review of the subject matter

of the Complaint provides to this Honorable Court a report as requested by Order dated the 30th day

of August, 2006.

### A. FACTS AND CIRCUMSTANCES

The Plaintiff, JAMES G. HUFFMAN, was incarcerated in the Autauga County Metro Jail

from September 13, 2005 until February 6, 2006 and from April 30, 2006 to the present date.

The Plaintiff's complaint revolves around the following items:

1.  Medical Conditions not being adequately treated through a denial of medication.
2.  Southern Health Partners' failure to provide their corporate address.
3.  Southern Health Partners' failure to provide the name and address of its President and Board of Directors.
4.  Southern Health Partners' failure to provide the names of the nurses employed by them.


SCANNED
LH 10/10/06

See attached statements of Sheriff James Johnson and Deputy Sheriff Larry Nixon attached hereto as Exhibits "A" and "B" and made a part hereof and which provides a summary of the facts and circumstances surrounding this matter.

### B. CORRECTIVE ACTION BY PRISON OFFICIALS

The Autauga County Sheriff's Office does not see a need to take any corrective action since it feels that its present policies and procedures dealing with inmate medical treatment is appropriate. Since the items directly concerning Southern Health Partners do not address any items to the Defendants herein, no further statements will be made concerning same.

### C. OTHER COMPLAINTS

The other complaints known to the Defendants deal with a Complaint pending in this Court by the following individual:

Thomas Andrew Hollis v. Nurse Tina Ellis, et al under Civil Action No. 2:06-CV-814-WKW dealing with medical treatment. This case is in the beginning stages of response.

The allegations in the Complaint appears to be similar enough to warrant consolidation of the claims if this Court so orders.

DATED: October 9, 2006

J. ROBERT FAULK (FAU002)
Attorney for Defendants

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5924        Telephone
(334) 365-6016        Facsimile
robert@mcdowellfaulk.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on the 9th day of October, 2006 served a copy of the foregoing on Mr. James G. Huffman by hand delivery to the Autauga County Metro Jail and address as follows:

Mr. James G. Huffman
Autauga County Metro Jail
Autauga County Courthouse
Prattville, AL 36067

J. ROBERT FAULK

# EXHIBIT A

**EXHIBIT "A"**

STATE OF ALABAMA

COUNTY OF AUTAUGA

**AFFIDAVIT OF SHERIFF JAMES JOHNSON**

BEFORE ME, the undersigned, a Notary Public in and for said County and State personally appeared JAMES JOHNSON, whose name is signed to the Affidavit and who is known to me and who being by me first duly sworn, doth depose and say as follows:

My name is JAMES JOHNSON and I am the Sheriff of Autauga County, Alabama. I have been the Sheriff for fifteen and one-half (15 ½) years.

The purpose of this Affidavit is to provide to this Honorable Court the facts and circumstances surrounding a Complaint filed in this Court by JAMES G. HUFFMAN by Civil Action No. 2:06-CV-748-MEF.

James G. Huffman is currently an inmate in the Autauga County Metro Jail and his dates of incarceration were September 13, 2005 to February 6, 2006 and from April 30, 2006 until the present. He files this Complaint with this Honorable Court alleging inadequate medical treatment by the Autauga Metro Jail, Sheriff James Johnson and Deputy Larry Nixon. He also alleges inadequate medical care against Southern Health Partners and Dr. Kenneth Nicholson (actually Nichols), M.D. Furthermore, he alleges that Southern Health Partners refuses to supply him with requested information concerning their employees and corporate structure.

Since the only complaint against myself and the Autauga County Metro Jail is an allegation concerning inadequate medical treatment, I will address only that item. It is true that the inmate has some health problems which includes a heart condition. As such, I am enclosing copies of Mr. Huffman's medical files which are attached hereto as Composite Exhibit "C" and made a part hereof

and which contain the following records:

1. Order of Commitment.

2. Initial Inmate Assessment

3. Prattville Fire/EMS Report

4. Prescriptive drug records.

5. Progress notes.

6. Refusal of Treatment and Release of Responsibility

7. Medication Administration Records

8. Radiology Report

9. Inmate Sick Call Slips

10. Hospital records from Baptist Health

11. Admission Data/History and Physical Form

Our jail is a narcotic free facility. This means that when an inmate is housed in our jail and was previously on a narcotic prescription, Dr. Kenneth Nichols, jail physician, will substitute a non-narcotic medication for the narcotic mediation. (For example, Plavix is equivalent to ASA which is nearly equivalent to aspirin to prevent blood clots in heart patients.) Apparently, Mr. Huffman is complaining because he is not receiving his "brand name" prescriptions. However, as is evident from the Medication Administration Records attached hereto, Mr. Huffman is receiving substantial amounts of medication as prescribed by Dr. Nichols.

In addition to the above and as further explanation, inmates are provided medical care by Dr. Nichols and administered by Southern Health Partners. They fill out a doctor's slip and the inmate is treated either by a nurse provided by Southern Health Partners or by Dr. Nichols, as the case may be. Dental care is provide by Dr. J. Ronald Roberson under the same conditions as medical care is

provided by Dr. Nichols.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 9th day of October,

2006.

_____
JAMES JOHNSON
Sheriff
Autauga County, Alabama

SWORN TO and SUBSCRIBED before me on this the 9th day of October, 2006.

_____
NOTARY PUBLIC

My Commission Expires:
J. ROBERT FAULK
A Notary Public of Alabama
My Commission Expires August 11, 2007

J. ROBERT FAULK
A Notary Public of Alabama
My Commission Expires August 11, 2007

# EXHIBIT B

**EXHIBIT "B"**

STATE OF ALABAMA

COUNTY OF AUTAUGA

### **AFFIDAVIT OF DEPUTY SHERIFF LARRY NIXON**

BEFORE ME, the undersigned, a Notary Public in and for said County and State personally appeared LARRY NIXON, whose name is signed to this Affidavit and who is known to me and who being by me first duly sworn, doth depose and say as follows:

My name is LARRY NIXON and I am a Deputy Sheriff for Autauga County, Alabama. I have been a Deputy Sheriff for _12_ years. I am also the Chief Jailer for the Autauga County Metro Jail.

I have read the Affidavit of Sheriff Johnson and concur in his report and to the accuracy thereof.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 9th day of October, 2006.

LARRY NIXON
Chief Jail
Autauga County Metro Jail
Autauga County, Alabama

SWORN TO and SUBSCRIBED before me this the 9th day of October, 2006.

NOTARY PUBLIC

My Commission Expires:

J. ROBERT FAULK
A Notary Public of Alabama
My Commission Expires August 11, 2007

EXHIBIT

C

# ORDER OF COMMITMENT/~~RELEASE~~ FORM

### IN THE CIRCUIT COURT OF
### AUTAUGA COUNTY, ALABAMA

**EXHIBIT**

*C*

## TO THE JAILER OF AUTAUGA COUNTY

STATE OF ALABAMA                    v.    James G Huffman
**PLAINTIFF**                                        **DEFENDANT**

CASE NO. CC-05-201    CHARGE  Obt Drugs By Fraud

_____    Sentenced to Penitentiary

__✓__    Sentenced to County Jail   18 yrs DOC, split,
                                                            12 mo AMJ,
                                                                    48 mo sup prob

_____    Released from Jail

_____    Hold in Jail Until Further Notice

_____    Contempt - Defiant to Pay

_____    Weekends in Jail: Report to Jail by _____ a.m./p.m. on _____
                and release at _____ a.m./p.m. on _____

_____    Probation Revoked _____

_____    Other _____
                _____

DATE: _____6/7/06_____

_____
CIRCUIT JUDGE  SIBLEY REYNOLDS

Foregoing Order executed by _____
**JAMES W. JOHNSON**
SHERIFF

BY: _Sgt W J Monteith_____    D.S.

