In the United States District Court
for the Middle District of Alabama

James G. Huffman,                    RECEIVED
        Petitioner
                              2006 NOV -8  A 9: 38          Civil Action
V.
Southern Health                                            2:06-CV-748 MEF
Partners Services et. al.
        Respondents

## Motion for Leave to Amend and to name Additional Respondent

Comes now your Petitioner and would move the Honorable District Court to allow him leave to Amend his original petition by adding the name of the Autauga County Commissioner to his orig- inal claim and he would support his request as follows:

1.) Petitioner had named a defendant of "Autauga County Commissioner" within his earlier motion to Amend filed with the Court filed on or around September 25, 2006. however, because Peti- tioner could not name the identity of such person the Honorable Court denied the general naming of "Autauga County Commissioner.

2.) Your Petitioner had used diligence in his efforts to ascertain the name of the person that would hold such office, however, he

was unsuccessful in obtaining the identity to the person holding such office. Petitioner finally asked his Aunt to telephone the Autauga County Court house in order to find out who that person was and on October 31, 2006 Petitioner received the attached note from his Aunt naming such official as being a Mr. Clyde Chambliss.

3.) Petitioner would now submit the name of Mr. Clyde Chambliss as being the Chairman of the Autauga County Commission and request- ing that the Honorable Court grant him leave to amend his original claim by the addition of the chairman of Autauga County Commission, Mr. Clyde Chambliss, as a Respondent to his claim of inadequate medical treatment.

**Wherefore These Premises Considered,** Petitioner would request that he be granted leave to amend his original claim by the addi- sion of the named party herein and that he be given this relief and all other relief the Court deems available to him.

**For This We Forever Pray.**

Done this the 6TH day of November, 2006.

Respectfully Submitted,
James G. Huffman
136 North Court Street
Prattville, Alabama
36067

## Certificate of Service

I James G. Huffman do hereby certify that I have delivered a copy of the same foregoing Motion to the following Respondents, as well as the United States District Court. The Middle District of Alabama. Office of the Clerk. P.O. Box 711. Montgomery, Alabama 36101-0711 properly addressed to the above address and those listed below by placing such in the United States mail with proper postage prepaid and affixed. Done this the 6th day of November, 2006.

1.) McDowell Faulk + McDowell, L.L.C. Attorneys at Law 145 West Main Street Prattville, Alabama 36067

2.) Lanier, Ford, Shaver + Payne P.C. Attorneys at Law P.O. Box 2087 Huntsville, Al. 35804



## Wilson, Price, Barranco, Blankenship & Billingsley, P.C.

Certified Public Accountants
Montgomery, Alabama

RECEIVED

### MEMO

FROM:

TO: *Jimmy*

2006 NOV -8 A 9: 31

DATE *10-26-06*

HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SUBJECT

*The Chairman of the Autauga
County Commission is Clyde Chambliss.*

*Love you
Aunt Ramona*