DATE: _06-07-06_____

```
09/13/05                    AUTAUGA COUNTY METRO JAIL                         562
19:33                       Initial Inmate Assessment:               Page:     1

   Booking Number:    33089    Confined - No loc                         Active
       Name Number:   76393    JAMES GRANT HUFFMAN

   Added By:   562                    Modified By:   562
   Added When: 19:30:20 09/13/05    Modified When: 19:33:13 09/13/05
   (See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Assessment Text:

Part One: Answer each question based on your observation of the inmate:

1. Is the inmate disoriented, confused, or unconscious?
n
2. Does the inmate complain of pain?
y chest pains medics was called to this situation

3. Does the inmate have visible trauma or bleeding?
n
4. Are there visible signs of alcohol or drug influence?
n
5. Are there visible signs of withdrawal from alcohol or drugs?
n
6. Is there evidence of swelling, infection, or skin marks?
n
7. Is there evidence of vermin or jaundice?
n
8. Does the inmate carry medications or report being on medications?
yes
9. Is behavior suggestive of assault risk for staff or other inmates?
n
10. Is the inmate's behavior violent or aggressive?
n
11. Do the inmate's wrists have any scars?
n
12. Describe special measures you have taken for this inmate:
called medics to have him checked medics said he was ok see reports

_____
Booking Officer

_____
Supervisor

# Prattville Fire/EMS

| Incident #: | C5 | Type of Call: CIRCLE ONE | | | | State Number | Unit #: | Incident Date: |
|---|---|---|---|---|---|---|---|---|
| | | (ALS 1)   ALS 2   BLS   BLSE   SCT | | | | **348** | R22 | 13 SEPT 2005 |

| Call Location: 136 N COURT ST. | P/U Zone: 32 | Dispatched Chief Complaint: CHEST PAIN | CALL METHOD | Prescheduled Pickup Time: |
|---|---|---|---|---|

| Disposition: CIRCLE ONE | Priority To Scene: CIRCLE ONE | Priority From Scene: CIRCLE ONE | | |
|---|---|---|---|---|
| Transported   Non-Transport Sys   Cancelled | (Emergent)   Non Emergent | Emergent   Non Emergent | X | 911 |

**TIMES**

| | | Patient Info | | |
|---|---|---|---|---|
| Name JAMES HUFFMAN | Age 51 | D.O.B. 10/27/53 | Gender M | Telephone |
| Address 1316 HALL AVE | | S.S. # 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 | Race W | Private |
| City / State / Zip BESSEMER, AL 35020 | | Phone (705) 428-3847 | | Police Department |

| Call Rec'd | |
| Dispatched | |
| Enroute | |
| Location / On Scene | |
| Transport Destination / | |
| Hospital | |
| In Service | |

Sheriff Office
State Trooper

**Mileage**

CHIEF COMPLAINT
CHEST PAIN

| Current Medications | |
|---|---|
| ☐ Brought With Patient   ☐ None   PLAVIX, ZOCOR, XANAX, DEZARIL, PERCOCET | Miles To Scene   01 |
| ☐ List Attached   ☐ Unknown | |
| Allergies ☐ Known ☒ Unknown   NKDA | Miles From Scene |

**Medical History**

| None | Allergies | Asthma | X Cardiac | COPD | Diabetes | HTN | Resp. Fail | Other |
|---|---|---|---|---|---|---|---|---|
| Unknown | X AMS / Behav | Cancer | CHF | CVA | Drug / Alch | Renal Fail | Seizure | Other |

| AVPU Scale | Speech | Skin | Color | Respirations | Pulse | Pupils |
|---|---|---|---|---|---|---|
| X Alert | X Coherent | X Normal | X Normal | X Normal | X Normal | X P.E.A.R.L. |
| Voice | Incoherent | Moist | Cyanotic | Crowing | Rapid | Dialated   L / R |
| Pain | Hysterical | Dry | Pale | Distressed | Slow | Fixed   L / R |
| Unresponsive | Slurred | Hot | Flushed | Irregular | Regular | Unequal   L / R |
| Combative | Silent | Cool | Ashen | Absent   L / R | Irregular | Pinpoint   L / R |
| Deceased | Abusive | Other | Jaundice | Other | Weak, Thready | Sluggish   L / R |
| Other | Other | | Other | | Absent | Blind   L / R |

| TIME | BLOOD PRESSURE | | PULSE | RESP | SAO2 | Procedure | Medication / IV Solution | Route | Dosage / Rate | Medic 1/2/3/4 | Notes / Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Systolic | Diastolic | | | | | | | | | |
| 1530 | 137 | 85 | 88 | 24 | 99% | PA | CARDIAC MONITOR | NSR | | 2 | |

**Narrative**

DISPATCHED FOR CHEST PAIN @ METRO JAIL. 51 Y/O WM C HX OF CARDIAC, C/O
CHEST PAIN. V/S & HX ASSESSED AS ABOVE → PT ALSO STATES HX OF
ANXIETY & TAKES SEVERAL MEDS. CK's NSR. PT DOES NOT APPEAR SYMPTOMATIC
V/S & EKG WITHIN NORMAL LIMITS. ADVISED A.S.O. TO HAVE PT. PCST & BE
SEEN BY A PHYSICIAN IF SO DEEMED NECESSARY. R22 RTS.

| Person Receiving Patient | Date | Patient Disposition | Destination Chosen By: |
|---|---|---|---|
| x | | ☐ P.O.V.   Destination: | |
| x | | ☐ Refused | Crew Member 1:   Number |
| Authorizing Physician | Date | ☐ Ambulance / E   Patient Outcome | |
| | | ☐ Ambulance / non E   ☐ Improved | Crew Member 2:   Number |
| Medical Control # | | ☐ Hearse / DFS   ☐ No Change | |
| | | ☐ Other   ☐ Deteriorated | |
| | | ☐ None | Crew Member 3:   Number |

I HAVE RECEIVED A COPY OF THIS AGENCIES PRIVACY POLICY

Signature *James G. Huffman*   Date

THIS IS TO CERTIFY THAT I AM REFUSING TREATMENT/TRANSPORT AND HAVE BEEN INFORMED THE RISKS OF DOING SO.

Patient *James Huffman*   Date   Witness   Date   Laser Copy 06/04

# HIPAA Privacy Policy Notice

THIS NOTICE DESCRIBES OUR PRIVACY POLICY, DESCRIBES YOUR RIGHTS, AND DESCRIBES HOW YOUR HEALTH INFORMATION MAY BE USED AND DISCLOSED TO OTHERS.  PLEASE REVIEW IF CAREFULLY.  YOUR HEALTH AND YOUR PRIVACY ARE OUR CONCERNS.

**Prattville Fire & Ambulance** wished to inform you of your rights regarding your private health care information.  You have the right to review our Privacy Policy prior to signing the consent.  By signing our consent, you acknowledge that your have had the opportunity to review our Privacy Policy.  In the event that our policy changes and you want a revised copy, please contact us at 102 West Main Street, Prattville, AL 36067.

You also have the right to request that we restrict the method in which we use or disclose your health information for purposes of treatment, payment, or other health care operations.  We have the right to refuse to comply with your request.

By signing the consent, you expressly acknowledge our use and disclosure of your health information for purposes of treatment, payment, or other health care operations.  This notice will not expire and will apply to services provided to you from this day forward.

We will keep and record information about your medical condition.  We may use this information or disclose this information to others as follows:

We may use or disclose your health information in order to **treat** you.  For example, we may advise the health care provider which we are transporting you to of your medical condition, including your vital signs and medication we have administered to you.  We may also disclose your condition to family or care-givers who are involved in your medical care.

We may use or disclose your health information in order to **receive payment** for the services we provide to you.  For example, we may disclose your condition in order for your insurance company to understand why you received treatment so that they will pay your claim.  We may also disclose your information to our billing department/ billing company/ attorney in order to seek payment for the services we provide to you.

We may use or disclose your health information for our **operations**.  For example, we may review your information in order to evaluate your treatment and our services in order to insure that our care for you and in the future is the best that it can be.  We may use your health information to contact you in the future.  We may also disclose your information as required by law.

| | |
|---|---|
| **SOUTHERN HEALTH PARTNERS** | **Inmate Name:** Huffman, James |
| | **D.O.B. or I.D. #:** 10/29/53 |
| Start at top and write subsequent orders below | **Allergies:** Codeine |

| Date of physician's order: | |
|---|---|
| 5/25/06 | Zantac 150mg po bid x 10 days. ~~NJS~~ |
| 5/26/06 | Keflex 500mg II BID x 7days per tx protocol - MDorha ~~NJS~~ |
| 6/24/06 | Zantac 150mg BID vo Dr. per tx protocol — J. Ella, NP ~~NJS~~ |
| 6/29/06 | medrol dose pk. Þ dose pk. is gone give Ibuprofen 1200mg bid x 7 days Robaxin 750mg II bid x 7 days. ~~NJS~~ |
| Date of physician's order: | |
| Date of physician's order: | |

# PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|

10/29/06

Got pushed down the stairs yesterday.
Fell from the top to the bottom.
Has pain in his lower back on the
left. Goes down back of ® thigh.

PE:/  ® tender c spasm left lumbar
      area.

A: Back pain.

Plan → medical dose. pk, Then Motrin 1200
                     both bid x 7 days
              Robaxin 750. 2 bid x 7 days.

Doctor's Signature: _____

| NAME–Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|

Southern Health Partners, L.                                        Confidential

# Refusal of Treatment
## and
## Release of Responsibility

Inmate's Name: __James    Huffman__

Date of Birth: __10-29-53__    Social Security No.: __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__

Date: __9-2-06__    Time: __5:00__    a.m. (p.m)

This is to certify that I, __James    Huffman__
(Print Inmate's Name)
currently in custody at the __Autauga Co. Metro Jail__
(Print Facility's Name)

I have been told about the risks of refusing treatment for my current medical condition and acknowledge that I understand all medical information, current diagnosis, and future procedures that have been explained to me.

I am refusing any and all medical procedures and/or treatments of my current medical condition. If I decide to obtain medical treatment regarding my current condition, I will notify the medical staff immediately. I understand the limitations of treatment that may have been based on my refusal of prior treatment.

Therefore, I release Southern Health Partners, Inc., its staff, the facility and its staff and administrator(s) from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my refusing treatment as prescribed by the medical staff of the facility and/or outside consultation services.

_I am refusing from this date on 09/02/06_

X __James Huffman__    __JE MTA__
Signature of Inmate    Signature of SHP Medical Representative

Witness    _____    __9-2-06__
                                    Date

cc:    Confidential Medical File
       Jail Administrator

_Inmate has requested we stop all of his meds_
_except Vistaril, Elavil, Aspirin because he_
_is unable to pay for all of it.    JE, MTA_

3712 Ringgold Road, #364
Chattanooga, TN 37412
423-553-5635 Phone
423-553-5645 Fax

# PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|
| | JAMES HUFFMAN |
| 9/21/06 | Has lower back pain about every day. Worse standing up. Goes into a spasm when he picks up something off the floor. Goes in to left hip. Had one back operation by Bradley, - This was in Sept 2001. He is refusing his meds. He says they cost too much. When he went from Chilton Co. to Alabaster he ended up in Shelby Co Medical + says he had a heart attack. Is still on his ASA, clar'l + vistoril - doing O.K. ē that. |
| | PE =/     BP 148/92 |
| | lungs- clear- |
| | cv- RRR s̄ c̄ gog- |
| | M/S - ⊕ tender over lumbar spine |
| A: | DDD back |
| | ASCVD |
| Plan | → Ibuprofen 800 bid x 10 days @ a time prn. |
| | Flexeril 10 mg bid x 5 days |
| | Stay on lovastatin + vistoril - |

Doctor's Signature: _____

| NAME–Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|

# Physician's Orders

Southern Health Partner's, Inc

| Inmate Name: _Haffman, James_ | Facility: |
|---|---|
| SS#: | _Autauga_ |
| DOB: _10-29-53_ | County |
| Allergies: _NKA_ | Jail |

| Date: 9/21/06 | Date: |
|---|---|
| Ibuprofen 800 b | id x 10 days prn, |
| Flexeril 10mg | bid x 5 days |
| persantine ? | |
| M.D. Sig: | M.D. Sig: |
| Date: Lovastatin 40 | Date: mg daily |
| Vasotec 20mg | bid. |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| M.D. Sig: | M.D. Sig: |

*Southern Health Partners*

# MASTER PROBLEM LIST

For Use with Chronic Condition Patients.  Chronic Conditions are classified as (but not limited to): Diabetes (IDDM/NIDDM), Hypertension, Pregnancy, HIV/AIDS, Asthma, Seizures, Diagnosed Mental Illness, CHF, Hepatitis.

Patient's Name (Last/First/Middle): _Huffman, James._

ID#: _33089_    DOB: _10/29/53_ Sex: _M_  Intake Date/s: _____

| Date Problem Identified/Dx | Chronic Condition | M.D. Comments | Date Of Initial M.D. Eval | M.D. Initials |
|---|---|---|---|---|
| 11/1/05 | H T N. | | | N |
| 11/1/05 | Depression | | | N |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

H & P Date: _1/3/06_    Allergies: _NKA_
PPD Test Date: _1/3/06_    PPD Results Date: _1/5/06_    PPD Results: _-0-_ mm

Facility Name: _Autauga Co Jail_

Revised: 02/18/04 J.C.

# MEDICATION ADMINISTRATION RECORD

Pg 282

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lovastatin 40 mg q. am ordered 9/21/06 | 600m | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Vasotec 20 mg BID ordered 9/21/06 | 600m | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | 6pm | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

REORDER FROM INTEGRAL SOLUTIONS GROUP 1-800-235-0767   FORM A-55   STOCK #506423

**STARTING FOR:** 9-21-06    **THROUGH** 9-31-06

Physician: Nichols

Physician:

Allergies: NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

RESIDENT: Huffman James    D.O.B. 10/29/53    Sex m    Room # 6700    Patient Code    Admission Date

# MEDICATION ADMINISTRATION RECORD

Pg. 102

AUTAUGA COUNTY JAIL
HUFFMAN, JAMES
REPORT DATE : 09/06

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOVASTATIN 40 MG TABLET 05/08/07 MEVACOR 40 MG TABLET TAKE 1 TABLET ONCE DAILY D/C error | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENALAPRIL MALEATE 20 MG T 05/15/07 VASOTEC 20 MG TABLET TAKE 1 TABLET TWICE DAILY D/C error | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 25 MG CAP 05/03/07 VISTARIL 25 MG CAPSULE TAKE 1 CAPSULE TWICE DAILY cont. | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLUOXETINE 20 MG CAPSULE 05/08/07 PROZAC 20 MG PULVULE TAKE 2 CAPSULES IN THE EVENING D/C error | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AMITRIPTYLINE HCL 100 MG 05/03/07 ELAVIL 100 MG TABLET TAKE 1 TABLET IN THE EVENING cont. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA 325 mg. + BID cont | 6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150 mg. BID DC | 6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 800 mg. BID x 10 days PRN 9/21/06 | 6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexeril 10 mg. BID x 5 days Ordered 9/21/06 | 6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| CHARTING FOR | 09/01/06 | THROUGH | 09/30/06 | | PAGE | 1 OF | 1 | |
|---|---|---|---|---|---|---|---|---|
| Physician | NICHOLS, KEN | | | Telephone No. | | | | Medical Record No. |
| Alt. Physician | NICHOLS, KEN | | | Alt. Telephone | | | | |
| Allergies | NKA | | | Rehabilitative Potential | | | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

| RESIDENT | D.O.B. | Sex | Room | Patient Code | Admission Date |
|---|---|---|---|---|---|
| HUFFMAN, JAMES | 10/29/1953 | M | | HUFFJAME | 00/00/00 |

# SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| | | | |
|---|---|---|---|
| DATE | LAST NAME | FIRST NAME | MI |
| 7/5/2006 | HUFFMAN | JAMES | |
| D.O.B. | SEX | FACILITY | |
| | | SHP-AUTAUGA CO JAIL | |
| ORDERING PHYSICIAN | | X-RAY NO. | |
| NICHOLS | | | |

**LEFT ANKLE, TWO VIEWS, 07/05/06**: Anterior tibial and dorsalis pedis artery calcifications are present. No fracture, dislocation or any significant bony abnormality identified.


## *DICTATED BUT NOT REVIEWED*


_____

Randall Finley, M.D./pag


tt:    7/5/2006 1:53:24 PM
td:    7/5/2006 1:41:33 PM

ALABAMA / MISSISSIPPI
1-800-845-8183

# SO~THERN RADIOLOGY SERVICES, LLC

**PLEASE PRINT**

Please Indicate Patient Status:

_____ Bill Facility (Medicare Part A Skilled)
_____ Bill Insurance (3rd Party Non-Skilled)
_____ Hospice
_____ Employee

PATIENT: Huffman June

DOB: 10/28/53   SEX: (M)  F   ROOM #: _____  CODE

FACILITY: Autauga Metro

PHONE: 334-358-3799  FAX: 334-358-1327

SS#: 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   CODE

MEDICARE #: _____  CODE

MEDICAID #: _____  CODE

INSURANCE: _____  CODE

INSURANCE #: _____   PRE CERTIFICATION #

**RESPONSIBLE PARTY INFORMATION**
(MUST BE COMPLETED FOR ALL PATIENTS)

NAME: _____  PHONE: (   )

ADDRESS: _____

CITY: _____  STATE: _____  ZIP: _____

PATIENT SIGNATURE: _____

Patient's or Authorized Person's Signature. I authorized the release of any medical or other information necessary to process this claim. I request payment of government/insurance benefits be made to the provider performing services.

☐ Patient Unable to Sign

**EXAMS REQUESTED: Please Mark Each Clearly**

**X-RAY EXAMS**

| | | | | | |
|---|---|---|---|---|---|
| 74000 | Abdomen, 1 View | | 73520 | Hip, Min 2 Views w/Pelvis    L  R |
| ✓ 73600 | Ankle, 2 Views (AP 7 LAT)   L  R | | 73510 | Hip, Comp Min 2 Views    L  R |
| 73610 | Ankle, Comp Min 3 Views   L  R | | 73060 | Humerus, Min 2 Views    L  R |
| 73650 | Calcaneus (Heel), 2 Views   L  R | | 73560 | Knee, 2 Views    L  R |
| 71010 | Chest, 1 View (AP) | | 73562 | Knee, 3 Views (inc OBLQ)    L  R |
| | | | 70160 | Nasal Bones, Comp Min 3 Views |
| 71111 | Chest With Ribs, 4 Views | | 72170 | Pelvis, 1 Views |
| 73000 | Clavicle, Complete    L  R | | 71100 | Ribs, 2 Views    L  R |
| 73070 | Elbow, 2 Views    L  R | | 72220 | Sacrum/Coccyx, Min 2 Views |
| 73080 | Elbow, Comp 3 Views    L  R | | 73030 | Shoulder, Min 2 Views    L  R |
| 73550 | Femur, 2 Views    L  R | | 70210 | Sinuses, Less Than 3 Views |
| 73620 | Foot, 2 Views    L  R | | | |
| 73630 | Foot, Comp Min 3 Views    L  R | | 70250 | Skull, Less Than 4 Views |
| 73090 | Forearm, 2 Views    L  R | | 72040 | Spine, Cervical 2 Views |
| 73120 | Hand, 2 Views    L  R | | 72100 | Spine, Lumbosacral 2 Views |
| 73130 | Hand, Min 3 Views    L  R | | 72070 | Spine, Thoracic 2 Views |

| | | |
|---|---|---|
| 73590 | Tibia/Fibula, 2 Views    L  R |
| 73100 | Wrist, 2 Views    L  R |
| 73110 | Wrist, Min 3 Views    L  R |
| | OTHER |
| | OTHER EXAMS    L  R |
| | |
| 93000 | EKG    Pacemaker:  Y  N |
| 95819 | EEG |

**DIAGNOSIS/SYMPTOM(S):   Please Mark ALL that apply**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 787.3 | Abdomen Distention (Flatulence) | | 496 | COPD, Chronic Obstructive Pulm. Dis. | | 560.9 | Obstruction, Intestinal |
| 787.5 | Abnormal Bowel Sounds | | 786.2 | Coughing | | ✓ | Pain in |
| 413.0 | Angina | | | Dislocation of _____ | | 485 | Pneumonia, Confirmed |
| | Arthritis of _____ | | 780.4 | Dizziness | | 514 | Pneumonia, Probable |
| 429.2 | ASCVD, Arteriosclerotic cardiovas. Dis. | | 787.2 | Dysphagia (Difficulty Swallowing | | 795.5 | Positive Mantoux, PPD |
| 427.31 | Atrial Fibrillation | | 782.3 | Edema (Swelling) | | 518.4 | Pulmonary Edema, NOS |
| 507.0 | Aspiration | | 492.0 | Emphysema | | 515 | Pulmonary Fibrosis |
| 427.89 | Bradycardia | | 780.6 | Febrile (Feverish) | | 786.7 | Rales in Chest |
| | Bruise of _____ | | | Possible Fracture of _____ | | 786.09 | Shortness of Breath |
| 466.0 | Bronchitis, NOS | | 560.39 | Impaction | | 780.2 | Syncope & Collapse |
| | Carcinoma of _____ | | 518.3 | Infiltrate, Lung | | 785.0 | Tachycardia |
| 429.3 | Cardiomegaly | | 410.92 | Myocardial Infarction | | 011.90 | Tuberculosis |
| 786.50 | Chest Pain, Unspecified | | 787.01 | Nausea and Vomiting | | 519.8 | URI (Chronic) |
| 514 | Congestion, Chest | | | | | | |
| 428.0 | Congestive Heart Failure | | | | | | OTHER |

PHYSICIAN'S SIGNATURE: _____

Because of physical psychological and/or age limitations, this patient would find it difficult to receive this/these procedure(s) at a fixed site. I certify that this/these procedure(s) is/are medically necessary for the proper treatment of this patient.

RADIOLOGIST: _____

PRELIMINARY REPORT:

NURSE'S SIGNATURE: J. Ellis, MTA

ORDERING PHYSICIAN: V. Nichols    CODE

PHONE #: (   )

FAX: (   )

X-RAY #: _____   TECH: _____

DATE: 7/5/06    #VIEWS: _____

ARRIVE TIME: 930 A   Q0092 #: _____

DEPART TIME: 955 A   # PTS SEEN _____

AM



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 08/29/06  Pod/Location: 6 Pod   Cell: 601   ID# _____

Inmate's Full Name: JAMES G. HUFFMAN

Complaint/Problem: Please drop all my medications & except my aspirin, elavil and listeril (sp) due to the fact I can't afford to pay for it because of the $102.00 debt ✻

How long have you had this problem? _____

Inmate's Signature: James G. Huffman     Date: August 28, 2006

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp _____  Resp _____  Pulse _____  B/P _____

Instructions/Assessment: Document your findings, Inmate's responses/actions _____

_____

_____

_____

_____

_____

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: _____    Seen by: _____

*Place original form in patient's medical record.*

✻ that occurred due to a mix-up in the medication listing & ordered meds not having been sent to

*3rd sick call request about ankle*
*07/04/06*

 **SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: **07/04/06** Pod Location: **5**     Cell **507**     ID # **76363**

Inmate's Full Name: **JAMES G. HUFFMAN**

Complaint/Problem: My ankle on the left leg is swollen and I can not put Weight on it because of the severe pain. It needs to be Xrayed. Also my back is hurting real badly since I was pushed down the stairs in 3 pod by Robert Millwood.

How long have you had this problem? Since June 26, 2006 when pushed down stairs in 3 pod

Inmate's Signature: *James G. Huffman*     Date: **06/07/06**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:     Temp_____     Resp_____     Pulse_____     B/P_____

*ordered X-ray + already on IBU*

Instructions/Assessment: Document your findings, inmate's responses/actions _____

_____

_____

_____

_____

Received Orders – thru Treatment Protocols; via telephone order; via verbal order

Follow-Up Required? If checked, date to be seen again_____

Chronic Condition

Inmate to be charged through medical co-pay for this visit

To be Seen by Medical_____     Seen by_____

*File original form in patient's medical record.*



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 06/28/06    Pod/Location: 6 pod    Cell: floor    ID#

Inmate's Full Name: James Grant Huffman

Complaint/Problem: I am experiencing severe pain in my back, neck and hip from the injuries I received when I was pushed down the stairs in 3 pod when I was assaulted by another inmate on June 26, 2006

How long have you had this problem? since I was assaulted on 06/26/06

Inmate's Signature:_____    Date:_____

* * * * * * * *  * * * * * * *  * * * * * * *  * * * * * * *  * * * * * * *  * * * * * * *  * * * * * * *

# TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____    Resp_____    Pulse_____    B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions_____

_____

_____ M.D. _____

_____

_____

Received Orders -- thru Treatment Protocols; via telephone order; via verbal order

Follow-Up Required? If checked, date to be seen again_____

Chronic Condition

Inmate to be charged through medical co-pay for this visit

Seen by Medical:_____    Seen by:_____

*original form in patient's medical record.*



✝**shelby**
baptist medical center

Hunt Smith
663-5775

DEA NO. _____  ALA. CSC NO. _____  Rx NO. _____

PATIENT ___James Huff___  DATE 4/26/06

ADDRESS _____  AGE _____

REFILL
(0) X
1
2
3
4
5
6
PRN

1) Plavix 75g ī po q d # 30

2) Monopril 20g ī po q d # 30

3) Zocor 40g c po. q hs # 30

∅ Refill

LABEL BY NAME AND STRENGTH

_____ M.D.

_____ M.D.

Product Selection Permitted          Dispense As Written

Jeff Dippelt PA-409 / Dr McBryn

SM-91-5067 # A01078 REV. 2/02/05

# PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|

5/11/06

Back in jail since 4/30.
Had a heart cath in Alaska on 4/23 & D/C'd on
4/27 had PTCA & a stent.

Has had a lot of pain in left groin & testicle
swollen a little. When he got off the bus in
Jetty ~ 4/29 he passed out & had to have
bleeding stopped at Jackson in surgery —
? got some blood. Pt still sore in groin.

PE :/

The great ing. bruise           plavix 75
on left vs. hematoma vs           acuplex 120
aneurysm in inguinal canal.       zocor 40

A: ASCVD
HTN
Pl cay → same Rx.

5/25/06   Still pretty sore in left inguinal
area.   Also has occas fullness in upp abdom

PE :/   ⊕ tender epigastrum
⊕ tender over left inguinal
area.  No bruit felt.

A: AScVD
Gastritis

Pl cay → zantac 150 bid X 10 d.

Doctor's Signature: _____

| SOUTH | 286-2843 |
| EAST | 244-8448 |
| PRATTVILLE | 361-4239 |

F0615000782  HUFFMAN, JAMES G
DOB: 10/29/53  Age:52Y  MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN, JOEL C

**ptist**
LTH

# ER PRESCRIPTION & DISCHARGE INSTRUCTIONS
Page 1 of 3

PRESCRIPTION FORM

| Weight | Phone | Allergies | Tetracycline | | Location SOUTH |

| **MEDICINES PRESCRIBED** | If non, check this box: ☐ | **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.** |

| Name/Strength; | | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1. | Paxil #30 | 1 po daily | | ☐ | |
| 2. | | | | ☐ | |
| 3. | | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

| | | | | | |
|---|---|---|---|---|---|
| **Dante DeJesus** DEA - BD 9322063 AL 26777 | **Joel Sullivan** DEA - AS2020066 ARN - 10094 | **Ronald A. Shaw** DEA - BR2471326 AL - 6388 | **Julio Enrico Rios** DEA - BR2471326 ARN - 21678 | **Wallace Falero** DEA - AF1692119 AL - 9405 | **James M. Bradwell** DEA - BB6422086 AL - 22767 |
| **David G. Alexander** DO - 657 AA3259226 | **John Moorehouse** DEA - AM6869119 ARN - 7151 | **Jessie Austin** DEA - AD8394075 ARN - 8595 | **Julian Mahaganasan** DEA - BM7657121 AL 24516 | **George Smith** DEA AS2179706 AL 11413 | **James Thomas** DEA - BT3642938 DO 374 |
| **Victoria L. Beckman** DEA - BB6253885 AL - 22440 | **Carlos Gutierrez** DEA - BG6616203 AL 24653 | **Joshua Kotbuc** DEA - BK6920724 AL 28945 | **James Matic** DEA BM3360536 AL 17681 | **David Hines** DEA BH2531160 AL 22703 | |

LABEL ALL PRESCRIPTIONS
No Refills _____    Product Selection Permitted    M.D./D.O. _____    Dispense as Written    M.D./D.O. _____



F0615000782  HUFFMAN,JAMES G
DOB: 10/29/53  Age:52Y  MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN,JOEL C



**Baptist**
**HEALTH**

## ER PRESCRIPTION &
## DISCHARGE INSTRUCTIONS
Page 3 of 3

DISCHARGE INSTRUCTIONS - MEDICAL CHART

| Weight | Phone | Allergies | | Location SOUTH |
|---|---|---|---|---|

| MEDICINES PRESCRIBED | If non, check this box: ☐ | VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND |
|---|---|---|

| Name/Strength; | | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1. | | | | ☐ | |
| 2. | | | | ☐ | |
| 3. | | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

**INSTRUCTIONS SHEET(S) GIVEN**

☐ Asthma ☐ Crutches ☐ Head Injury ☐ Threatened Ab
☐ Back Pain ☐ Fever ☐ Otitis Media ☐ Vomiting / Diarrhea
☐ Cast/ Splint Care ☐ Fracture ☐ Sprains / Bruises ☐ Wound Care
☐ ST ☐ Other(s)

Return for signs of infection
Increased Redness
Increased Swelling
Increased Drainage
Increased Heat

Additional Instructions:

Referred to:
☐ Dr.
Phone:
☐ Call on next business day for follow-up appointment
in _____ days / weeks   ☐ Next available

☐ Return to Emergency Dept in _____ hours / days for recheck.
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed  ☐ Instructions Modified_____
☐ Education provided on new Medication

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I many have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _James G Huffman_   ☐ Patient ☐ Relative ☐ Other   Time Released: >  _____ HRS

| INSTRUCTED BY: | PHYSICIAN: |
|---|---|

**WORK/SCHOOL STATEMENT from the Emergency Department**

| PATIENT | DATE |
|---|---|

☐ Patient was seen by Dr._____
☐ No athletics / physical education: _____ days
☐ May return to work/school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for _____ days*
Restrictions:_____
_____
☐ _____ was here with relative/child.
☐ Other_____

Time off from school or work longer than three days should be approved by a Personal or Company/Occupational Medicine Physician, unless otherwise stated.

**ER 160**

FORM # ER 16008  REV. 03/07/06



SOUTHERN
HEALTH
PARTNERS
Corporate Office: 3712 Ringgold Rd., #364, Chattanooga TN 37412  Phone: (423) 553-5635  Fax: (423) 553-5645

## PATIENT REFERRAL INFORMATION FORM

This patient is currently incarcerated at the jail facility listed below.  Patient has been referred to your ER/facility in regarding to his symptoms/conditions listed below.  All subsequent tests, procedures, and outpatient services other than requested service must be communicated and approved by the medical contact person at the jail facility to ensure justification.  Failure to notify the medical contact person may result in reduced benefits and/or possible denial of payment.  If hospital admission is necessary, please communicate any and all medical information as well as an estimated length of stay to our Utilization Review Department at our corporate office (423) 553-5635.  Certification, justification, and/or treatment plan of continued services must be obtained to guarantee payment of the claim.    Please note we have a NO NARCOTIC policy at the jail due to the uncontrolled access to medications within the facility.  Please refer to our site medical staff for formulary adherence.
Thank you for your cooperation in this matter.

*TO BE COMPLETED BY THE MEDICAL STAFF AT THE JAIL/PRISON:*

DATE: 5/30/06    PATIENT'S NAME (LAST/FIRST): Huffman , James

HOUSING FACILITY/SITE: Autauga Metro Jail

D.O.B.: 10-29-53    SEX: (M) F    S.S.#: 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    I.D.#: 33089

SITE PHYSICIAN: K. Nichols    SITE MEDICAL CONTACT (RN/LPN): Lina Ellis, MTA

SITE MEDICAL UNIT PHONE #: 334-358-3729    SITE MEDICAL UNIT FAX #: 334-358-4827

REASON FOR REFERRAL:  *(INCLUDE HX OF ILLNESS/INJURY, PRESENT AND PAST TREATMENT WITH PATIENT RESULTS, LAB AND/OR X-RAY RESULTS, FINDINGS FROM PHYSICAL EXAM, PATIENT LIMITATIONS, ETC.):*

Severe Chest pain

SERVICE REQUESTED: Eval.

---

*TO BE COMPLETED BY THE REFERRAL STAFF AND RETURNED WITH INMATE BACK TO THE FACILITY:*

FINDINGS: Normal EKG + labs

PLANNED TREATMENT: Return to jail — Ret Fm proll. — Needs to follow up with Fam 2

ER/HOSPITAL PHYSICIAN ORDERS:

ER/HOSPITAL CONTACT (INCLUDE PHONE NUMBER): BMC Prattville    361-4234

NOTE(S): 

Joel Sullivan, MD
AL10094
DEA AS2020000

*PLEASE RETURN THIS FORM WITH THE CORRECTIONAL STAFF UPON DISCHARGE OF THE PATIENT OR FAX DIRECTLY TO THE SITE FAX NO. NOTED ABOVE.  IF INPATIENT HOSPITALIZATION IS REQUIRED, MEDICAL STAFF MUST BE NOTIFIED IMMEDIATELY.  THANK YOU.*

*Authorization for payment of service is only guaranteed during the time of actual confinement of the inmate under the custody of the above listed jail/prison and under the terms of our County contract..*
Form 12/03

☐ SOUTH        286-2843
☐ EAST          244-8448
☐ PRATTVILLE  361-4239



**Baptist Heal[th]**
**Emergenc[y]**



B0611900267    HUFFMAN,JAMES G
DOB: 10/29/53   Age:52Y  MR #:319167
Admit Date/Time: 04/29/06        1755P
915 FALERO,WALLACE G

PRESCRIPTION FORM

| Weight | Phone | Allergies | | Location **South** |
|--------|-------|-----------|--|--------|

| **MEDICINES PRESCRIBED** | If non, check this box: ☐ | **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.** | | |
|---|---|---|---|---|
| Name/Strength | | Number | Schedule / Duration | No Refills | Refills |
| 1. | | | | ☐ | |
| 2. Ultram ___ | #30 | T-TT pog 4L prn pain | | ☒ | |
| 3. Phizy ___ | #10 | T pog 6L p ___ | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

| Emilio Belaval | Joel Sullivan | Ronald A. Shaw | Julio Enrico Rios | Wallace Falero | James M. Bradwell |
|---|---|---|---|---|---|
| AL- 22654 | DEA- AS2020066 | AL - 6388 | ARN - 21679 | AL - 9405 | DEA - BB8422086 |
| DEA- BB5295248 | ARN - 10094 | DEA - AS5646813 | DEA- BR2471326 | DEA - AF1692119 | AL - 22787 |
| David G. Alexander | John Moorehouse | Jessie Austin | Tom Decaro | Henry Kurusz III | |
| DO - 657 | DEA- AM6869113 | DEA - AA8394075 | DEA - AD2628355 | DEA- AK2572116 | DAVID A HINES |
| AA3259226 | ARN- 7151 | ARN - 8595 | ARN - 11369 | AL - 22198 | QH2571160 |
| Victoria L. Beckman | Steven G. O'Mera | Brad Frisbie | Thomas Arnold | Paul Tanaka | 22703 |
| DEA- BB6255389 | DEA - BO1736074 | DEA - BF2524583 | DEA - AA9548655 | ARN - 7153 | |
| AL - 22440 | DO - 713 | ARN - 15396 | ARN - 16275 | DEA - 8922-898 | |

Label all prescriptions _____          M.D./D.O. _____          M.D./D.O.
No refills          **Product Selection Permitted**          Dispense as Written

BSB-0082 (06/02)

| SOUTHERN HEALTH PARTNERS | Inmate Name: Huffman, James |
|---|---|
| | D.O.B. or I.D. #: 10/29/53 |
| Start at top and write subsequent orders below | Allergies: NKDA |

| Date of physician's order: | |
|---|---|
| 11/8/05 | D/C Paxil (Paroxetine) 40mg Q P.M. when current medication gone. Then Start Fluoxetine 20mg ii tabs Q.P.M. per V.O. Dr. Nichols / J. Cook GP<br>Noted & Coop 11/8/05 10/1 |
| 11/9/05 | DC Plavix 75mg<br>ASA 325mg po bid.<br>VO Dr Nichols / B Cox |
| 5/2/06 | Continue Meds as taken:<br>Mevacor 40mg i po daily<br>Vasotec 20mg i po bid<br>Vistaril 25mg i po bid<br>Prozac 20mg ii po q pm. |
| | Elavil 100mg i po q pm.<br>ASA 325mg i po bid.<br>VO Dr Nichols / B Cox |
| 5-5-06 | Tylenol 325mg i po bid x 7 days<br>TPO Dr Nichols / B Cox |
| 5/24/06. | Tylenol 325mg i tabs bid x 3 days.<br>TPO Dr. Nichols. M Nerby LPN |

## PROGRESS NOTES

NAME Huffman James

DATE - TIME    HT    DATE OF BIRTH    PG#
CPT CODE    WT    BMI    BP    P    T    ALLERGIES

**Formedic**

9/29/05

He never got his heart meds last week.
Was on Plavix 75, zocor, monopril,
Deryvel 150, synthrax 25/60
Xanax 2y bid

PE: /

A: ASCVD

Plan → will Δ deryvel to elavil
@ Night.

10/6/05    Not sleeping — Not on
any my for neat @ Night
X paxil.

PE / ⊖

A: ASCVD

Plan → elavil 100 hs.

In COPD  maintenance therapy...

**COMBIVENT**
INHALATION AEROSOL

Visit    toll free patient information

ILE® FORMEDIC® 2001B 12D WORLDS FAIR DR SOMERSET NJ 08873    APPROVED BY FORMEDIC'S PHYSICIAN ADVISORY BOARD

Corporate Office: 3712 Ringgold Rd., #364, Chattanooga, TN. 37412      Phone: (423) 553-5635    Fax: (423) 553-5645

# PATIENT REFERRAL INFORMATION FORM

patient is currently incarcerated at the jail facility listed below. Patient has been referred to your ER/Facility regarding his/her symptoms or ditions listed below. All subsequent tests, procedures, and outpatient services other than requested service must be communicated and roved by the medical contact person at the jail facility to ensure justification. Failure to notify the medical contact person may result in ced benefits and/or possible denial of payment. If hospital admission is necessary, please communicate any and all medical information as ns an estimated length of stay to our Utilization Review Department at our corporate office at the # listed above. Certification, justification, treatment plan of continued services must be obtained to guarantee payment of the claim. Please, note we have a NO NARCOTIC policy jail due to the uncontrolled access to medications within the facility. Please, refer to our site medical staff for formulary adherence. Thank for your cooperation in this matter.

**E COMPLETED BY THE MEDICAL STAFF AT THE JAIL/PRISON:**

t. Date/Time: _5/24/06_     Patient's Name (Last/First): _Huffman, James_

_11:00 AM_

B: _10/29/53_     SS#: _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_     Sex: Ⓜ F    Inmate Loc: _3_

sing Facility/Site: _Autauga Metro_     Appt. Destination: _Dentist - Dr. Roberson_

t. Address & Phone #: _____

Medical Contact (RN/LPN): _Tina Ellis, MTA_     Site Physician: _Dr. Nichols_

e Medical Unit Phone #: _334-358-3729_     Site Medical Unit Fax #: _334-358-4827_

son For Referral: (Include Hx of illness/injury, present and past treatment with patient results, lab and/or x-ray results, findings from physical exam, patient limitations, allergies, medications, etc.)

_Tooth Decay - Extraction?_

vice Requested: **EVAL./TX**

**E COMPLETED BY THE REFERRAL STAFF AND RETURNED WITH INMATE BACK TO THE FACILITY:**

dings: _infected tooth #29, #30 - Rx ext_

nned Treatment: _4 lidocaine - extract # 29, #30_

/Hospital Physician Orders: _____

/Hospital Contact (Include Phone #): _____    Notes: _____

*ase, return this form with the correctional staff upon discharge of the patient or fax directly to the site fax # ed above. If inpatient hospitalization is required, medical staff MUST be notified immediately.*

rization for payment of services is only guaranteed during the time of actual confinement of the inmate under the custody of the above d jail/prison and under the terms of our County contract.

**PROGRESS NOTES**

| Last Name Huffman, | First Name James. | Attending Physician Nechols. | Room No. | Hosp. No. |
|---|---|---|---|---|

| Date | Notes Should be Signed by Physician |
|---|---|
| 5/3/06 | I/m brought up to medical for c/o of S.O.B. R.20, P.88. BP 112/74. I/m has c/o of pain to chest stated he reached out c arms to catch hinself and he thinks that is what made his chest sore. put I/m up in obs for monitoring for a hour or two. Will monitor. ————— A. Henley LPN |
| 6/3/06 | I/m came to Med room claiming his chest was hurting + had a heaviness feeling in chest. I/m stated pain was radiating down L arm + was having trouble breathing. Checked I/m's VS — BP 166/20 P 102, gave one nitro-quick under tongue, waited 5 minutes √ VS again BP 9?/86 P-107, I/m stated he was still hurting, gave another 2nd Nitro-quick, √ VS 3rd time BP 13?/112 P-127, called Dr. Nichols + he gave TO to send to E.R. for eval. called c J. Ellis, MTA |

Form 65    BRIGGS, Des Moines, Iowa 50306    PRINTED IN U.S.A.

Dr. _____

Signature

PROGRESS NOTES



**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

*RECEIVED 12/16/05*

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 12/10/05   Pod/Location: 4D   Cell: 403   ID# 29089

Inmate's Full Name: James G. Huffman

Complaint/Problem: My cardiologist; i.e., Doctor Finlea told me after my heart surgery that I needed to take Plavix every day for life. Why was I taken off of it?

How long have you had this problem? ~~since taken off of Plavix~~

Inmate's Signature: James G Huffman   Date: 12/10/05

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp 97.9   Resp 18   Pulse 93   B/P 118/77

Instructions/Assessment: Document your findings, inmate's responses/actions   Pt education on meds being taken. Advised I/m to have Plavix brought from home. To take own meds.

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order

☐ Follow-Up Required? If checked, date to be seen again _____

☐ Chronic Condition

☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 12/16/05   Seen by: R

Place original form in patient's medical record.

HEALTH
PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: **05/17/06**  Pod/Location: **D-3**  Cell: _____  ID# _____

Inmate's Full Name: **JAMES G. HUFFMAN**

Complaint/Problem: **I AM STILL HURTING REAL BAD IN MY GROIN WHERE I WAS HURT BY THE SURGEONS DURING MY HEART CATH, IT BURNS AS WELL AS CRAMPS DOWN THERE, SOMETHING IS WRONG!**

How long have you had this problem? **SINCE SURGERY ON 04/28/06!**

Inmate's Signature: *James G Huffman*    Date: **05/17/06**

*(handwritten in margin: ✱ OVER #, with arrow)*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp **97⁶**  Resp **20**  Pulse **92**  B/P **126/71**

Instructions/Assessment: Document your findings, inmate's responses/actions *I/m not in acute distress @ this time - will let Dr Nichols evaluate. Added to MD list — M Oah Late Entry - Dr Nichols saw this pt on 5-11-06 so this will be a follow up*

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: **5/19/06**    Seen by: *M Oah*

*Place original form in patient's medical record.*

IVE HAD 4 PREVIOUS CATH'S DONE AND IVE NEVER HAD THE PROBLEMS I AM HAVING NOW. I'M IN SEVERE PAIN, AND NEED TO BE EITHER X-RAYED OR HAVE AN ULTRASOUND DONE ON ME BECAUSE SOMETHING IS TERRIBLY WRONG!

PLEASE HELP ME.

Thank you,
James G. Huffman



### Blood Pressure Record Form

Inmate's Name: _Huffman, James_    D.O.B.: _10/29/53._

Orders/Instructions: _BP √ 2 wk_

<span style="font-size:small">Have M.D. review findings upon visit</span>

Physician: _____    Administrator: _____

| DATE | B.P. | ARM | INITIAL |
|------|------|-----|---------|
| 11/2/05 | 113/76 | ⊘ | R |
| 11/15/05 | 152/97 | R | a |
| 11/20 | Refused | | |
| 12-16-05 | 118/77 | Lt | AH |
| 1/8/06 | 140/82 | Lt | m. |
| 1/16/06 | 138/84 | Lt | m. |
| 1/24/06 | 140/82 | Lt | m |
| 1/27/06 | 137/76 | Lt | m |
| 2/6/06 | 139/80 | Lt | m |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DATE | B.P. | ARM | INITIAL |
|------|------|-----|---------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Southern Health Partners, Inc.



**CONFIDENTIAL MEDICAL INFORMATION**



**SOUTHERN**
**HEALTH**
**PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 05-11-06  Pod/Location: D-3   Cell: _____  ID# _____

Inmate's Full Name: JAMES GRANT HUFFMAN

Complaint/Problem: I have an abcessed tooth, a molar, on the right bottom jaw that is very swollen and has puss in and around it. I need something for infection and pain + to see a dentist.

How long have you had this problem? for about 2 days

Inmate's Signature: James G Huffman   Date: 05/10/06

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp 98    Resp 20    Pulse 71    B/P 135/83

Instructions/Assessment: Document your findings, Inmate's responses/actions  Abscess ® L molar
Kiflex 500mg ii BID x 7 days  Percogesic ii BID x 7days pc tx
protocal. Added to dental list  —  M. Oah RN

_____

_____

[ ] Received Orders – thru Treatment Protocols; via telephone order; via verbal order
[ ] Follow-Up Required? If checked, date to be seen again _____
[ ] Chronic Condition
[ ] Inmate to be charged through medical co-pay for this visit

Date Seen by Medical 5/10/06   Seen by: M. Oah RN

*Place original form in patient's medical record.*

Southern Health Partners, Inc.

# ADMISSION DATA / HISTORY AND PHYSICAL FORM

135/69
71.

Exam Date: 1/3/06          S.S.#: 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          ID#: _____

Inmate Name: Huffman, James
(Last)          (First)          (Middle)

Alias: _____          Date Booked: _____
(Last)          (First)          (Middle)          County: Autauga

Address: 1310 Hall Ave, Bessmer AL          3057 35020
(Street)          (City)          (State)          (Zip)

Telephone: _____   Birthdate: 10/29/53   Religion: _____

Education Completed: B.A. Alabama Science.   Special Education: _____

Marital Status: (S) M W D Separated   Read/Write English: (YES) NO Other: _____

Previous Incarcerations: (Facility/Date) Dallas Co, 2004-2005.

## MEDICAL HISTORY

Notify in Emergency: Blankinship Lowre                    Uncle
                              (Name)                         (Relationship)

Address: 25702 Winchestr Rd, Mont AL 36106. Phone: 396-8414
         (Street)          (City)    (State)    (Zip)

Health Insurance: _____
                  (Type of Insurance)                              (State)          (Policy Number)

Family Physician: Dr. Linkelea,          Mont AL.
                  (Name)          (Street Address)   (City)  (State)  (Zip)  (Phone Number)

Past Hospitalizations (include surgeries): Heart, 2005. Stints in Heart.

(Location)          (Street Address)          (City)          (State)          (Zip)

Head Injury with Loss of Consciousness: no   Last Tetanus: 2005.   Immunization: _____

Allergies: Codiene.

Current Medication(s): _____

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons:   YES   (NO)   If Yes, Why: _____

Where: _____   N/A          When: _____
       (Location)     (Street Address)   (City)   (State)   (Zip)          (Date)

Psychotropic Meds (Specify type and last dose): N/A   yes.

Prior Counseling/Out-Patient Treatment for: Yes. Anxiety

Where: Cahaba mental health Selma Al          When: Bipolar - 2005.
       (Location)     (Street Address)   (City)  (State)   (Zip)          (Date)

Have you ever attempted suicide: no   How: _____   When: _____
                                                                      (Date)

Have you recently considered committing suicide? no

Do people consider you a violent person? no.

Have you ever been arrested for a violent crime/sexual offense? (Specify) no

Street drugs: no          Smoker: yes, 1/2 pk a day. Etoh: no.
              (Type-Quantity)          (Type)          (Date)
                                       ciga.

Inmate's Signature: James Huffman          Date: 01/03/06

Interviewer's Signature: H. Henley LPN          Date: 1/3/06

Witness: (if physical is refused): _____          Date _____




## MEDICAL HISTORY & PHYSICAL ASSESSMENT

glasses

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | ✓ | | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | ✓ | Blood | | ✓ | Muscle Problem | | ✓ |
| Blackouts | | ✓ | Stomach Pain | | ✓ | Joint Problem | ✓ | | back pain |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | ✓ |
| Headaches | | ✓ | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | | ✓ | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | ✓ | ✓ | Liver | | ✓ | Irregular Menstrual Period | | | Bottom RT molar |
| Teeth | ✓ | | Hepatitis | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | | N/A |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | | shot 2005 |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | |

**EXAM:**

Age 52 Sex M Race W  Ht. 6' 0" Wt. 165

Pulse 71  BP 135/109  Temp. 98.2  Resp. 18

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color / Condition / Turgor / Recent Inj. | | normal | Chest (Breasts): Configuration / Auscultation / Respirations / Cough/Sputum | | normal |
| Head: Glasses / Pupils / Sclera / Conjunctiva / Vision | | normal | Heart: Auscultation / Radial pulses / Apical pulse / Rhythm | | normal |
| Ears: Appearance / Canals / Hearing | | normal | Extremities: Pulses / Edema / Joints | | normal, |
| Mouth: Teeth/Gums / Dentures / Plates / Throat / Tongue / Tonsils | | normal | Abdomen: Shape / Palpation / Hernia / Bowel / Sounds | | normal, |
| Nose | | normal | Spine | | normal. |
| Neck: Veins / Mobility / Thyroid / Carotids / Lymph / nodes | | normal | Genital/Urinary System | | normal. |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 1/3/06. | Ø |
| VDRL / RPR | | |
| Other Lab Tests needed: | | |
| Pregnancy Test? | | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | normal |
| General appearance (motor behavior, mannerisms) | | normal |
| Affect (mood) | | normal |
| Content of thought, history of suicide, present thoughts of suicide | | normal - |

Physical Examiner's Signature: A. Wenty LPN    Date: 1/3/06.

Physician's Signature: _____    Date: 1/5/06

# Tuberculosis Screening and Treatment

## What is Tuberculosis:

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain; and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:

- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison inmates
- Persons with HIV infections/AIDS

## Screening:

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

## Treatment:

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from Jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature: _James Otuff_    Date: 1/3/00.

Witness: _H. Nolan RN_    Date: 1/3/00.

Confidential Medical Information

# MEDICAL STAFF RECEIVING SCREENING FORM

Southern Health Partners, Inc.

| LAST NAME | FIRST NAME | MIDDLE | INTAKE DATE | SCREENING DATE |
|---|---|---|---|---|
| TIME AM/PM Huffman, | James | | | |

PREVIOUS INCARCERATIONS: Autauga 06.

| | SEX M. | SOCIAL SECURITY NO. 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 | DOB 10/29/53 |
|---|---|---|---|

CURRENT INSURANCE COVERAGES? BC/BS

CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION:

## VISUAL / MEDICAL OBSERVATION: *(Explain all "Yes" Answers)* Circle Y or N:

| | YES | NO |
|---|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? If yes: | Y | (N) |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection: cuts, bruises, or minor injuries; needle marks, body vermin? If yes: | (Y) | N |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? If yes: | Y | (N) |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If yes: | Y | (N) |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc. If yes: | Y | (N) |

## ASK THE INMATE THESE QUESTIONS: *(Explain all "Yes" answers)*

| | YES | NO |
|---|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? Other: | (Y) | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? If yes: | (Y) | N |
| Are you allergic to any medications, foods, plants, etc.? If yes: Codeine | (Y) | N |
| Have you fainted or had a head injury within the last 72 hours? If yes: | Y | (N) |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? If yes: | Y | (N) |
| Have you been hospitalized by a physician or psychiatrist within the last year? If yes: Birmingham MT | (Y) | N |
| Have you ever considered or attempted suicide? If yes: | Y | (N) |
| Do you have a painful dental condition? If yes: | (Y) | N |
| Are you on a specific diet prescribed by a physician? If yes: | Y | (N) |
| Do you use drugs? How often? What kind? / Last time? How much? | Y | (N) |
| Do you use alcohol? How often? What kind? / Last time? How much? | Y | (N) |
| Females: LMP Date: Are you pregnant, recently delivered or aborted; on birth control pills; having abdominal pain or discharge? If yes: | Y | N/A |

## NOTE VITAL SIGNS:

| Respiration: 18 | Pulse: 75 | Temperature: 98.6 | Blood Pressure: 109/59 |
|---|---|---|---|

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? Yes.

ARE ALL STATED CHRONIC CONDITIONS NOTED: Yes

PPD IMPLANTED? Y OR (N) ARM LOCATION: R OR L   IS H&P SCHEDULED FOR 14 DAYS: No

REMARKS: Bruising bilateral groin area   Done on 1/3/06
from Heart Cath.

*I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon release. I hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc.*

Inmate's Signature: James O Huffman   Date: 5-1-06

Interviewer's Signature and Title: RG   Date:

# MEDICATION ADMINISTRATION RECORD

Case 2:06-cv-00384-WC Document 17-4    Filed 10/10/2006    Page 39 of 57

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LOVASTATIN 40 MG TABLET** 05/08/07
MEVACOR 40 MG TABLET
TAKE 1 TABLET ONCE DAILY
D/C

**ENALAPRIL MALEATE 20 MG T** 05/15/07
VASOTEC 20 MG TABLET
TAKE 1 TABLET TWICE DAILY
D/C

**HYDROXYZINE PAM 25 MG CAP** 05/01/07
VISTARIL 25 MG CAPSULE
TAKE 1 CAPSULE TWICE DAILY
Continue

**FLUOXETINE 20 MG CAPSULE** 05/08/07
PROZAC 20 MG PULVULE
TAKE 2 CAPSULES IN THE EVENING
D/C

**AMITRIPTYLINE HCL 100 MG** 05/03/07
ELAVIL 100 MG TABLET
TAKE 1 TABLET IN THE EVENING
Continue

ASA 325 mg.
ī po bid    Continue

Zantac 150 mg.
BID q day    D/C

STARTING FOR **08/01/06**    THROUGH **08/31/06**    PAGE **1** OF **1**

Physician  **NICHOLS, KEN**
Physician  **NICHOLS, KEN**
Allergies  **NKA**

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.

Diagnosis
Medicaid Number    Medicare Number    Approved By Doctor:
By:
Title:    Date:

RESIDENT  **HUFFMAN, JAMES**    D.O.B. **10/29/1953**    Sex **M**    Room **J**    Patient Code **HUFFJAME**    Admission Date **00/00/00**

AUTAUGA COUNTY JAIL
HUFFMAN, JAMES
REPORT DATE : 07/06

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOVASTATIN 40 MG TABLET  MEVACOR 40 MG TABLET  TAKE 1 TABLET ONCE DAILY | 05/08/07 0800 6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENALAPRIL MALEATE 20 MG T  VASOTEC 20 MG TABLET  TAKE 1 TABLET TWICE DAILY | 05/15/07 0800 6am 1700 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 25 MG CAP  VISTARIL 25 MG CAPSULE  TAKE 1 CAPSULE TWICE DAILY | 05/03/07 0800 6am 1700 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLUOXETINE 20 MG CAPSULE  PROZAC 20 MG PULVULE  TAKE 2 CAPSULES IN THE EVENING | 05/08/07 1700 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AMITRIPTYLINE HCL 100 MG  ELAVIL 100 MG TABLET  TAKE 1 TABLET IN THE EVENING | 05/03/07 1700 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA 325 mg. + po bid | 6am 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150 mg. bid | 6am 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| CHARTING FOR | 07/01/06 | THROUGH | 07/31/06 | PAGE | 1 OF | 1 |
|---|---|---|---|---|---|---|

| Physician | NICHOLS, KEN | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | NICHOLS, KEN | Alt. Telephone | | |
| Allergies | NKA | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

| RESIDENT | HUFFMAN, JAMES | D.O.B. 10/29/1953 | Sex M | Room # J | Patient Code HUFFJAME | Admission Date 00/00/00 |
|---|---|---|---|---|---|---|

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medrol Dose Pack Give as directed 6/29/06 | | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| IBU 1200 mg. bid x 7days 6/29/06 | 6am | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | 6pm | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Robaxin 750 mg. tabs bid x 7days 6/29/06 | 6am | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | 6pm | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

STARTING FOR 7/1/06    THROUGH 7/31/06

Physician Nichols

Physician

Allergies NKA

Telephone No.
Alt. Telephone
Rehabilitative Potential

Medical Record No.

Diagnosis

Medicaid Number | Medicare Number | Approved By Doctor: By:

RESIDENT Huffmon, James    D.O.B. 10/29/53    Sex M    Room # 05    Patient Code    Title:    Date:    Admission Date

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Medrol Dose Pack. Give as directed. 6/29/06

Ibuprofen 1200 mg bid x 7 days. 6/29/06

Robaxin 750mg ≂ tabs bid x 7days. 6/29/06

STARTING FOR 6/29/06    THROUGH

Physician: Nichols

Physician:

Telephone No.

Alt. Telephone

Medical Record No.

Allergies: NKA

Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number

Approved By Doctor:

By:    Title:    Date:

RESIDENT: Huffman, James

D.O.B. 10/29/53    Sex M.    Room # 6

Patient Code    Admission Date

# MEDICATION ADMINISTRATION RECORD

AUTAUGA COUNTY JAIL
HUFFMAN, JAMES

REPORT DATE : 06/06

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOVASTATIN 40 MG TABLET 05/08/0?<br>MEVACOR 40 MG TABLET<br>TAKE 1 TABLET ONCE DAILY | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENALAPRIL MALEATE 20 MG T 05/15/0?<br>VASOTEC 20 MG TABLET<br>TAKE 1 TABLET TWICE DAILY | 0600<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 25 MG CAP 05/01/0?<br>VISTARIL 25 MG CAPSULE<br>TAKE 1 CAPSULE TWICE DAILY | 0600<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLUOXETINE 20 MG CAPSULE 05/08/0?<br>PROZAC 20 MG PULVULE<br>TAKE 2 CAPSULES IN THE EVENING | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AMITRIPTYLINE HCL 100 MG 05/01/0?<br>ELAVIL 100 MG TABLET<br>TAKE 1 TABLET IN THE EVENING | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA 325 mg 1 po bid | 6am<br>6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150 mg bid x 10 days<br>5/25/06 - 6/05/06 | 6am<br>6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150 mg bid 6<br>6/26/06 | 6am<br>6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR  06/01/06   THROUGH  06/30/06   PAGE  1 OF 1

Physician   NICHOLS, KEN
Physician   NICHOLS, KEN
Allergies   NKA

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: By: | Title: | Date: |
|---|---|---|---|---|

RESIDENT   HUFFMAN, JAMES
D.O.B. 10/29/1963   Sex M   Room # J
Patient Code   HUFFJAME
Admission Date   00/00/00

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 325mg. P.O. bid x3days 5/24/06. | 10AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 10PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg. bid x 10 days 5/25/06 – 6/05/06 | 6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Keflex 500mg ii BIDx7days 5/26/06/6/1/06 | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percogesic ii BID X 3days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR 5/24/06    THROUGH 5/31/06

Physician: Nichols.

Telephone No.

Alt. Telephone

Medical Record No.

Allergies: Codeine

Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number

Approved By Doctor:

By:    Title:    Date:

RESIDENT: Huffman, James.    D.O.B. 10/29/53    Sex M.    Room 3.    Patient Code    Admission Date

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mevacor 40mg ī po q day | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vasotec 20mg ī po bid | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vistaril 25mg ī po bid | 6P / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prozac 20mg ī po q PM | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elavil 100 mg ī po q PM | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA 325mg ī po bid | 6P / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 325mg ī po bid x 7 days | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Keflex 500mg īī BID x 7days | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percogesic īī BID x 7 days | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| STARTING FOR | 5-1-06 | THROUGH | 5-31-06 | | | |
|---|---|---|---|---|---|---|
| Physician | Nichols | | | Telephone No. | | Medical Record No. |
| Physician | | | | Alt. Telephone | | |
| Allergies | NKA ? Codeine | | | Rehabilitative Potential | | |
| Diagnosis | | | | | | |
| Medicaid Number | | Medicare Number | | Approved By Doctor: By: | Title: | Date: |
| RESIDENT | Huffman, James | D.O.B. 10/29/53 | Sex M | Room # 3 | Patient Code | Admission Date |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| LOVASTATIN 40 MG TABLET<br>MEVACOR 40 MG TABLET<br>TAKE 1 TABLET ONCE DAILY | 11/22/06 | |
| ENALAPRIL MALEATE 20 MG T<br>VASOTEC 20 MG TABLET<br>TAKE 1 TABLET TWICE DAILY | 12/12/06<br>1700 | |
| HYDROXYZINE PAM 25 MG CAP<br>VISTARIL 25 MG CAPSULE<br>TAKE 1 CAPSULE TWICE DAILY | 11/22/06<br>1700 | |
| FLUOXETINE 20 MG CAPSULE<br>PROZAC 20 MG PULVULE<br>TAKE 2 CAPSULES IN THE EVENING | 11/22/06<br>1700 | |
| AMITRIPTYLINE HCL 100 MG<br>ELAVIL 100 MG TABLET<br>TAKE 1 TABLET IN THE EVENING | 11/04/06<br>1700 | |
| ASA 325 mg<br>B.d<br>(stock) | | |

| | | |
|---|---|---|
| STARTING FOR | 01/01/06 | THROUGH | 01/31/06 | PAGE 1 OF 1 |

| Physician | NICHOLS, KEN | Telephone No. | | Medical Record No. |
| Physician | NICHOLS, KEN | Alt. Telephone | | |
| Allergies | NKA  **NKA** | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor:<br>By: | | |
| | | | Title: | Date: |

| RESIDENT | HUFFMAN, JAMES | D.O.B. 10/29/1953 | Sex M | Room # J | Patient Code HUFFJAME | Admission Date 00/00/00 |

AUTAUGA COUNTY JAIL

# MEDICATION ADMINISTRATION RECORD

REPORT DATE : 02/06

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOVASTATIN 40 MG TABLET<br>MEVACOR 40 MG TABLET<br>TAKE 1 TABLET ONCE DAILY | 11/22/06 | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| ENALAPRIL MALEATE 20 MG T<br>VASOTEC 20 MG TABLET<br>TAKE 1 TABLET TWICE DAILY | 12/12/06 | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| HYDROXYZINE PAM 25 MG CAP<br>VISTARIL 25 MG CAPSULE<br>TAKE 1 CAPSULE TWICE DAILY | 11/22/06 | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| FLUOXETINE 20 MG CAPSULE<br>PROZAC 20 MG PULVULE<br>TAKE 2 CAPSULES IN THE EVENING | 11/22/06 | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| AMITRIPTYLINE HCL 100 MG<br>ELAVIL 100 MG TABLET<br>TAKE 1 TABLET IN THE EVENING | 11/04/06 | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| ASA 325 mg<br>po bid (Stock) | | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| | | |
|---|---|---|
| STARTING FOR 02/01/06 | THROUGH 02/28/06 | PAGE 1 OF 1 |

| Physician | NICHOLS, KEN | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Physician | NICHOLS, KEN | Alt. Telephone | | |
| Allergies | NKA    N K A | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

| RESIDENT | HUFFMAN, JAMES | D.O.B. 10/29/1953 | Sex M | Room # J | Patient Code HUFFJAME | Admission Date 00/00/00 |



**SOUTHERN HEALTH PARTNERS**

# MEDICAL INFORMATION TRANSFER FORM
## *Confidential Medical Data*

To: _____       From: _Medical Unit_
_____            _Autauga Metro Jail_
_____            _____
_____            _____

Inmate's Name: _Huffman, James_        DOB: _____

a/k/a: _____     S.S.#: _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_

MEDICAL PROBLEMS: _H7N, Depression, Anxiety_
_Cardiac Stents_
_____
_____

TREATMENTS/MEDICATIONS: _Prozac 20mg ii, qHs, Vasotec_
_20mg bid, Vistaril 25mg bid, Elavil 100mg_
_qPM, Lovastatin 40mg qAm, ASA 325mg bid_
_____

ALLERGIES: _NKA._

PREGNANT: Yes (No) Unknown    TB SKIN TEST: (Neg) Pos Date: _1/5/06_

OTHER LAB DATA: _____    CXR:   Neg  Pos  Date: _____

TESTED:              Treated     Date
   RPR: Neg  Pos    Yes  No    _NA_
   VDRL: Neg  Pos   Yes  No
   GC: Neg  Pos     Yes  No
   Other:_____    Yes  No

PERSON COMPLETING FORM: _R. Co_____    _mTA_

Printed Name: _Gail Colburn  mTA_        Date: _2/6/06_

Our Phone Number _334-358-3729_

# MEDICATION ADMINISTRATION RECORD

ETOWAH COUNTY JAIL
HUFFMAN, JAMES
REPORT DATE 12/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LOVASTATIN 40 MG TABLET** MEVACOR 40 MG TABLET **TAKE 1 TABLET ONCE DAILY** | 11/22/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HYDROXYZINE PAM 25 MG CAP** VISTARIL 25 MG CAPSULE **TAKE 1 CAPSULE TWICE DAILY** | 11/22/06 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **FLUOXETINE 20 MG CAPSULE** PROZAC 20 MG PULVULE **TAKE 2 CAPSULES IN THE EVENING** | 11/22/06 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **AMITRIPTYLINE HCL 100 MG** ELAVIL 100 MG TABLET **TAKE 1 TABLET IN THE EVENING** | 11/04/06 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA 325 mg Tab T Pᵒ BID 11/1/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vasotec 20mg po bid | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| STARTING FOR | 12/01/05 | THROUGH | 12/31/05 | PAGE | 1 OF | 1 | |
|---|---|---|---|---|---|---|---|
| Physician | NICHOLS, KEN | | Telephone No. | | | Medical Record No. | |
| Physician | NICHOLS, KEN | | Alt. Telephone | | | | |
| Allergies | NKA  NKDA | | Rehabilitative Potential | | | | |
| Diagnosis | | | | | | | |
| Medicaid Number | | Medicare Number | | Approved By Doctor: By: | | Title: | Date: |
| RESIDENT | HUFFMAN, JAMES | D.O.B. 10/29/1953 | Sex M | Room 602C | Patient Code HUFFJAME | Admission Date 00/00/00 | |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

**Plavix 75 mg po daily**

**Paroxetine 40 mg po 8 pm.** D/C 11/29/05 see bk

**Lovastatin 40 mg po daily**

**Atarax HCTZ 25 mg Bid.**

**Vasotec 20 mg po bid.**

**Amitriptyline 100mg po q pm.**

**ASA 325 mg po bid.** Stock

**Fluoxetine 20mg tabs Q.P.M.** x FDX 11/30/05 – 11/30/06

*Start Fluoxetine 11/30/05*

STARTING FOR: 11-1-05   THROUGH: 11-30-05

Physician: Nichols
Physician:
Allergies: NKA

RESIDENT: Huffman, James   D.O.B. 10/29/53   Sex: M   Room #: 602C

BJOY HUFFMAN, JAMES G Encounter #5129694 4/25/2006 DETAIL ITEMIZED BILLS 4/30/2006

RPT ID:

BAP MED CNTR-SHELBY

-BPAOCY3
NALL BILL DATE FROM . TO
PR. 04/30/06 04/23 04/27

PATIENT NAME
5129694

PAT NUMBER
5129694

ROOM
244 - B

ADMITTED
04/23/06

DISCHARGED
04/27/06

PAGE
1

TYPE OF ALABASTER
FIRST STREET NORTH
ALSTER, AL

205 592-1216
P.O. BOX 11407
BIRMINGHAM, AL

INSURANCE CO.      PLAN      POLICY/GROUP      FIN CLASS
SG SHELBY MUNPICA                                    S

| TENT PROCEDURE/DESCRIPTION | SERVICE | REV | CPT-4 | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| ROOM 244 | 8704115 | 120 | | 1 | 770.00 | 770.00 |
| ROOM 244 | 8701897 | 120 | | 1 | 770.00 | 770.00 |
| ROOM 244 | 8703820 | 120 | | 1 | 770.00 | 770.00 |
| ROOM 244 | 8709305 | 120 | | 1 | 770.00 | 770.00 |
| ASA 325MG TABLET | 8704115 | 250 | | 1 | 1.00 | 1.00 |
| LIDOCAINE 1 GM/50 ML | 8701897 | 250 | | 1 | 28.00 | 28.00 |
| DIPHENHYDRAMINE 50 M | 8703820 | 250 | | 1 | 51.00 | 51.00 |
| MIDAZOLAM 1MG DILIVE | 8709305 | 250 | J1200 | 2 | 24.00 | 48.00 |
| MORPHINE 2MG TUBEX | 8702976 | 250 | J2250 | 2 | 51.00 | 102.00 |
| MORPHINE 2MG TUBEX | 8704176 | 250 | J2270 | 2 | 51.00 | 102.00 |
| MORPHINE 2MG TUBEX | 8702976 | 250 | J2270 | 2 | 51.00 | 102.00 |
| MORPHINE 4 MG TUBEX | 8702975 | 250 | J2270 | 4 | 51.00 | 204.00 |
| MORPHINE 4 MG TUBEX | 8702975 | 250 | J2270 | 2 | 51.00 | 102.00 |
| MORPHINE 4 MG TUBEX | 8702975 | 250 | J2270 | 3 | 51.00 | 153.00 |
| CLORIDOGREL 75MG TAB | 8703164 | 250 | | 1 | 6.00 | 6.00 |
| CLORIDOGREL 75MG TAB | 8703164 | 250 | | 1 | 6.00 | 6.00 |
| CLORIDOGREL 75MG TAB | 8703164 | 250 | | 1 | 6.00 | 6.00 |
| CLORIDOGREL 75MG TAB | 8702975 | 250 | | 1 | 6.00 | 6.00 |
| CLORIDOGREL 75MG TAB | 8703164 | 250 | | 1 | 6.00 | 6.00 |
| PROMETHAZINE 25 MG A | 8712289 | 250 | | 1 | 51.00 | 51.00 |
| PROMETHAZINE 25 MG A | 8712289 | 250 | | 1 | 6.00 | 6.00 |
| NITROGLYCERIN 2% 1GM | 8714264 | 250 | | 1 | 51.00 | 51.00 |
| NITROGLYCERIN 2% 1GM | 8714264 | 250 | | 1 | 16.00 | 16.00 |
| NITROGLYCERIN 2% 1GM | 8714264 | 250 | | 3 | 12.00 | 12.00 |
| NITROGLYCERIN 2% 1GM | 8714264 | 250 | | 2 | 4.00 | 8.00 |
| K-LYTE/CL 50 MEQ TAB | 8734267 | 250 | | 1 | 4.00 | 4.00 |
| POTASSIUM CHLORDF 1 | 8752258 | 250 | | 1 | 4.00 | 4.00 |
| POTASSIUM CHLORIDE 1 | 8752258 | 250 | | 1 | 4.00 | 4.00 |
| POTASSIUM CHLORIDE 1 | 8752258 | 250 | | 1 | 4.00 | 4.00 |
| POTASSIUM CHLORIDE 1 | 8752258 | 250 | | 1 | 4.00 | 4.00 |
| POTASSIUM CHLORIDE 1 | 8502258 | 250 | | 1 | 4.00 | 4.00 |
| POTASSIUM CHLORIDE 1 | 8502258 | 250 | | 1 | 4.00 | 4.00 |
| POTASSIUM CHLORIDE 1 | 8502258 | 250 | | 1 | 4.00 | 4.00 |

Shelby HUFFMAN, JAMES G Encounter #57129694 4/23/2006 DETAIL ITEMIZED BILLS 4/30/2006

```
IS-BPA0CY3
FINAL BILL DATE        FROM    TO
04/30/06               04/23   04/27
INP.
```

BAP MED CNTR-SHELBY
P.O. BOX 11407
BIRMINGHAM, AL
205 592-1216

RPT ID:

| PATIENT NAME | PAT NUMBER | ROOM | ADMITTED | DISCHARGED | PAGE |
|---|---|---|---|---|---|
| HUFFMAN ,JAMES G | 57129694 | 244 - B | 04/23/06 | 04/27/06 | 2 |

| DATE PATIENT | DESCRIPTION | PRO FEE | SERVICE | REV | CPT-4 | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 04/23 | ALPRAZOLAM 1 MG TABL | | 8700180 6 | 250 | | 4 | 4.00 | 16.00 |
| 04/24 | ALPRAZOLAM 1 MG TABL | | 8700180 6 | 250 | | 4 | 4.00 | 16.00 |
| 04/25 | ALPRAZOLAM 1 MG TABL | | 8700180 6 | 250 | | 4 | 4.00 | 16.00 |
| 04/26 | ALPRAZOLAM 1 MG TABL | | 8700180 6 | 250 | | 4 | 4.00 | 16.00 |
| 04/27 | ALPRAZOLAM 1 MG TABL | | 8700180 6 | 250 | | 2 | 4.00 | 8.00 |
| 04/23 | ESOMEPRAZOLE 40MG CA | | 8720425 1 | 250 | | 1 | 12.00 | 12.00 |
| 04/24 | ESOMEPRAZOLE 40MG CA | | 8720425 1 | 250 | | 1 | 12.00 | 12.00 |
| 04/25 | ESOMEPRAZOLE 40MG CA | | 8720425 1 | 250 | | 1 | 12.00 | 12.00 |
| 04/26 | ESOMEPRAZOLE 40MG CA | | 8720425 1 | 250 | | 1 | 12.00 | 12.00 |
| 04/27 | ESOMEPRAZOLE 40MG CA | | 8720425 1 | 250 | | 1 | 12.00 | 12.00 |
| 04/22 | GREEN COCKTAIL 30ML | | 8729110 | 250 | | 1 | 20.00 | 20.00 |
| 04/22 | NITROGLYCERIN 0.4MG | | 8705593 | 250 | | 1 | | |
| 04/23 | PERCOCET 5/325 TABLE | | 8749181 | 250 | | 6 | 4.00 | 24.00 |
| 04/24 | PERCOCET 5/325 TABLE | | 8749181 | 250 | | 2 | 4.00 | 8.00 |
| 04/25 | PERCOCET 5/325 TABLE | | 8749181 | 250 | | 6 | 4.00 | 24.00 |
| 04/26 | PERCOCET 5/325 TABLE | | 8749181 | 250 | | 4 | 4.00 | 16.00 |
| 04/27 | PERCOCET 5/325 TABLE | | 8749181 | 250 | | 4 | 4.00 | 16.00 |
| 04/23 | SIMVASTATIN 40 MG TA | | 8750969 1 | 250 | | 1 | 4.00 | 4.00 |
| 04/24 | SIMVASTATIN 40 MG TA | | 8750969 1 | 250 | | 1 | 4.00 | 4.00 |
| 04/25 | SIMVASTATIN 40 MG TA | | 8750969 1 | 250 | | 1 | 4.00 | 4.00 |
| 04/26 | SIMVASTATIN 40 MG TA | | 8750969 1 | 250 | | 1 | 4.00 | 4.00 |
| 04/27 | SIMVASTATIN 40 MG TA | | 8750969 1 | 250 | | 1 | 4.00 | 4.00 |
| 04/23 | ZOLPIDEM 10 MG TAB ( | | 8770012 6 | 250 | | 2 | 4.00 | 8.00 |
| 04/24 | ZOLPIDEM 10 MG TAB ( | | 8770012 6 | 250 | | 1 | 4.00 | 4.00 |
| 04/25 | ZOLPIDEM 10 MG TAB ( | | 8770012 6 | 250 | | 1 | 4.00 | 4.00 |
| 04/26 | ZOLPIDEM 10 MG TAB ( | | 8770012 6 | 250 | | 1 | 4.00 | 4.00 |
| 04/24 | DEODORANT | | 0410097 0 | 270 | | 1 | | |
| 04/24 | MOUTHWASH | | 0411610 9 | 270 | | 1 | | |
| 04/25 | MOUTHWASH | | 0411610 9 | 270 | | 1 | | |
| 04/23 | IV PUMP TUBING | | 0411652 1 | 270 | | 1 | | |
| 04/24 | POWDER | | 0411690 1 | 270 | | 1 | | |
| 04/26 | POWDER | | 0411690 1 | 270 | | 1 | | |
| 04/24 | TOOTHPASTE | | 0413067 0 | 270 | | 1 | | |
| 04/25 | TOOTHPASTE | | 0413067 0 | 270 | | 1 | | |
| 04/25 | URINAL | | 0413711 3 | 270 | | 1 | | |
| 04/26 | URINAL | | 0413711 3 | 270 | | 1 | | |

Shelby HUFFMAN, JAMES G Encounter #57129694 4/23/2006 DETAIL ITEMIZED BILLS 4/30/2006

IS-BPA0CY3

| FINAL BILL DATE | FROM | TO |
|---|---|---|
| 04/30/06 | 04/23 | 04/27 |

INP.

BAP MED CNTR-SHELBY
P.O. BOX 11407
BIRMINGHAM, AL
205 592-1216

RPT ID:

PAGE 3

| PATIENT NAME | PAT NUMBER | ADMITTED | DISCHARGED |
|---|---|---|---|
| HUFFMAN , JAMES G | 57129694 | 04/23/06 | 04/27/06 |

ROOM 244 - B

| DATE PATIENT | DESCRIPTION | SERVICE | REV | CPT-4 | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 04/24 | PREP PRO FEE | | | | | | |
| 04/27 | PREP RAZOR | 04192613 | 270 | | 1 | 40.00 | 40.00 |
| 04/22 | PREP RAZOR | 04192613 | 270 | | 1 | 95.00 | 95.00 |
| 04/22 | PULSE OXIMETER,SINGL | 05130083 | 270 | | 1 | | |
| 04/25 | OXYGEN (PER VISIT) | 05211131 | 272 | | 1 | | |
| 04/23 | CVS CARDIAC GUIDEWIR | 71671382 | 272 | C1769 | 2 | 500.00 | 1000.00 |
| 04/22 | CBC W/AUTO DIFF | 90130204 | 301 | 85025 | 1 | 59.00 | 59.00 |
| 04/23 | CREATINE PHOS-K    B | 90131798 | 301 | 82550 | 1 | 47.00 | 47.00 |
| 04/23 | CREATINE PHOS-K    B | 90131798 | 305 | 82550 | 1 | 47.00 | 47.00 |
| 04/23 | Prothrombin Time | 90132671 | 305 | 85610 | 1 | 28.00 | 28.00 |
| 04/23 | Partial Thromb Tim | 90132853 | 300 | 85730 | 1 | 34.00 | 34.00 |
| 04/23 | BASIC METABOLIC PANE | 90134776 | 301 | 80048 | 1 | 100.00 | 100.00 |
| 04/23 | CPKMB | 90137332 | 301 | 82553 | 1 | 62.00 | 62.00 |
| 04/23 | CPKMB | 90137332 | 301 | 82553 | 1 | 62.00 | 62.00 |
| 04/23 | TROPONIN | 90155003 | 301 | 83520 | 2 | 55.00 | 110.00 |
| 04/23 | TROPONIN | 90155003 | 301 | 83520 | 2 | 54.00 | 108.00 |
| 04/24 | MYOGLOBIN B | 90155011 | 301 | 83874 | 1 | 54.00 | 54.00 |
| 04/23 | COMPREHENSIVE METABO | 90170408 | 301 | 80053 | 1 | 68.00 | 68.00 |
| 04/24 | Veni Fee | 95130035 | 300 | 36415 | 1 | 15.00 | 15.00 |
| 04/24 | Veni Fee | 95130035 | 300 | 36415 | 2 | 15.00 | 30.00 |
| 04/23 | AORTO ABD+ILIOFEMORA | 71104301 | 323 | 75630 | 1 | 3476.00 | 3476.00 |
| 04/22 | CHEST SINGLE VIEW | 66904509 | 324 | 71010 | 1 | 180.00 | 180.00 |
| 04/22 | ER PROCEDURE LEVEL I | 05106034 | 361 | | 1 | 114.00 | 114.00 |
| 04/26 | CVS INTRO EXTREMITY | 71671051 | 361 | 36140 | 1 | 279.00 | 279.00 |
| 04/22 | US PSEUDOANEURYSM | 66307505 | 402 | 76936 | 1 | 426.00 | 426.00 |
| 04/22 | ER FEE-CLASS VI CRIT | 05105002 | 450 | 99291 | 1 | 1932.00 | 1932.00 |
| 04/25 | LEFT HEART CATH PERC | 71110003 | 481 | 93510 | 1 | 5216.00 | 5216.00 |
| 04/25 | LV/LA GRAM | 71110308 | 481 | 93543 | 1 | 5490.00 | 5490.00 |
| 04/25 | CORONARY ANGIOGRAM S | 71110506 | 481 | 93545 | 1 | 5698.00 | 5698.00 |
| 04/25 | CVS HEART CATH | 71671333 | 481 | 93545 | 1 | 1277.00 | 1277.00 |
| 04/22 | PULMON/AORTO/ANGIO/B | 05130273 | 940 | 93556 | 1 | 1277.00 | 1277.00 |
| 04/22 | INJECT INTRAVENOUS | | | C8950 | 1 | 16.00 | 16.00 |
| 04/25 | CVS ISOVUE 370 PER M | 71677926 | 255 | Q9950 | 75 | 1.00 | 75.00 |
| 04/25 | CVS ISIPAQUE 320 PE | | | | | | |
| 04/25 | CVS VISIPAQUE 320 PE | 71677934 | 255 | Q9949 | 110 | 1.00 | 110.00 |
| 04/22 | ONDANSETRON 1MG/0.5M | 87110540 | 250 | J2405 | | 48.00 | 192.00 |
| 04/22 | EKG 12 LEAD | 05130026 | 730 | 93005 | 2 | 77.00 | 154.00 |

Shelby HUFFMAN, JAMES G Encounter #57129694 4/23/2006 DETAIL ITEMIZED BILLS 4/30/2006

BAP MED CNTR-SHELBY                                                RPT ID:

-BPA0CY3

NAL BILL DATE    FROM    TO
F 04/30/06    04/23    04/27

PATIENT NAME                    PAT NUMBER    ROOM        ADMITTED    DISCHARGED    PAGE
HUFFMAN ,JAMES G               57129694      244  -  B    04/23/06    04/27/06      4

                                             P.O. BOX 11407
                                             BIRMINGHAM, AL
                                             205 592-1216

| PATIENT PROFEE DESCRIPTION | SERVICE | REV | CPT-4 | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| TELEMETRY | 05130042 | 730 | 93041 | 1 | 95.00 | 95.00 |
| TELEMETRY | 23200058 | 730 | 93041 | 1 | 144.00 | 144.00 |
| TELEMETRY | 23200058 | 730 | 93041 | 1 | 144.00 | 144.00 |
| TELEMETRY | 23200058 | 730 | 93041 | 1 | 144.00 | 144.00 |
| TELEMETRY | 23200058 | 730 | 93041 | 1 | 144.00 | 144.00 |
| TELEMETRY | 23200058 | 730 | 93041 | 1 | 144.00 | 144.00 |
| US DOPP ART SEGMENT | 66312000 | 921 | 93923 | 1 | 804.00 | 804.00 |

Shelby HUFFMAN, JAMES G Encounter #57129694 4/23/2006 DETAIL ITEMIZED BILLS 4/30/2006

BAP MED CNTR-SHELBY

RPT ID:

```
IS-BPACCY3
FINAL BILL DATE   FROM    TO        P.O. BOX 11407
INP.   04/30/06   04/23   04/27     BIRMINGHAM, AL
                                    205 592-1216
```

PAGE 5

```
     PATIENT NAME      PAT NUMBER   ROOM      ADMITTED    DISCHARGED
HUFFMAN , JAMES G      57129694     244 - B   04/23/06    04/27/06
```

FIN CLASS
S

```
PAT TYPE                INSURANCE CO.        PLAN   POLICY/GROUP
CITY G OF ALABASTER     SG SHELBY MUNPICA
R
201 FIRST STREET NORTH
ALABASTER AL
35007
```

| DATE PATIENT | DESCRIPTION PRO FEE | SERVICE | REV | CPT-4 | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| | SUMMARY OF CHARGES | | TOTAL 120 | PATIENT | | | |
| | ROOM-BOARD/SEMI | | | | | | |
| | 4 DAYS @ 770.00/DAY | | | | | | |
| | PHARMACY | 3,080.00 | 250 | 3,080.00 | | | |
| | MED-SUR SUPPLIES | 1,471.00 | 270 | 1,471.00 | | | |
| | STERILE SUPPLY | 40.00 | 272 | 40.00 | | | |
| | LAB/HEMOTOLOGY | 1,095.00 | 305 | 1,095.00 | | | |
| | LAB/CHEMISTRY | 121.00 | 301 | 121.00 | | | |
| | LABORATORY | 613.00 | 300 | 613.00 | | | |
| | DX X-RAY/ARTER | 145.00 | 323 | 145.00 | | | |
| | DX X-RAY/CHEST | 3,476.00 | 324 | 3,476.00 | | | |
| | OR/MINOR | 180.00 | 361 | 180.00 | | | |
| | ULTRASOUND | 393.00 | 402 | 393.00 | | | |
| | EMERG ROOM | 426.00 | 450 | 426.00 | | | |
| | CARDIAC CATH LAB | 1,932.00 | 481 | 1,932.00 | | | |
| | OTHER RX SVS | 18,958.00 | 940 | 18,958.00 | | | |
| | PHARMACY/RADIOLOGY | 16.00 | 255 | 16.00 | | | |
| | EKG/ECG | 185.00 | 730 | 185.00 | | | |
| | PERI VASCUL LAB | 825.00 | 921 | 825.00 | | | |
| | | 804.00 | | 804.00 | | | |
| | SUB-TOTAL OF CHARGES | 33,760.00 | | 33,760.00 | | | |
| | TOTALS | 33,760.00 | | 33,760.00 | | | |

PAY THIS

Page 5 of 5

# BAPTIST HEALTH SYSTEM
.SHELBY

## ►ACCOUNT SUMMARY

| | |
|---|---|
| Patient Name: | HUFFMAN , JAMES G |
| Account Number: | 57129694 |
| Service Date(s): | 04/23/06 - 04/27/06 |
| Attending Physician: | TURNER, DR. MICHAEL JAMES |
| Statement Date: | 07/04/06 |

| | |
|---|---|
| Total Charges: | 33,760.00 |
| Insurance Payments: | 0.00 |
| Patient Payments: | 0.00 |
| Adjustments: | 0.00 |
| Current Account Balance: | 33,760.00 |
| **Current Patient Balance Due:** | **$33,760.00** |

## ►INSURANCE INFORMATION

Primary: SG SHELBY MUN

## ►MESSAGES

Baptist Health System is committed to its mission of providing emergency healthcare to all who need it regardless of ability to pay. If you believe you might qualify for financial assistance on this and/or other Baptist Health System bills, please call 205-592-1216 or 800-443-1039. We will explain the evaluation process and forward the appropriate forms that are necessary for your consideration of financial assistance. Thank You.

If your check is returned for non-sufficient funds, you expressly authorize your account to be electronically debited or bank drafted for the amount of the check plus any applicable fees. The use of a check for payment is your acknowledgement and acceptance of this policy and its terms and conditions.

## ►MENSAJES

El Baptist Health System está dedicado a su misión de ofrecer cuidado de la salud de emergencia a todas las personas, sin importar su capacidad de poder pagar. Si piensa que podría ser elegible para recibir ayuda financiera en estas facturas y/u otras facturas del Baptist Health System, por favor llame al 205-592-1216. Le explicaremos el proceso de evaluación y le enviaremos los formularios apropiados necesarios para que se le considere para recibir ayuda financiera. Muchas gracias.

Si se devuelve su cheque por falta de fondos, usted autoriza expresamente que su cuenta se cargue electrónicamente o que se ejecute un giro bancario por el monto del cheque además de las tarifas aplicables. El uso de un cheque para el pago es su confirmación y aceptación de esta política y de sus términos y condiciones.

---

33083*1UC0CSQK3000700

# BAPTIST HEALTH SYSTEM
.SHELBY
P.O. BOX 11407
BIRMINGHAM, AL 35246-0145

**RETURN SERVICE REQUESTED**

STATEMENT DATE: 07/04/06


0101

☐ Please check box if below address is incorrect or insurance information has changed, and indicate change(s) on reverse side

━━━ ADDRESSEE: ━━━

JAMES G HUFFMAN
136 N COURT STREET
PRATTVILLE, AL 36067-3002

---

**IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.**

CHECK CARD USING FOR PAYMENT

☐ MASTERCARD   ☐ DISCOVER   ☐ VISA   ☐ AMERICAN EXPRESS

| CARD NUMBER | SECURITY CODE |
|---|---|
| SIGNATURE | EXP DATE |

| PATIENT NAME | DATE DUE |
|---|---|
| HUFFMAN ,JAMES G | 07/19/06 |

| ACCOUNT NUMBER | AMOUNT DUE | AMOUNT PAYING |
|---|---|---|
| 57129694 | $33,760.00 | $ |

6Z2737B

━━ REMIT TO: ━━

BAP MED CNTR-SHELBY
P.O. BOX 11407
BIRMINGHAM, AL 35246-0145

5712969402810240033760001

CURRENT INSURANCE INFORMATION

| | | |
|---|---|---|
| PRIMARY: CHASE - CHRYSLER | | |
| POLICY #: 418789424 | GP: | CP: |

IF PAYING BY CREDIT CARD, FILL OUT BELOW

☐ MASTERCARD   ☐ VISA

| CARD NUMBER | | AMOUNT |
|---|---|---|
| NAME ON CARD | | EXP DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 07/07/2006 | $434.00 | 1304679 |

TAX I.D.

SHOW AMOUNT PAID HERE    $

☐ IF YOUR INSURANCE, POLICY NUMBER, GROUP NUMBER OR CO-PAY HAVE CHANGED - PLEASE CORRECT ON THE REMIT SLIP. THANK YOU.

ADDRESSEE:

JAMES G. HUFFMAN
136 N COURT STREET
PRATTVILLE, AL 36067

REMIT TO:

CALERA FAMILY HEALTH, PC
PO BOX 1450
CALERA, AL 35040-___

☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT  AND INDICATE CORRECTIONS OR CHANGES ON THE REVERSE SIDE

**STATEMENT**   PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | | DESCRIPTION | CHARGES | INSURANCE | PATIENT |
|---|---|---|---|---|---|
| 04/23/2006 | 99223S | HOSPITAL ADMISSION, COMPREHENS - MICHAEL J TURNER, MD | $172.00 | | $172.00 |
| 04/24/2006 | 99232 | SUBSEQ HOSP CARE-COMPLEX - MICHAEL J TURNER, MD | $62.00 | | $62.00 |
| 04/25/2006 | 99232 | SUBSEQ HOSP CARE-COMPLEX - MICHAEL J TURNER, MD | $62.00 | | $62.00 |
| 04/26/2006 | 99232 | SUBSEQ HOSP CARE-COMPLEX - MICHAEL J TURNER, MD | $62.00 | | $62.00 |
| 04/27/2006 | 99238 | HOSP DISCHARGE 30 OR LESS - MICHAEL J TURNER, MD | $76.00 | | $76.00 |

| ACCOUNT NUM | ACCOUNT TOTAL | INS. PENDING | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS + | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 1304679 | $434.00 | $0.00 | $0.00 | $0.00 | $434.00 | $0.00 | $434.00 |

NOTES:115
WE ARE REQUIRED BY YOUR INSURANCE COMPANY TO COLLECT ALL CO-PAYS, DEDUCTIBLES, AND CO-INSURANCE AT TIME OF SERVICE. PRIVATE PAY PATIENTS ARE REQUIRED TO PAY AT TIME OF SERVICE.

CALERA FAMILY HEALTH, PC
PO BOX 1450
CALERA, AL 35040-___
(205)668-0941__