# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES G. HUFFMAN | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-748-MEF |
| | ) | (WO) |
| SOUTHERN HEALTH SERVICES, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' SPECIAL REPORT AND ANSWER

Defendants, Southern Health Partners, Inc. (designated in the Complaint as both "Southern Health Services Partners" and "Nurses of Southern Health Partners"), and Kenneth Nichols, M.D., (designated in the Complaint as both "Dr. Nichols" and "Dr. Nicholson, M.D.") submit their Special Report and Answer to the Court as follows:

## I.    INTRODUCTION

The plaintiff filed his Complaint on August 22, 2006 and his amended complaint on September 28, 006.  On August 30, 2006, this Court ordered Defendants to file an Answer and Special Report concerning the factual allegations made by the plaintiff in his Complaint and amendments thereto.  Pursuant to paragraph one of the Order for Special Report, Defendants aver that there are no similar complaints against them that should be considered with this complaint. This Court has dismissed Hollis v. Ellis, CV No. 2:06-CV-814-WKW, which was referenced by the co-defendants.

## II.    PLAINTIFF'S ALLEGATIONS

The plaintiff alleges that these Defendants failed to provide adequate or appropriate medical attention in violation of the plaintiff's Eighth Amendment right to be free from cruel and unusual punishment. Specifically, the plaintiff alleges that Dr. Nichols and SHP's medical nursing staff were deliberately indifferent to the plaintiff by failing to provide him adequate medication for his heart problems, back pain and anxiety/bipolar disorder, which he claims caused him to suffer a heart attack in late April 2005 and to be rushed to Baptist Medical Center Emergency Room in May 2005. [1]

## III.    DEFENDANTS' ANSWER TO PLAINTIFF'S ALLEGATIONS

Defendants deny the allegations made against them by the plaintiff as said allegations are untrue and completely without basis in law or fact. Defendants deny that they acted, or caused anyone to act, in such a manner as to deprive the plaintiff of any right to which he was entitled. The plaintiff's Complaint fails to state a claim upon which relief can be granted. Defendants raise the defenses of Eleventh Amendment immunity, qualified immunity, the plaintiff's failure to comply with the Prison Litigation Reform Act and additional defenses presented below. Defendants reserve the right to add additional defenses if any further pleading is required or allowed by the law.

## IV.    SWORN STATEMENTS

Pursuant to Paragraph 2 of the Court's Order, Defendants submit the affidavits of Dr. Nichols (Exhibit 1), and Tina Ellis, LPN (Exhibit 2), who are persons having knowledge of the subject matter of the Complaint.

---

[1] This statement of the plaintiff's allegations is based upon the plaintiff's Complaint as amended and the undersigned's interpretation of the issues raised. If other issues are presented, Defendant requests that this Honorable Court grant Defendants an opportunity to answer and address those issues.

## V.    STATEMENT OF FACTS

### A.    <u>Background</u>

1.    Dr. Nichols obtained his medical degree from UAB in 1982. From 1982 to 1985, he performed an internal medicine internship and residency at Baptist Memorial Hospital in Memphis, Tennessee. From July 1985 to the present, he has been in private practice in internal medicine in Prattville, Alabama. He is licensed by the State of Alabama as a medical doctor and has been so since 1985. Since 1997, Dr. Nichols has been the medical director of the Autauga County Jail. Since November 2005, he has been employed by Southern Health Partners, Inc. ("SHP") to be the medical director of the Autauga County Jail. (Nichols Aff. at ¶ 2.)

2.    Tina Ellis, LPN ("Nurse Ellis") obtained her LPN degree from Bevill State Community College in Hamilton, Alabama in December 2005. In May 2006, she became licensed by the State of Alabama as an LPN. Since May 2006, she has been employed by Southern Health Partners, Inc. ("SHP") as the medical team administrator ("MTA") for the Autauga County Jail. (Ellis Aff. at ¶ 2.)

3.    SHP provides medical care to inmates in various jail facilities, including the Autauga County Jail. From November 2005 to the present, health care services have been provided to inmates by SHP pursuant to a contract between SHP and the Autauga County Commission. Health care in the jail is provided under the direction of a medical team administrator ("MTA") as well as a medical director. During the period complained of by the plaintiff in this action, Dr. Nichols was the medical director of the jail, and Jennifer Cook, Donna Cooey, Gail Colburn and Tina Ellis have served as the MTA. (Nichols Aff. at ¶ 3.)

4.    When an inmate in the jail requires routine medical care, he or she obtains an inmate sick call slip from the corrections officer on duty in the housing unit and that form is provided to the medical staff for action.  Routine sick calls are conducted by the medical staff inside the housing unit. (Nichols Aff. at ¶ 4.)

**B.    Chronology of the plaintiff's treatment**

5.    A true and correct copy of SHP's entire medical chart on the plaintiff is attached to Nurse Ellis' affidavit as Exhibit A.  (Ellis Aff. at ¶6.)

6.    The plaintiff's January and February 2004 medical records from Baptist Medical Center East in Montgomery, Alabama are attached to Dr. Nichols' affidavit as Exhibit A, the plaintiff's April 27, 2005 discharge summary from Shelby Baptist Hospital in Alabaster, Alabama is attached to Dr. Nichols' affidavit as Exhibit B, and records related to the plaintiff's May 30, 2006 emergency room admission are attached to Dr. Nichols' affidavit as Exhibit C.  (Nichols Aff. at ¶ 6.)

7.    The plaintiff was booked into the Autauga County Jail on September 13, 2005.  On September 15, 2005, Dr. Nichols saw the plaintiff.  In this initial presentation, the plaintiff said he was taking Plavix for his heart, Zocor for high cholesterol and Xanax for anxiety.  Plaintiff gave a medical history of two stents and a prior heart attack in January 2004.  He also mentioned problems with anxiety and his back and said that he had undergone surgery for a ruptured spleen in November 2004.  Dr. Nichols assessed him as having arteriosclerotic cardiovascular disease (ASCVD) and prescribed Plavix 75 mg. daily for his heart, Mevacor for cholesterol, Paxil and Atarax for anxiety and Vasotec for high blood pressure.  (Nichols Aff. at ¶ 7.)

8.    Upon review of the plaintiff's January and February 2004 records from Baptist

Medical Center East (Ex. A), the plaintiff did not suffer a heart attack in January 2004. On January 27, 2004, he was admitted to Baptist Medical Center East with complaints of chest pain, and he was seen by Dr. Finklea, who ruled out heart attack. Based on the history taken by Dr. Finklea, the plaintiff had a stenting of his left arterior descending ("LAD") artery in July 2002. He underwent repeat catheterization in January 2003 for recurrent chest discomfort and the stent was found to be open. On January 29, 2004, the plaintiff underwent catheterization performed by Dr. Finklea, who found the plaintiff's LAD stent to be patent and placed another stent in the circumflex artery. In his discharge instructions, Dr. Finklea prescribed Plavix 75 mg daily for three months, which would have expired at the end of April 2004. (Nichols Aff. at ¶ 8.)

9.    On September 29, 2005, Dr. Nichols saw the plaintiff in follow-up to his September 15th appointment, and the plaintiff complained that he did not get his heart medications the prior week. Dr. Nichols' assessment remained ASCVD and he changed the plaintiff's prescription to include Elavil at night to help him sleep. (Nichols Aff. at ¶ 9.)

10.    On October 6, 2005, Dr. Nichols saw the plaintiff for complaints of not sleeping. Dr. Nichols prescribed Elavil 100 mg. at the hour of sleep. (Nichols Aff. at ¶ 10.)

11.    On November 8, 2005, Dr. Nichols discontinued the plaintiff's Paxil prescription and started the plaintiff on Fluoxitine (brand name Prozac) 20 mg. for depression and anxiety. (Nichols Aff. at ¶ 11.)

12.    On November 9, 2005, Dr. Nichols discontinued the plaintiff's prescription for Plavix and prescribed aspirin 325 mg. by mouth twice a day for his heart. Based upon Dr. Nichols' medical judgment, Plavix was no longer indicated, because it had been 22 months since the plaintiff's last

5

cardiac event in January 2004. Also, Plavix, at that time, was not on SHP's formulary of approved drugs. (Nichols Aff. at ¶ 12.)

       13.    In November 2005, the plaintiff was administered the following medications:

-    Aspirin for his heart.

-    Lovastatin (brand name Mevacor) for cholesterol.

-    Atarax for anxiety

-    Vasotec for high blood pressure.

-    Amitriptyline (brand name Elavil) to help him sleep.

-    Paxil for depression and anxiety up through November 29, 2005.

-    Fluoxitine (brand name Prozac) on November 30, 2005 for depression/anxiety.

(Nichols Aff. at ¶ 13.)

       14.    In December 2005, the plaintiff was administered the following medications:

-    Aspirin for his heart.

-    Lovastatin for cholesterol.

-    Vasotec for high blood pressure.

-    Amitriptyline HCL (brand name Elavil) to help him sleep.

-    Fluoxitine (brand name Prozac) for anxiety and depression.

-    Hydroxyzine PAM (brand name Vistaril) for anxiety.

(Nichols Aff. at ¶ 14.)

       15.    On December 10, 2005, the plaintiff completed an inmate sick call slip, complaining that Dr. Finklea told him that he needed to take Plavix everyday for life. The plaintiff was seen by Gail Colburn, RN-- the MTA during this time period-- on December 16, 2005, and Nurse Colburn

educated the plaintiff on the medications he was taking and advised the plaintiff that he could take Plavix if it was brought from home. As stated before, at this juncture, it was Dr. Nichols' opinion that Plavix was not indicated, although it would not hurt the plaintiff if he were to take it. (Nichols Aff. at ¶ 15.)

16.     On January 3, 2006, Angela Henley, LPN, performed a history and physical on the plaintiff. During his history and physical, the plaintiff identified prior heart problems and stated that he had been treated for anxiety and bipolar disorder. (Nichols Aff. at ¶ 16.)

17.     From January 1, 2006 through February 6, 2006, the plaintiff was administered the following medications:

- •     Aspirin for his heart.
- •     Lovastatin for cholesterol.
- •     Enalapril Maleate (brand name Vasotec) for high blood pressure.
- •     Amitriptyline HCL (brand name Elavil) to help him sleep.
- •     Fluoxitine (brand name Prozac) for anxiety and depression.
- •     Hydroxyzine PAM (brand name Vistaril) for anxiety.

(Nichols Aff. at ¶ 17.)

18.     On February 6, 2006, the plaintiff was discharged from the Autauga County Jail. (Nichols Aff. at ¶ 18.)

19.     The plaintiff was again booked into the Autauga County Jail on April 30, 2006. In his complaint, the plaintiff claims that he had a heart attack on April 22, 2006, and was discharged from the hospital on April 27, 2006. Attached as Exhibit A to Dr. Nichols' affidavit is the discharge summary from Shelby Baptist Medical Center dated April 27, 2006. As set out in the discharge

7

summary, the plaintiff was admitted to the hospital with complaints of chest pain, but he was not diagnosed with a heart attack. Instead, the cardiologist recommended that he undergo a cardiac catheterization, which showed no change from his previous catheterization. There was no determination that the plaintiff suffered any injury or harm from not taking Plavix or any other medication. (Nichols Aff. at ¶ 19.)

20. On May 1, 2006, Nurse Colburn performed a medical screening of the plaintiff, wherein she noted that the plaintiff had bruising on his bilateral groin area from heart catheterization. On May 5, 2006, Dr. Nichols entered an order prescribing Tylenol for the plaintiff's complaints of pain related to said bruising. (Nichols Aff. at ¶ 20.)

21. The plaintiff returned to the jail with prescriptions for Plavix, monopril and Zocor. On May 2, 2006, Dr. Nichols entered an order continuing the plaintiff on all of the same medications he was on at the time he left the jail in February, substituting lovastatin for Zocor, aspirin for Plavix and Vasotec for monopril. Again, based on the plaintiff's history, it was Dr. Nichols' medical judgment that the plaintiff did not need Plavix for his heart and could be adequately treated with aspirin. (Nichols Aff. at ¶ 21.)

22. On May 3, 2006, the plaintiff was brought to the medical staff complaining of chest pain. He was seen by Angela Henley, LPN, who noted that the plaintiff attributed his chest pain to soreness related to him trying to catch himself from falling. Nurse Henley took the plaintiff's vital signs and monitored him for a couple of hours without further complaint. (Nichols Aff. at ¶ 22.)

23. On May 10, 2006, the plaintiff completed an inmate sick call slip, complaining of an abscess tooth on his right bottom jaw. On May 12, 2006, the plaintiff was seen by Marlo Oaks, RN. Pursuant to Dr. Nichols' protocol for such complaints, the plaintiff was ordered Keflex and

Percogesic and was added to the dental list. On May 24, 2006, the plaintiff was seen by Dr. Roberson, an Autauga County dentist. Dr. Roberson found that the plaintiff had two infected teeth, and he extracted same. (Nichols Aff. at ¶ 23.)

24.    On May 11, 2006, Dr. Nichols saw the plaintiff, and the plaintiff complained of pain in the left groin and testicles related to the placement of his heart catheter. Dr. Nichols continued the plaintiff on the same medications, which included Tylenol for pain. (Nichols Aff. at ¶ 24.)

25.    On May 17, 2006, the plaintiff completed an inmate sick call slip, where he again complained that he was hurting in his groin area where the surgeons had placed his heart catheter. On May 19, 2006, the plaintiff was seen by Marlo Oaks, RN in response to this sick call slip, and Nurse Oaks noted that the plaintiff was not in acute distress and added the plaintiff to the list of patients for Dr. Nichols to see. (Nichols Aff. at ¶ 25.)

26.    On May 25, 2006, Dr. Nichols saw the plaintiff for his complaints of soreness in his left groin area. Dr. Nichols noted that the plaintiff had a tender epigastrium. Dr. Nichols' assessment was ASCAD and gastritis, and he prescribed Zantac for the gastritis. Dr. Nichols also ordered Tylenol to treat the plaintiff's complaints of pain. (Nichols Aff. at ¶ 26.)

27.    In May 2006, the plaintiff was administered the following medication:

•    Aspirin for his heart.

•    Lovastatin (brand name Mevacor) for cholesterol

•    Vasotec for high blood pressure.

•    Amitriptyline (brand name Elavil) to help him sleep.

•    Fluoxitine (brand name Prozac) for anxiety and depression.

•    Hydroxyzine PAM (brand name Vistaril) for anxiety.

9

- Tylenol for pain.

- Keflex for dental complaints.

- Percogesic for dental complaints.

- Zantac for gastritis.

(Nichols Aff. at ¶ 27.)

28. On May 30, 2006, the plaintiff complained to the medical staff of chest pain, and Dr. Nichols gave a telephone order to send the plaintiff to the emergency room for evaluation. The plaintiff was sent to Baptist Medical Center in Prattville and was seen by Dr. Joel Sullivan, who noted a normal EKG. The plaintiff's records from this ER visit are attached as Exhibit B to Dr. Nichols' affidavit. Tina Ellis, LPN, documents this emergency room visit on June 3, 2006, but it actually occurred on May 30, 2006. Based upon the emergency room records, there was no determination that the plaintiff suffered any injury or harm from not taking Plavix or any other medication. Dr. Sullivan's discharge instructions included a prescription for Plavix, but Dr. Nichols substituted aspirin for Plavix based on his medical judgment that the plaintiff was responding well to aspirin and did not need Plavix. (Nichols Aff. at ¶ 28.)

29. On June 28, 2006, the plaintiff completed an inmate sick call slip complaining of severe pain in his back, neck and hip from injuries received from a fall down the stairs. (Nichols Aff. at ¶ 29.)

30. On June 29, 2006, Dr. Nichols saw the plaintiff in response to these complaints. Dr. Nichols assessed the plaintiff with back pain and prescribed a Medrol dose pack, Motrin and Robaxin to treat these complaints of pain. (Nichols Aff. at ¶ 30.)

31. In June 2006, the plaintiff was administered the following medications:

10

- Aspirin for his heart.

- Lovastatin for cholesterol.

- Enalapril Maleate (brand nameVasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety

- Zantac for gastritis.

- Medrol dose pack for back pain.

- Ibuprofen (Motrin) for back pain.

- Robaxin for back pain.

(Nichols Aff. at ¶ 31.)

32.     On July 4, 2006, the plaintiff completed an inmate sick call slip, wherein he complained that his left ankle was swollen rising out of his fall down the stairs and requested an x-ray.  (Nichols Aff. at ¶ 32.)

33.     On July 5, 2006, Dr. Nichols ordered that the plaintiff receive an x-ray on his left ankle, which was performed by Dr. Randall Finley. Dr. Finley noted that the plaintiff had no fracture, dislocation or any abnormality with his ankle.  (Nichols Aff. at ¶ 33.)

34.     In July 2006, the plaintiff was administered the following medications:

- Lovastatin for cholesterol.

- Aspirin for his heart

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

- Zantac for gastritis.

- Medrol dose pack for back pain (up through July 5, 2006).

- Ibuprofen (Motrin) for back pain (up through July 5, 2006).

- Robaxin for back pain (up through July 8, 2006).

(Nichols Aff. at ¶ 34.)

35.     In August 2006, the plaintiff was administered the following medications:

- Lovastatin for cholesterol.

- Aspirin for his heart.

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

- Zantac for gastritis.

(Nichols Aff. at ¶ 35.)

36.     On August 29, 2006, the plaintiff completed an inmate sick call slip, wherein he requested that the medical staff drop all of his medications except aspirin, Elavil and Vistaril. (Nichols Aff. at ¶ 36.)

37.     On September 2, 2006, the plaintiff completed a refusal of treatment and release of responsibility form, wherein he again stated that he wanted all of his medications stopped except Vistaril, Elavil and aspirin. (Nichols Aff. at ¶ 37.)

12

38.     Consistent with the plaintiff's desires, the plaintiff received aspirin, Vistaril and Elavil in September 2006. On September 21, 2006, Dr. Nichols saw the plaintiff for complaints of lower back pain. Dr. Nichols noted that the plaintiff was refusing his medication. Dr. Nichols ordered that the plaintiff take ibuprofen and Flexaril, a muscle relaxer, for his back pain and also ordered that the plaintiff resume taking Lovastatin for cholesterol and Vasotec for high blood pressure. Consistent with Dr. Nichols' orders, the plaintiff resumed taking these medications. (Nichols Aff. at ¶ 38.)

39.     On October 9, 2006, the plaintiff completed an inmate sick call slip, wherein he complained of experiencing pain in his left abdomen near his rib cage where he had his spleen removed. He also complained of back pain. On October 10, 2006, the plaintiff was seen by Tina Ellis, LPN, who referenced Dr. Nichols prior orders for medication. (Nichols Aff. at ¶ 39.)

40.     On October 31, 2006, the plaintiff completed an inmate sick call slip, wherein he complained of pain in his abdomen and requested to see Dr. Nichols. (Nichols Aff. at ¶ 40.)

41.     On November 3, 2006, Dr. Nichols saw the plaintiff for these complaints and assessed him with esophageal reflux. Dr. Nichols prescribed Reglan to assist him with this problem. (Nichols Aff. at ¶ 41.)

42.     In October 2006, the plaintiff was administered the following medications:

- Lovastatin for cholesterol.

- Aspirin for his heart

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

- Zantac for gastritis.

- Mylanta for acid indigestion

(Nichols Aff. at ¶ 42.)

### C.    Defendants were not deliberately indifferent to the plaintiff's medical needs.

43.    Based upon Dr. Nichols' review of the plaintiff's records, his treatment of the plaintiff and his education, training and experience, it is his medical opinion that the plaintiff received appropriate medications for his heart problems and anxiety.    Indeed, the plaintiff regularly was administered aspirin for his heart, Lovastatin for cholesterol and Vasotec for high blood pressure. Moreover, the plaintiff was regularly administered Vistaril and Prozac to combat his anxiety. When the plaintiff complained of back pain–which was not often--he was administered medication to alleviate same. While incarcerated at the Autauga County jail, the plaintiff has not identified nor has he ever informed Dr. Nichols or the medical staff that he was taking Percocet for back pain. The plaintiff was not denied any medication, including Plavix, on the basis of cost or expense. On the contrary, Dr. Nichols' orders prescribing and discontinuing medication to the plaintiff were based solely on Dr. Nichols' medical judgment of the plaintiff's condition. (Nichols Aff. at ¶ 43.)

44.    Based upon Nurse Ellis' review of the plaintiff's records, her treatment of the plaintiff and her education, training and experience, it is her medical opinion that the plaintiff received appropriate nursing care for his heart problems, anxiety and back pain. (Ellis Aff. at ¶ 44.)

45.    All necessary care provided to the plaintiff by Dr. Nichols and the SHP medical staff was appropriate, timely and within the standard of care.  (Nichols Aff. at ¶ 44; Ellis Aff. at ¶ 43.)

14

46.    On no occasion was the plaintiff ever at risk of serious harm, nor was Dr Nichols or the medical staff ever indifferent to any complaint that the plaintiff made.  (Nichols Aff. at ¶45; Ellis Aff. at ¶ 44.)

## VI.    LEGAL ARGUMENT

### A.    The plaintiff's claims against Defendants are due to be dismissed, because the plaintiff has presented no evidence that Defendants were deliberately indifferent to a serious medical condition.

In order to prevail under 42 U.S.C. § 1983 on his medical claim, the plaintiff must demonstrate that Defendants were deliberately indifferent to a serious medical condition.  Because society does not expect that prisoners will have unqualified access to health care, deliberate indifference to medical needs amounts to an Eighth Amendment violation only if those needs are "serious." *Hudson v. McMillian*, 503 U.S. 1, 9 (1992).  "A serious medical need is one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention." *Kelley v. Hicks*, 400 F. 3d 1282, 1284 n. 3 (11th Cir. 2005).  Where a prisoner has received medical attention and the dispute concerns the adequacy of the medical treatment, deliberate indifference is not shown. *Hamm v. DeKalb County*, 774 F.2d 1567 (11th Cir. 1985).

Indeed, in *Estelle v. Gamble*, 429 U.S. 97, 106 (1976), the United States Supreme Court held that medical malpractice does not become a constitutional violation merely because the victim is a prisoner.  Thus, the inadvertent or negligent failure to provide adequate medical care "cannot be said to constitute an unnecessary and wanton infliction of pain." (*Id.* at 105-06.)  Instead, it must be

15

shown that there was a "deliberate indifference" to the serious medical needs of a prisoner. (*Id.* at 104.)

In addition, an inmate does not have a right to a ***specific*** kind of medical treatment. *City of Revere v. Massachusetts General Hosp.*, 463 U.S. 239, 246 (1983) (holding, "the injured detainee's constitutional right is to receive the needed medical treatment; ***how [a municipality] obtains such treatment is not a federal constitutional question***") (emphasis added). Furthermore, this Court should not substitute its medically untrained judgment for the professional judgment of the medical health professionals who treated the plaintiff. See *Waldrop v. Evans*, 871 F.2d 1030, 1035 (11th Cir. 1989) (observing that "when a prison inmate has received medical care, courts hesitate to find an Eighth Amendment violation"); *Hamm v. DeKalb County*, 774 F.2d 1567, 1575 (11th Cir. 1985) (stating that the evidence showed the plaintiff received "significant" medical care while in jail, and although the plaintiff may have desired different modes of treatment, care provided by jail did not constitute deliberate indifference), cert. denied, 475 U.S. 1096 (1986); *Westlake v. Lucas*, 537 F.2d 857, 860 n.5 (6th Cir. 1976) (stating "[w]here a prisoner has received some medical attention and the dispute is over the adequacy of the treatment, federal courts are generally reluctant to second guess medical judgments."); *Bismarck v. Lang,* 206 WL1119189 (M.D. Fla. 2006) ("Whether a defendant should have used additional or different diagnostic techniques or forms of treatment 'is a classic example of a matter for medical judgment and therefore not an appropriate basis for liability under the Eighth Amendment.'") quoting *Adams v. Poag*, 61 F.3d 1537, 1545 (11th Cir. 1995).

In this case, there is absolutely no evidence from which a jury could find that Dr. Nichols or the SHP medical staff acted with deliberate indifference to any serious medical need of the plaintiff. On the contrary, the plaintiff's medical chart clearly demonstrates that all of his medical needs were

addressed in a timely and appropriate fashion. The plaintiff's heart condition, anxiety and back pain was treated with medication prescribed by Dr. Nichols on a regular basis. Indeed, the plaintiff regularly was administered aspirin for his heart, Lovastatin for cholesterol and Vasotec for high blood pressure. Moreover, the plaintiff was regularly administered Vistaril and Prozac to combat his anxiety. When the plaintiff complained of back pain–which was not often--he was administered medication to alleviate same. The decision to discontinue Plavix was based on Dr. Nichol's medical judgment that Plavix was no longer indicated. Therefore, this decision "is a classic example of a matter for medical judgment and therefore not an appropriate basis for liability under the Eighth Amendment." *Adams v. Poag,* 61 F.3d 1537, 1545 (11th Cir. 1995). Moreover, the hospital records attached as Exhibits B and C to Dr. Nichols' affidavit demonstrate that the plaintiff did not suffer a heart attack in late April 2006 and he suffered no ill effects from his emergency room admission to Baptist Medical Center on May 30, 2006. There was no determination by the plaintiff's treating physician in either incident that the plaintiff suffered any injury or harm from not taking Plavix or any other medication

Dr. Nichols and Nurse Ellis have both testified that the standard of care was met in Dr. Nichols and the medical staff's treatment of the plaintiff. The plaintiff has failed to present any evidence or medical testimony rebutting this testimony and, in fact, has presented no evidence that the treatment provided him by said Defendants was somehow indifferent to his needs.

B.     **SHP Is Due To Be Dismissed, Because There is No Evidence that SHP Itself Directly Caused the Violation of Any Constitutional Right Through Its Adoption of Some Official Policy or Practice.**

Precedent from the U.S. Court of Appeals for the Eleventh Circuit provides that when a private corporation contracts with a state to perform a function traditionally within the province of

17

the state government, including the provision of medical services to state inmates, then that

corporation should be treated as a governmental entity and as a person acting under color of state law

within the meaning of 42 U.S.C. §1983. *Buckner v. Toro*, 116 F.3d 450, 452 (11th Cir. 1997);

*Edwards v. Alabama Department of Corrections*, 81 F.Supp.2d 1242, 1254 (M.D. Ala. 2000).

Although the private entity operating under such circumstances is not entitled to qualified immunity,

certain special requirements for liability apply. *Edwards*, 81 F.Supp.2d at 1254-55; *McDuffie v.*

*Hopper*, 982 F.Supp. 817, 825 (M.D. Ala. 1997). Thus, in order to prove that SHP should be liable

in this case, the plaintiff would have to demonstrate that SHP itself directly caused the violation of

his constitutional rights through SHP's adoption of some official policy or practice. See, *e.g., Monell*

*v. Department of Social Services*, 436 U.S. 658, 695 (1978); *Gilmere v. City of Atlanta*, 774 F.2d

1495, 1502-03 (11th Cir. 1985). Plaintiff has failed to assert a specific allegation against SHP in his

complaint, and a theory of *respondeat superior* is insufficient in any event to support a §1983 claim.

Therefore, even the broad assertion that SHP was generally responsible for the acts or omissions of

its medical staff would be inadequate to prove liability. For this reason, SHP is entitled to a full and

final summary judgment. See, *Monell*, 436 U.S. at 691-92; *Edwards*, 81 F.Supp.2d at 1255.

### C. The plaintiff's claims are barred by the Prison Litigation Reform Act for his failure to exhaust administrative remedies.

The Prison Litigation Reform Act requires exhaustion of all available administrative remedies

before an inmate may file a lawsuit under 42 U.S.C. § 1983. See 42 U.S.C. § 1997e(a); *Booth v.*

*Churner*, 532 U.S. 731, 733-34 (2001) (stating that 42 U.S.C. § 1997e(a) "requires a prisoner to

exhaust 'such administrative remedies as are available' before suing over prison conditions.").

Exhaustion is required for "all inmate suits about prison life, whether they involve general

18

circumstances or particular episodes, and whether they allege excessive force or some other wrong." *Porter v. Nussle,* 534 U.S. 516, 532 (2002).

The plaintiff has not alleged that he pursued any grievance through the State Board of Adjustment or through the jail's grievance procedure. See *Brown v. Tombs,* 139 F.3d 1102, 1103-04 (6th Cir. 1998) (requiring prisoners to affirmatively show that they have exhausted administrative remedies). Alabama law provides the opportunity to file a claim and proceed before the Alabama State Board of Adjustment pursuant to Ala. Code § 41-9-60 et seq.

Because the plaintiff failed to exhaust all administrative remedies, the plaintiff's claims are barred by 42 U.S.C. § 1997e(a). See *Alexander v. Hawk,* 159 F.3d 1321, 1326-27 (11th Cir. 1998) (affirming dismissal of present action due to failure to exhaust administrative remedies).

## VII.    REQUEST THAT SPECIAL REPORT BE TREATED AS MOTION FOR SUMMARY JUDGMENT.

### A.    <u>Summary Judgment Standard</u>

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants move this Court to enter summary judgment in their favor, because, as is more particularly shown above, there is no genuine issue as to any material fact and they are entitled to judgment as a matter of law.

On a motion for summary judgment, the court should view the evidence in a light most favorable to the nonmovant, However, a plaintiff "must do more than show that there is some metaphysical doubt as to the material facts." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.,* 475 U.S. 574, 586 (1986). Only reasonable inferences with a foundation in the record inure to the nonmovant's benefit. See *Reeves v. Sanderson Plumbing Products, Inc.,* 530 U.S. 133 (2000). "[T]he court should give credence to the evidence favoring the nonmovant as well as that 'evidence

supporting the moving party that is uncontradicted or unimpeached, at least to the extent that that evidence comes from disinterested witnesses.'" *Reeves,* 530 U.S. at 151, quoting 9A C. Wright & A. Miller, Federal Practice and Procedure § 2529, p. 299. "A reviewing court need not 'swallow plaintiff's invective hook, line and sinker; bald assertions, unsupportable conclusions, periphrastic circumlocutions, and the like need not be credited.'" *Marsh v. Butler County,* 268 F.3d 1014, 1036 n.16 (11th Cir. 2001) (*en banc*) quoting *Massachusetts School of Law v. American Bar,* 142 F.3d 26, 40 (1st Cir. 1998).

**B.**    **Motion for Summary Judgment**

Defendants respectfully request that this honorable Court treat this Special Report as a motion for summary judgment and grant unto them the same.

_____
Daniel F. Beasley  (BEA059)
Robert N. Bailey, II  (BAI045)
Attorneys for Defendants

**OF COUNSEL:**
LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
Huntsville, AL  35801
(256) 535-1100

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Robert Faulk
McDowell, Faulk & McDowell
145 West Main Street
Prattville, AL 36067-3033

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant:

have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant on this the 26th day of July, 2006:

James G. Huffman
Autauga County Jail
136 North Court Street
Prattville, AL 36067


_____
Of Counsel

[yr] \\LFSPSQL\CPShare\CPWin\HISTORY\061114_0001\171F3.1C

EXHIBIT A

**Discharge Summary**

**HUFFMAN, JAMES G - E000092370**

| | |
|---|---|
| Result type: | Discharge Summary |
| Result date: | May 25, 2004 09:15 |
| Result status: | Unauth |
| Result title: | DS4 |
| Performed by: | White, Lori on May 25, 2004 09:15 |
| Encounter info: | BAPTIST EAST, Inpatient, 01/27/04 - 01/29/04 |

DK *summary* 4/1/04

DS4

PATIENT VERIFICATION DATA:
HUFFMAN, JAMES H- 0402700752

Transferred to Baptist South care of Dr. Finklea for cardiac catheterization.

CONSULTANTS:  Dr. Finklea, Montgomery Cardiovascular Associates.

HOSPITAL COURSE:  The patient was admitted with chest pain.  He had known cardiac disease with stent placement in the past.  He was ruled out for MI.  Dr. Finklea was consulted and felt that his chest pain was very suspicious for unstable angina. The patient and Dr. Finklea discussed further care and it was felt that the best course of action was a left heart catheterization.  He remained stable during his hospital stay at Baptist East.  On 1/29/04 he was transferred to Baptist South under the care of Montgomery Cardiovascular Associates for cardiac catheterization.

_____  LORI WHITE M.D.  _____

LW/ / jcw
D:  05/25/2004
T:  05/26/2004

**Completed Action List:**
* Perform by White, Lori on May 25, 2004 09:15
* Transcribe by Contributor_system, LANIER on May 26, 2004 22:04

# History & Physical

**HUFFMAN, JAMES G - E000092370**

| | |
|---|---|
| Result type: | History & Physical |
| Result date: | January 28, 2004 07:45 |
| Result status: | Unauth |
| Result title: | HP4 |
| Performed by: | White, Lori on January 28, 2004 07:45 |
| Encounter info: | BAPTIST EAST, Inpatient, 01/27/04 - 01/29/04 |

## HP4

PATIENT VERIFICATION DATA:
HUFFMAN, JAMES G- 0402700752

CHIEF COMPLAINT: Chest pain.

HISTORY OF PRESENT ILLNESS: The patient is a 50 year old gentleman with CAD, status post stent placement by Dr. Escobar who presented to the Emergency Room with complaints of chest pain. His chest pain started at approximately 4:15, this became very severe and radiated up into his neck and left arm. It felt like an elephant sitting on his chest. He used Nitroglycerin spray and it improved only a little. He was then on his way home in order to rest but his pain became much worse. He became nauseated, vomited, had sweats and shortness of breath. He then presented to the Emergency Room. He was given Nitroglycerin in the Emergency Room and his pain abated.

The patient notes that over the past three weeks he has had great increase in his stress due to loss of his father. He has been having to use his Nitroglycerin 1-2 times per week due to chest pain.

PAST MEDICAL HISTORY: CAD, status post angioplasty and LAD stent placement 100% RCA occlusion with collateral. Repeat cath in 1/03 showed the stent to be open. Hyperlipidemia, peptic ulcer disease, sinus congestion and cough. Anxiety attacks, chronic back pain secondary to herniated disc, peripheral vascular disease.

PAST SURGICAL HISTORY:   Back surgery.

MEDICATIONS:
Plavix 75 mg q day
Lipitor 20 mg q day.
Nitrospray prn.
Nexium 40 mg q day
Percocet 10/650 b.i.d.
Xanax 2 mg b.i.d.
Multi-Vitamin
Aspirin 81 mg per day

ALLERGIES: TETRACYCLINE, CODEINE.

FAMILY HISTORY: Unknown, the patient is adopted.

SOCIAL HISTORY: Started smoking again 6 months ago. Tobacco for last 30 years, denies alcohol use.

REVIEW OF SYSTEMS:
GENERAL: The patient has been very stressed over the past several months due to

History & Physical                                HUFFMAN, JAMES G - E000092370

prolonged illness of his father and then his death.

HEENT: Unremarkable.
LUNGS: Unremarkable.
CARDIOVASCULAR: See HPI.
GI: Has history of peptic ulcer, no current problems.
GU: Admits to problems with intermittent impotence.
EXTREMITIES: Complains of pain in his calves with walking, this stops when he
rests. He has had peripheral vascular disease evaluation in the past with Dr.
Richardson.


PHYSICAL EXAMINATION:
Thin anxious white male in no distress.

VITAL SIGNS: Temperature 97.6, pulse 52, respirations 20, Blood pressure 110/68.
HEENT: PERRLA, EOMI, Tympanic membranes are clear bilaterally. Mouth clear, throat
clear.
NECK: Supple.
LUNGS: Clear to auscultation.
CARDIOVASCULAR: PMI within normal limits, S1-S2 normal. No MRG. Carotids 2+ and
equal, no bruit.
ABDOMEN: Soft, non-tender, no hepatosplenomegaly, no mass, no bruit.
EXTREMITIES: No edema, pulses are diminished at + bilaterally.
NEUROLOGIC: Nonfocal.

LABS: Significant for mild anemia with H&H 12.4, 36.3, with normal indices.
Chemistries normal except for a $CO_2$ of 33, and total protein mildly low at 6.3. CK
51 and 35 with negative Troponin. EKG normal sinus rhythm, no acute changes. Chest
x-ray is negative.

IMPRESSION:
1. Chest pain, probably cardiac in origin.   The patient is admitted to rule out MI
and he is placed on this protocol. He will receive Nitroglycerin, aspirin, oxygen,
and a cardiac consult will be done.
2. Peripheral vascular disease, we discussed the cessation of tobacco and the use
of walking. He will be discussing this with his new Primary Care Physician, Dr.
Fuentes with who he has an appointment next week.
3. Tobacco use, encouraged to discontinue.
4. Hyperlipidemia on treatment.
5. Chronic back pain, on treatment, he does desire pain management to be in his
regimen.

I am sure Dr. Fuentes will be referring him for such.




      _____

      LORI WHITE,  M.D.



B0402900232   HUFFMAN, JAMES G
DOB: 10/29/53   Age: 50Y   MR #: 319167
Admit Date/Time: 01/29/04   1030A
509 FLEMMING, H FORREST



**MONTGOMERY
CARDIOVASCULAR
ASSOCIATES, P.C.**
(334) 280-1500

*Hospital Jan '04*

## DISCHARGE INSTRUCTIONS

Patient's Name: _James Huffman_     Referring M.D.: _Fuentes_

Patient's Phone #: _____     Hospital: _BMC-So_

MCA Acct. #: _89,226_     Discharge Date: _1/30/04_

MCA M.D.: _Dr. Flemming / Finklea_

Follow Up Appointment with _Dr. Finklea in 8 weeks_
☆ Appt. to be mailed

Diagnosis/Reason for Admission:
Angina
CAD   s/p PTCA/stent LAD 7/02
Hyperlipidemia, Tobacco Abuse, PVD   s/p ℞ fem-pop

Procedures and Treatment: (List significant findings on procedures performed.)
1/29/04   LCORLV
PTCA/Stent to LCX
Cypher

New Allergies: _____

Discharge Medicines:
☆ ① Plavix 75mg — daily for 3 months
② Lipitor 20mg — daily
③ Zantac 150mg — daily
④ Xanax & Percocet as directed
☆ ⑤ Nitrostat 0.4 mg — one under tongue every 5 minutes as needed for chest discomfort.
⑥ Aspirin 81mg — daily
⑦ Xanax 2mg — one twice a day.

Diet: _Low Fat_
Physical Activity:

Discharge Instructions:

Authenticated by
H FORREST FLEMMING, MD
On 2/04/04 3:21:15 PM

Return to work: _____     May Drive: _1/31_

**PLEASE BRING THIS SHEET & THE MEDICINES WITH YOU ON YOUR RETURN VISIT TO OUR OFFICE.**
PRINTED BY: WHITE: Hospital     YELLOW: Patient 9/5/2006 INK: MCA     MCA-CL37 Rev. 9/03

*Consult 1/04*

*0402900232*

**BAPTIST MEDICAL CENTER EAST**
**400 Taylor Road**
**P.O. Box 17720**
**Montgomery, Alabama 36193-4201**

| | |
|---|---|
| **PATIENT: HUFFMAN, JAMES G** | **ROOM #: 205** |
| **MR #: 000092370** | **PATIENT #: 0402700752** |
| **DATE OF CONSULT: 01/28/2004** | **ADMIT DATE: 1/27/04** |
| **CONSULTING PHYSICIAN: JOHN L. FINKLEA,  M.D.~** | |
| **ATTENDING PHYSICIAN: LARRY C RIGSBY, MD** | |

__ CONSULT            __CONSULT AND FOLLOW PATIENT WITH ME            __CONSULT AND ASSUME

PATIENT VERIFICATION DATA:
HUFFMAN, JAMES G- 0402700752

DATE OF CONSULTATION: 1/28/04

We appreciate the opportunity of seeing Mr. Huffman in consultation for chest pains.  He has been seen by Montgomery Cardiovascular Associates in the past with a history of coronary artery disease, and stenting of his LAD in July of 2002, at that time there was a total occlusion of his right coronary with adequate collateral circulation, left ventricular performance was good and there was no high grade stenosis of the circumflex system.  He then underwent repeat catheterization in January 2003 for recurrent chest discomfort and according to his report, the stent was open.  Since then he has had chest tightness off and on particularly when he was >>_____<<, he would go long spells without discomfort.  He has rather recently lost his father and has been in both financial difficulties as well as having difficulty straightening out his father's affairs.  He was under considerable stress yesterday and in fact mad at the time and developed chest tightness, discomfort and some pain.  Took Nitroglycerine, it got better.  Got in the car and was going home and became diaphoretic, nauseated and came on to the emergency room.  Here he has had tightness a good bit of the time, very mild much of the time, but it did seem to increase some when he got up and walked down the hall today.  He has actually been outside once to smoke.  His cardiac enzymes have been negative and his EKG has been normal.  There is a minimal anemia.  Mild sinus bradycardia.

He denies orthopnea or paroxysmal nocturnal dyspnea.  Denies symptoms of dysrhythmia, currently.  Back in January he did have syncope after getting up quickly.  His exercise capacity has been reasonably good at about a little over .25 mile and stopped by claudication of his right leg.  He has had vascular problems there in the past and nothing done.  He denies orthopnea and paroxysmal nocturnal dyspnea.  He does have known COPD, bronchitis and tobacco abuse.  He stopped smoking with Zyban and nicotine patches and hopes to try again.

PAST SURGICAL HISTORY
1.  Lumbar laminectomy
2.  Previous stenting of LAD and recath.

PAST MEDICAL HISTORY:
1.  Hyperlipidemia
2.  Peptic ulcer disease. .
3.  Lumbar disc disease
4.  Peripheral vascular disease
5.  History of asthma, bronchitis and perhaps COPD.
6.  Chronic anxiety

DRUG ALLERGIES:  **CODEINE, TETRACYCLINE**

FAMILY HISTORY:  Unknown (adopted).

SOCIAL HISTORY: Smoker, unmarried, does have a girlfriend.  No alcohol consumption.  No routine exercise.

**REPORT OF CONSULTATION**

**Page 1 of 2**

PRINTED BY: b17606            DATE 10/5/2006

**PATIENT: HUFFMAN, JAMES G**          **PATIENT #: 000092370**    *0402900232*

REVIEW OF SYSTEMS
HEENT: NO sinus difficulties, hear, visual difficulties.
CARDIOVASCULAR/RESPIRATORY: See present illness. No pneumonia.
GI: NO hematemesis or melena. No significant diarrhea or constipation. Does have dyspepsia for which he takes Prevacid 40 and has had some reflux problems.
GU: No dysuria, pyuria, hematuria, stones.
ENDOCRINE: No diabetes mellitus, or thyroid difficulties.

PHYSICAL EXAMINATION: His blood pressure _____.
NECK: His carotids have rapid upstroke without bruits. Central venous pressure is normal.
LUNGS: Clear. No significant murmur, rub or gallop. PMI is normal .
ABDOMEN: Normal, without organomegaly , tenderness, masses, abnormal pulsations, bruit. Femoral pulses are 2+.
EXTREMITIES: Popliteals 2+. 1+ foot pulses. No ankle edema.

EKG is normal. Chest x-ray I will review. EKG normal, mild sinus bradycardia.

PROBLEMS:
1. Coronary artery disease
    1.1. Status post stenting of LAD in January 2003 with known chronically occluded right coronary with good collateral, good left ventricle, stenting in July 2002.
    1.2. Recath January 2003 with patent stent.
    1.3. Recurrent chest discomfort, very worrisome for coronary artery disease.
2. Hyperlipidemia.
3. Continued tobacco abuse.
4. History of asthma and possible COPD.
5. History of dyspepsia and reflux.
6. Syncope in 12/03
7. History of lumbar laminectomy
8. Peripheral vascular disease with claudication right leg.

ASSESSMENT
1. Current symptoms worrisome for unstable angina.

PLAN:
Cardiac catheterization, possible angioplasty. Discussed risks, procedure and rationale with him. He agrees and desires to proceed. He will be transferred over to Baptist Medical Center South.

Authenticated by
H FORREST FLEMMING, MD
On 3/04/04 4:02:49 PM

JLF/ / pap
D: 01/28/2004                         _____
T: 01/29/2004                         JOHN L. FINKLEA,  M.D.~

H f r

REPORT OF CONSULTATION

Page 2 of 2

CARDIAC**

BAPTIST HEALTH
0509
HUFFMAN, JAMES H
B0402900232
B000319167


NAME OF PROCEDURE: 1. LEFT HEART CATHETERIZATION
2. LEFT VENTRICULOGRAPHY
3. RIGHT AND LEFT CORONARY ARTERIOGRAPHY
4. PTCA AND STENT TO CIRCUMFLEX CORONARY ARTERY

PREOPERATIVE DIAGNOSIS: UNSTABLE ANGINA

POSTOPERATIVE DIAGNOSIS: SUCCESSFUL PTCA AND STENT

I. PROCEDURE: This patient was brought to the Cardiac Catheterization
Laboratory, prepped and draped in the usual fashion. 1% Lidocaine
was infiltrated into the right groin area. Then, using the Seldinger
technique, a 6 French sheath was placed in the right femoral artery
and flushed with heparinized saline. A 5 French pigtail catheter
was inserted over a guide wire, flushed in the descending aorta,
and used to measure pressures in the aorta and left ventricle. This
was then used to perform left ventriculography in the biplane projections.
This catheter was removed over a guide wire and replaced with Judkins
left and right 4 catheters, which were used to perform selective
angiography in multiple levels of obliquity. A new 90% stenosis in
the large first obtuse marginal branch was noted with no significant
restenosis in the stented LAD and continued total occlusion of the
right with good collateralization. Plans were made for PTCA of the
circumflex coronary artery. A 6 French left 4 catheter was inserted
over a guide wire and placed in the ostium of the left coronary artery.
A 0.014 Choice wire was manipulated down the circumflex coronary
artery and out the obtuse marginal branch, and a 3.5 x 8 mm Cypher
stent was positioned and deployed at 13 atmospheres, yielding a final
luminal diameter of 3.62 mm. The angiographic result looked excellent.
After taking post PTCA views, the procedure was terminated. The sheath
was sutured in place. Other apparatus was removed.


Prior to the beginning of the procedure, the patient was given weight-adjusted
Heparin, and an ACT measured at greater than 200 seconds. Integrilin
bolus was given and infusion begun.

II. HEMODYNAMIC DATA:
A. Aortic pressure: 120/75.
B. Left ventricular pressure: 120/8.

III. LEFT VENTRICULOGRAM: The left ventricle is normal in size with
normal contractility in all segments. There is no mitral insufficiency
and the aortic structures appeared normal.

IV. CORONARY ARTERIOGRAMS:
A. The left main coronary artery is normal and free of disease. It
bifurcates into the LAD and circumflex coronary artery.
B. The left anterior descending coronary artery is large with mild
irregularity in the proximal aspect with stenosis up to around 25%.
The first diagonal branch is size B to A-B and has mild proximal
disease. It is clean distally.

(CONTINUED)

PRINTED BY: b17606        DATE 10/5/2006

C. The left circumflex coronary artery is large but not dominant.
The remaining portion of the circumflex coronary artery is normal.
The first obtuse marginal branch is size A. There is a discreet 90%
stenosis in its mid portion and is clean distally. The continuation
of the circumflex has minimal disease.
D. The right coronary artery is totally occluded after a long area
of severe disease in the mid portion. The distal vessel is well collateralized
by the left system

V. POST PTCA AND STENT: Residual stenosis in the circumflex coronary
artery is 0%. There is no dissection. There is TIMI grade III flow
distally.

CONCLUSIONS:
1. NORMAL LEFT VENTRICULAR SIZE AND WALL MOTION.
2. THREE VESSEL CORONARY ARTERY DISEASE AS DESCRIBED ABOVE, INCLUDING
NEW LESION IN THE CIRCUMFLEX.
3. NO RESTENOSIS OF LEFT ANTERIOR DESCENDING CORONARY ARTERY.
4. SUCCESSFUL PTCA AND STENT OF CIRCUMFLEX CORONARY ARTERY.


_____

FORREST FLEMMING, M.D.


D: 01/29/2004
T: 02/11/2004
kb

Authenticated by H FORREST FLEMMING, MD On 2/17/04 1:48:51 PM

**BAPTIST MEDICAL CENTER**
2105 East South Boulevard
Montgomery, Alabama 36111
Telephone 334/288-2100

PATIENT: HUFFMAN, JAMES H                           ROOM #: 319
MR #: 000319167                                     PATIENT #: 0402900232
SURGERY DATE: 01/29/2004                            ADM DT #: 01/29/2004
SURGEON: FORREST FLEMMING, M.D.~
ATTENDING PHYSICIAN: H FORREST FLEMMING, MD

NAME OF PROCEDURE:            1. LEFT HEART CATHETERIZATION
                             2. LEFT VENTRICULOGRAPHY
                             3. RIGHT AND LEFT CORONARY ARTERIOGRAPHY
                             4. PTCA AND STENT TO CIRCUMFLEX CORONARY ARTERY

PREOPERATIVE DIAGNOSIS:       UNSTABLE ANGINA

POSTOPERATIVE DIAGNOSIS:      SUCCESSFUL PTCA AND STENT

I.    PROCEDURE: This patient was brought to the Cardiac Catheterization Laboratory, prepped and draped in the usual fashion. 1% Lidocaine was infiltrated into the right groin area. Then, using the Seldinger technique, a 6 French sheath was placed in the right femoral artery and flushed with heparinized saline. A 5 French pigtail catheter was inserted over a guide wire, flushed in the descending aorta, and used to measure pressures in the aorta and left ventricle. This was then used to perform left ventriculography in the biplane projections. This catheter was removed over a guide wire and replaced with Judkins left and right 4 catheters, which were used to perform selective angiography in multiple levels of obliquity. A new 90% stenosis in the large first obtuse marginal branch was noted with no significant restenosis in the stented LAD and continued total occlusion of the right with good collateralization. Plans were made for PTCA of the circumflex coronary artery. A 6 French left 4 catheter was inserted over a guide wire and placed in the ostium of the left coronary artery. A 0.014 Choice wire was manipulated down the circumflex coronary artery and out the obtuse marginal branch, and a 3.5 x 8 mm Cypher stent was positioned and deployed at 13 atmospheres, yielding a final luminal diameter of 3.62 mm. The angiographic result looked excellent. After taking post PTCA views, the procedure was terminated. The sheath was sutured in place. Other apparatus was removed.

      Prior to the beginning of the procedure, the patient was given weight-adjusted Heparin, and an ACT measured at greater than 200 seconds. Integrilin bolus was given and infusion begun.

II.   HEMODYNAMIC DATA:
      A. Aortic pressure: 120/75.
      B. Left ventricular pressure: 120/8.

III.  LEFT VENTRICULOGRAM: The left ventricle is normal in size with normal contractility in all segments. There is no mitral insufficiency and the aortic structures appeared normal.

IV.   CORONARY ARTERIOGRAMS:
      A. The left main coronary artery is normal and free of disease. It bifurcates into the LAD and circumflex coronary artery.
      B. The left anterior descending coronary artery is large with mild irregularity in the proximal aspect with stenosis up to around 25%. The first diagonal branch is size B to A-B and has mild proximal disease. It is clean distally.
      C. The left circumflex coronary artery is large but not dominant. The remaining portion of the circumflex coronary artery is normal. The first obtuse marginal branch is size A. There is a discreet 90% stenosis in its mid portion and is clean distally. The continuation of the circumflex has minimal disease.
      D. The right coronary artery is totally occluded after a long area of severe disease in the mid portion. The distal vessel is well collateralized by the left system

**CATHETERIZATION REPORT**

**PATIENT: HUFFMAN, JAMES H**          **PATIENT #: 0402900232**

V.    POST PTCA AND STENT: Residual stenosis in the circumflex coronary artery is 0%. There is no dissection. There is TIMI grade III flow distally.

CONCLUSIONS:
1.  NORMAL LEFT VENTRICULAR SIZE AND WALL MOTION.
2.  THREE VESSEL CORONARY ARTERY DISEASE AS DESCRIBED ABOVE, INCLUDING NEW LESION IN THE CIRCUMFLEX.
3.  NO RESTENOSIS OF LEFT ANTERIOR DESCENDING CORONARY ARTERY.
4.  SUCCESSFUL PTCA AND STENT OF CIRCUMFLEX CORONARY ARTERY.


_____
FORREST FLEMMING, M.D.~

FF/ / kb
D: 01/29/2004
T: 01/29/2004


cc:    SHANE CUNNINGHAM, D.O.~


**CATHETERIZATION REPORT**

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Fri Jan 30, 2004 09:46 pm
Discharge Cumulative Trend Report from 01/29/04 1115 to 01/30/04 0415

Patient Name:    HUFFMAN,JAMES G
Med Rec #:       000319167                         All Sections-Page 1
Dis Date         01/30/04                          Adm: 01/29/04
Phys-Service:    FLEMMING,H FORREST - MEDICINE
Acct #:          B0402900232
*********************************************************************************

## HEMATOLOGY

Last Tech: B6064

| Date: | 01/30 | 01/29 | | | | Normal Range | |
|---|---|---|---|---|---|---|---|
| Time: | 0415 | 1115 | | | | | |
| New Work: | * | * | | | | | |
| WBC | 6.8 | 6.3 | | | | 4.0-10.0 | (thou/cm |
| RBC | 3.79 L | 4.03 L | | | | 4.2-5.9 | (mill/cu |
| Hgb | 12.1 L | 12.9 L | | | | 13.0-17.5 | (gm/dl) |
| Hct | 35.9 L | 37.9 L | | | | 39-51 | (%) |
| MCV | 95 | 94 | | | | 80-100 | (fl) |
| MCH | 32 | 32 | | | | 26-34 | (pg) |
| MCHC | 34 | 34 | | | | 31-35 | (%) |
| Plt ct | 195 | 191 | | | | 150-440 | (thou/cm |
| RDW | 13.6 | 13.5 | | | | 11.5-14.5 | (%) |
| DIFF | | | | | | | |
| Neutrophils | 63 | 63 | | | | | |
| Lymphs | 25 | 25 | | | | 45-75 | (%) |
| Monos | 7 | 7 | | | | 20-53 | (%) |
| Eos | 4 | 5 | | | | 2-12 | (%) |
| Basos | 1 | 0 | | | | 0-8 | (%) |
| | | | | | | 0-2 | (%) |

## COAGULATION

Last Tech: B2225

| Date: | 01/29 | | | | Normal Range | |
|---|---|---|---|---|---|---|
| Time: | 1115 | | | | | |
| New Work: | * | | | | | |
| Pro Time | 11.7 | | | | 10.5-13.5 | (sec) |
| PTT | 32 | | | | 21-34 | (sec) |
| INR | .96 | | | | | |

** DO NOT DISCARD **
Discharge Cumulative Trend Report

PRINTED BY: b17606        DATE 10/5/2006

HUFFMAN,JAMES G
000319167
I/P 01/30/04
(M-10/29/53)
Dr. FLEMMING,H FORREST

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Fri Jan 30, 2004 09:46 pm
Discharge Cumulative Trend Report from 01/29/04 1115 to 01/30/04 0415

Patient Name:      HUFFMAN, JAMES G                    Chemistry Profile-Page 3
Med Rec #:         000319167                           Adm: 01/29/04
Dis Date           01/30/04
Phys-Service:      FLEMMING, H FORREST - MEDICINE
Acct #:            B0402900232
*****************************************************************************

                              CHEMISTRY   PROFILE                  Last Tech: B1573

| Date: | 01/30 | 01/29 | | | | | |
| Time: | 0415 | 1115 | | | | | Normal Range |
| New Work: | * | * | | | | | |
| Calcium | 8.8 | 9.3 | | | | | 8.5-10.5 | (mg/dl) |
| Glucose | 83 | 99 | | | | | 60-120 | (mg/dl) |
| BUN | 8 | 9 | | | | | 7-20 | (mg/dl) |
| Creatinine | 0.7 | 0.9 | | | | | 0.6-1.4 | (mg/dl) |
| Sodium | 136 | 140 | | | | | 135-145 | (mmol/L) |
| Potassium | 5.2 H | 4.6 | | | | | 3.5-5.0 | (mmol/L) |
| Chloride | 101 | 102 | | | | | 97-112 | (mmol/L) |
| CO2 | 24 | 33 H | | | | | 22-32 | (mEq/L) |

End of Report

HUFFMAN, JAMES G
000319167
I/P 01/30/04
(M-10/29/53)
Dr. FLEMMING, H FORREST

** DO NOT DISCARD **
Discharge Cumulative Trend Report

PRINTED BY: b17606          DATE 10/5/2006

 0402900232  HUFFMAN,JAMES G



**Baptist H**

## I/P AND O/P
## ADMISSIONS AND FACESHEET

| | G | 11 | MP |
|---|---|---|---|
| | **PC** | **INIT** | |

| | PATIENT NO. | DATE | TIME | SEX | DOB/AGE | RA MS | TYPE | SER | STATION/ROOM/BED | MED REC NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0402900232 | 01/29/04 | 1030A | M | 10/29/53 50Y | 1 D | I/P | CAR | CAR 327/0 | 319167 |

**PATIENT**
NAME & ADDRESS
HUFFMAN,JAMES G
1108 THORNHILL AVE

SELMA   AL 36701

SS# 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
PH# (334)872-7713
COUNTY DALLAS

EMPLOYER

EMP PH#
OCC
EMP STAT
EMP I.D.
NOT EMPLOYED

**GUARANTOR**
NAME & ADDRESS
HUFFMAN,JAMES G
1108 THORNHILL AVE

SELMA   AL 36701

DOB AGE 10/29/53 50Y
SS# 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
PH# (334)872-7713
REL SELF

EMPLOYER

EMP PH#
OCC
EMP STAT
EMP I.D.
NOT EMPLOYED

**RELATIVE**
NAME & ADDRESS
SHERRILL,DEBBIE J
1108 THORNHILL AVE

SELMA   AL 36701

DOB AGE
SS#
PH# (334)872-7713
REL FRIEND

EMPLOYER

EMP PH#
OCC
EMP STAT
EMP I.D.
NOT EMPLOYED

**REL 2**
NAME & ADDRESS
HUFFMAN,JAMES H
SELMA   AL 36701

HM (334)872-7713
PH#
WK

**INS #1**
INSURANCE CARRIER BLUE CROSS OF ALABAMA        INSURED NAME HUFFMAN,JAMES G        REL. TO INSURED 1
SUBSCRIBER ID# DIR418789424        GROUP NAME SPECIAL OPEN ENROLLMENT P        GROUP NUMBER 91000
GROUP PHONE# (800)760-6852        APPROVAL#        CONTACT
CONTACT ADDRESS 450 RIVERCHASE PKWY        CITY/STATE/ZIP BIRMINGHAM        AL 35298

**INS #2**
INSURANCE CARRIER 832004 BLUE CROSS PRO FEE        INSURED NAME HUFFMAN,JAMES G        REL. TO INSURED 1
SUBSCRIBER ID# DIR418789424        GROUP NAME SPECIAL OPEN ENROLLMENT PL        GROUP NUMBER 91000
GROUP PHONE# (800)760-6852        APPROVAL#        CONTACT
CONTACT ADDRESS 450 RIVERCHASE PKWAY        CITY/STATE/ZIP BIRMINGHAM        AL 35298

**INS 3**
INSURANCE CARRIER 380000 OTHER PPO        INSURED NAME FFMAN,JAMES G        REL. TO INSURED
SUBSCRIBER ID# 418789424        GROUP NAME        GROUP NUMBER
GROUP PHONE#        APPROVAL#        CONTACT
CONTACT ADDRESS        CITY/STATE/ZIP

| DIAG CODE   DIAGNOSIS | ALLERGIES | P | PT. CL. |
|---|---|---|---|
| 786.50-CHEST PAIN NOS | CODEINE,TETRACYCLINE+ | | |

ACCIDENT TYPE | NATURE OF ACCIDENT | ACCIDENT DATE | TIME

ARRIVAL MODE OTHER AMBULANCE | REFERRING FACILITY | CHURCH/DENOMINATION CHR

ADMITTING PHYSICIAN 509 FLEMMING,H FORREST | PRIMARY CARE PHYSICIAN UNNINGHAM,SHANE

ATTENDING PHYSICIAN 509 FLEMMING,H FORREST | REFERRING PHYSICIAN

LOCATION | E/R PHYSICIAN

ADMISSION TYPE URGENT

1/30/04

 FS 100   PRINTED BY: b17606        DATE 10/5/2006

Last Printed: 01/29/2004 10:59:18
08/11/03                                   A01

2119 East South Boulevard
Montgomery, AL 36116
P.O. Box 250110
Montgomery, AL 36125-0110
(334) 280-1500

C. McGavock, MD, FACP, FACC
John L. Finkl, MD, FACC
Robert P. Robinson, MD, FACC
Forrest Flemming, MD, FACC

David N. George, MD, FACC
Phil B. Moore, MD, FACP, FACC
Wynne Crawford, MD, FACP, FACC
R. Eric Crum, MD, FACC

Michael F. Stern, MD, FACC
Eliyya G. Abraham, MD, FACC
Beverly A. Stouderire, MD, FACP, FACC

**MEDICAL RECORD REQUEST:**
❑ HP/Consult
❑ DC Summary
❑ CATH/PTCA
❑ OP Note
❑ Stress
❑ Echo
❑ _____

**MONTGOMERY
CARDIOVASCULAR
ASSOCIATES, P.C.**

*Hospital 2/04*

## DISCHARGE INSTRUCTIONS

Patient's Name: _James Huffman_        Referring M.D.: _ER / Fuentes_

Patient's Phone #: _____        Hospital: _BMC-So_

MCA Acct. #: _89229_        Discharge Date: _2/20/04_

MCA M.D.: _____

Follow Up Appointment With _Primary Physician_ At _____

Diagnosis: _Chest Pain    Drug Abuse_
_CAD_
_Hyperlipidemia    PVD_

Hospital Course/Procedures:

_EKG + Enzymes Negative_

New Allergies:

Discharge Medicines:
① _Plavix 75mg — daily until end of April_
② _Lipitor 20mg — daily_
③ _Aspirin 81mg — daily_
④ _Nitrostat 0.4 mg — one under tongue_
   _every 5 minutes as needed for chest pain_
⑤ _Lexapro 10mg — daily_
⑥ _Xanax and Percocet as directed_
⑦ _Nexium 40mg — daily_

Diet: _Low Fat_

Special Instructions:

Return to work: _____

May Drive: _2/20/04_

Authenticated by
JOSE L. ESCOBAR, MD
On 2/26/04 11:41:20 AM

**PLEASE BRING THIS SHEET & THE MEDICINES WITH YOU ON YOUR RETURN VISIT TO OUR OFFICE!**

WHITE COPY: Patient    YELLOW COPY: MCA    PINK COPY: Referring M.D.    GOLD COPY: Hospital (Please put in front of progress notes)

PRINTED BY: b17606    DATE 10/5/2006

JAC22

HISTORY:
BAPTIST HEALTH
2255
HUFFMAN, JAMES H
B0405000003
B000319167


PROBLEM LIST:
1. CHEST PAIN - NEGATIVE CARDIAC ENZYMES AND EKG - DURING POLICE ARREST
2. CORONARY ARTERY DISEASE, STATUS POST PTCA AND STENT OF LAD IN 2002, PTCA AND STENT OF CIRCUMFLEX CORONARY ARTERY IN 1/4 BY DR. FLEMMING, CHRONIC TOTAL OCCLUSION OF RCA WITH NORMAL LEFT VENTRICULAR FUNCTION.
3. DYSLIPIDEMIA.
4. SMOKER, CHRONIC OBSTRUCTIVE PULMONARY DISEASE.
5. PERIPHERAL VASCULAR DISEASE.
6. NONCOMPLIANCE WITH MEDICAL MANAGEMENT.

HISTORY: This is a 50 year old white male who, last night at approximately 8 p.m., while being arrested by the police due to what he states was an attempt to pay for his food at the deli shop with a check, was apparently arrested and, after that, developed some sternal chest discomfort with radiation to the left arm, and brought to the Emergency Room for further treatment. Negative cardiac enzymes and echocardiogram on admission to the Emergency Room, and pain relieved by Nitroglycerin. Presently pain-free.

PAST MEDICAL HISTORY:
1. Coronary artery disease, status post remote PTCA and stent of LAD and PTCA and stent of circumflex coronary artery in 1/2004 with chronic totally occluded RCA and preserved left ventricular function.
2. Dyslipidemia.
3. Peptic ulcer disease.
4. Lumbar disk disease.
5. Peripheral vascular disease.
6. Chronic obstructive pulmonary disease - asthma.
7. History of chronic anxiety.

PAST SURGICAL HISTORY: Laminectomy, PTCA and stenting.

ALLERGIES: CODEINE, TETRACYCLINE.

FAMILY HISTORY: Unknown.

SOCIAL HISTORY: Smoking, denies alcohol abuse, denies illicit drug abuse, although did not answer that frankly.

REVIEW OF SYSTEMS: Negative, otherwise.

PHYSICAL EXAMINATION: Blood pressure 105/57, heart rate 53 per minute, respiratory rate 18, temperature 97, saturation 100.

HEAD: Normocephalic, atraumatic.

NECK: No JVD or bruit.

CHEST: Clear to auscultation.

(CONTINUED)
        PRINTED BY: b17606        DATE 10/5/2006

HEART: Regular rate and rhythm, S1, S2 without murmurs, rubs, gallops.

ABDOMEN: Benign.

EXTREMITIES: No clubbing, cyanosis, edema. Symmetrically +2 palpable pulses.

EKG: Sinus bradycardia; otherwise, negative.

CARDIAC ENZYMES: Troponin less than 0.04.

LABORATORY DATA: Pending.

PLAN: Admission to the floor, resume home medications as well as low molecular weight heparin, cardiac enzymes and cardiac catheterization by Dr. Flemming during the daytime. Will obtain drug screen, since the patient had slurred speech and was reluctant in answering if has been exposed to any illicit drugs. He consented for drug screen.

_____

JOSE ESCOBAR, M.D.

JE/ / kb
D: 02/19/2004
T: 02/19/2004

D: 02/19/2004
T: 02/19/2004
kb

Authenticated by JOSE L. ESCOBAR, MD On 2/26/04 11:41:11 AM

PRINTED BY: b17606        DATE 10/5/2006

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT


Patient Name:  HUFFMAN, JAMES G
MR #: B000319167
Account #: 0405000003
Attending Physician:  ESCOBAR, JOSE L

Date Performed: 02/19/04 0109
Patient's Room: CV-211-2
Patient Type: I/P


Exam
1010   DR-CHEST PA OR AP ONE VIEW
             Ord Diag: ;CHEST PAIN

Check-in No.
1692442


HUFFMAN, JAMES

CHEST ONE VIEW:

Comparison 2/10/04. History of chest pain. No interval change.

Both  lungs appear to be well expanded without an identifiable abnormality.   Heart  and  cardiomediastinal  structures  are unremarkable.  I do not identify an abnormality of the bony thorax.   The  pleural  space  and diaphragmatic  shadows  are unremarkable.  Air spaces appear normal.

IMPRESSION:
1. NO ABNORMALITY IDENTIFIED.


/READ BY/ THOMAS S MOORE, M.D.
/Electronically Signed By/ THOMAS S MOORE, M.D.

BS





50years
Male    Caucasian
Room: 211B
Loc: 9

Technician: 46

Vent. rate         60 bpm
PR interval       174 ms
QRS duration      82 ms
QT/QTc        434/434 ms
P-R-T axes      76  76  72

POOR ORIGINAL
QUALITY

*** Age and gender specific ECG analysis ***
Normal sinus rhythm
Normal ECG

Referred by: ESCOBAR

HUFFMAN,JAMES G
DOB: 10/29/53    Age:50Y   MR #:31967
Admit Date/Time: 02/19/04
2255 ESCOBAR,JOSE L            0247A

EXHIBIT B    *Hospitalized* ____ *Shelby Medical* 4/06

## SHELBY BAPTIST MEDICAL CENTER
### ALABASTER, ALABAMA

### DISCHARGE SUMMARY

| | | | |
|---|---|---|---|
| **NAME:** | HUFFMAN, JAMES | **MR #:** | 224062 |
| **DOB:** | 10/29/1953 | **ADMISSION#:** | 57129694 |
| **AGE/SEX** | 52 /M | **PT CLASS:** R | **ROOM:** 244 |
| | | **CLINIC CODE:** | 2E |
| **ADMITTED:** | **04/23/2006 02:27** | **DISCHARGED:** | 04/27/2006 |
| **ATT MD:** | | **FAMILY MD:** | |

**DIAGNOSES ON DISCHARGE:**
1. Peripheral vascular disease with claudication.
2. Noncardiac chest pain.
3. Ongoing tobacco abuse.

**HISTORY OF PRESENT ILLNESS:** Patient is a 52-year-old white male presents with complaint of chest pain. Gives a textbook description, "elephant sitting on chest," jaw pain, left arm pain with associated nausea, diaphoresis, dyspnea. Patient, however, does not remember exertional pain but reports stress related. Patient has been incarcerated for forgery, which he denies. History of a stent at Baptist Montgomery, he cannot remember if 2004 or 2005.

**RISK FACTORS FOR HEART DISEASE:** Positive tobacco abuse, positive family history, positive hypertension. Negative diabetes mellitus. Positive hyperlipidemia.

**MEDS ON ADMISSION:** Plavix, Zocor, Xanax, Percocet, and Monopril.

**ALLERGIES: CODEINE.**

**REVIEW OF SYSTEMS:** HEENT: No headache. CARDIOVASCULAR: See history of present illness. PULMONARY: No cough, dyspnea. GI: No nausea, vomiting, diarrhea, melena, hematochezia, hematemesis. GU: No dysuria, frequency, or urgency. NEUROLOGIC: No seizure or syncopal disorder. VASCULAR: Positive for claudication of the right leg.

**PHYSICAL EXAMINATION:**
GENERAL: Reveals a well-developed, well-nourished, white male in no acute distress. HEENT: Normocephalic/atraumatic. Eyes: Extraocular movements are intact. Pupils equal, round, and reactive to light. Mouth: Tongue protrudes in the midline. NECK: Supple without bruits, lymphadenopathy, or thyromegaly. HEART: Regular rate and rhythm without murmurs, gallops, or clicks. LUNGS: Clear without rales, rhonchi, or wheezes. ABDOMEN: Soft, nontender. Bowel sounds are positive. No hepatosplenomegaly. NEUROLOGIC: No focal motor or sensory deficits. EXTREMITIES: Decreased pulses on the right leg.

**HOSPITAL COURSE:** Patient was admitted. Cardiology was consulted. Records were obtained from

## SHELBY BAPTIST MEDICAL CENTER
### ALABASTER, ALABAMA

### DISCHARGE SUMMARY

Montgomery. After review, cardiologist recommended repeat cath. Cath was performed. It showed no change from previous cath done at Montgomery. Recommended medical therapy only. Patient was discharged to home. Will follow up with cardiologist regarding his coronary artery disease.

MICHAEL J TURNER, MD

TR: MT /SR  D: 07/06/2006 07:41:00  T: 07/06/2006 09:25:43  JOB: 7108897 /1353668

EXHIBIT C

*ER visit Prattville 5/06*



```
F0615000782   HUFFMAN,JAMES G
DOB: 10/29/53   Age:52Y   MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN, JOEL C
```



# Baptist HEALTH

## Nursing Chart Long Form   Page 1

Patient Name: _____   Arrival Time: _____

Family Doctor: *Finblas*   Triage Time: *1940*

---

Date: _____   Source: ☒ Patient  ○ Other: _____   Birthdate: _____   Age: ____   ○ Pediatric (>29 days – 12 years)

Sex: ☒ M  ○ F  LMP: _____   Weight _____ kg (Actual)  Height *5'11½*  Immunization status: _____   Last Tetanus: _____

**Allergies:** ○ NKA  ○ Latex                    Allergy Reaction: _____

**CHIEF COMPLAINT/Reason for Visit:**
○ Return visit  Same Day
○ Return visit  within 72 hours                    *Chest Pain – 6 PM*
○ Workers Comp

### MODE / METHOD OF ACCESS

| Arrival Mode: | Entered by: | Patient Admitted from: | Treatment Prior to Arrival: | |
|---|---|---|---|---|
| ☒ Automobile/Other | ☒ Ambulatory | ☒ Home | ○ None *Ems@ Joel* | ○ O2 Therapy |
| ○ Ambulance / Air | ○ Wheelchair | ○ Physician Office | ○ Ice | ○ Airway |
| ○ Law enforcement | ○ Stretcher | ○ Nursing Home | ○ Dressing(s) | ○ Intubation |
| ○ Auto Assist | ○ Carried | ○ Hospital | ○ Splint(s) | ○ Monitor |
| | ○ Other | ○ Other | ○ C-collar/Backboard | ○ ACLS Protocol |

Treatment Prior to Arrival (cont.): ○ IV  ○ Medications  ○ CPR  ○ Glucose ____  ○ Decon

---

**VITAL SIGNS TAKEN:** ○ SITTING  ○ LYING  ○ STANDING    Orthostatic Vital Signs

| Time | Temp | Route | Pulse | Resp | B/P | Pulse Ox | Time | ⊢○ | 👤(sit) | 👤(stand) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1940 | 97⁴ | (o) | 67 | 18 | 100/52 | 99% | Pulse | | | |
| | | | | | | | B/P | | | |

**Level of consciousness:** ☒ A&O x3   ○ disoriented to: person / place / time / situation
○ dementia   ○ decreased LOC   ○ unconscious/comatose

**Skin:** ☒ Warm & Dry  ○ Hot  ○ Cool  ○ Cold  ○ Clammy  ○ Diaphoretic  ○ Pale

**Safe in home:** ○ Yes  ○ No  Intervention: _____

**ADVANCE DIRECTIVES** ○ DNR  ○ LIVING WILL  ☒ NONE  ○ Information Given

**Past Medical History:** ○ Denies  ○ Unable to Assess

Exposure to: ○ HIV  ○ Aids  ○ SARS  ○ STD  Symptoms: _____

Vaccinations: ○ Pneumonia  ○ Influenza  ○ Information Provided

Tobacco ____ Pack/day  Alcohol ____ drinks/day  Substance Abuse _____  ○ Cessation Advised

**Neuro:** CVA  TIA  Migraines  Seizures
**EENT:** Cataract  Glaucoma  HOH  Blind
**Cardiac:** MI  CHF  CABG  HTN  Pacer  Dysrhythmia
**Pulmonary:** Asthma  Bronchitis  COPD  Pneumonia
**GI:** Ulcers  GI Bleed  Constipation  Diverticulitis
**GU:** UTI  Kidney Stone  Prostate  Dialysis  AV Shunt

**GYN:** Pregnant now  Ectopic
**Ortho:** Osteo  Arthritis  Back pain
**Endo:** Thyroid  Diabetes
**Cancer:** _____
**Psychiatric:** Depression  Alzheimer  Autism  Parkinson's  Bi-polar  Schizophrenia  Prior Psych Admit  Hostile on admission

**PAIN SCALE**

Numeric Scale  0=No Pain  10=Worst Pain Imaginable
☒ Pain Intensity Rate: *9* @ rest: ____
○ Face Scale: (Faces Scale/Wong & Baker)  ○ FLACC

| 0 NO HURT | 2 HURTS LITTLE BIT | 4 HURTS LITTLE MORE | 6 HURTS EVEN MORE | 8 HURTS WHOLE LOT | 10 HURTS WORST |

Onset of pain: *Today*
Location of pain: *Chest*
Quality: _____

**Trauma Assessment** ○ Yes  ○ No
○ Assault  ○ MVC Speed _____
○ Stab  Impact: Rear / Front / T-Bone
○ GSW    ○ Driver  ○ Passenger
○ Fire    ○ Front  ○ Rear
○ Fall    ○ Airbag  ○ Restrained
        ○ Motorcycle  ○ Bicycle
        Helmet  ○ Yes  ○ No
○ Other

---

**CURRENT MEDICATION(S)**    **Meds Disposition:** ○ Patient  ○ Family  ○ Other

| ○ None | ○ See Medication List  (attached) | Nurse 1 |
| ○ Narcotics | Drug: *Valium, Morphine, Asa*  *Plavix, Zocor, Xanax, Percocet* | Nurse 2 |

**TRIAGE INTERVENTION(s):** ○ Ice/Elevation  ○ Dressing/Splint  ○ Glucose _____  ○ EKG  ○ C-Collar  ○ Respiratory Precautions

| Triage Category: | Triage disposition time ____ TO ○ ER Bed ____  ○ FT Bed ____ | Triage Nurse Signature:   ID # |
| ① ② ③ ④ ⑤ | ○ Waiting Room  ○ Hallway Bed  Report to: | *J. Wilson 13656* |

PRINTED BY: b13736        DATE 10/9/2006

ER160                                                        Form ER 16002  Rev. 01/27/06

Nursing Chart Long Form Page 2

| **Airway and C-spine** | O Clear    O Obstructed |
| ☑ WNL | O Intubated size _____ cm @ lip _____ |
| O Abnormal | O C-spine secured by ED staff |

F061S000782   HUFFMAN, JAMES G
DOB: 10/29/53  Age:52Y  MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN, JOEL C

%

| **Breath Sounds** | | Rales | Rhonchi | Wheezes | Diminished | Absent |
| ☑ WNL / Clear | R | O | O | O | O | O |
| O Abnormal | L | O | O | O | O | O |

| **Respiratory** | O Labored | O Apneic | O Expiratory Grunting | O Home Oxygen _____ L/min |
| ☑ WNL | O Rapid | O Retractions | O Cough - Productive | |
| O Abnormal | O Shallow | O Stridor | O Cough - Non-productive | |
| | O Nasal Flaring | O Tracheal deviation | O Sputum: color _____ | |

| **Cardiovascular** | O Thready/weak | ⊙ Chest Pain/Tightness | O Irregular | Notes: Monitor Rhythm |
| O WNL | O Diaphoresis | O Dizziness | O Cyanosis | |
| O Abnormal | O Arrhythmia | O Edema | O Pulses X 4 | ☑ See Strips   O ICD |

| **Neurological** | O LOC | O Combative | O Lethargic | Notes: |
| ☑ WNL | O Headache | O Syncope | O Tremors | O Seizure precautions |
| O Not Assessed | O Disoriented | O Seizures | O Vertigo/Dizzy | O Neuro vital signs (see NN) |
| O Playful | O Speech difficulty / slurred | O Confusion | O Unresponsive | O Glasgow Coma Scale _____ |
| O Interactive with | O Responds to Voice only | O Responds to Pain only | O Follows | O CVA Protocol (NIH Stroke Scale) |
| environment | O Change in mental status | O Moves all extremities | commands | |

| **GI** | ☑ N/V/D | O Cramping | O Constipation | O Rigid Abd | O Nutritional risk  Yes  No |
| O WNL | vomiting x ___ | O Pain | O Distention | O Tender Abd | O Dentures  Upper  Lower |
| O Not Assessed | O BS + - | O Bleeding | O Weight Loss / Gain | O Last BM_____ | O Meal Given |

| **GU / GYN** | O Pregnant | O Pain | O Freq/urgency | O Amenorrhea | Notes: |
| ☑ WNL | G__P__A__ | O Distention | O Incontinent | O Dysmenorrhea | O Ostomy _____ |
| O Not Assessed | EDC _____ | O Hematuria | O Flank pain L R | O Vaginal Bleeding | O Foley  size _____ |
| | O FHTs _____ | O Burning | O Blood at Meatus | O Discharge | Urine description: |

| **Musculo-skeletal** | O Pain | O Unable to Assess Gait | O Splinting | Notes:  R  L  Handed |
| ☑ WNL | O Swelling | O Unsteady gait | O Weakness | Gait Device: Cane  Walker |
| O Not Assessed | O Deformity | O Assist Device | O History of falls | Crutches  W/C  Prosthesis |

| **Integumentary** | O Bruises | O Wound | O Pale  O Cyanotic  O Jaundice | Notes: |
| ☑ Intact | O Rash | O Laceration | O Fistula : Location_____ | O Exposure to Chemicals |
| O Not Assessed | O Abrasions | O Lesions | O Bruit + -   O Thrill + - | O Burns |

| **EENT:** | O Eye  R L  Both  Pupil size R ___ mm L ___ mm  Hearing Aid: R L B | O Visual Acuity |
| ☑ WNL | O Ear  R L  Both  O Drainage  O Itching  O Pain | R 20/___ L 20/___ B 20/___ |
| O Not Assessed | O Nose  O Throat  O Dental  O Congestion  O Redness | Glasses  Contacts |

| **Psychiatric:** | O Memory changes | O Delusions | O Calm  O Suicidal ideations | Notes: |
| ☑ WNL | O Depression | O Insomnia | O Hostile  O Homicidal ideations | O Environment secured |
| O Not Assessed | O Anxiety | O Hallucinations | O Agitated  **Plan?  Yes  No** | O Restraints Present |

| **Suspected:** ☑ None | **Communication Deficit:** | **Barriers to learning:** ☑ None | **Support System:** |
| O Child/Elder Abuse | ☑ No deficit | O Physical limits _____ | O Lives Alone |
| O Sexual Assault | O Language barrier | O Emotional _____ | ☑ Family/Significant Other |
| O Domestic Violence | O Hearing Impaired | O Cultural _____ | O Minor w / Parent |
| O Victim of Violent Crime | O Uses Sign Language | O Religious/Spiritual _____ | O Minor w/o Parent |
| **Referrals/Reporting:** | O Visually Impaired | O Suspected low literacy skills | O Nursing Home |
| O Social Service | O Altered Mental Status | O Developmental disability | O Assisted Living Home |
| O Behavioral Health | O Translator _____ | | O Other |
| O Police / Security | Dominant Language: _____ | **Safety measures addressed** | Marital Status:  S  M  W  D |
| O CPS / APS / DHHR | | O Side rails Up  ☑ ID Bracelet On | |
| O Animal Bite | | O Risk of falls  O Falls Bracelet | |
| O Poison Control | **Developmental Milestones** | | |
| O SART / SANE | O Achieved  O Delayed | | |

PRINTED BY: B13736

Nurse Signature (nurse completing assessment)    ID #    Time
DATE _____    13656    1940



F0615000782    HUFFMAN,JAMES G
DOB: 10/29/53  Age:52Y  MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN,JOEL C



**Baptist** HEALTH

**Nursing Chart**
**Long Form**  Page 3

Patient Name: _____

| IV Push is medications given in < 16 minutes | | | | | | **MEDICATIONS** | *(Put medications in the same syringe on one line)* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | Route | | | | | | | | | Response to Medication | | |
| Time | IV Push | IM | SC | PO | Other | Medication | Dose | Site | Initials | Time | Pain Scale Other | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | O | O | O | O | ⊘ | NTG | 1/150 | SL | 8W | | | |
| 2014 | O | O | O | ⊘ | O | ASA | 325 | PO | 8W | | | |
| 2014 | O | O | O | ⊘ | O | MVD | 60 | PO | 8W | | | |
| 2034 | ⊘ | O | O | O | O | Morphine | 4mg | IV | 8W | | | |
| 2122 | ⊘ | O | O | O | O | Morphine | 4mg | hr | | | | |
| 2204 | O | O | O | ⊘ | O | Plavix | 75mg | PO | d | 2200 | feeling better | dw |
| 2206 | O | O | O | ⊘ | O | Xanat | 1mg | PO | d | | | |
| | O | O | O | O | O | | | | | | | |

O TD Adult  O DT Pedi  O Tetanus Toxoid  O Rabies  O Rabies IG  O Other  O VAR Completed

Thrombolytics:  O Cardiac  O Stroke  O Vasopressors  O Intraosseous infusion  O No response to med required

| PARENTERAL THERAPY - IV FLUIDS | | | | | | O IV Pump | O Warmed solution | | O Buritrol | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Site | Per Hr IV ⊘ | KVO O | Lock ⊘ | Start TIME | Stop TIME | Hydration | Medication | Solution/Additive Medication | | Rate / Bolus | Repeat Med | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Site ⊘ AC | | | 2015 | 2205 | ⊘ | O | NS | | 150 | hr | O | 8W |
| Time 2015 | Gauge 20G | | | | | O | O | | | | O | |
| | Attempts x 1 | | | | | O | O | | | | O | |
| | Blood drawn | | | | | O | O | | | | O | |
| 2 | Per Hr IV O | KVO O | Lock O | | | O | O | | | | O | |
| Time | Site _____ | | | | | O | O | | | | O | |
| | Gauge _____ x___ | | | | | O | O | | | | O | |
| 3 | Per Hr IV O | KVO O | Lock O | | | O | O | | | | O | |
| Time | Site _____ | | | | | O | O | | | | O | |
| | Gauge _____ x___ | | | | | O | O | | | | O | |

| INTAKE | Amount | OUTPUT | Amount | Response to IV therapy | |
|---|---|---|---|---|---|
| Oral | | Urine | | ⊘ Tolerated well, no adverse reaction noted | |
| IV | | Gastric | | | |
| Other | | Other | | **Blood Transfusion** | **IV Site at disposition** |
| TOTAL | | TOTAL | | O Routine  O Emergent  Total # of units _____ | Time: 2205  O Patent  ⊘ Discontinued  ⊘ No redness  O No swelling  ⊘ catheter intact |

| Vital Signs | | | | | ⊘ Continuous NIBP (strips attached) | | | | Titrated Medications  O See flow sheet | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | Temp | Pulse | Resp | B/P | Pulse Ox | Glucose Checks | Pain Scale | Time | Med #1 | Med #2 | Med #3 | Initials |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

PRINTED BY: b13736    DATE 10/9/2006

Form ER 16002  Rev. 01/27/06

Nursing Chart Long Form Page 4

## PROCEDURES / TREATMENT CARE

### EYE
- O Eye Exam – *NO FB found*
- O FB Eye Exam/Slit lamp
- O FB Eye Exam/No Slit lamp
- O Eye irrigation  R  L  Both
- Amount _____

### NOSE/EAR
- O Nasal Cautery
- O Nasal packing-anterior
- O Nasal packing-posterior
- O Nasal packing-balloon
- O Ear irrigation (ear wax) R  L

F0615000782  HUFFMAN, JAMES G
DOB: 10/29/53  Age:52Y  MR #:191817
Admit Date/Time:  05/30/06  1929P
917 SULLIVAN, JOEL C

- O Procedure *"Time Out"* by: _____

### CARDIOLOGY
- Ø Cardiac monitor
- Ø EKG – by ED staff
- Ø Repeat EKG  by ED staff
- Ø Pulse Ox-continuous
- Ø Central line  O < 5yr  O ≥ 5yr
- O External pacer
- O Temporary internal pacer
- O Cardioversion (electric)
- O Pericardiocentesis
- O Declot vascular device
- O PICC line  O < 5yr  O ≥ 5yr
- O Arterial Blood Gas
- O Blood / Needle exposure

### GI / GU
- O Straight/quick cath for UA
- O Foley catheter   Size_____
- O Bladder irrigation
- O Foley removed
- O Rectal exam    O Anoscopy
- O Rectal disimpaction
- O Enema    O Repeat x ___
- O NG w/ suction _____
- O NG w/ Lavage _____
- O G-tube  replace  O Reposition
- O Pelvic Exam
- O Sexual Assault Exam
- O Incontinence Care

### RADIOLOGY
- Ø X-Ray preparation
- O CT  US  MRI  IVP  ___
- O IV contrast  O Oral contrast
- O Monitor in radiology / CT

### LAB
- Ø Venipuncture (ED Staff)
- Ø Lab Test (any)
- Ø Specimen collection(not blood)
- O Point of care test
- O Urine Dip    O Rapid Strep
- O Central line blood draw
- O Hemocult    +  –
- O Genital cultures

### SPECIAL PROCEDURES
- O Isolation  (Medical)
- O Lumbar puncture
- O Epidural blood patch
- O Procedural sedation IV/IM
- O Paracentesis / Dx lavage
- O Hypothermia care
- O Hyperthermia care

### BEHAVIORAL MANAGEMENT
- O Psychiatric evaluation
- O Restraints
- O Seclusion or 1:1 obs
- O Involuntary commitment
- O Psychiatric code called

### PULMONARY
- O Airway: Oral/Nasal    O Oxygen  Mask  Cannula ____ Liters/min   O End-tidal CO2 + –
- O Intubation  Tube: _____    O Cricothyroidotomy    O Thoracentesis (Needle)
  - O PTA  O ED  O Anesthesia    O Tracheostomy    O Chest tube insertion
- O Rapid sequence induction    O Trach Care    Tube size: ___ R / L  O Bilateral
- O Ventilation assist Bi-Pap C-Pap    O Suction Oral/Nasal/Trach   O Nebulizer(s) X ___

- O CPR
- O CODE    Time: ___
  Medical  Pediatric  Trauma
- O Code Sheet Completed
  Trauma team  O 1  O 2  O 3

## DISPOSITION / OUTCOME

**PATIENT PROPERTY:** O Sent home   O Secured / hospital safe   O Patient retains/accepts responsibility   O Sent with patient
O Dentures O Glasses  O Hearing device O Clothing  O Cane  O Crutches  O Walker  O Valuables  O Other: _____

- Ø Discharged  Time 2209
  - O Nursing Home
  - O AMA  signed unsigned
  - O LBMSE
- O Admitted  Time ___  Room___
  - O Regular Room
  - O Telemetry    O ICU / CCU
  - O Surgery    O Cath Lab
  - O Psychiatric    O Observation
- O Transferred   Time: ___
  - O Hospital
  - O Psychiatric
  - O Extended Stay (>4 hours)
- O Expired    Time: ___
  - O Coroner called
  - O Released to Funeral Home
  - O Organ donation addressed
  Notes:

## TEACHING / DISCHARGE CARE        CORE MEASURES:  O AMI  O Pneumonia  O Heart Failure  O Stroke

Smoking cessation advised  O <3 min O ≥3 min
- Ø Discharge Instruction sheet provided
- Ø Verbal understanding of discharge / RX
- Ø Meds dispensed by physician _____
- O Extended patient education

Instruction(s) given to:
- Ø Patient
- O Parent / Family
- O Friend
- O Other

Discharge Mode:
- Ø Ambulatory  O Carried
- O Ambulance  O Crutches
- O Wheelchair  O Stretcher

Accompanied by:
- O Self /Parent
- O Spouse    O Friend
- Ø Police    O Family
- O Other

O Work/School Excuse (see copy)    O Workers Comp Papers Initiated  (see copy)    O ED Boarder  Time:

### TRIAGE OUT VITAL SIGNS

| Time | Temp | Pulse | Resp | B/P | Pulse OX | Pain Scale | FHT |
|------|------|-------|------|-----|----------|------------|-----|
| 2209 | | 56 | 12 | 134/77 | 98% | | |

Triage Out Note: D/C inst, RX reviewed
c̄ pt, Sheriffs Dept. stated
understanding, states feeling
better.

**Condition:** Ø improved   O unchanged  _____

Signature and Employee ID  _Nettie Christy_ 18364   Initials  _d_

Signature and Employee ID

PRINTED BY: b13736

DATE _____

Admit Report called to: _____   Time: _____

Discharge Nurse  _Noelle Christy_ 18364  Initials  _d_

1 of 1    1 of 2

%

F0615000782  HUFFMAN, JAMES G
DOB: 10/29/53  Age:52Y  MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN, JOEL C

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

33

**Baptist Health**
# EMERGENCY PHYSICIAN RECORD
## Chest Pain    (5)

DATE: 5/30  TIME:____  ROOM: 3 ____    *EMS Arrival*

HISTORIAN:  (patient)  spouse  paramedics_____
__HX /__EXAM UNOBTAINABLE 2° TO:

## HPI

| | |
|---|---|
| **chief complaint:** | (chest pain) / discomfort |

**started:**  6 pm

Bent over · when Stood
up had acute pn

**time course:**
(still present)  better          constant  "waxing & waning"
gone now                          intermittent episodes lasting
   *lasted*
resolved on arrival in ED         worse / persistent since

**quality:**                 **location of pain:**
(pressure
tightness
indigestion)
burning
dull
aching
sharp
stabbing
"pain"
"numbness"
"like prior MI"



**radiation:**  none    diagrammed above_____

**associated symptoms:**
nausea ✓                   shortness of breath
vomiting                   sweating

??

**worsened by:**           **relieved by:**      nitroglycerin  1  2  3 __
change in position         sitting up            patient's own supply
deep breaths / turning     rest                  given by paramedics
exertion                   antacids              relief: none / partial /
nothing                    nothing                     complete / transient
                                                 Oxygen    NRB __L

**onset during:**          **severity:**
sleep  rest  light activity  maximum: (1-10)
mod. / heavy exertion      mild / moderate  severe
emotional upset            when seen in ED: (1-10)
cannot recall              gone  almost gone  mild / (moderate) severe
Bendy Over                 residual discomfort in arm  (R / L)

Similar symptoms previously_____
                           pt out ? from
                           pbs
Recently seen / treated by doctor_____
                           pt in Jail —

**PAST HX**    negative    * = MI risk factors
*high blood pressure
*diabetes  insulin / oral / diet __
*high cholesterol
*heart disease
   heart attack (MI)
   angina / heart failure / (CAD)

           emphysema
           collapsed lung
           stroke
           peptic ulcer
                documented?  yes  no
           gall stones
           thyroid disease

*DVT / PE / risk factors_____
GERD_____
other problems_____

**Surgeries / Procedures**  none   non-contributory

cardiac bypass_____        tonsillectomy_____
cardiac cath_____          cholecystectomy_____
(angioplasty)  2004             appendectomy_____
thrombolytics_____         hysterectomy_____
pacemaker_____             defibrillator_____

**Medications**  none  (see nurses note)    **Allergies**  NKDA
NSAID  acetaminophen  BCP's          see nurses note_____
ASA  *time of last dose*_____    TCN

**SOCIAL HX**  recent ETOH   *smoker   drug abuse

**FAMILY HX**  DM  (HTN) (CAD) ( less than 55yo / greater than 55yo )
sudden death  stroke  diabetes

## ROS
__HX / __EXAM UNOBTAINABLE 2° TO:
CHEST / CONST           NEURO
fever                   headache
chills                  blackouts
cough                   EYES / ENT
   sputum               blurred vision
ankle swelling          sore throat
calf / leg pain         GI / GU
                        abdominal pain
                        black / bloody stools
                        problems urinating
*FEMALE REPRODUCTIVE*   SKIN / LYMPH / MS
LNMP                    skin rash / swelling
vaginal discharge       joint pain
abnormal bleeding       ✓all systems neg. except as marked

x_____  _____ RN / PA / NP    __ MD

☑ Nursing Assessment Reviewed   ☑ Vitals Reviewed   ☐ Bilateral BP

# PHYSICAL EXAM

**General Appearance**
_no acute distress
_alert

**EYES**
_nml inspection

**ENT**
_ENT nml inspection
_pharynx nml

**NECK**
_nml inspection

**RESPIRATORY**
_no resp; distress
_chest non-tender
_nml breath sounds

**CVS**
_regular rate, rhythm
_no murmur
_no gallop
_no friction rub
_normal pulses

```
T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe
(e.g., Tsv = severe
tenderness)
```

**GASTROINTESTINAL**
_non-tender
_no organomegaly

**RECTAL**
_non-tender
_heme neg stool

**SKIN**
_color nml, no rash
_warm, dry

**EXTREMITIES**
_non-tender
_normal ROM
_no pedal edema
_no calf tenderness

**NEURO / PSYCH**
_oriented x3
_mood / affect nml
_CN's nml as tested
_no motor / snsry deficit

_IV_____
_mild / moderate / severe distress____
_anxious / lethargic_____
_scleral icterus / pale conjunctivae_____

_purulent nasal drainage_____
_pharyngeal erythema_____

_thyromegaly_____
_lymphadenopathy ( R / L )_____

_see diagram_____
_respiratory distress_____
_manifests distinct pain on movement
    of ( R / L ) arm  of trunk_____
_splinting / decr air mvmnt_____
_rales_____
_rhonchi_____
_wheezing_____

_irregularly irregular rhythm_____
_extrasystoles ( occasional / frequent )
_tachycardia / bradycardia_____
_PMI displaced laterally_____
_JVD present_____
_murmur   grade ___/6  sys / dias
    cresc / cresc-decresc / decresc
_gallop ( S3 / S4 )_____
_friction rub_____
_decreased pulse(s)
    R  carotd____ fem____ dors ped_____
    L  carotd____ fem____ dors ped_____

_tenderness_____
_guarding_____
_rebound_____
_abnml bowel sounds_____
_hepatomegaly / splenomegaly / mass

_black / bloody / heme pos. stool_____
_tenderness_____

_cyanosis / diaphoresis / pallor_____
_skin rash_____

_pedal edema_____
_calf tenderness_____
_clubbing_____

_disoriented to: person / place / time___
_depressed affect_____
_facial droop / EOM palsy / anisocoria__
_weakness / sensory loss_ _ _ _ _ _

**EKG MONITOR STRIP**  ☐ NSR ____ Rate____
_normal _____ abnormal_____
**EKG** ☐ NML ☐Interp. by me ☐Reviewed by me  Rate____
☐NSR _nml intervals _nml axis _nml QRS _nml ST/T

not / changed from:_____
_Repeat EKG _unchanged / _____

Chest Pain - 33

PRINTED BY: E13736

## LABS, EKG & XRAYS:

| CBC | Chemistries | Ca_____ | UA |
|---|---|---|---|
| normal  except | normal  except | Bilirubin____ | normal  except |
| WBC____ | BUN____ | | WBC____ |
| Hgb____ | Creat____ | Magnesium____ | RBC's____ |
| Hct____ | Gluc____ | BNP____ | bacteria___ |
| Platelets____ | Alk Phos____ | D-Dimer____ | dip:____ |
| segs____ | ALT____ | CK____ | ____ |
| bands____ | AST____ | CKMB____ | ____ |
| lymphs____ | Na____ | Troponin____ | ____ |
| monos____ | K____ | PT____ | ____ |
| eos____ | Cl____ | PTT____ | ____ |
| | CO2____ | INR____ | |

CXR  ☐Interp. by me  ☐Reviewed by me  ☐Discsd w/ radiologist
_(nml / NAD)  _no infiltrates ____ _nml heart size ___nml mediostinum

not / changed from:_____
**Pulse Ox** _____% on RA / ___L / ___% at (time)____
_normal _____ abnormal_____

**treatment**
**Medications Given:**  time:_____
ASA   ACE inhibitor   Beta Blockers   Thrombolytics   Nitrates

**Discharge Medications:**

## PROGRESS:

Re-evaluation time  2135  unchanged  improved  re-examined φU.
Re-evaluation time  2220  unchanged  improved  re-examined
Re-evaluation time _____ unchanged  improved  re-examined

G →c CP - acute onset c Bench am. stable
↓↑
2220 - resp. • fully c guard

**TREATMENT:**  •angina protocol NTG, MS, MVI
• unstable angina protocol_____
• acute MI protocol or acute coronary syndrome protocol____
**MEDICAL DECISION:**
_Rx given_____

_Follow up with_____

Relinquished care to Dr._____ Time:____
_Discussed with Dr._____   CRIT CARE- 30-74 min
will see patient in:  office / ED / hospital      75-104 min ___ min
_Counseled patient/family regarding:   _Prior records ordered
lab results  diagnosis  need for follow-up   _Additional history from:
_Admit orders written            family caretaker paramedics

## CLINICAL IMPRESSION:

| | |
|---|---|
| Chest Pain - acute precordial | Acute MI |
| Chest Wall Pain - acute | Unstable Angina |
| Dyspnea - acute | Pericarditis - acute |
| Costochondritis - acute | Acute Aortic Dissection |
| Myofascial Strain - acute | Pulmonary Embolism |
| Viral Syndrome - acute | Acute Pulmonary Edema / CHF |
| Bronchitis - acute | Atrial Fibrillation -  rapid vent. response |
| Viral Pleuritis (Pleurisy) |   controlled  uncontrolled  new-onset  chronic |
| Abnormal EKG | Pneumonia |
| GERD | Pneumothorax |

**DISPOSITION-** ☐home ☐admitted ☐transferred
**CONDITION-** ☐unchanged ☐improved ☑stable

X_____MD / DO  x_____MD /DO
    Resident                    Attending
☐ Hx review, Patient interviewed, Medical Decision Making, and Examined by
Physician.
DATE 10/9/2006

**%**

F0615000782   HUFFMAN,JAMES G
DOB: 10/29/53   Age:52Y   MR #:191817
Admit Date/Time: 05/30/06   1929P
917 SULLIVAN,JOEL C


**Baptist**
HEALTH

**ER PRESCRIPTION &
DISCHARGE INSTRUCTIONS**
Page 2 of 3

DISCHARGE INSTRUCTIONS - PATIENT COPY

| Weight | Phone | Allergies | Tetracycline | | Location SOUTH |

**MEDICINES PRESCRIBED**   If non, check this box: ☐   **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.**

| | Name/Strength; | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1. | | | | ☑ | |
| 2. | | | | ☐ | |
| 3. | | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

**INSTRUCTIONS SHEET(S) GIVEN**
- ☐ Asthma
- ☐ Back Pain
- ☐ Cast/ Splint Care
- ☐ Crutches
- ☐ Fever
- ☐ Fracture
- ☐ Head Injury
- ☐ Otitis Media
- ☐ Sprains / Bruises
- ☐ STI
- ☐ Threatened Ab
- ☐ Vomiting / Diarrhea
- ☐ Wound Care
- ☐ Other(s)

Return for signs of infection
Increased Redness
Increased Swelling
Increased Drainage
Increased Heat

Additional Instructions:

Referred to:
- ☐ Dr. _____
- Phone: _____
- ☐ Call on next business day for follow-up appointment
  in _____ days / weeks   ☐ Next available

- ☐ Return to Emergency Dept in _____ hours / days for recheck.
- ☑ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
- ☑ Learning needs assessed   ☐ Instructions Modified
- ☐ Education provided on new Medication _____

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I many have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _James G. Huffman_   ☐ Patient ☐ Relative ☐ Other _____   Time Released: > 2205 HS

INSTRUCTED BY: _____   PHYSICIAN: _____

**WORK/SCHOOL STATEMENT from the Emergency Department**

| PATIENT | DATE |
|---|---|

- ☐ Patient was seen by Dr._____
- ☐ No athletics / physical education: _____ days
- ☐ May return to work/school without restrictions
- ☐ Will require time off work / school. Estimated time: _____ days*
- ☐ Must be reevaluated by family / occupational physician before returning to school / work.
- ☐ May return to restricted duties for _____ days* Restrictions:_____
- ☐ _____ was here with relative/child.
- ☐ Other_____

Time off from school or work longer than three days should be approved by a Personal or Company/Occupational Medicine Physician, unless otherwise stated.

ER 160   PRINTED BY: b13736   DATE 10/9/2006   FORM # ER 16006  REV. 03/07/06



F0615000782  HUFFMAN,JAMES G
DOB: 10/29/53  Age:52Y  MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN,JOEL C
Patient Information



**Baptist** HEALTH

# AERAS PHYSICIAN ORDER SHEET

| Date/Time | TEST | SYMPTOMS |
|---|---|---|

## PROCEDURE SET-UPS

| | Visual Acuity | | | |
|---|---|---|---|---|
| | Eye Box | Morgan Lens / Tetracaine | Corneal Burr / Tonopen | Dacriose / Woods Lamp |
| | Nose Tray | Head Light | | |
| | Dental Box | | | |
| | Ortho Box | | | |
| | Pelvic Exam | | | |
| | Lumbar Puncture | | | |
| | NG-Tube | | | |
| | Splint | | | |
| | Crutch Walking | | | |
| | Suture Set-Up | | | |

## BEHAVIORAL HEALTH

| | Psychiatric Evaluation/Screening | | |
|---|---|---|---|
| | Restraints | See Restraint Order Sheet | 1:1 Seclusion |

## IV FLUIDS

| | IV Site _ x1 _ x2 | | | |
|---|---|---|---|---|
| | IV Bolus | ☐ _____ X500ml | ☐ _____ 1 Liter | ☐ _____ 2 Liters |
| | IV Fluids | _____ at _____ ml/hr | _____ at _____ ml/hr | _____ at ____ ml/hr |
| | IV Critical Drips | Cardizem | Nitroglycerin | Dopamine |
| | | Nipride | Integrilin | Other |

| TIME | MEDICATIONS | TIME | MEDICATIONS |
|---|---|---|---|
| | NSc 100 / NTG 4/150 SL / ASA 325 / MVO 60's p | | Murphy, D Dorie / Xanax T, po / Plavix ? po |
| | Murphy, D Dorie | | ☐ See additional medication order form. |

| TIME | CONSULTS | | |
|---|---|---|---|

| ☐ Primary Physician | ☐ On-Call Specialist | ☐ GMS/FMS/Hospitalist | ☐ Other |
|---|---|---|---|
| Time Notified | Time Notified | Time Notified | Time Notified |
| Time Responded | Time Responded | Time Responded | Time Responded |

## DISPOSITION

| TIME | DISCHARGE | ADMISSION | TRANSFER | EXPIRED |
|---|---|---|---|---|
| | ☐ Home | ☐ Regular Room #____ | ☐ Hospital | ☐ Coroner Called |
| | ☐ AMA  signed  unsigned | ☐ Telemetry Room #____ | ☐ Psychiatric/Meadhaven | ☐ Death Certificate Signed |
| | ☐ Elopement | ☐ Observation Room #____ | ☐ Other | |
| | ☐ LBMSE | ☐ Surgery | | |
| | ☐ Work/School Excuse Provided x's ___ Days | | ☐ Workers Comp Papers Initiated | |

| PHYSICIAN SIGNATURE: | | EXTENDER SIGNATURE: | |
|---|---|---|---|
| Certified Medical Emergency | ☐ Yes  ☐ No | | Dictation # |

ER 160

PAGE 4 OF 4    Form #ER 16005 Revised  02/13/06

PRINTED BY: b13736        DATE 10/9/2006

Case 2:06-cv-00748-MEF-WC   Document 12-2   Filed 11/27/2006   Page 30 of 35
Pratt Laboratory

Name:  HUFFMAN, JAMES G                DOB:  10/29/1953
MR:   F000191817     Acct:  F0615000782
AdmPhys:  Sullivan, Joel C., MD
Admit date:  05/30/2006          Discharge date:  05/30/2006


CHEMISTRY


COLLECTION DATE:   5/30/06
COLLECTION TIME:   8:19:00 PM

|  |  | REF RANGE | UNITS |
|---|---|---|---|
| Gluc | 137  H | [60-120] | mg/dL |
| BUN | 18 | [7-20] | mg/dL |
| Creat | 1.0 | [0.6-1.4] | mg/dL |
| Sodium | 136 | [135-145] | mmol |
| Potassium | 4.2 | [3.5-5.0] | mmol |
| Chloride | 102 | [97-112] | mmol |
| CO2 | 28 | [22-32] | mmol |
| Calcium | 8.8 | [8.5-10.5] | mg/dL |
| Total Protein | 6.9 | [6.4-8.2] | gm/dl |
| Albumin | 3.8 | [2.8-5.0] | gm/dl |
| Alk Phos | 88 | [50-136] | u/l |
| ALT | 32 | [0-55] | u/l |
| AST | 13 | [8-42] | u/l |
| Bili Total | 0.1 | [0.0-1.0] | mg/dL |
| Magnesium | 2.0 | [1.6-2.4] | mg/dL |
| proBNP i | 57 | [0-299] | pg/mL |

05/30/2006 08:19:00 PM proBNP:
<300 mg/dL excludes CHF

Cardiac Enzymes

COLLECTION DATE:   5/30/06
COLLECTION TIME:   8:19:00 PM

|  |  | REF RANGE | UNITS |
|---|---|---|---|
| Troponin-I | <0.04 | [<=0.60] | ng/mL |

%%END

Name:  HUFFMAN, JAMES G              DOB:  10/29/1953
MR:  F000191817          Acct:  F0615000782
AdmPhys:  Sullivan, Joel C., MD
Admit date:  05/30/2006              Discharge date:  05/30/2006


                         COAGULATION



     COLLECTION DATE:    5/30/06
       COLLECTION TIME   8:19:00 PM

                                 REF RANGE      UNITS
           PT            11.3     [10.2-12.9]     Sec
           INR           0.95     [0.90-1.19]
           PTT           26       [21-33]         Sec
D-Dimer Advanced i       0.43     [0.40-2.50]    mg/L

05/30/2006 08:19:00 PM D-Dimer Advanced:
D-Dimer with a result of < 1.0 mg/L
can be used to RULE OUT
the diagnosis of DVT and PE.

%%END

Name:  HUFFMAN, JAMES G              DOB:  10/29/1953
MR:  F000191817        Acct:  F0615000782
AdmPhys:  Sullivan, Joel C., MD
Admit date:  05/30/2006           Discharge date:  05/30/2006

## HEMATOLOGY

### Routine Hematology

COLLECTION DATE:    5/30/06
COLLECTION TIME:    8:19:00 PM

|              |        |   | REF RANGE    | UNITS     |
|--------------|--------|---|--------------|-----------|
| WBC          | 15.4   | H | [4.1-10.3]   | X10-3/uL  |
| RBC          | 4.00   | L | [4.69-6.13]  | X 10-6/uL |
| Hemoglobin   | 13.0   |   | [13.0-17.5]  | gm/dl     |
| Hematocrit   | 39.4   | L | [40.0-51.0]  | %         |
| MCV          | 99     |   | [81-100]     | FL        |
| MCH          | 33     | H | [27-31]      | pg        |
| MCHC         | 33     |   | [32-35]      | gm/dl     |
| Platelet Count | 345  |   | [140-400]    | X10-3/uL  |
| RDW          | 14.8   | H | [11.5-14.5]  | %         |

### Automated Differential

COLLECTION DATE:    5/30/06
COLLECTION TIME:    8:19:00 PM

|               |        |   | REF RANGE   | UNITS |
|---------------|--------|---|-------------|-------|
| Neutro Auto   | 61     |   | [40-75]     | %     |
| Lymph Auto    | 24     |   | [20-53]     | %     |
| Mono Auto     | 10     |   | [0-12]      | %     |
| Eos Auto      | 4      |   | [0-8]       | %     |
| Basophil Auto | 1      |   | [0-2]       | %     |
| Neutro Abs    | 9.5    | H | [1.4-6.5]   | #     |
| Lymph Abs     | 3.7    |   | [1.0-4.8]   | #     |
| Mono Abs      | 1.5    | H | [0.1-0.6]   | #     |
| Eos Abs       | 0.7    |   | [0.0-0.7]   | #     |
| Basophil Abs  | 0.1    |   | [0.0-0.2]   | #     |
| Scan          | Auto Diff Verified | | | |

%%END

Prattville Baptist - MET-WC        RADIOLOGY
Name:  HUFFMAN, JAMES G                DOB:  10/29/1953
MR:  F000191817              Acct:  F0615000782
AdmPhys:  Sullivan, Joel C., MD
Admit date:  5/30/2006          Discharge date:  5/30/2006


                          RADIOLOGY

Procedure Name:    Accession Number:  Procedure Date /   Ordering
                                      Time:              Physician:
DX Chest Portable  DX-06-0061208      5/30/2006          Sullivan, Joel C.,
                                      08:06:00 PM        MD


Reason For Exam:
chest pain


FINDINGS
HUFFMAN, JAMES G

PORTABLE CHEST:

Both lungs appear to be well expanded without an identifiable abnormality.
Heart and cardiomediastinal structures are unremarkable. I do not identify
an abnormality of the bony thorax.  The pleural space and diaphragmatic
shadows are unremarkable.  Air spaces appear normal.

IMPRESSION:
1.  NO ABNORMALITY IDENTIFIED.


ELECTRONICALLY SIGNED BY: Bailey, Joseph M, MD

TECHNOLOGIST:  JLS
TRANSCRIBED DATE AND TIME:  05/31/2006 09:35
TRANSCRIPTIONIST:  tlb


%%END

0615000782

Prattville Baptist Hospital

Room:
Oper: DH

05/30/2006   09:23:04 PM   HUFFMAN,JAMES
52 years      Male

Requested by:

PRELIMINARY-MD MUST REVIEW

. Normal sinus rhythm, rate 59

- NORMAL ECG -

% Bed 3

F0615000782  HUFFMAN,JAMES G
DOB: 10/29/53  Age:52Y  MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN,JOEL C

| | |
|---|---|
| Rate | 59 |
| PR | 171 |
| QRSD | 86 |
| QT | 429 |
| QTc | 425 |
| --AXIS-- | |
| P | 51 |
| QRS | 38 |
| T | 64 |



PRINTED BY:

Prattville Baptist Hospital

Room:
Oper: DH

Requested by:

PRELIMINARY-MD MUST REVIEW

0615000782          05/30/2006   07:59:34 PM   HUFFMAN,JAMES
                    52 years      Male

. Normal sinus rhythm, rate 63

- NORMAL ECG -

%

F0615000782  HUFFMAN,JAMES G
DOB: 10/29/53   Age:52Y  MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN,JOEL C

| Rate | 63 |
| PR | 169 |
| QRSD | 85 |
| QT | 400 |
| QTc | 409 |
| --AXIS-- | |
| P | 62 |
| QRS | 54 |
| T | 72 |



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES G. HUFFMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-748-MEF |
| | ) | (WO) |
| SOUTHERN HEALTH SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

<u>AFFIDAVIT OF TINA ELLIS, LPN.</u>

Before me, the undersigned notary public, in and for said County and State, personally appeared **Tina Ellis, LPN**, who, after first being duly sworn by me, deposes and states as follows:

1.     My name is Tina Ellis, LPN.  I am over the age of 19 years and have personal knowledge of the facts contained herein.

2.     I obtained my LPN degree from Bevill State Community College in Hamilton, Alabama in December 2005.  In May 2006, I became licensed by the State of Alabama as an LPN. Since May 2006, I have been employed by Southern Health Partners, Inc. ("SHP") as the medical team administrator ("MTA") for the Autauga County Jail.

3.     SHP provides medical care to inmates in various jail facilities, including the Autauga County Jail.  From November 2005 to the present, health care services have been provided to inmates by SHP pursuant to a contract between SHP and the Autauga County Commission.  Health care in the jail is provided under the direction of an MTA as well as a medical director.  During the period complained of by the plaintiff in this action, Dr. Kenneth Nichols ("Dr. Nichols") was the medical director in the jail and Jennifer Cook, Donna Cooey, Gail Colburn and I have served as the

MTA

    4.      When an inmate in the jail requires routine medical care, he or she obtains an inmate sick call slip from the corrections officer on duty in the housing unit and that form is provided to the medical staff for action. Routine sick calls are conducted by the medical staff inside the housing unit.

    5.      As I understand the plaintiff's complaint, the plaintiff alleges that Dr. Nichols and SHP's medical nursing staff were deliberately indifferent to the plaintiff by failing to provide him adequate medication for his heart problems, back pain and anxiety/bipolar disorder, which he claims caused him to suffer a heart attack in late April 2005 and to be rushed to Baptist Medical Center Emergency Room in May 2005.

    6.      I have reviewed SHP's entire medical chart on the plaintiff, a true and correct copy of which is attached as Exhibit A.

    7.      The plaintiff was booked into the Autauga County Jail on September 13, 2005. On September 15, 2005, Dr. Nichols saw the plaintiff. In this initial presentation, the plaintiff said he was taking Plavix for his heart, Zocor for high cholesterol and Xanax for anxiety. Plaintiff gave a medical history of two stents and a prior heart attack in January 2004. He also mentioned problems with anxiety and his back and said that he had undergone surgery for a ruptured spleen in November 2004. Dr. Nichols assessed him as having arteriosclerotic cardiovascular disease (ASCVD) and prescribed Plavix 75 mg. daily for his heart, Mevacor for cholesterol, Paxil and Atarax for anxiety and Vasotec for high blood pressure.

    8.      On September 29, 2005, Dr. Nichols saw the plaintiff in follow-up to his September 15th appointment, and the plaintiff complained that he did not get his heart medications the prior week. Dr. Nichols' assessment remained ASCVD and he changed the plaintiff's prescription to

include Elavil at night to help him sleep.

9.    On October 6, 2005, Dr. Nichols saw the plaintiff for complaints of not sleeping. Dr. Nichols prescribed Elavil 100 mg. at the hour of sleep.

10.    On November 8, 2005, Dr. Nichols discontinued the plaintiff's Paxil prescription and started him on Fluoxitine (brand name Prozac) 20 mg. for depression and anxiety.

11.    On November 9, 2005, Dr. Nichols discontinued the plaintiff's prescription for Plavix and prescribed aspirin 325 mg. by mouth twice a day for the plaintiff's heart.

12.    In November 2005, the plaintiff was administered the following medications:

•    Aspirin for his heart.

•    Lovastatin (brand name Mevacor) for cholesterol.

•    Atarax for anxiety

•    Vasotec for high blood pressure.

•    Amitriptyline (brand name Elavil) to help him sleep.

•    Paxil for depression and anxiety up through November 29, 2005.

•    Fluoxitine (brand name Prozac) on November 30, 2005 for depression/anxiety.

13.    In December 2005, the plaintiff was administered the following medications:

•    Aspirin for his heart.

•    Lovastatin for cholesterol.

•    Vasotec for high blood pressure.

•    Amitriptyline HCL (brand name Elavil) to help him sleep.

•    Fluoxitine (brand name Prozac) for anxiety and depression.

•    Hydroxyzine PAM (brand name Vistaril) for anxiety.

14.    On December 10, 2005, the plaintiff completed an inmate sick call slip, complaining

that Dr. Finklea told him that he needed to take Plavix everyday for life. The plaintiff was seen by Gail Colburn, RN-- the MTA during this time period-- on December 16, 2005, and Nurse Colburn educated the plaintiff on the medications he was taking and advised the plaintiff that he could take Plavix if it was brought from home.

15.    On January 3, 2006, Angela Henley, LPN, performed a history and physical on the plaintiff. During his history and physical, the plaintiff identified prior heart problems and stated that he had been treated for anxiety and bipolar disorder.

16.    From January 1, 2006 through February 6, 2006, the plaintiff was administered the following medications:

- Aspirin for his heart.

- Lovastatin for cholesterol.

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline HCL (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

17.    On February 6, 2006, the plaintiff was discharged from the Autauga County Jail.

18.    The plaintiff was again booked into the Autauga County Jail on April 30, 2006.

19.    On May 1, 2006, Nurse Colburn performed a medical screening of the plaintiff, wherein she noted that the plaintiff had bruising on his bilateral groin area from heart catheterization. On May 5, 2006, Dr. Nichols entered an order prescribing Tylenol for the plaintiff's complaints of pain related to said bruising.

20.    The plaintiff returned to the jail with prescriptions for Plavix, monopril and Zocor. On May 2, 2006, Dr. Nichols entered an order continuing the plaintiff on all of the same medications

he was on at the time he left the jail in February, substituting Lovastatin for Zocor, aspirin for Plavix and Vasotec for monopril.

21.     On May 3, 2006, the plaintiff was brought to the medical staff complaining of chest pain. He was seen by Angela Henley, LPN, who noted that the plaintiff attributed his chest pain to soreness related to him trying to catch himself from falling. Nurse Henley took the plaintiff's vital signs and monitored him for a couple of hours without further complaint.

22.     On May 10, 2006, the plaintiff completed an inmate sick call slip, complaining of an abscess tooth on his right bottom jaw. On May 12, 2006, the plaintiff was seen by Marlo Oaks, RN. Pursuant to Dr. Nichols' protocol for such complaints, the plaintiff was ordered Keflex and Percogesic and was added to the dental list. On May 24, 2006, the plaintiff was seen by Dr. Roberson, an Autauga County dentist. Dr. Roberson found that the plaintiff had two infected teeth, and he extracted same.

23.     On May 11, 2006, Dr. Nichols saw the plaintiff, and he complained of pain in the left groin and testicles related to the placement of his heart catheter. Dr. Nichols continued the plaintiff on the same medications, which included Tylenol for pain.

24.     On May 17, 2006, the plaintiff completed an inmate sick call slip, where he again complained that he was hurting in his groin area where the surgeons had placed his heart catheter. On May 19, 2006, the plaintiff was seen by Marlo Oaks, RN in response to this sick call slip, and Nurse Oaks noted that the plaintiff was not in acute distress and added the plaintiff to the list of patients for Dr. Nichols to see.

25.     On May 25, 2006, Dr. Nichols saw the plaintiff for his complaints of soreness in his left groin area. Dr. Nichols noted that the plaintiff had a tender epigastrium. Dr. Nichols' assessment was ASCAD and gastritis, and he prescribed Zantac for the gastritis. Dr. Nichols also ordered

Tylenol to treat the plaintiff's complaints of pain.

26.    In May 2006, the plaintiff was administered the following medication:

- Aspirin for his heart.

- Lovastatin (brand name Mevacor) for cholesterol

- Vasotec for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

- Tylenol for pain.

- Keflex for dental complaints.

- Percogesic for dental complaints.

- Zantac for gastritis.

27.    On May 30, 2006, the plaintiff complained to the medical staff of chest pain, and Dr. Nichols gave a telephone order to send the plaintiff to the emergency room for evaluation. The plaintiff was sent to Baptist Medical Center in Prattville and was seen by Dr. Joel Sullivan, who noted a normal EKG. I documented this emergency room visit on June 3, 2006, but it actually occurred on May 30, 2006. Dr. Sullivan's discharge instructions included a prescription for Plavix, but Dr. Nichols substituted aspirin for Plavix.

28.    On June 28, 2006, the plaintiff completed an inmate sick call slip complaining of severe pain in his back, neck and hip from injuries received from a fall down the stairs.

29.    On June 29, 2006, Dr. Nichols saw the plaintiff in response to these complaints. Dr. Nichols assessed the plaintiff with back pain and prescribed a Medrol dose pack, Motrin and Robaxin to treat these complaints of pain.

30.    In June 2006, the plaintiff was administered the following medications:

- Aspirin for his heart.

- Lovastatin for cholesterol.

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety

- Zantac for gastritis.

- Medrol dose pack for back pain.

- Ibuprofen (Motrin) for back pain.

- Robaxin for back pain.

31.    On July 4, 2006, the plaintiff completed an inmate sick call slip, wherein he complain that his left ankle was swollen rising out of his fall down the stairs and requested an x-ray.

32.    On July 5, 2006, Dr. Nichols ordered that the plaintiff receive an x-ray on his left ankle, which was performed by Dr. Randall Finley. Dr. Finley noted that the plaintiff had no fracture, dislocation or any abnormality with his ankle.

33.    In July 2006, the plaintiff was administered the following medications:

- Lovastatin for cholesterol.

- Aspirin for his heart

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

- Zantac for gastritis.

- Medrol dose pack for back pain (up through July 5, 2006).

- Ibuprofen (Motrin) for back pain (up through July 5, 2006).

- Robaxin for back pain (up through July 8, 2006).

34.    In August 2006, the plaintiff was administered the following medications:

- Lovastatin for cholesterol.

- Aspirin for his heart.

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

- Zantac for gastritis.

35.    On August 29, 2006, the plaintiff completed an inmate sick call slip, wherein he requested that the medical staff drop all of his medications except aspirin, Elavil and Vistaril.

36.    On September 2, 2006, the plaintiff completed a refusal of treatment and release of responsibility form, wherein he again stated that he wanted all of his medications stopped except Vistaril, Elavil and aspirin.

37.    Consistent with the plaintiff's desires, the plaintiff received aspirin, Vistaril and Elavil in September 2006. On September 21, 2006, Dr. Nichols saw the plaintiff for complaints of lower back pain. Dr. Nichols noted that the plaintiff was refusing his medication. Dr. Nichols ordered that the plaintiff take ibuprofen and Flexaril, a muscle relaxer, for his back pain and also ordered that the plaintiff resume taking Lovastatin for cholesterol and Vasotec for high blood pressure. Consistent with Dr. Nichols' orders, the plaintiff resumed taking these medications.

38.     On October 9, 2006, the plaintiff completed an inmate sick call slip, wherein he complained of experiencing pain in his left abdomen near his rib cage where he had his spleen removed. He also complained of back pain. On October 10, 2006, I saw the plaintiff in response to this sick call slip, and I referenced Dr. Nichols prior orders for medication.

39.     On October 31, 2006, the plaintiff completed an inmate sick call slip, wherein he complained of pain in his abdomen and requested to see Dr. Nichols.

40.     On November 3, 2006, Dr. Nichols saw the plaintiff for these complaints and assessed him with esophageal reflux. Dr. Nichols prescribed Reglan to assist the plaintiff with this problem.

41.     In October 2006, the plaintiff was administered the following medications:

•     Lovastatin for cholesterol.

•     Aspirin for his heart

•     Enalapril Maleate (brand name Vasotec) for high blood pressure.

•     Amitriptyline (brand name Elavil) to help him sleep.

•     Fluoxitine (brand name Prozac) for anxiety and depression.

•     Hydroxyzine PAM (brand name Vistaril) for anxiety.

•     Zantac for gastritis.

•     Mylanta for acid indigestion

42.     Based upon my review of the plaintiff's records, my treatment of the plaintiff and my education, training and experience, it is my medical opinion that the plaintiff received appropriate nursing care for his heart problems, anxiety and back pain.

43.     All necessary care provided to the plaintiff by me and the SHP medical staff was appropriate, timely and within the standard of care.

44.     On no occasion was the plaintiff ever at risk of serious harm, nor was the medical staff ever indifferent to any complaint that he made.

_____

Tina Ellis, LPN


STATE OF ALABAMA            )
                            )
COUNTY OF _____   )

    I, the undersigned Notary Public in and for said county in said state, hereby certify that Tina Ellis, LPN, whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

    GIVEN UNDER MY HAND and official seal on this the _____ day of _____, 2006.


_____

Notary Public
My Commission Expires: _____


[yr] \\LFSPSQL\CPShare\CPWin\HISTORY\061114_0001\171F3.1B

_Tina Ellis, LPN_

Tina Ellis, LPN

STATE OF ALABAMA          )
                          )
COUNTY OF _Autauga_       )

    I, the undersigned Notary Public in and for said county in said state, hereby certify that Tina Ellis, LPN whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, she executed the same voluntarily on the day the same bears date.

    GIVEN UNDER MY HAND and official seal on this the _27_ day of _November_, 2006.

_Robron N. Bass_

Notary Public
My Commission Expires: _1-3-2007_

*Southern Health Partners*

# MASTER PROBLEM LIST

For Use with Chronic Condition Patients. Chronic Conditions are classified as (but not limited to): Diabetes (IDDM/NIDDM), Hypertension, Pregnancy, HIV/AIDS, Asthma, Seizures, Diagnosed Mental Illness, CHF, Hepatitis.

Patient's Name (Last/First/Middle): Huffman, James.

ID#: 33089   DOB: 10/29/53 Sex: M. Intake Date/s: _____

| Date Problem Identified/Dx | Chronic Condition | M.D. Comments | Date Of Initial M.D. Eval | M.D. Initials |
|---|---|---|---|---|
| 11/1/05 | HTN | | | N |
| 11/1/05 | Depression | | | N |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

H & P Date: 1/3/06.   Allergies: NKA

PPD Test Date: 1/3/06.   PPD Results Date: 1/5/06   PPD Results: 0 mm

Facility Name: Autauga Co Jail

Revised 02/18/04 J C

DATE:

5/40 W8

9/13/05

Has been in tune for 2 days.

Takes Plavix 75, zocor, xanax 2m bid.
Got out of Coosa County last on 8/18.

PMH: medical - 2 stents - saw Finkles -
MI Jan '04
Anxiety -

surgery - ruptured spleen - 11/04

Back -

SH: still smokes 1/2 ppd.

PE: BP 148/96

lungs - clear

C - RRR $\overline{s}$ m

A: ASCVD

Plan → Plavix 75 daily,
mevacor 40

paxil 40 @ night.

vzactin 20 bid.
Atarax 25 bid.

(right margin column)
lortab 5
som 50a 6/13 bs
lipitor 40
xanax 2y bid
zocor
Hyzaar
norpril

PROGRESS NOTES

| NAME | Huffman James | | | | DATE OF BIRTH | | PG# |
| DATE - TIME | HT | BMI | BP | P | T | | |
| CPT CODE | WT | | | | ALLERGIES | | |

9/29/05

He never got his heart meds last week.
Was on plavix 75, zocor, monopril,
Desyrel 150, synthrax 25/60
xanax 1y bid

PE : /

A : ASCVD

Plan → will ↑ desyrel to dasil
@ night.

10/6/05  Not sleeping — Not on
any Rx for rest @ Night
✗ paxil.

PE / ⊖

A : ASCVD

Plan → elavil 100 hs.

In COPD  maintenance therapy

COMBIVENT
INHALATION AEROSOL

its for patient information

P  004



**SOUTHERN HEALTH PARTNERS**

## Blood Pressure Record Form

Inmate's Name: __Huffman, James__    D.O.B.: __10/29/53.__

Orders/Instructions: __BP ✓ g wk.__    <small>Have M.D. review findings upon visit</small>

Physician: _____    Administrator: _____

| DATE | B.P. | ARM | INITIAL |
|------|------|-----|---------|
| 11/9/05 | 113/76 | ℞ | ℞ |
| 11/19/05 | 152/97 | ℞ | ℞ |
| 11/2/06 | Refused | | |
| 12-16-05 | 118/77 | Lt | AH |
| 1/8/06 | 140/82 | Lt | m. |
| 1/16/06 | 138/84 | Lt | m. |
| 1/24/06 | 140/80 | Lt | m |
| 1/27/06 | 137/76 | Lt | m |
| 2/6/06 | 139/80 | Lt | m |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DATE | B.P. | ARM | INITIAL |
|------|------|-----|---------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Southern Health Partners, Inc.

**CONFIDENTIAL MEDICAL INFORMATION**



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

RECEIVED 12/16/05

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 12/10/05  Pod/Location: 4D  Cell: 403  ID# 29089

Inmate's Full Name: James G. Huffman

Complaint/Problem: My cardiologist, i.e.; Doctor Finlea told me after my heart surgery that I needed to take Plavix every day for life why was I taken off of it? ~~there could be any medical reason~~

How long have you had this problem? ~~Since little about six~~

Inmate's Signature: James G Huffman  Date: 12/10/05

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp 97.9  Resp 18  Pulse 93  B/P 118/77

Instructions/Assessment: Document your findings, Inmate's responses/actions  Pt education on meds being taken. Advised I/m to have Plavix brought from home, To take own meds.

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 12/16/05  Seen by: R

Place original form in patient's medical record.

12/10/05

OFF I WAS TAKEN OFF OF THIS IMPORTANT MEDICATION I NEED TO BE TOLD WHAT MEDICAL REASON EXIST TO MERIT MY ARBITRARILY AND CAPRITIOUSLY BEING TAKEN OFF OF THIS MEDICINE.

I ALSO WANT TO KNOW WHAT OTHER MEDICATIONS HAVE BEEN PRESCRIBED FOR ME, AS NONE ARE WHAT MY CARDIOLOGIST AND PHYSICIANS GAVE ME.    THANKS

James Steffman

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

glasses

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | ✓ | | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | ✓ | Blood | | ✓ | Muscle Problem | | ✓ |
| Blackouts | | ✓ | Stomach Pain | ✓ | | Joint Problem | ✓ | |
| DT's | | ✓ | Heartburn | ✓ | | Arthritis | | ✓ |
| Headaches | | ✓ | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | | ✓ | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | ✓ | | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth | ✓ | | Hepatitis | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | |
| Heart | ✓ | | Pediculi (lice) | | ✓ | Other | | |

back pain

Bottom R T molar

start 2005-

N/A

## EXAM:

Age 52   Sex M   Race W   Ht. 6" 0"   Wt. 165

Pulse 71   BP 135/69   Temp. 98.2   Resp. 18

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color / Condition / Turgor / Recent Inj. | | normal | Chest (Breasts): Configuration / Auscultation / Respirations / Cough/Sputum | | normal |
| Head: Glasses / Pupils / Sclera / Conjunctiva / Vision | | normal | Heart: Auscultation / Radial pulses / Apical pulse / Rhythm | | normal |
| Ears: Appearance / Canals / Hearing | | normal | Extremities: Pulses / Edema / Joints | | normal. |
| Mouth: Teeth/Gums / Dentures / Plates / Throat / Tongue / Tonsils | | normal | Abdomen: Shape / Palpation / Hernia / Bowel / Sounds | | normal, |
| Nose | | normal | Spine | | normal. |
| Neck: Veins / Mobility / Thyroid / Carotids / Lymph nodes | | normal | Genital/Urinary System | | normal. |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 1/3/06. | -0- |
| VDRL / RPR | | |
| Other Lab Tests needed: | | |
| Pregnancy Test? | | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | normal |
| General appearance (motor behavior, mannerisms | | normal |
| Affect (mood) | | normal |
| Content of thought, history of suicide, present thoughts of suicide | | normal - |

Physical Examiner's Signature: A. Manly LPN    Date: 1/3/06.

Physician's Signature: _____   Date: 1/5/06

135/69
71.

# ADMISSION DATA / HISTORY AND PHYSICAL FORM

Exam Date: 1/3/06.    S.S.#: 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    ID#: _____

Inmate Name: Huffman, James.    Date Booked: _____
(Last)    (First)    (Middle)
Alias: _____    County: Autauga.
(First)    (Middle)
Address: 1310 Hall Ave, Bessmer, Al    35020.
(Street)    (City)    (State)    (Zip)
Telephone: _____    Birthdate: 10/29/53    Religion: _____
Education Completed: B.A. Alabama Science.    Special Education: _____
Marital Status: (S) M W D Separated    Read/Write English: (YES) NO Other: _____
Previous Incarcerations: (Facility/Date) Dalas Co, 2004-2005.

## MEDICAL HISTORY

Notify in Emergency: Blankirship Loure    Uncle.
(Name)    (Relationship)
Address: 2562 Winchesty Rd, mont Al 36100 Phone: 396-8414
(Street)    (City)    (State)    (Zip)
Health insurance: _____
(Type of Insurance)
Family Physician: DR. Linkelea,    mont Al.
(Name)    (Street Address)    (City)    (State)    (Zip)    (Policy Number)    (Phone Number)

Past Hospitalizations (include surgeries): Heart, 2005. Shots in Heart.

(Location)    (Street Address)    (City)    (State)    (Zip)
Head Injury with Loss of Consciousness: no    Last Tetanus: 2005.    Immunization: _____
Allergies: Codiene.
Current Medication(s): _____

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons:    YES (NO) If Yes, Why: _____
Where: NA    When: _____
(Location)    (Street Address)    (City)    (State)    (Zip)    (Date)
Psychotropic Meds (Specify type and last dose): ATA. yes.
Prior Counseling/Out-Patient Treatment for: Yes. Anxiety
Where: Cahaba mental health Selma Al    When: Bipolar - 2005.
(Location)    (Street Address)    (City)    (State)    (Zip)    (Date)
Have you ever attempted suicide: no How: _____ When: _____
(Date)
Have you recently considered committing suicide? no
Do people consider you a violent person? no.
Have you ever been arrested for a violent crime/sexual offense? (Specify) no
Street drugs: no.    Smoker: yes, 1/2 pk Etoh: no.
(Type-Quantity)    (How Often)    (How Long)    (Type)    (Date)
Inmate's Signature: James Huffman    Date: 01/03/06
Interviewer's Signature: H. Hawley    Date: 1/3/06
Witness: (if physical is refused): _____    Date _____

**CORIZON HEALTH PARTNERS**

# TB SKIN TEST VERIFICATION FORM

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file this completed form in the patient's medical record.

Inmate Name: Huffman, James.                    Cell # 3

SS# 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        DOB 10/29/53.        (Male) or Female

Date of TB Skin test: 1/3/06      Done by Nurse: A. Norelk, LPN.

Previous Positive:  YES  or  (NO)      Previous Therapy:  YES  or  (NO)

### TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION:

Date TB Skin test was read: 1/5/06  Done by Nurse: B. Con

Number mm: 0    Referral for Chest X-ray:  YES  or  (NO)  If yes, Date of CXR:_____

Comments:_____

_____

TEAR IN HALF        TEAR IN HALF - - - - - - - - - -

Southern Health Partners, Inc.
TB Consent Form

Exp. Date #: 5/07.

Results: 0

# Tuberculosis Screening and Treatment

## What is Tuberculosis:

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain; and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:

- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison inmates
- Persons with HIV infections/AIDS

## Screening:

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

## Treatment:

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature: X _James Cotuffna_          Date: 1/3/00.

Witness: _H. Nola RN_          Date: 1/3/00.

Confidential Medical Information

# MEDICAL STAFF RECEIVING SCREENING FORM

Southern Health Partners, Inc.

| LAST NAME | FIRST NAME | MIDDLE | INTAKE DATE | SCREENING DATE |
|---|---|---|---|---|
| TIME AM/PM Huffman | James | | | |

| PREVIOUS INCARCERATIONS | SEX | SOCIAL SECURITY NO. | DOB |
|---|---|---|---|
| Autauga 06. | M. | 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 | 10/29/53 |

| CURRENT INSURANCE COVERAGES? | CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION |
|---|---|
| BC/BS | |

**VISUAL / MEDICAL OBSERVATION:** *(Explain all "Yes" Answers)* Circle Y or N:

| | YES | NO |
|---|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? If yes: | Y | **N.** |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection: cuts, bruises, or minor injuries; needle marks, body vermin? If yes: | **Y** | N |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? If yes: | Y | **N** |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If yes: | Y | **N** |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc. If yes: | Y | **N** |

**ASK THE INMATE THESE QUESTIONS:** *(Explain all "Yes" answers)*

| | YES | NO |
|---|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? Other: | **Y** | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? If yes: | **Y** | N |
| Are you allergic to any medications, foods, plants, etc.? If yes: Codeine | **Y** | N |
| Have you fainted or had a head injury within the last 72 hours? If yes: | Y | **N** |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? If yes: | Y | **N** |
| Have you been hospitalized by a physician or psychiatrist within the last year? If yes: Birmingham MT. | **Y** | N |
| Have you ever considered or attempted suicide? If yes: | Y | **N** |
| Do you have a painful dental condition? If yes: | **Y** | N |
| Are you on a specific diet prescribed by a physician? If yes: | Y | **N** |
| Do you use drugs? How often? What kind? Last time? How much? | Y | **N** |
| Do you use alcohol? How often? What kind? Last time? How much? | Y | **N** |
| Females: LMP Date: Are you pregnant, recently delivered or aborted; on birth control pills; having abdominal pain or discharge? If yes: | Y | N |

**NOTE VITAL SIGNS:**

| Respiration: 18 | Pulse: 75 | Temperature: 98.6 | Blood Pressure: 105/59 |
|---|---|---|---|

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? _Yes_

ARE ALL STATED CHRONIC CONDITIONS NOTED: _Yes_

PPD IMPLANTED? Y OR **N** ARM LOCATION: R OR L    IS H&P SCHEDULED FOR 14 DAYS: _no_

REMARKS: _Bruising bilateral groin area Done on 1/3/0?_
_from Heart Cath._

*I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon release. I hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc.*

Inmate's Signature: _James O Huffman_                      Date: _5-1-06_

Interviewer's Signature and Title: _RG_                    Date: _____

DEA NO. _____   Rx NO. _____
PATIENT _James Huff_   ALA. CSC NO. _____
ADDRESS _____   DATE _4/26/06_
_____   AGE _____

REFILL
⓪ ✗
1
2
3
4
5
6
PRN

1) Plavix 75g Ṫ po qd #30
2) Monopril 20g Ṫ po qd #30
3) Zocor 40g ċ po. qhs #30
Ø Refill

LABEL BY NAME AND STRENGTH

_____ M.D.
Product Selection Permitted

_____ M.D.
Dispense As Written

Well Dazlett PA-409 / Dr McBryce

SM-91-5067 #A01078 REV 2/02/05




**SOUTHERN**
**HEALTH**
**PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 05-10-06  Pod/Location: D-3  Cell:_____  ID#_____

Inmate's Full Name: JAMES GRANT HUFFMAN

Complaint/Problem: I have an abcessed tooth, a molar, on the right bottom jaw that is very swollen and has puss in and around it. I need something for infection and pain & to see a dentist.

How long have you had this problem? for about 2 days

Inmate's Signature: James G Huffman  Date: 05/10/06

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp 98  Resp 20  Pulse 71  B/P 135/83

Instructions/Assessment: Document your findings, inmate's responses/actions Abscess (R) lo molar
Kiflex 500mg ī BID X 7 days  Parcogesic ī BID x 7days pe tx
protcol. Added to dental list — M Oah Rn

☑ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required?  If checked, date to be seen again_____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical 5/13/06  Seen by: M. Oah Rn

*Place original form in patient's medical record.*

Corporate Office: 3712 Ringgold Rd., #364, Chattanooga, TN. 37412    Phone: (423) 553-5635  Fax: (423) 553-5645

## PATIENT REFERRAL INFORMATION FORM

patient is currently incarcerated at the jail facility listed below. Patient has been referred to your ER/Facility regarding his/her symptoms or conditions listed below. All subsequent tests, procedures, and outpatient services other than requested service must be communicated and approved by the medical contact person at the jail facility to ensure justification. Failure to notify the medical contact person may result in reduced benefits and/or possible denial of payment. If hospital admission is necessary, please communicate any and all medical information as soon as an estimated length of stay to our Utilization Review Department at our corporate office at the # listed above. Certification, justification, and/or treatment plan of continued services must be obtained to guarantee payment of the claim. Please, note we have a **NO NARCOTIC** policy at this jail due to the uncontrolled access to medications within the facility. Please, refer to our site medical staff for formulary adherence. Thank you for your cooperation in this matter.

**TO BE COMPLETED BY THE MEDICAL STAFF AT THE JAIL/PRISON:**

Appt. Date/Time: **5/24/06** 11:00 AM    Patient's Name (Last/First): **Huffman, James**

DOB: **10/29/53**    SS#: **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**    Sex: **M** / F    Inmate Loc: **3**

Housing Facility/Site: **Autauga Metro**    Appt. Destination: **Dentist – Dr. Roberson**

Patient Address & Phone #: _____

Site Medical Contact (RN/LPN): **Tina Ellis, MTA**    Site Physician: **Dr. Nichols**

Site Medical Unit Phone #: **334-358-3729**    Site Medical Unit Fax #: **334-358-4827**

Reason For Referral: (Include Hx of illness/injury, present and past treatment with patient results, lab and/or x-ray results, findings from physical exam, patient limitations, allergies, medications, etc.)

**Tooth Decay – Extraction?**

Service Requested: **EVAL./TX**

**TO BE COMPLETED BY THE REFERRAL STAFF AND RETURNED WITH INMATE BACK TO THE FACILITY:**

Findings: **infected tooth # 29, #30 – Rx out**

Planned Treatment: **4 lidocaine – extract # 29, #30**

ER/Hospital Physician Orders: _____

ER/Hospital Contact (Include Phone #): _____    Notes: _____

At discharge, return this form with the correctional staff upon discharge of the patient or fax directly to the site fax # listed above. If inpatient hospitalization is required, medical staff MUST be notified immediately.

Authorization for payment of services is only guaranteed during the time of actual confinement of the inmate under the custody of the above listed jail/prison and under the terms of our County contract.



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: **05/17/06**  Pod/Location: **D-3**  Cell: _____  ID# _____

Inmate's Full Name: **JAMES G. HUFFMAN**

Complaint/Problem: **I AM STILL HURTING REAL BAD IN MY GROIN WHERE I WAS HURT BY THE SURGEONS DURING MY HEART CATH. IT BURNS AS WELL AS CRAMPS DOWN THERE, SOMETHING IS WRONG!**

*OVER* ✳ ↓

How long have you had this problem? **SINCE SURGERY ON 04/28/06!**

Inmate's Signature: **James G Huffman**  Date: **05/17/06**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp **97⁶**  Resp **20**  Pulse **92**  B/P **126/71**

Instructions/Assessment: Document your findings, Inmate's responses/actions **I/m not in acute distress @ this time - will let Dr Nichols evaluate. Added h MD list — M Oah Late Entry - Dr Nichols saw this pt on 5-11-06 So this will be a follow up**

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: **5/19/06**  Seen by: **M. Oah**

*Place original form in patient's medical record.*

I'VE HAD 4 PREVIOUS CATH'S DONE AND I'VE NEVER HAD THE PROBLEMS I AM HAVING NOW. I'M IN SEVERE PAIN, AND NEED TO BE EITHER X-RAYED OR HAVE AN ULTRASOUND DONE ON ME BECAUSE SOMETHING IS TERRIBLY WRONG!

PLEASE HELP ME.

Thank you,
James G. Huffman

# PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|

5/11/06

Back in jail since 4/30.
Had a heart cath in Alaska on 4/23 & D/C'd on
4/27 had PTCA & a stent.

Has had a lot of pain in left groin + testicles
swollen a little. When kept off the bus in
surgery ~ 4/25 he passed out & had to have
bleeding stopped at Jackson in surgery —
? got some blood. Still will have pain in groin.

PE: /
                In. Groin i.e. bruise                    pulse 75
            on left vs. location vs.                    weight 120
            aneurysm in inguinal canal.                 Sat O2 40

A: AeCVD
    HTN
    Plan → same Rx.

5/25/06   Still pretty sore in left inguinal          weight 116
           area.   Also has pain between in upper abdomen

            PE: /   ⊕ tender epigastrium
                    ⊕ tender in left inguinal
                    area. No hernia felt.

A: AeCVD
    Gastritis
    Plan → Zantac 150 bid x 10 d.

Doctor's Signature: _____

| NAME–Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|-----------|----------|
| Huffman | James | | | | |

Form 66/2P © BRIGGS, Des Moines, IA 50306 (800) 247-2343 www.BriggsCorp.com
R404                           PRINTED IN U.S.A

PROGRESS NOTES



**SOUTHERN HEALTH PARTNERS**

Corporate Office: 3712 Ringgold Rd., #364, Chattanooga TN 37412  Phone: (423) 553-5635  Fax: (423) 553-5645

## PATIENT REFERRAL INFORMATION FORM

This patient is currently incarcerated at the jail facility listed below. Patient has been referred to your ER/facility in regarding to his symptoms/conditions listed below. All subsequent tests, procedures, and outpatient services other than requested service must be communicated and approved by the medical contact person at the jail facility to ensure justification. Failure to notify the medical contact person may result in reduced benefits and/or possible denial of payment. If hospital admission is necessary, please communicate any and all medical information as well as an estimated length of stay to our Utilization Review Department at our corporate office (423) 553-5635. Certification, justification, and/or treatment plan of continued services must be obtained to guarantee payment of the claim. Please note we have a NO NARCOTIC policy at the jail due to the uncontrolled access to medications within the facility. Please refer to our site medical staff for formulary adherence.
Thank you for your cooperation in this matter.

*TO BE COMPLETED BY THE MEDICAL STAFF AT THE JAIL/PRISON:*

DATE: 5/30/06    PATIENT'S NAME (LAST/FIRST): Huffman, James

HOUSING FACILITY/SITE: Autauga Metro Jail

D.O.B.: 10-29-53    SEX: (M) F    S.S.#: 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    I.D.#: 33089

SITE PHYSICIAN: K. Nichols    SITE MEDICAL CONTACT (RN/LPN): Lina Ellis, MTA

SITE MEDICAL UNIT PHONE #: 334-358-~~8800~~ 3729    SITE MEDICAL UNIT FAX #: 334-358-4827

REASON FOR REFERRAL: *(INCLUDE Hx OF ILLNESS/INJURY, PRESENT AND PAST TREATMENT WITH PATIENT RESULTS, LAB AND/OR X-RAY RESULTS, FINDINGS FROM PHYSICAL EXAM, PATIENT LIMITATIONS, ETC.):*

Severe Chest pain

SERVICE REQUESTED: Eval.

*TO BE COMPLETED BY THE REFERRAL STAFF AND RETURNED WITH INMATE BACK TO THE FACILITY:*

FINDINGS: Normal EKG + labs

PLANNED TREATMENT: Return to jail — Return for problems — Needs to follow up with

ER/HOSPITAL PHYSICIAN ORDERS:

ER/HOSPITAL CONTACT (INCLUDE PHONE NUMBER): BMC Pra Health  Faxg 2
361-4238

NOTE(S):

Joel Sullivan, MD
AL10094
DEA AS2020096

*PLEASE RETURN THIS FORM WITH THE CORRECTIONAL STAFF UPON DISCHARGE OF THE PATIENT OR FAX DIRECTLY TO THE SITE FAX NO. NOTED ABOVE. IF INPATIENT HOSPITALIZATION IS REQUIRED, MEDICAL STAFF MUST BE NOTIFIED IMMEDIATELY. THANK YOU.*

Authorization for payment of service is only guaranteed during the time of actual confinement of the inmate under the custody of the above listed jail/prison and under the terms of our County contract..
Form 12/03

F0615000782   HUFFMAN, JAMES G
DOB: 10/29/53   Age:52Y   MR #:191817
Admit Date/Time: 05/30/06   1929P
917 SULLIVAN, JOEL C

ptist
LTH

**ER PRESCRIPTION &
DISCHARGE INSTRUCTIONS**
Page 1 of 3

☐ SOUTH     286-2843
☐ EAST      244-8448
☐ PRATTVILLE  361-4239

PRESCRIPTION FORM

| Weight | Phone | Allergies | Tetracycline | | Location SOUTH |
|--------|-------|-----------|--------------|--|----------------|

| MEDICINES PRESCRIBED | If non, check this box: ☐ | VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND. |
|----------------------|---------------------------|------------------------------------------------|

| Name/Strength: | | Number | Schedule / Duration | No Refills | Refills |
|----------------|--|--------|---------------------|-----------|---------|
| 1. | *handwritten* #30 | i po daily | | ☐ | |
| 2. | | | | ☐ | |
| 3. | | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

| Dante DeJesus | Joel Sullivan | Ronald A. Shaw | Julio Enrico Rios | Wallace Fafero | James M. Bradwell |
|---------------|---------------|----------------|-------------------|----------------|-------------------|
| DEA - BD 9322063 | DEA - AS2020066 | DEA - BR2471326 | DEA - BR2471326 | DEA - AF1692119 | DEA - BB6422086 |
| AL 26777 | ARN - 10094 | AL - 6388 | ARN - 21678 | AL - 9405 | AL - 22767 |
| David G. Alexander | John Moorehouse | Jessie Austin | Julian Mahaganasan | George Smith | James Thomas |
| DO - 657 | DEA - AM6869119 | DEA - AD8394075 | DEA - BM7657121 | DEA AS2179706 | DEA - BT3842938 |
| AA3259226 | ARN - 7151 | ARN - 6595 | AL 24516 | AL 11413 | DO  974 |
| Victoria L. Beckman | Carlos Gutierrez | Joshua Kolbuc | James Matic | David Hines | |
| DEA - BB6253885 | DEA - BG6616203 | DEA - BM6766724 | DEA BM3360536 | DEA BH2531160 | |
| AL - 22440 | AL 24653 | AL 26545 | AL 17681 | AL 22703 | |

LABEL ALL PRESCRIPTIONS
No Refills                    Product Selection Permitted        M.D./D.O. _____        Dispense as Written        _____ M.D./D.O.



**Baptist HEALTH**

## ER PRESCRIPTION & DISCHARGE INSTRUCTIONS
Page 3 of 3

### DISCHARGE INSTRUCTIONS - MEDICAL CHART

| Weight | Phone | Allergies | | Location 6OUTH |
|---|---|---|---|---|

| MEDICINES PRESCRIBED | If non, check this box: ☐ | VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND. |
|---|---|---|

| Name/Strength; | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. | | | ☐ | |
| 2. | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | | ☐ | |
| 5. | | | ☐ | |

**INSTRUCTIONS SHEET(S) GIVEN**

| | | | Return for signs of Infection |
|---|---|---|---|
| ☐ Asthma | ☐ Crutches | ☐ Head Injury | Increased Redness |
| ☐ Back Pain | ☐ Fever | ☐ Otitis Media | Increased Swelling |
| ☐ Cast/ Splint Care | ☐ Fracture | ☐ Sprains / Bruises | Increased Drainage |
| | | ☐ ST | Increased Heat |
| | | ☐ Threatened Ab | |
| | | ☐ Vomiting / Diarrhea | |
| | | ☐ Wound Care | |
| | | ☐ Other(s) | |

Additional Instructions:

Referred to:
☐ Dr.
Phone:
☐ Call on next business day for follow-up appointment
in _____ days / weeks    ☐ Next available

☐ Return to Emergency Dept in _____ hours / days for recheck.
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed   ☐ Instructions Modified _____
☐ Education provided on new Medication _____

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I many have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _James G Huffman_    ☐ Patient ☐ Relative ☐ Other    Time Released: > _____ HS

INSTRUCTED BY:    PHYSICIAN:

**WORK/SCHOOL STATEMENT from the Emergency Department**

| PATIENT | DATE |
|---|---|

☐ Patient was seen by Dr. _____
☐ No athletics / physical education: _____ days
☐ May return to work/school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for _____ days*
Restrictions: _____
☐ _____ was here with relative/child.
☐ Other _____

Time off from school or work longer than three days should be approved by a Personal or Company Occupational Medicine Physician, unless otherwise stated

FORM # ER 16008 REV. 03/07/06

PROGRESS NOTES

| Last Name | First Name | Attending Physician | Room No. | Hosp. No. |
|-----------|-----------|---------------------|----------|-----------|
| Huffman | James | Nichols | | |

Date — Notes Should Be Signed by Physician

5/3/06 I/m brought up to medical, for c/o of S.O.B. R.20, P.88. BP 112/74. I/m has not c/o of pain to chest stated he reached out c̄ arms to catch himself and he thinks that is what has made his chest sore. put I/m up in obs for monitoring for a hour or two. Will monitor. ———————— A. Henly LPN.

6/3/06 I/m came to Med room claiming his chest was hurting + had a heaviness feeling in chest. I/m stated pain was radiating down (L) arm + was having trouble breathing. Checked I/m's VS — BP 166/120 P 102, gave one nitro-quick under tongue, waited 5 minutes ✓ VS again BP 98/96 P-107, I/m stated he was still hurting, gave another 2nd Nitro-quick, ✓ VS 3rd time BP 125/112 P-127, called Dr. Nichols + he gave TO to send to E.R. for eval. ~~called~~ ~~E~~ J. Ellis, MPA

Form 65    BRIGGS, Des Moines, Iowa 50306
PRINTED IN U.S.A.



# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 06/28/06  Pod/Location: 6 pod  Cell: floor  ID# _____

Inmate's Full Name: James Grant Huffman

Complaint/Problem: I am experiencing severe pain in my back, neck and hip from the injuries I received when I was pushed down the stairs in 3 pod when I was assaulted by another inmate on June 26, 2006

How long have you had this problem? Since I was assaulted on 06/26/06

Inmate's Signature: _____  Date: _____

\* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____  Resp_____  Pulse_____  B/P_____

Instructions/Assessment: Document your findings, inmate's responses/actions _____

M.D.

Received Orders – thru Treatment Protocols; via telephone order; via verbal order
Follow-Up Required? If checked, date to be seen again _____
Chronic Condition
Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: _____  Seen by: _____

File original form in patient's medical record.

# PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|--------------------------------------|

6/29/06

Got pushed down the stairs yesterday.
Fell from the top to the bottom.
Has pain in his lower back on the
left. Goes down back of (L) Thigh.

PE: (L) tender c spasm left lumbar
area.

A: Back pain.

Plan → medrol dose. pk, Ibu Motrin 1200
both b.i.d. x 7 days
Robaxin 750 2 b.i.d x 7 days.

Doctor's Signature: _____

| NAME-Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|



3rd sick call request about ankle 07/04/06

**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 07/04/06    Pod Location: 5    Cell: 507    ID# 76363

Inmate's Full Name: JAMES G. HUFFMAN

Complaint/Problem: My ankle on the left leg is swollen and I can not put weight on it because of the severe pain. It needs to be X-rayed. also my back is hurting real badly since I was pushed down the stairs in 3 pod by Robert Millwood,

How long have you had the problem? Since June 26, 2006 when pushed down stairs in 3 pod

Inmate's Signature: James G Huffman    Date: 06/07/06

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

ordered X-ray + already on IBU

Note Patient's Vital Signs:    Temp_____    Resp_____    Pulse_____    B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions_____

_____

_____

_____

_____

Received Orders – per Treatment Protocols; via telephone order; via verbal order
Follow-Up Required? If checked, date to be seen again_____
Chronic Condition
Inmate to be charged through medical co-pay for this visit

Date Seen by Medical_____    Seen by:_____

Place original form in patient's medical record.

## SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| DATE | LAST NAME | FIRST NAME | MI |
|------|-----------|------------|-----|
| 7/5/2006 | HUFFMAN | JAMES | |
| D.O.B. | SEX | FACILITY | |
| | | SHP-AUTAUGA CO JAIL | |
| ORDERING PHYSICIAN | | X-RAY NO. | |
| NICHOLS | | | |

**LEFT ANKLE, TWO VIEWS, 07/05/06**:  Anterior tibial and dorsalis pedis artery calcifications are present.  No fracture, dislocation or any significant bony abnormality identified.


\*DICTATED BUT NOT REVIEWED\*


_____

Randall Finley, M.D./pag


tt:    7/5/2006 1:53:24 PM
td:    7/5/2006 1:41:33 PM

# SOUTHERN RADIOLOGY SERVICES, LLC

MDT (4)        Jc

**PLEASE PRINT**

| | | | |
|---|---|---|---|
| Medicare (Part A Skilled) | | |
| Bill Insurance (3rd Party Non-Skilled) | | |
| Hospice | | |
| Employee | | |

**PATIENT:** Huffman Jones

**DOB:** 10/29/53  **SEX:** (M) F  **ROOM #:** _____  **CODE:** _____

**FACILITY:** Autauga Metro

**PHONE:** 334-358-3729  **FAX:** 334-358-4827

**SS#:** 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

**MEDICARE #:** _____  **CODE:** _____

**MEDICAID #:** _____  **CODE:** _____

**INSURANCE:** _____  **CODE:** _____

**INSURANCE #:** _____  **PRE CERTIFICATION #:** _____

### RESPONSIBLE PARTY INFORMATION
(MUST BE COMPLETED FOR ALL PATIENTS)

**NAME:** _____  **PHONE #:** ( )

**ADDRESS:** _____

**CITY:** _____  **STATE:** _____  **ZIP:** _____

**PATIENT SIGNATURE:** _____

Patient's or Authorized Person's Signature. I authorized the release of any medical or other information necessary to process this claim. I request payment of government/insurance benefits be made to the provider performing services.

☐ Patient Unable to Sign

## EXAMS REQUESTED: Please Mark Each Clearly
### X-RAY EXAMS

| Code | Exam | | Code | Exam | | Code | Exam |
|---|---|---|---|---|---|---|---|
| 74000 | Abdomen, 1 View | | 73520 | Hip, Min 2 Views w/Pelvis  L  R | | 73590 | Tibia/Fibula, 2 Views  L  R |
| ✓ 73600 | Ankle, 2 Views (AP 7 LAT)  L  R | | 73510 | Hip, Comp Min 2 Views  L  R | | 73100 | Wrist, 2 Views  L  R |
| 73610 | Ankle, Comp Min 3 Views  L  R | | 73060 | Humerus, Min 2 Views  L  R | | 73110 | Wrist, Min 3 Views  L  R |
| 73650 | Calcaneus (Heel), 2 Views  L  R | | 73560 | Knee, 2 Views  L  R | | | OTHER |
| 71010 | Chest, 1 View (AP) | | 73562 | Knee, 3 Views (inc OBLQ)  L  R | | | OTHER EXAMS  L  R |
| | | | 70160 | Nasal Bones, Comp Min 3 Views | | | |
| 71111 | Chest With Ribs, 4 Views | | 72170 | Pelvis, 1 Views | | | |
| 73000 | Clavicle, Complete  L  R | | 71100 | Ribs, 2 Views  L  R | | 93000 | EKG    Pacemaker:  Y  N |
| 73070 | Elbow, 2 Views  L  R | | 72220 | Sacrum/Coccyx, Min 2 Views | | 95819 | EEG |
| 73080 | Elbow, Comp 3 Views  L  R | | 73030 | Shoulder, Min 2 Views  L  R | | | |
| 73550 | Femur, 2 Views  L  R | | 70210 | Sinuses, Less Than 3 Views | | | |
| 73620 | Foot, 2 Views  L  R | | | | | | |
| 73630 | Foot, Comp Min 3 Views  L  R | | 70250 | Skull, Less Than 4 Views | | | |
| 73090 | Forearm, 2 Views  L  R | | 72040 | Spine, Cervical 2 Views | | | |
| 73120 | Hand, 2 Views  L  R | | 72100 | Spine, Lumbosacral 2 Views | | | |
| 73130 | Hand, Min 3 Views  L  R | | 72070 | Spine, Thoracic 2 Views | | | |

## DIAGNOSIS/SYMPTOM(S): Please Mark ALL that apply

| Code | Diagnosis | | Code | Diagnosis | | Code | Diagnosis |
|---|---|---|---|---|---|---|---|
| 787.3 | Abdomen Distention (Flatulence) | | 496 | COPD, Chronic Obstructive Pulm. Dis. | | 560.9 | Obstruction, Intestinal |
| 787.5 | Abnormal Bowel Sounds | | 786.2 | Coughing | | ✓ | Pain in _____ |
| 413.0 | Angina | | | Dislocation of _____ | | 485 | Pneumonia, Confirmed |
| | Arthritis of _____ | | 780.4 | Dizziness | | 514 | Pneumonia, Probable |
| 429.2 | ASCVD, Arteriosclerotic cardiovas. Dis. | | 787.2 | Dysphagia (Difficulty Swallowing) | | 795.5 | Positive Mantoux, PPD |
| 427.31 | Atrial Fibrillation | | 782.3 | Edema (Swelling) | | 518.4 | Pulmonary Edema, NOS |
| 507.0 | Aspiration | | 492.0 | Emphysema | | 515 | Pulmonary Fibrosis |
| 427.89 | Bradycardia | | 780.6 | Febrile (Feverish) | | 786.7 | Rales in Chest |
| | Bruise of _____ | | | Possible Fracture of _____ | | 786.09 | Shortness of Breath |
| 466.0 | Bronchitis, NOS | | 560.39 | Impaction | | 780.2 | Syncope & Collapse |
| | Carcinoma of _____ | | 518.9 | Infiltrate, Lung | | 785.0 | Tachycardia |
| 429.3 | Cardiomegaly | | 410.92 | Myocardial Infarction | | 011.90 | Tuberculosis |
| 786.50 | Chest Pain, Unspecified | | 787.01 | Nausea and Vomiting | | 519.8 | URI (Chronic) |
| 514 | Congestion, Chest | | | | | | |
| 428.0 | Congestive Heart Failure | | | | | | OTHER |

**PHYSICIAN'S SIGNATURE:**

Because of physical psychological and/or age limitations, this patient would find it difficult to receive this/these procedure(s) at a fixed site. I certify that this/these procedure(s) is/are medically necessary for the proper treatment of this patient.

**RADIOLOGIST:** _____

**PRELIMINARY REPORT:**

**NURSE'S SIGNATURE:** J. Ellis, MTA

**ORDERING PHYSICIAN:** X. Nichols  **CODE:** _____

**PHONE #:** ( )

**FAX:** ( )

**X-RAY #:** _____  **TECH:** RDCT

**DATE:** 7/5/06  **#VIEWS:** 2

**ARRIVE TIME:** 930 Am  **C0082 #:** 1

**DEPART TIME:** 955 Am  **# PTS SEEN:** 2

AM

**TIME:** _____  PM



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: _08/29/06_ Pod/Location: _6 Pod_ Cell: _601_ ID# _____

Inmate's Full Name: _JAMES G. HUFFMAN_

Complaint/Problem: _Please drop all my medications ⊘ except my aspirin, elavil and listril (sp) due to the fact I can't afford to pay for it because of the $102.00 debt *_

How long have you had this problem? _____

Inmate's Signature _James G. Huffman_ Date: _August 28, 2006_

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____    Resp_____    Pulse_____    B/P_____

Instructions/Assessment: Document your findings, inmate's responses/actions_____

_____

_____

_____

_____

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____    Seen by:_____

*Place original form in patient's medical record.*

_* that occurred due to a mix-up in the medication listing of ordered meds not having been sent to the accounting office as it should have been._

## Refusal of Treatment
## and
## Release of Responsibility

Inmate's Name: __James Huffman__

Date of Birth: __10-29-53__   Social Security No.: __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__

Date: __9-2-06__   Time: __5:00__   a.m. (p.m.)

This is to certify that I, __James Huffman__
                        (Print Inmate's Name)
currently in custody at the __Autauga Co. Metro Jail__
                            (Print Facility's Name)

I have been told about the risks of refusing treatment for my current medical condition and acknowledge that I understand all medical information, current diagnosis, and future procedures that have been explained to me.

I am refusing any and all medical procedures and/or treatments of my current medical condition. If I decide to obtain medical treatment regarding my current condition, I will notify the medical staff immediately. I understand the limitations of treatment that may have been based on my refusal of prior treatment.

Therefore, I release Southern Health Partners, Inc., its staff, the facility and its staff and administrator(s) from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my refusing treatment as prescribed by the medical staff of the facility and/or outside consultation services.

_I am refusing from this date on 09/02/06_

X __James Huffman__                    __JE, MTA__
Signature of Inmate                    Signature of SHP Medical Representative

_____          __9-2-06__
Witness                                Date

cc:   Confidential Medical File
      Jail Administrator

_Inmate has requested we stop all of his meds    3712 Ringgold Road, #364
pt Vistaril, Elavil, Aspirin because he          Chattanooga, TN 37412
unable to pay for all of it.   JE, MTA           423-553-5635 Phone
                                                 423-553-5645 Fax_

## PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|

JAMES HUFFMAN

11/10/06 — Has lower back pain about every day. Worse standing up. Goes into a spasm when he picks up something off the floor. Goes into left hip. Had one back operation by Bradley. — This was in Sept 2001. He is refusing his meds. He says they cost too much. When he went from Chilton Co. to Alabaster he ended up in Shelby Co Medical & says he had a heart attack. Is still on his ASA, claril & v-3 fril — doing o.k. ē that.

PE =/   BP 148/92
        lungs - clear
        ov - RRR ē Ⓢ gorg.
        M/s - Ⓢ tender over lumbar spine

A = DDD back
    ASCVD

Plan → Ibuprofen 800 bid x 10 days @ a time pr.
       Flexiril 10 mg bid. x 5 days.
       Stay on lovastatin + vasotec —

Doctor's Signature: _____

| NAME—Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|

Form 65/2P © BRIGGS, Des Moines, IA 50306 (800) 247-2343 www.BriggsCorp.com
PRINTED IN U.S.A.

PROGRESS NOTES



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 10/09/06   Pod/Location: 6 pod   Cell: 601   ID#

Inmate's Full Name: James G. Huffman

Complaint/Problem: I am experiencing sever pain in my left abdomen near the rib cage where I had my spleen removed. I'm still having a real problem with my back pain also

How long have you had this problem? Just started on about October 3rd, 2006 my back has been this way since I got here

Inmate's Signature: James G. Huffman   Date: 10/09/06

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp_____  Resp_____  Pulse_____  B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions

I/m c/o Stomache pain + stabbing, burning feeling. See MD orders,

_____

_____

_____

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 10-10-06   Seen by: JE, MTA

*Place original form in patient's medical record.*



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 10/31/06   Pod/Location: D-6   Cell: 601   ID#_____

Inmate's Full Name: James G. Huffman

Complaint/Problem: I am still having severe pain in my ~~abdomen~~ abdomen, in the center of my diaphragm, and under my ribs on the right side. I need to see Doctor Nichols

How long have you had this problem? for about 2 weeks but it has gotten a lot worse.

Inmate's Signature: James G. Huffman   Date: 10/31/06

\* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp_____   Resp_____   Pulse_____   B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions_____

Treated by doctor Nichols 11-3-06

_____

_____

_____

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order .
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____   Seen by:_____

*Place original form in patient's medical record.*

## PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|
| 11/3/06 | For about a week has had an epigastrium spasm & burning sensation. Seems to start when he's still sitting. Also has some reflux sx's. - weal had 3-4 days ago |

PE =

O tender epigastrium

A: Esoph reflux

Plan → add reglan 10 mg 2 bid. x 10 d.

Doctor's Signature: _____

| NAME–Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|

Form 65/2P © BRIGGS, Des Moines, IA 50306 (800) 247-2343 www.BriggsCorp.com
R404    PRINTED IN U.S.A.

PROGRESS NOTES

| SOUTHERN HEALTH PARTNERS | Inmate Name: Huffman, James |
|---|---|
| | D.O.B. or I.D. #: 10/29/53 |
| Start at top and write subsequent orders below | Allergies: NKDA |

**Date of physician's order:**

11/8/05

*Noted ECOOK 11/8/05 12:30*

D/C Paxil (Paroxetine) 40mg Q.P.M.
when current medication gone.
Then Start
Fluoxetine 20mg ii tabs Q.P.M.
per V.O. Dr Nichols / C COOK RN

**Date of physician's order:**

11/9/05

DC Plavix 75mg
ASA 325mg po bid.
VO Dr Nichols / B Cor

**Date of physician's order:**

5/2/06

Continue meds as taken:
Mevacor 40mg i po daily
Vasotec 20mg i po bid
Zestril 25mg i po bid
Prozac 20mg ii po q pm.

**Date of physician's order:**

Elavil 100mg i po q pm.
ASA 325mg i po bid.
VO Dr Nichols / B Cor

**Date of physician's order:**

5-5-06

Tylenol 325mg ii po bid x 7 days
TPO Dr Nichols / B Cor

**Date of physician's order:**

5/24/06.

Tylenol 325mg ii tabs bid x 3days.
VO Dr Nichols / A Nerla (RN)

**SOUTHERN HEALTH PARTNERS**

Inmate Name: Huffman, James
D.O.B. or I.D. #: 10/29/53
Allergies: Caffeine

Start at top and write subsequent orders below

| Date of physician's order: | |
|---|---|
| 5/25/06 | Zantac 150mg po bid x 10 days. _[signature]_ |
| 5/26/06 | Keflex 500mg ĪĪ BID x 7days per tx protocol - Mocha _[signature]_ |
| 6/26/06 | Zantac 150mg BID po Dr. per tx protocol — J. Ellis, MD _[signature]_ |
| 6/29/06 | medrol dose pk. p dose pk. is gone give Ibuprofen 1200mg bid x 7 days Robaxin 750mg ĪĪ bid x 7 days. _[signature]_ |
| Date of physician's order: | |
| Date of physician's order: | |

## Physician's Orders

Southern Health Partner's, Inc

Inmate Name: _Huffman, James_
SS#:
DOB: _10-29-53_
Allergies: _NKA_

Facility: _Autauga_
County
Jail

| Date: 9/21/06 | Date: |
|---|---|
| Ibuprofen 800 bid x 10 days prn | id x 10 days prn, |
| Flexeril 10mg | bid x 5 days |
| persantine | |
| M.D. Sig: | M.D. Sig: |
| Date: Lovastatin 40 | Date: mg daily |
| Vasotec 20mg | bid. |
| | |
| | |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| | |
| | |
| | |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| | |
| | |
| | |
| M.D. Sig: | M.D. Sig: |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Plavix 75 mg po daily

Paroxetine 40 mg po 8 PM.   D/C 11/29/05 see below

Lovastatin 40 mg po daily

Atarax HCTZ 25 mg Bid.

Vasotec 20 mg po bid.

Amitriptyline 100 mg po 8 PM.

ASA 325 mg po bid.   Stock

Fluoxetine 20 mg tabs Q.P.M.   xFOX   11/30/05 - 11/30/06   *Start Fluoxetine 11/30/05

CHARTING FOR 11-1-05   THROUGH 11-30-05

Physician: Nichols.
Alt. Physician:
Allergies: NKA.

RESIDENT: Huffman, James
D.O.B. 10/29/53   Sex: M   Room #: 602C

# MEDICATION ADMINISTRATION RECORD

AUTAUGA COUNTY JAIL
HUFFMAN, JAMES
REPORT DATE : 01/06

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| LOVASTATIN 40 MG TABLET<br>MEVACOR 40 MG TABLET<br>TAKE 1 TABLET ONCE DAILY | 11/22/06<br>0800 | |
| ENALAPRIL MALEATE 20 MG T<br>VASOTEC 20 MG TABLET<br>TAKE 1 TABLET TWICE DAILY | 12/12/06<br>0800 | |
| HYDROXYZINE PAM 25 MG CAP<br>VISTARIL 25 MG CAPSULE<br>TAKE 1 CAPSULE TWICE<br>DAILY | 11/22/06<br>0800<br>1700 | |
| FLUOXETINE 20 MG CAPSULE<br>PROZAC 20 MG PULVULE<br>TAKE 2 CAPSULES IN THE<br>EVENING | 11/22/06 | |
| AMITRIPTYLINE HCL 100 MG<br>ELAVIL 100 MG TABLET<br>TAKE 1 TABLET IN THE<br>EVENING | 11/04/06 | |
| ASA 325 mg<br>B.i<br>(stock) | | |

| | | |
|---|---|---|
| CHARTING FOR | 01/01/06 | THROUGH | 01/31/06 | PAGE | 1 OF | 1 |

| Physician | NICHOLS, KEN | Telephone No. | |
| Alt. Physician | NICHOLS, KEN | Alt. Telephone | |
| Allergies | NKA  NKA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | | Medicare Number | | Approved By Doctor: | | |
| | | | | By: | | |
| | | | | | Title: | Date: |
| RESIDENT | HUFFMAN, JAMES | D.O.B.  10/29/195?  Sex M | Room  J | Patient Code  HUFFJAME | Admission Date  00/00/00 |

AUTAUGA COUNTY JAIL
Pharmacy Management Plus
REPORT DATE : 12/05

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOVASTATIN 40 MG TABLET<br>MEVACOR 40 MG TABLET<br>TAKE 1 TABLET ONCE DAILY | 11/22/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 25 MG CAP<br>VISTARIL 25 MG CAPSULE<br>TAKE 1 CAPSULE TWICE<br>DAILY | 11/22/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLUOXETINE 20 MG CAPSULE<br>PROZAC 20 MG PULVULE<br>TAKE 2 CAPSULES IN THE<br>EVENING | 11/22/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AMITRIPTYLINE HCL 100 MG<br>ELAVIL 100 MG TABLET<br>TAKE 1 TABLET IN THE<br>EVENING | 11/04/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA 325 mg Tab-<br>I p o BID<br>11/1/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vasotec 20mg<br>po bid | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR  12/01/05   THROUGH  12/31/05   PAGE  1 OF  1

Physician  NICHOLS, KEN
Alt. Physician  NICHOLS, KEN
Allergies  NKA   NKDA

Telephone No.
Alt. Telephone
Rehabilitative Potential

Medical Record No.

Medicaid Number   Medicare Number

Approved By Doctor:
By:   Title:   Date:

RESIDENT  HUFFMAN, JAMES   D.O.B. 10/29/1953   SEX M   Room 602C   Patient Code HUFFJAME   Admission Date 00/00/00

# ADMINISTRATION RECORD

AUTAUGA COUNTY JAIL
HUFFMAN, JAMES
REPORT DATE : 01/06

| MEDICATIONS | HOUR |
|---|---|
| LOVASTATIN 40 MG TABLET<br>MEVACOR 40 MG TABLET<br>TAKE 1 TABLET ONCE DAILY | 11/22/06<br>0600 |
| ENALAPRIL MALEATE 20 MG T<br>VASOTEC 20 MG TABLET<br>TAKE 1 TABLET TWICE DAILY | 12/06/06<br>0600<br>1700 |
| HYDROXYZINE PAM 25 MG CAP<br>VISTARIL 25 MG CAPSULE<br>TAKE 1 CAPSULE TWICE<br>DAILY | 11/22/06<br>0600<br>1700 |
| FLUOXETINE 20 MG CAPSULE<br>PROZAC 20 MG PULVULE<br>TAKE 2 CAPSULES IN THE<br>EVENING | 11/22/06<br>1700 |
| AMITRIPTYLINE HCL 100 MG<br>ELAVIL 100 MG TABLET<br>TAKE 1 TABLET IN THE<br>EVENING | 11/04/06<br>1700 |
| ASA 325 mg<br>B.i.d<br>(stock) | 6<br>1700 |

| | | |
|---|---|---|
| CHARTING FOR | 01/01/06 | THROUGH 01/31/06 |
| Physician | NICHOLS, KEN | |
| Alt. Physician | NICHOLS, KEN | PAGE 1 OF 1 |
| Allergies | NKA | |

NKA

| | Telephone No. | |
|---|---|---|
| | Alt-Telephone | Medical Record No. |
| | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor:<br>By: | |
|---|---|---|---|
| RESIDENT HUFFMAN, JAMES | | D.O.B. 10/29/1953 | Sex M | Room # J | Title: |
| | | | | Patient Code HUFFJAME | Admission Date 00/00/00 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES G. HUFFMAN | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | CIVIL ACTION NO. 2:06-CV-748-MEF |
| | ) | (WO) |
| SOUTHERN HEALTH SERVICES, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' SPECIAL REPORT AND ANSWER

Defendants, Southern Health Partners, Inc. (designated in the Complaint as both "Southern Health Services Partners" and "Nurses of Southern Health Partners"), and Kenneth Nichols, M.D., (designated in the Complaint as both "Dr. Nichols" and "Dr. Nicholson, M.D.") submit their Special Report and Answer to the Court as follows:

## I.     INTRODUCTION

The plaintiff filed his Complaint on August 22, 2006 and his amended complaint on September 28, 006.  On August 30, 2006, this Court ordered Defendants to file an Answer and Special Report concerning the factual allegations made by the plaintiff in his Complaint and amendments thereto.  Pursuant to paragraph one of the Order for Special Report, Defendants aver that there are no similar complaints against them that should be considered with this complaint. This Court has dismissed Hollis v. Ellis, CV No. 2:06-CV-814-WKW, which was referenced by the co-defendants.

## II.    PLAINTIFF'S ALLEGATIONS

The plaintiff alleges that these Defendants failed to provide adequate or appropriate medical attention in violation of the plaintiff's Eighth Amendment right to be free from cruel and unusual punishment. Specifically, the plaintiff alleges that Dr. Nichols and SHP's medical nursing staff were deliberately indifferent to the plaintiff by failing to provide him adequate medication for his heart problems, back pain and anxiety/bipolar disorder, which he claims caused him to suffer a heart attack in late April 2005 and to be rushed to Baptist Medical Center Emergency Room in May 2005. [1]

## III.    DEFENDANTS' ANSWER TO PLAINTIFF'S ALLEGATIONS

Defendants deny the allegations made against them by the plaintiff as said allegations are untrue and completely without basis in law or fact. Defendants deny that they acted, or caused anyone to act, in such a manner as to deprive the plaintiff of any right to which he was entitled. The plaintiff's Complaint fails to state a claim upon which relief can be granted. Defendants raise the defenses of Eleventh Amendment immunity, qualified immunity, the plaintiff's failure to comply with the Prison Litigation Reform Act and additional defenses presented below. Defendants reserve the right to add additional defenses if any further pleading is required or allowed by the law.

## IV.    SWORN STATEMENTS

Pursuant to Paragraph 2 of the Court's Order, Defendants submit the affidavits of Dr. Nichols (Exhibit 1), and Tina Ellis, LPN (Exhibit 2), who are persons having knowledge of the subject matter of the Complaint.

---

[1] This statement of the plaintiff's allegations is based upon the plaintiff's Complaint as amended and the undersigned's interpretation of the issues raised. If other issues are presented, Defendant requests that this Honorable Court grant Defendants an opportunity to answer and address those issues.

## V.    STATEMENT OF FACTS

### A.    Background

1.    Dr. Nichols obtained his medical degree from UAB in 1982. From 1982 to 1985, he performed an internal medicine internship and residency at Baptist Memorial Hospital in Memphis, Tennessee. From July 1985 to the present, he has been in private practice in internal medicine in Prattville, Alabama. He is licensed by the State of Alabama as a medical doctor and has been so since 1985. Since 1997, Dr. Nichols has been the medical director of the Autauga County Jail. Since November 2005, he has been employed by Southern Health Partners, Inc. ("SHP") to be the medical director of the Autauga County Jail. (Nichols Aff. at ¶ 2.)

2.    Tina Ellis, LPN ("Nurse Ellis") obtained her LPN degree from Bevill State Community College in Hamilton, Alabama in December 2005. In May 2006, she became licensed by the State of Alabama as an LPN. Since May 2006, she has been employed by Southern Health Partners, Inc. ("SHP") as the medical team administrator ("MTA") for the Autauga County Jail. (Ellis Aff. at ¶ 2.)

3.    SHP provides medical care to inmates in various jail facilities, including the Autauga County Jail. From November 2005 to the present, health care services have been provided to inmates by SHP pursuant to a contract between SHP and the Autauga County Commission. Health care in the jail is provided under the direction of a medical team administrator ("MTA") as well as a medical director. During the period complained of by the plaintiff in this action, Dr. Nichols was the medical director of the jail, and Jennifer Cook, Donna Cooey, Gail Colburn and Tina Ellis have served as the MTA. (Nichols Aff. at ¶ 3.)

3

4.    When an inmate in the jail requires routine medical care, he or she obtains an inmate sick call slip from the corrections officer on duty in the housing unit and that form is provided to the medical staff for action.  Routine sick calls are conducted by the medical staff inside the housing unit.  (Nichols Aff. at ¶ 4.)

**B.    Chronology of the plaintiff's treatment**

5.    A true and correct copy of SHP's entire medical chart on the plaintiff is attached to Nurse Ellis' affidavit as Exhibit A.  (Ellis Aff. at ¶6.)

6.    The plaintiff's January and February 2004 medical records from Baptist Medical Center East in Montgomery, Alabama are attached to Dr. Nichols' affidavit as Exhibit A, the plaintiff's April 27, 2005 discharge summary from Shelby Baptist Hospital in Alabaster, Alabama is attached to Dr. Nichols' affidavit as Exhibit B, and records related to the plaintiff's May 30, 2006 emergency room admission are attached to Dr. Nichols' affidavit as Exhibit C.  (Nichols Aff. at ¶ 6.)

7.    The plaintiff was booked into the Autauga County Jail on September 13, 2005.  On September 15, 2005, Dr. Nichols saw the plaintiff.  In this initial presentation, the plaintiff said he was taking Plavix for his heart, Zocor for high cholesterol and Xanax for anxiety.  Plaintiff gave a medical history of two stents and a prior heart attack in January 2004.  He also mentioned problems with anxiety and his back and said that he had undergone surgery for a ruptured spleen in November 2004.  Dr. Nichols assessed him as having arteriosclerotic cardiovascular disease (ASCVD) and prescribed Plavix 75 mg. daily for his heart, Mevacor for cholesterol, Paxil and Atarax for anxiety and Vasotec for high blood pressure.  (Nichols Aff. at ¶ 7.)

8.    Upon review of the plaintiff's January and February 2004 records from Baptist

Medical Center East (Ex. A), the plaintiff did not suffer a heart attack in January 2004. On January 27, 2004, he was admitted to Baptist Medical Center East with complaints of chest pain, and he was seen by Dr. Finklea, who ruled out heart attack. Based on the history taken by Dr. Finklea, the plaintiff had a stenting of his left arterior descending ("LAD") artery in July 2002. He underwent repeat catheterization in January 2003 for recurrent chest discomfort and the stent was found to be open. On January 29, 2004, the plaintiff underwent catheterization performed by Dr. Finklea, who found the plaintiff's LAD stent to be patent and placed another stent in the circumflex artery. In his discharge instructions, Dr. Finklea prescribed Plavix 75 mg daily for three months, which would have expired at the end of April 2004. (Nichols Aff. at ¶ 8.)

9.      On September 29, 2005, Dr. Nichols saw the plaintiff in follow-up to his September 15th appointment, and the plaintiff complained that he did not get his heart medications the prior week. Dr. Nichols' assessment remained ASCVD and he changed the plaintiff's prescription to include Elavil at night to help him sleep. (Nichols Aff. at ¶ 9.)

10.     On October 6, 2005, Dr. Nichols saw the plaintiff for complaints of not sleeping. Dr. Nichols prescribed Elavil 100 mg. at the hour of sleep. (Nichols Aff. at ¶ 10.)

11.     On November 8, 2005, Dr. Nichols discontinued the plaintiff's Paxil prescription and started the plaintiff on Fluoxitine (brand name Prozac) 20 mg. for depression and anxiety. (Nichols Aff. at ¶ 11.)

12.     On November 9, 2005, Dr. Nichols discontinued the plaintiff's prescription for Plavix and prescribed aspirin 325 mg. by mouth twice a day for his heart. Based upon Dr. Nichols' medical judgment, Plavix was no longer indicated, because it had been 22 months since the plaintiff's last

5

cardiac event in January 2004. Also, Plavix, at that time, was not on SHP's formulary of approved drugs. (Nichols Aff. at ¶ 12.)

    13.    In November 2005, the plaintiff was administered the following medications:

- Aspirin for his heart.

- Lovastatin (brand name Mevacor) for cholesterol.

- Atarax for anxiety

- Vasotec for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Paxil for depression and anxiety up through November 29, 2005.

- Fluoxitine (brand name Prozac) on November 30, 2005 for depression/anxiety.

(Nichols Aff. at ¶ 13.)

    14.    In December 2005, the plaintiff was administered the following medications:

- Aspirin for his heart.

- Lovastatin for cholesterol.

- Vasotec for high blood pressure.

- Amitriptyline HCL (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

(Nichols Aff. at ¶ 14.)

    15.    On December 10, 2005, the plaintiff completed an inmate sick call slip, complaining that Dr. Finklea told him that he needed to take Plavix everyday for life. The plaintiff was seen by Gail Colburn, RN– the MTA during this time period-- on December 16, 2005, and Nurse Colburn

educated the plaintiff on the medications he was taking and advised the plaintiff that he could take

Plavix if it was brought from home. As stated before, at this juncture, it was Dr. Nichols' opinion

that Plavix was not indicated, although it would not hurt the plaintiff if he were to take it. (Nichols

Aff. at ¶ 15.)

16.     On January 3, 2006, Angela Henley, LPN, performed a history and physical on the

plaintiff. During his history and physical, the plaintiff identified prior heart problems and stated that

he had been treated for anxiety and bipolar disorder. (Nichols Aff. at ¶ 16.)

17.     From January 1, 2006 through February 6, 2006, the plaintiff was administered the

following medications:

- Aspirin for his heart.

- Lovastatin for cholesterol.

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline HCL (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

(Nichols Aff. at ¶ 17.)

18.     On February 6, 2006, the plaintiff was discharged from the Autauga County Jail.

(Nichols Aff. at ¶ 18.)

19.     The plaintiff was again booked into the Autauga County Jail on April 30, 2006. In his

complaint, the plaintiff claims that he had a heart attack on April 22, 2006, and was discharged from

the hospital on April 27, 2006. Attached as Exhibit A to Dr. Nichols' affidavit is the discharge

summary from Shelby Baptist Medical Center dated April 27, 2006. As set out in the discharge

7

summary, the plaintiff was admitted to the hospital with complaints of chest pain, but he was not diagnosed with a heart attack. Instead, the cardiologist recommended that he undergo a cardiac catheterization, which showed no change from his previous catheterization.    There was no determination that the plaintiff suffered any injury or harm from not taking Plavix or any other medication. (Nichols Aff. at ¶ 19.)

20.     On May 1, 2006, Nurse Colburn performed a medical screening of the plaintiff, wherein she noted that the plaintiff had bruising on his bilateral groin area from heart catheterization. On May 5, 2006, Dr. Nichols entered an order prescribing Tylenol for the plaintiff's complaints of pain related to said bruising. (Nichols Aff. at ¶ 20.)

21.     The plaintiff returned to the jail with prescriptions for Plavix, monopril and Zocor. On May 2, 2006, Dr. Nichols entered an order continuing the plaintiff on all of the same medications he was on at the time he left the jail in February, substituting lovastatin for Zocor, aspirin for Plavix and Vasotec for monopril. Again, based on the plaintiff's history, it was Dr. Nichols' medical judgment that the plaintiff did not need Plavix for his heart and could be adequately treated with aspirin. (Nichols Aff. at ¶ 21.)

22.     On May 3, 2006, the plaintiff was brought to the medical staff complaining of chest pain. He was seen by Angela Henley, LPN, who noted that the plaintiff attributed his chest pain to soreness related to him trying to catch himself from falling. Nurse Henley took the plaintiff's vital signs and monitored him for a couple of hours without further complaint. (Nichols Aff. at ¶ 22.)

23.     On May 10, 2006, the plaintiff completed an inmate sick call slip, complaining of an abscess tooth on his right bottom jaw. On May 12, 2006, the plaintiff was seen by Marlo Oaks, RN. Pursuant to Dr. Nichols' protocol for such complaints, the plaintiff was ordered Keflex and

8

Percogesic and was added to the dental list. On May 24, 2006, the plaintiff was seen by Dr. Roberson, an Autauga County dentist. Dr. Roberson found that the plaintiff had two infected teeth, and he extracted same. (Nichols Aff. at ¶ 23.)

24.    On May 11, 2006, Dr. Nichols saw the plaintiff, and the plaintiff complained of pain in the left groin and testicles related to the placement of his heart catheter. Dr. Nichols continued the plaintiff on the same medications, which included Tylenol for pain. (Nichols Aff. at ¶ 24.)

25.    On May 17, 2006, the plaintiff completed an inmate sick call slip, where he again complained that he was hurting in his groin area where the surgeons had placed his heart catheter. On May 19, 2006, the plaintiff was seen by Marlo Oaks, RN in response to this sick call slip, and Nurse Oaks noted that the plaintiff was not in acute distress and added the plaintiff to the list of patients for Dr. Nichols to see. (Nichols Aff. at ¶ 25.)

26.    On May 25, 2006, Dr. Nichols saw the plaintiff for his complaints of soreness in his left groin area. Dr. Nichols noted that the plaintiff had a tender epigastrium. Dr. Nichols' assessment was ASCAD and gastritis, and he prescribed Zantac for the gastritis. Dr. Nichols also ordered Tylenol to treat the plaintiff's complaints of pain. (Nichols Aff. at ¶ 26.)

27.    In May 2006, the plaintiff was administered the following medication:

- Aspirin for his heart.

- Lovastatin (brand name Mevacor) for cholesterol

- Vasotec for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

9

- Tylenol for pain.

- Keflex for dental complaints.

- Percogesic for dental complaints.

- Zantac for gastritis.

(Nichols Aff. at ¶ 27.)

28.    On May 30, 2006, the plaintiff complained to the medical staff of chest pain, and Dr. Nichols gave a telephone order to send the plaintiff to the emergency room for evaluation. The plaintiff was sent to Baptist Medical Center in Prattville and was seen by Dr. Joel Sullivan, who noted a normal EKG. The plaintiff's records from this ER visit are attached as Exhibit B to Dr. Nichols' affidavit. Tina Ellis, LPN, documents this emergency room visit on June 3, 2006, but it actually occurred on May 30, 2006. Based upon the emergency room records, there was no determination that the plaintiff suffered any injury or harm from not taking Plavix or any other medication. Dr. Sullivan's discharge instructions included a prescription for Plavix, but Dr. Nichols substituted aspirin for Plavix based on his medical judgment that the plaintiff was responding well to aspirin and did not need Plavix. (Nichols Aff. at ¶ 28.)

29.    On June 28, 2006, the plaintiff completed an inmate sick call slip complaining of severe pain in his back, neck and hip from injuries received from a fall down the stairs. (Nichols Aff. at ¶ 29.)

30.    On June 29, 2006, Dr. Nichols saw the plaintiff in response to these complaints. Dr. Nichols assessed the plaintiff with back pain and prescribed a Medrol dose pack, Motrin and Robaxin to treat these complaints of pain. (Nichols Aff. at ¶ 30.)

31.    In June 2006, the plaintiff was administered the following medications:

10

- Aspirin for his heart.

- Lovastatin for cholesterol.

- Enalapril Maleate (brand nameVasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety

- Zantac for gastritis.

- Medrol dose pack for back pain.

- Ibuprofen (Motrin) for back pain.

- Robaxin for back pain.

(Nichols Aff. at ¶ 31.)

 32. On July 4, 2006, the plaintiff completed an inmate sick call slip, wherein he complained that his left ankle was swollen rising out of his fall down the stairs and requested an x-ray. (Nichols Aff. at ¶ 32.)

 33. On July 5, 2006, Dr. Nichols ordered that the plaintiff receive an x-ray on his left ankle, which was performed by Dr. Randall Finley. Dr. Finley noted that the plaintiff had no fracture, dislocation or any abnormality with his ankle. (Nichols Aff. at ¶ 33.)

 34. In July 2006, the plaintiff was administered the following medications:

- Lovastatin for cholesterol.

- Aspirin for his heart

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

11

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

- Zantac for gastritis.

- Medrol dose pack for back pain (up through July 5, 2006).

- Ibuprofen (Motrin) for back pain (up through July 5, 2006).

- Robaxin for back pain (up through July 8, 2006).

(Nichols Aff. at ¶ 34.)

35.    In August 2006, the plaintiff was administered the following medications:

- Lovastatin for cholesterol.

- Aspirin for his heart.

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

- Zantac for gastritis.

(Nichols Aff. at ¶ 35.)

36.    On August 29, 2006, the plaintiff completed an inmate sick call slip, wherein he requested that the medical staff drop all of his medications except aspirin, Elavil and Vistaril. (Nichols Aff. at ¶ 36.)

37.    On September 2, 2006, the plaintiff completed a refusal of treatment and release of responsibility form, wherein he again stated that he wanted all of his medications stopped except Vistaril, Elavil and aspirin.  (Nichols Aff. at ¶ 37.)

12

38.     Consistent with the plaintiff's desires, the plaintiff received aspirin, Vistaril and Elavil in September 2006. On September 21, 2006, Dr. Nichols saw the plaintiff for complaints of lower back pain. Dr. Nichols noted that the plaintiff was refusing his medication. Dr. Nichols ordered that the plaintiff take ibuprofen and Flexaril, a muscle relaxer, for his back pain and also ordered that the plaintiff resume taking Lovastatin for cholesterol and Vasotec for high blood pressure. Consistent with Dr. Nichols' orders, the plaintiff resumed taking these medications. (Nichols Aff. at ¶ 38.)

39.     On October 9, 2006, the plaintiff completed an inmate sick call slip, wherein he complained of experiencing pain in his left abdomen near his rib cage where he had his spleen removed. He also complained of back pain. On October 10, 2006, the plaintiff was seen by Tina Ellis, LPN, who referenced Dr. Nichols prior orders for medication. (Nichols Aff. at ¶ 39.)

40.     On October 31, 2006, the plaintiff completed an inmate sick call slip, wherein he complained of pain in his abdomen and requested to see Dr. Nichols. (Nichols Aff. at ¶ 40.)

41.     On November 3, 2006, Dr. Nichols saw the plaintiff for these complaints and assessed him with esophageal reflux. Dr. Nichols prescribed Reglan to assist him with this problem. (Nichols Aff. at ¶ 41.)

42.     In October 2006, the plaintiff was administered the following medications:

- Lovastatin for cholesterol.

- Aspirin for his heart

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

- Zantac for gastritis.

- Mylanta for acid indigestion

(Nichols Aff. at ¶ 42.)

**C.    Defendants  were not deliberately indifferent to the plaintiff's medical needs.**

43.    Based upon Dr. Nichols' review of the plaintiff's records, his treatment of the plaintiff and his education, training and experience, it is his medical opinion that the plaintiff received appropriate medications for his heart problems and anxiety.   Indeed, the plaintiff regularly was administered aspirin for his heart, Lovastatin for cholesterol and Vasotec for high blood pressure. Moreover, the plaintiff was regularly administered Vistaril and Prozac to combat his anxiety.  When the plaintiff complained of back pain–which was not often--he was administered medication to alleviate same.  While incarcerated at the Autauga County jail, the plaintiff has not identified nor has he ever informed Dr. Nichols or the medical staff that he was taking Percocet for back pain.  The plaintiff was not denied any medication, including Plavix, on the basis of cost or expense.  On the contrary, Dr. Nichols' orders prescribing and discontinuing medication to the plaintiff were based solely on Dr. Nichols' medical judgment of the plaintiff's condition.  (Nichols Aff. at ¶ 43.)

44.    Based upon Nurse Ellis' review of the plaintiff's records, her treatment of the plaintiff and her education, training and experience, it is her medical opinion that the plaintiff received appropriate nursing care for his heart problems, anxiety and back pain.  (Ellis Aff. at ¶ 44.)

45.    All necessary care provided to the plaintiff by Dr. Nichols and the SHP medical staff was appropriate, timely and within the standard of care.  (Nichols Aff. at ¶ 44; Ellis Aff. at ¶ 43.)

46.    On no occasion was the plaintiff ever at risk of serious harm, nor was Dr Nichols or the medical staff ever indifferent to any complaint that the plaintiff made. (Nichols Aff. at ¶45; Ellis Aff. at ¶ 44.)

## VI.    LEGAL ARGUMENT

### A.    The plaintiff's claims against Defendants are due to be dismissed, because the plaintiff has presented no evidence that Defendants were deliberately indifferent to a serious medical condition.

In order to prevail under 42 U.S.C. § 1983 on his medical claim, the plaintiff must demonstrate that Defendants were deliberately indifferent to a serious medical condition. Because society does not expect that prisoners will have unqualified access to health care, deliberate indifference to medical needs amounts to an Eighth Amendment violation only if those needs are "serious." *Hudson v. McMillian*, 503 U.S. 1, 9 (1992). "A serious medical need is one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention." *Kelley v. Hicks*, 400 F. 3d 1282, 1284 n. 3 (11th Cir. 2005). Where a prisoner has received medical attention and the dispute concerns the adequacy of the medical treatment, deliberate indifference is not shown. *Hamm v. DeKalb County*, 774 F.2d 1567 (11th Cir. 1985).

Indeed, in *Estelle v. Gamble*, 429 U.S. 97, 106 (1976), the United States Supreme Court held that medical malpractice does not become a constitutional violation merely because the victim is a prisoner. Thus, the inadvertent or negligent failure to provide adequate medical care "cannot be said to constitute an unnecessary and wanton infliction of pain." (*Id.* at 105-06.) Instead, it must be

15

shown that there was a "deliberate indifference" to the serious medical needs of a prisoner. (*Id.* at 104.)

In addition, an inmate does not have a right to a ***specific*** kind of medical treatment. *City of Revere v. Massachusetts General Hosp.*, 463 U.S. 239, 246 (1983) (holding, "the injured detainee's constitutional right is to receive the needed medical treatment; ***how [a municipality] obtains such treatment is not a federal constitutional question***") (emphasis added).  Furthermore, this Court should not substitute its medically untrained judgment for the professional judgment of the medical health professionals who treated the plaintiff. See *Waldrop v. Evans*, 871 F.2d 1030, 1035 (11th Cir. 1989) (observing that "when a prison inmate has received medical care, courts hesitate to find an Eighth Amendment violation"); *Hamm v. DeKalb County*, 774 F.2d 1567, 1575 (11th Cir. 1985) (stating that the evidence showed the plaintiff received "significant" medical care while in jail, and although the plaintiff may have desired different modes of treatment, care provided by jail did not constitute deliberate indifference), cert. denied, 475 U.S. 1096 (1986); *Westlake v. Lucas*, 537 F.2d 857, 860 n.5 (6th Cir. 1976) (stating "[w]here a prisoner has received some medical attention and the dispute is over the adequacy of the treatment, federal courts are generally reluctant to second guess medical judgments."); *Bismarck v. Lang,* 206 WL1119189 (M.D. Fla. 2006) ("Whether a defendant should have used additional or different diagnostic techniques or forms of treatment 'is a classic example of a matter for medical judgment and therefore not an appropriate basis for liability under the Eighth Amendment.'") quoting *Adams v. Poag*, 61 F.3d 1537, 1545 (11th Cir. 1995).

In this case, there is absolutely no evidence from which a jury could find that Dr. Nichols or the SHP medical staff acted with deliberate indifference to any serious medical need of the plaintiff. On the contrary, the plaintiff's medical chart clearly demonstrates that all of his medical needs were

16

addressed in a timely and appropriate fashion. The plaintiff's heart condition, anxiety and back pain

was treated with medication prescribed by Dr. Nichols on a regular basis. Indeed, the plaintiff

regularly was administered aspirin for his heart, Lovastatin for cholesterol and Vasotec for high blood

pressure. Moreover, the plaintiff was regularly administered Vistaril and Prozac to combat his

anxiety. When the plaintiff complained of back pain–which was not often--he was administered

medication to alleviate same. The decision to discontinue Plavix was based on Dr. Nichol's medical

judgment that Plavix was no longer indicated. Therefore, this decision "is a classic example of a

matter for medical judgment and therefore not an appropriate basis for liability under the Eighth

Amendment." *Adams v. Poag,* 61 F.3d 1537, 1545 (11th Cir. 1995). Moreover, the hospital records

attached as Exhibits B and C to Dr. Nichols' affidavit demonstrate that the plaintiff did not suffer a

heart attack in late April 2006 and he suffered no ill effects from his emergency room admission to

Baptist Medical Center on May 30, 2006. There was no determination by the plaintiff's treating

physician in either incident that the plaintiff suffered any injury or harm from not taking Plavix or any

other medication

Dr. Nichols and Nurse Ellis have both testified that the standard of care was met in Dr.

Nichols and the medical staff's treatment of the plaintiff. The plaintiff has failed to present any

evidence or medical testimony rebutting this testimony and, in fact, has presented no evidence that

the treatment provided him by said Defendants was somehow indifferent to his needs.

**B.**  **SHP Is Due To Be Dismissed, Because There is No Evidence that SHP Itself
Directly Caused the Violation of Any Constitutional Right Through Its Adoption
of Some Official Policy or Practice.**

Precedent from the U.S. Court of Appeals for the Eleventh Circuit provides that when a

private corporation contracts with a state to perform a function traditionally within the province of

17

the state government, including the provision of medical services to state inmates, then that corporation should be treated as a governmental entity and as a person acting under color of state law within the meaning of 42 U.S.C. §1983. *Buckner v. Toro*, 116 F.3d 450, 452 (11th Cir. 1997); *Edwards v. Alabama Department of Corrections*, 81 F.Supp.2d 1242, 1254 (M.D. Ala. 2000). Although the private entity operating under such circumstances is not entitled to qualified immunity, certain special requirements for liability apply. *Edwards*, 81 F.Supp.2d at 1254-55; *McDuffie v. Hopper*, 982 F.Supp. 817, 825 (M.D. Ala. 1997). Thus, in order to prove that SHP should be liable in this case, the plaintiff would have to demonstrate that SHP itself directly caused the violation of his constitutional rights through SHP's adoption of some official policy or practice. See, *e.g., Monell v. Department of Social Services*, 436 U.S. 658, 695 (1978); *Gilmere v. City of Atlanta*, 774 F.2d 1495, 1502-03 (11th Cir. 1985). Plaintiff has failed to assert a specific allegation against SHP in his complaint, and a theory of *respondeat superior* is insufficient in any event to support a §1983 claim. Therefore, even the broad assertion that SHP was generally responsible for the acts or omissions of its medical staff would be inadequate to prove liability. For this reason, SHP is entitled to a full and final summary judgment. See, *Monell*, 436 U.S. at 691-92; *Edwards*, 81 F.Supp.2d at 1255.

**C.   The plaintiff's claims are barred by the Prison Litigation Reform Act for his failure to exhaust administrative remedies.**

The Prison Litigation Reform Act requires exhaustion of all available administrative remedies before an inmate may file a lawsuit under 42 U.S.C. § 1983. See 42 U.S.C. § 1997e(a); *Booth v. Churner*, 532 U.S. 731, 733-34 (2001) (stating that 42 U.S.C. § 1997e(a) "requires a prisoner to exhaust 'such administrative remedies as are available' before suing over prison conditions."). Exhaustion is required for "all inmate suits about prison life, whether they involve general

18

circumstances or particular episodes, and whether they allege excessive force or some other wrong."
*Porter v. Nussle,* 534 U.S. 516, 532 (2002).

The plaintiff has not alleged that he pursued any grievance through the State Board of
Adjustment or through the jail's grievance procedure. See *Brown v. Tombs,* 139 F.3d 1102, 1103-04
(6th Cir. 1998) (requiring prisoners to affirmatively show that they have exhausted administrative
remedies). Alabama law provides the opportunity to file a claim and proceed before the Alabama
State Board of Adjustment pursuant to Ala. Code § 41-9-60 et seq.

Because the plaintiff failed to exhaust all administrative remedies, the plaintiff's claims are
barred by 42 U.S.C. § 1997e(a). See *Alexander v. Hawk,* 159 F.3d 1321, 1326-27 (11th Cir. 1998)
(affirming dismissal of present action due to failure to exhaust administrative remedies).

## VII.    REQUEST THAT SPECIAL REPORT BE TREATED AS MOTION FOR SUMMARY JUDGMENT.

### A.    <u>Summary Judgment Standard</u>

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants move this Court to
enter summary judgment in their favor, because, as is more particularly shown above, there is no
genuine issue as to any material fact and they are entitled to judgment as a matter of law.

On a motion for summary judgment, the court should view the evidence in a light most
favorable to the nonmovant, However, a plaintiff "must do more than show that there is some
metaphysical doubt as to the material facts." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.,* 475
U.S. 574, 586 (1986). Only reasonable inferences with a foundation in the record inure to the
nonmovant's benefit. See *Reeves v. Sanderson Plumbing Products, Inc.,* 530 U.S. 133 (2000).
"[T]he court should give credence to the evidence favoring the nonmovant as well as that 'evidence

19

supporting the moving party that is uncontradicted or unimpeached, at least to the extent that that evidence comes from disinterested witnesses.'" *Reeves,* 530 U.S. at 151, quoting 9A C. Wright & A. Miller, Federal Practice and Procedure § 2529, p. 299. "A reviewing court need not 'swallow plaintiff's invective hook, line and sinker; bald assertions, unsupportable conclusions, periphrastic circumlocutions, and the like need not be credited.'" *Marsh v. Butler County,* 268 F.3d 1014, 1036 n.16 (11th Cir. 2001) (*en banc*) quoting *Massachusetts School of Law v. American Bar,* 142 F.3d 26, 40 (1st Cir. 1998).

**B.    Motion for Summary Judgment**

Defendants respectfully request that this honorable Court treat this Special Report as a motion for summary judgment and grant unto them the same.

_____
Daniel F. Beasley  (BEA059)
Robert N. Bailey, II  (BAI045)
Attorneys for Defendants

**OF COUNSEL:**
LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
Huntsville, AL  35801
(256) 535-1100

20

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Robert Faulk
McDowell, Faulk & McDowell
145 West Main Street
Prattville, AL 36067-3033

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant:

have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant on this the 26th day of July, 2006:

James G. Huffman
Autauga County Jail
136 North Court Street
Prattville, AL 36067

Of Counsel

[yr] \\LFSPSQL\CPShare\CPWin\HISTORY\061114_0001\171F3.1C

21

*Southern Health Partners*

# MASTER PROBLEM LIST

For Use with Chronic Condition Patients. Chronic Conditions are classified as (but not limited to): Diabetes (IDDM/NIDDM), Hypertension, Pregnancy, HIV/AIDS, Asthma, Seizures, Diagnosed Mental Illness, CHF, Hepatitis.

Patient's Name (Last/First/Middle): __Huffman, James.__

ID#: __33089__    DOB: __10/29/53__ Sex: __M.__ Intake Date/s: _____

| Date Problem Identified/Dx | Chronic Condition | M.D. Comments | Date Of Initial M.D. Eval | M.D. Initials |
|---|---|---|---|---|
| 11/1/05 | HTN | | | N |
| 11/1/05 | Depression | | | N |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

H & P Date: __1/3/06.__    Allergies: __NKA__

PPD Test Date: __1/3/06.__    PPD Results Date: __1/5/06__    PPD Results: __0__ mm

Facility Name: __Autauga Co Jail__

Revised 02/18/04 JC

5/40 WO?

9/13/05

Has been in line for 2 days.

Takes plavix 75 + zocor, xanax 2 mg bid,
Got out of Cooper Green last on 8/18.

PMH: medical – 2 stents – saw Pinkler –
MI Jan '04
Anxiety –

surgery – ruptured spleen – 11/04

         Back –                          cortas 5
Sh: still smokes ½ ppd.                  som 600 6/25 4
                                         Lipitor 40
PE:      BP 148/96                       xanax 2 bid
         lungs – clear                   zocor
         CV – RRR S₁S₂                    Hygiene
                                         tylenol

A:   ASCVD


Plan →  plavix 75 daily,
        mevacor 40

        paxil 40 @night.

        vesta 20 bid.
        Atarax 25 bid

PROGRESS NOTES

| NAME | Huffman James | | | | | | |
|------|------|------|------|------|------|------|------|
| DATE - TIME | HT | BMI | BP | P | T | DATE OF BIRTH | PG# |
| CPT CODE | WT | | | | | ALLERGIES | |

9/29/05

He never got his heart meds last week.
Was on Plavix 75, zocor, monopril,
Deny rel 150, synthlax 28/6°
Xanax 2mg bid

PE: /

A: ASCVD

Plan → will A deny el to elav'l
@ Night.

10/6/05  Not sleeping - Not on
any my for rest @ Night
X paxil.

PE / ⊖

A: ASCVD

Plan → elav'l 100 hs.

In COPD maintenance therapy

COMBIVENT
INHALATION AEROSOL

NLE® FORMEDIC® 2001B 120 WORLDS FAIR DR. SOMERSET NJ 08873

APPROVED BY FORMEDIC'S PHYSICIAN ADVISORY BOARD

P' 004


**SOUTHERN HEALTH PARTNERS**

## Blood Pressure Record Form

Inmate's Name: __Huffman, James__          D.O.B.: __10/29/53.__

Orders/Instructions: __BP ✓ 2 wk.__          Have M.D. review findings upon visit

Physician: _____          Administrator: _____

| DATE | B.P. | ARM | INITIAL |
|------|------|-----|---------|
| 11/2/05 | 113/76 | ⑪ | K |
| 11/9/05 | 152/97 | ⑧ | ⍺ |
| 11/26 | Refused | | |
| 12-16-05 | 118/7? | Lt | AH |
| 1/8/06 | 140/82 | Lt | m. |
| 1/16/06 | 128/84 | Lt | m. |
| 1/24/06 | 140/88 | Lt | m |
| 1/27/06 | 137/76 | Lt | m |
| 2/6/06 | 139/80 | Lt | m |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DATE | B.P. | ARM | INITIAL |
|------|------|-----|---------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Southern Health Partners, Inc.          **CONFIDENTIAL MEDICAL INFORMATION**



**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

RECEIVED

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 12/10/05   Pod/Location: 4D   Cell: 403   ID# 29089

Inmate's Full Name: James G. Huffman

Complaint/Problem: My cardiologist, i.e.; Doctor Finlea told me after my heart surgery that I needed to take Plavix every day for life. Why was I taken off of it? ~~there could be any medical reason~~

How long have you had this problem? ~~since taken off of Plavix~~

Inmate's Signature: James G Huffman   Date: 12/10/05

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp 97.9   Resp 18   Pulse 93   B/P 118/77

Instructions/Assessment: Document your findings, inmate's responses/actions   Pt education on meds being taken. Advised I/m to have Plavix brought from home, to take own meds.

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 12/16/05   Seen by: R

Place original form in patient's medical record.

12/10/05

I was taken off of this important medication I need to be told what medical reason exist to merit my arbitrarily and capritiously being taken off of this medicine.

I also want to know what other medications have been prescribed for me, as none are what my cardiologist and physicians gave me.    Thanks

James Steffron

## MEDICAL HISTORY & PHYSICAL ASSESSMENT

glasses

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | ✓ | | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | ✓ | Blood | | ✓ | Muscle Problem | | ✓ |
| Blackouts | | ✓ | Stomach Pain | ✓ | | Joint Problem | ✓ | ✓ |
| DT's | | ✓ | Heartburn | ✓ | | Arthritis | | ✓ |
| Headaches | | ✓ | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | | ✓ | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | ✓ | ✓ | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth | ✓ | | Hepatitis | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | |
| Heart | ✓ | | Pediculi (lice) | | ✓ | Other | | |

Bottom RT molar

Short 2005

Gravida/Para: N/A

back pain

### EXAM:

Age 52  Sex M  Race W  Ht. 6" 0"  Wt. 165

Pulse 71  BP 135/69  Temp. 98.2  Resp. 18

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj. | | normal | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | | normal |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | | normal | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | | normal |
| Ears: Appearance, Canals, Hearing | | normal | Extremities: Pulses, Edema, Joints | | normal |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | | normal | Abdomen: Shape, Palpation, Hernia, Bowel Sounds | | normal |
| Nose | | normal | Spine | | normal |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | | normal | Genital/Urinary System | | normal |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 1/3/06 | -0- |
| VDRL / RPR | | |
| Other Lab Tests needed: | | |
| Pregnancy Test? | | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | normal |
| General appearance (motor behavior, mannerisms | | normal |
| Affect (mood) | | normal |
| Content of thought, history of suicide, present thoughts of suicide | | normal - |

Physical Examiner's Signature: A. Hensley LPN    Date: 1/3/06

Physician's Signature: _____    Date: 1/5/06

# ADMISSION DATA / HISTORY AND PHYSICAL FORM

135/69
7L.

Exam Date: 1/3/06.    s.s.#: 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    ID#: _____

Inmate Name: Huffman, James
(Last)          (First)          (Middle)

Date Booked: _____

Alias: _____
(Last)          (First)          (Middle)

County: Autauga

Address: 1310 Hall Ave, Bessmer, Al 35020.
(Street)          (City)          (State)    (Zip)

Telephone: _____    Birthdate: 10/29/53    Religion: _____

Education Completed: B.A Alabama. Science.    Special Education: _____

Marital Status: (S) M  W  D  Separated    Read/Write English: (YES) NO  Other: _____

Previous Incarcerations: (Facility/Date) Dallas Co, 2004-2005.

## MEDICAL HISTORY

Notify in Emergency: Blankinship Lowie.    Uncle.
(Name)                                      (Relationship)

Address: 2502 Winchester Rd, mont Al 36106.  Phone: 396-8414
(Street)          (City)          (State)    (Zip)

Health Insurance: _____
(Type of Insurance)

Family Physician: DR. Linkolea,    mont Al.
(Name)          (Street Address)          (City)  (State) (Zip)  (Policy Number)  (Phone Number)

Past Hospitalizations (include surgeries): Heart, 2005. shots in Heart.
(Location)          (Street Address)          (City)          (State)          (Zip)

Head Injury with Loss of Consciousness: no  Last Tetanus: 2005.  Immunization: _____

Allergies: Codiene.

Current Medication(s): _____

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons:    YES  (NO)  If Yes, Why: _____

Where: N/A
(Location)          (Street Address)          (City)  (State)  (Zip)          When: _____  (Date)

Psychotropic Meds (Specify type and last dose): ATA  yes.

Prior Counseling/Out-Patient Treatment for: Yes. Anxiety

Where: Cahaba mental health Selma Al    When: Bipolar - 2005.
(Location)          (Street Address)          (City)  (State)  (Zip)          (Date)

Have you ever attempted suicide: no  How: _____    When: _____  (Date)

Have you recently considered committing suicide? no

Do people consider you a violent person? no.

Have you ever been arrested for a violent crime/sexual offense? (Specify) no

Street drugs: no.    Smoker: yes, 1pm  Etoh: no.
(Type-Quantity)  (How Often)  (How Long)          (Type)          (Date)
cig.

Inmate's Signature: James Huffman    Date: 01/03/06

Interviewer's Signature: A Noxley LPN    Date: 1/3/06

Witness: (if physical is refused): _____    Date _____



# TB SKIN TEST VERIFICATION FORM

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file this completed form in the patient's medical record.

Inmate Name: Huffman, James.                    Cell # 3

SS# 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     DOB 10/29/53.     (Male) or Female

Date of TB Skin test: 1/3/06     Done by Nurse: A. Norley, LPN.

Previous Positive: YES or (NO)     Previous Therapy: YES or (NO)

**TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION:**

Date TB Skin test was read: 1/5/06   Done by Nurse: R. Con

Number mm: 0     Referral for Chest X-ray:    YES    or   (NO)   If yes, Date of CXR:_____

Comments:_____

_____

TEAR IN HALF          TEAR IN HALF - - - - - - - - -

Southern Health Partners, Inc.
TB Consent Form

Exp. Date #: 5/07.
Results: 0

# Tuberculosis Screening and Treatment

## What is Tuberculosis:

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain; and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:

- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison inmates
- Persons with HIV infections/AIDS

## Screening:

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

## Treatment:

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature: _James Huffman_                    Date: 1/3/06.

Witness: _____                    Date: 1/3/06.

Confidential Medical Information

# MEDICAL STAFF RECEIVING SCREENING FORM

Southern Health Partners, Inc.

| LAST NAME | FIRST NAME | MIDDLE | INTAKE DATE | SCREENING DATE |
|---|---|---|---|---|
| TIME AM/PM Huffman, | James | | | |

| PREVIOUS INCARCERATIONS | SEX | SOCIAL SECURITY NO. | DOB |
|---|---|---|---|
| Autauga O6. | M. | 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 | 10/29/53 |

CURRENT INSURANCE COVERAGES? BC/BS

CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION

## VISUAL / MEDICAL OBSERVATION: (Explain all "Yes" Answers) Circle Y or N:

| | YES | NO |
|---|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? If yes: | Y | N |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection; cuts, bruises, or minor injuries; needle marks, body vermin? If yes: | Y | N |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? If yes: | Y | N |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If yes: | Y | N |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc. If yes: | Y | N |

## ASK THE INMATE THESE QUESTIONS: (Explain all "Yes" answers)

| | | |
|---|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? Other: | Y | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? If yes: | Y | N |
| Are you allergic to any medications, foods, plants, etc.? If yes: Codeine | Y | N |
| Have you fainted or had a head injury within the last 72 hours? If yes: | Y | N |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? If yes: | Y | N |
| Have you been hospitalized by a physician or psychiatrist within the last year? If yes: Birmingham MT. | Y | N |
| Have you ever considered or attempted suicide? If yes: | Y | N |
| Do you have a painful dental condition? If yes: | Y | N |
| Are you on a specific diet prescribed by a physician? If yes: | Y | N |
| Do you use drugs? How often? What kind?   Last time? How much? | Y | N |
| Do you use alcohol? How often? What kind?   Last time? How much? | Y | N |
| Females: LMP Date: Are you pregnant, recently delivered or aborted; on birth control pills; having abdominal pain or discharge? If yes: | Y | N |

## NOTE VITAL SIGNS:

| Respiration: 18 | Pulse: 75 | Temperature: 98.6 | Blood Pressure: 109/59 |
|---|---|---|---|

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? _____

ARE ALL STATED CHRONIC CONDITIONS NOTED: Yes

PPD IMPLANTED? Y OR N ARM LOCATION: R OR L   IS H&P SCHEDULED FOR 14 DAYS: no

REMARKS: Bruising bilateral groin area   Done on 1/3/06
from Heart Cath.

*I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon release. I hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc.*

Inmate's Signature: James G. Huffman   Date: 5-1-06

Interviewer's Signature and Title: RG   Date: _____

DEA NO. _____

PATIENT _James Huff_____ ALA. CSC NO. _____ Rx NO. _____

ADDRESS _____ DATE _4/26/06_

AGE _____

REFILL
(0 X)
1
2
3
4
5
6
PRN

1) Plavix 75 g ⊤ po q d #30

2) Monopril 20 g ⊤ po q d #30

3) Zocor 40 g ī po. q hs #30

Ø Refill

_____ M.D.

Product Selection Permitted

LABEL BY NAME AND STRENGTH

Dispense As Written

_____ M.D.

SM-91-5057 #A01078 REV 2/02/05

Wulf Dryzell PA 4088/ Dr McBryn

☐ SOUTH        286-2843
☐ EAST         244-8448
☐ PRATTVILLE   361-4239

PRESCRIPTION FORM

**Baptist Health Emergency**

BO61190/2267   HUFFMAN,JAMES G
DOB: 10/29/53   Age:52Y   MR #:319167
Admit Date/Time: 04/29/06   175SP
915 FAIRO, WALLACE G

| Weight | Phone | Allergies | | Location South |

## MEDICINES PRESCRIBED    If non, check this box: ☐    VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.



| Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. | | | | |
| 2. #30 | 7-1700 ## | | ☒ | |
| 3. #10 | | | | |
| 4. | | | | |
| 5. | | | | |

Enrico Belaval       Joel Sullivan        Ronald A. Shaw        Julio Enrico Riba        Wallace Falero         James M. Bradwell
AL.26654             DEA - AS2020066      AL - 5383             ARN - 21678              AL - 9405              DEA - BB64/22006/
DEA - BB603/52x6     ARN - 10094          DEA - AS5046819       DEA - BP8471326          DEA - AF1092119        AL - 22767

David G. Alexander   John Rozewhouse      Jessie Austin         Tom Decaro               Henry Kunesc III
DO - 657             DEA - AM6599119      DEA - AA8594075       DEA - AD2692855          DEA - AK2572116        DAVID A. HANER
AA9025226            ARN - 7151.          ARN - 6695            ARN - 11389              AL - 22196'            GHTSCHLUB
                                                                                                               22263
Victoria L. Beschman Steven G. O'Mara     Brad Fissbko          Thomas Arnold            Paul Tanabe
DEA - BB6533805      DEA - BO1736074      DEA - BF2524583       DEA - AA8648555          ARN - 7153
AL - 22040           DO - 713.            ARN - 16598           ARN - 18275              DEA - 8922-698

Label all prescriptions _____   M.D./D.O.                    M.D./D.O.           Dispense as Written      _____ M.D./D.O.
No-refills          Product Selection Permitted

BSB-0082 (06/02)

 **SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

***TO BE COMPLETED BY INMATE:*** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 05-10-06  Pod/Location: D-3  Cell: ____  ID# ____

Inmate's Full Name: JAMES GRANT HUFFMAN

Complaint/Problem: I have an abcessed tooth, a molar, on the right bottom jaw that is very swollen and has puss in and around it. I need something for infection and pain & to see a dentist.

How long have you had this problem? for about 2 days

Inmate's Signature: James G Huffman  Date: 05/10/06

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp 98  Resp 20  Pulse 71  B/P 135/83

Instructions/Assessment: Document your findings, inmate's responses/actions Abscess (R) lower molar Kiflex 500mg ī BID X 7 days  Parocesin ī BID X 7 days per tx protocal. Added to dental list ~ M Oak Rn

☑ Received Orders -- thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again ____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical 5/13/06  Seen by: M Oak Rn

Place original form in patient's medical record.

Corporate Office: 3712 Ringgold Rd., #364, Chattanooga, TN. 37412    Phone: (423) 553-5635    Fax: (423) 553-5645

## PATIENT REFERRAL INFORMATION FORM

patient is currently incarcerated at the jail facility listed below. Patient has been referred to your ER/Facility regarding his/her symptoms or itions listed below. All subsequent tests, procedures, and outpatient services other than requested service must be communicated and oved by the medical contact person at the jail facility to ensure justification. Failure to notify the medical contact person may result in ed benefits and/or possible denial of payment. If hospital admission is necessary, please communicate any and all medical information as an estimated length of stay to our Utilization Review Department at our corporate office at the # listed above. Certification, justification, or treatment plan of continued services must be obtained to guarantee payment of the claim. Please, note we have a NO NARCOTIC policy jail due to the uncontrolled access to medications within the facility. Please, refer to our site medical staff for formulary adherence. Thank for your cooperation in this matter.

*BE COMPLETED BY THE MEDICAL STAFF AT THE JAIL/PRISON:*

pt. Date/Time: 5/24/06  11:00 AM    Patient's Name (Last/First): Huffman, James

OB: 10/29/53    SS#: 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    Sex (M) F    Inmate Loc: 3

using Facility/Site: Autauga Metro    Appt. Destination: Dentist - Dr. Roberson

t. Address & Phone #: _____

Medical Contact (RN/LPN): Tina Ellis, MTA    Site Physician: Dr. Nichols

e Medical Unit Phone #: 334-358-3729    Site Medical Unit Fax #: 334-358-4827

son For Referral: (Include Hx of illness/injury, present and past treatment with patient results, lab and/or x-ray results, findings from physical exam, patient limitations, allergies, medications, etc.)

Tooth Decay - Extraction?

_____

_____

vice Requested: EVAL/TX

*BE COMPLETED BY THE REFERRAL STAFF AND RETURNED WITH INMATE BACK TO THE FACILITY:*

dings: infected tooth # 29, #30 - Rx ext

nned Treatment: 4 lidocaine - extracted # 29, #30

/Hospital Physician Orders: _____

/Hospital Contact (Include Phone #): _____    Notes: _____

*ase, return this form with the correctional staff upon discharge of the patient or fax directly to the site fax #* *ed above. If inpatient hospitalization is required, medical staff MUST be notified immediately.* rization for payment of services is only guaranteed during the time of actual confinement of the inmate under the custody of the above d jail/prison and under the terms of our County contract.



**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: **05/17/06** Pod/Location: **D-3** Cell: _____ ID# _____

Inmate's Full Name: **JAMES G. HUFFMAN**

Complaint/Problem: **I AM STILL HURTING REAL BAD IN MY GROIN WHERE I WAS HURT BY THE SURGEONS DURING MY HEART CATH, IT BURNS AS WELL AS CRAMPS DOWN THERE, SOMETHING IS WRONG!**

How long have you had this problem? **SINCE SURGERY ON 04/28/06!**

Inmate's Signature: **James G Huffman** Date: **05/17/06**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs: Temp **97⁶** Resp **20** Pulse **92** B/P **126/71**

Instructions/Assessment: Document your findings, Inmate's responses/actions **I/m not in acute distress @ this time - will let Dr Nichols evaluate - Added to MD list — M Oak**

**Late Entry - Dr Nichols saw this pt on 5-11-06 so this will be a follow up**

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: **5/19/06** Seen by: **M. Oak**

*Place original form in patient's medical record.*

I'VE HAD 4 PREVIOUS CATH'S DONE AND I'VE NEVER HAD THE PROBLEMS I AM HAVING NOW. I'M IN SEVERE PAIN, AND NEED TO BE EITHER X-RAYED OR HAVE AN ULTRASOUND DONE ON ME BECAUSE SOMETHING IS TERRIBLY WRONG!

PLEASE HELP ME.

Thank you,
James G. Huffman

**PROGRESS NOTES**

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|

5/11/06

Back in jail since 4/30.

Had a heart cath in Alaster on 4/23 & D/c'd on 4/27 had PTCA & a stent.

Has had a bit of pain in left groin & testicle swollen a little. When kept off Pacons in jury ~ tips he passed out & had to have bleedy stopped at Taken in surgery – ? got some blood. Still pain in groin.

PE:/          pls/x 75
In bruit ing. hernia    aus/bi 120
on left vs. hematoma vs   2cm x 40
aneurysm in inguinal canal.

A: ASCVD
    HTN
Plan → same Rx.

5/25/06 Still pretty sore in left inguinal area. Also have ocem fullness in epigastrum.

PE:/   ⊕ tender epigastrum
      ⊕ tender in left inguinal area. No hernia felt.

A: ASCVD
    Gastritis
Plan → Zantac 150 bid x 10 d.

Doctor's Signature: _____

| NAME-Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|
| Huffman | James | | | | |

Form 66/2P © BRIGGS, Des Moines, IA 50306 (800) 247-2343 www.BriggsCorp.com PRINTED IN U.S.A

**PROGRESS NOTES**



Corporate Office: 3712 Ringgold Rd., #364, Chattanooga TN 37412   Phone: (423) 553-5635  Fax: (423) 553-5645

## PATIENT REFERRAL INFORMATION FORM

This patient is currently incarcerated at the jail facility listed below.  Patient has been referred to your ER/facility in regarding to his symptoms/conditions listed below.  All subsequent tests, procedures, and outpatient services other than requested service must be communicated and approved by the medical contact person at the jail facility to ensure justification.  Failure to notify the medical contact person may result in reduced benefits and/or possible denial of payment.  If hospital admission is necessary, please communicate any and all medical information as well as an estimated length of stay to our Utilization Review Department at our corporate office (423) 553-5635.  Certification, justification, and/or treatment plan of continued services must be obtained to guarantee payment of the claim.    Please note we have a NO NARCOTIC policy at the jail due to the uncontrolled access to medications within the facility.  Please refer to our site medical staff for formulary adherence.
Thank you for your cooperation in this matter.

*TO BE COMPLETED BY THE MEDICAL STAFF AT THE JAIL/PRISON:*

DATE: 5/30/06   PATIENT'S NAME (LAST/FIRST): Huffman, James

HOUSING FACILITY/SITE: Autauga Metro Jail

D.O.B.: 10-29-53   SEX: (M) F   S.S.#: 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   I.D.#: 33089

SITE PHYSICIAN: K. Nichols   SITE MEDICAL CONTACT (RN/LPN): Zina Ellis, MTA

SITE MEDICAL UNIT PHONE #: 334-358-3729   SITE MEDICAL UNIT FAX #: 334-358-4827

REASON FOR REFERRAL:  (INCLUDE HX OF ILLNESS/INJURY, PRESENT AND PAST TREATMENT WITH PATIENT RESULTS, LAB AND/OR X-RAY RESULTS, FINDINGS FROM PHYSICAL EXAM, PATIENT LIMITATIONS, ETC.):

Severe Chest pain

SERVICE REQUESTED: Eval.

*TO BE COMPLETED BY THE REFERRAL STAFF AND RETURNED WITH INMATE BACK TO THE FACILITY:*

FINDINGS: Normal EKG + labs

PLANNED TREATMENT: Return to jail — Rtn for problem — needs to follow up with

ER/HOSPITAL PHYSICIAN ORDERS: Fam ?

ER/HOSPITAL CONTACT (INCLUDE PHONE NUMBER): BMC Pratt Hello 361-4238

NOTE(S):

Joel Sullivan, MD
AL10094
DEA AS2020088

*PLEASE RETURN THIS FORM WITH THE CORRECTIONAL STAFF UPON DISCHARGE OF THE PATIENT OR FAX DIRECTLY TO THE SITE FAX NO. NOTED ABOVE.  IF INPATIENT HOSPITALIZATION IS REQUIRED, MEDICAL STAFF MUST BE NOTIFIED IMMEDIATELY.  THANK YOU.*

Authorization for payment of service is only guaranteed during the time of actual confinement of the inmate under the custody of the above listed jail/prison and under the terms of our County contract..                                                   Form 12/03

| SOUTH | 286-2843 |
| EAST | 244-8448 |
| PRATTVILLE | 361-4239 |

F0615000782   HUFFMAN, JAMES G
DOB: 10/29/53   Age:52Y   MR #:191817
Admit Date/Time: 05/30/06   1929P
917 SULLIVAN, JOEL C

ptist
LTH

**ER PRESCRIPTION & DISCHARGE INSTRUCTIONS**
Page 1 of 3

## PRESCRIPTION FORM

| Weight | Phone | Allergies | Tetracycline | | Location SOUTH |

| MEDICINES PRESCRIBED | If non, check this box: ☐ | **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.** |

| Name/Strength; | | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1. | Maux #30 | i po daily | | ☐ | |
| 2. | | | | ☐ | |
| 3. | | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

| | | | | | |
|---|---|---|---|---|---|
| **Dante DeJesus** DEA - BD 9322063 AL 26777 | **Joel Sullivan** DEA - AS2020066 ARN - 10094 | **Ronald A. Shaw** DEA - BR2471326 AL - 6388 | **Julio Enrico Rios** DEA - BR2471326 ARN - 21678 | **Wallace Falero** DEA - AF1692119 AL - 9405 | **James M. Bradwell** DEA - BB6422086 AL - 22767 |
| **David G. Alexander** DO - 657 AA3259226 | **John Moorehouse** DEA - AM6969119 ARN - 7151 | **Jessie Austin** DEA - AD8394075 ARN - 9595 | **Julian Mahaganasan** DEA - BM7657121 AL 24516 | **George Smith** DEA A52179706 AL 11413 | **James Thomas** DEA - BT3842938 DO 974 |
| **Victoria L. Beckman** DEA - BB6253865 AL- 22440 | **Carlos Gutierrez** DEA - 6G6616203 AL 24853 | **Joshua Kolbue** DEA - BK45E0724 AL 28545 | **James Matic** DEA BM3360536 AL 17681 | **David Hines** DEA BH2531160 AL 22703 | |

**LABEL ALL PRESCRIPTIONS**
No Refills _____

Product Selection Permitted _____ M.D./D.O. _____

_____ M.D./D.O.
Dispense as Written



**Baptist**
HEALTH

**ER PRESCRIPTION &
DISCHARGE INSTRUCTIONS**
Page 3 of 3

DISCHARGE INSTRUCTIONS - MEDICAL CHART

| Weight | Phone | Allergies | | Location SOUTH |
|--------|-------|-----------|---|----------------|

| **MEDICINES PRESCRIBED** | If non, check this box: ☐ | **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.** |
|---|---|---|

| Name/Strength; | Number | Schedule / Duration | No Refills | Refills |
|----------------|--------|---------------------|-----------|---------|
| 1. | | | ☐ | |
| 2. | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | | ☐ | |
| 5. | | | ☐ | |

**INSTRUCTIONS SHEET(S) GIVEN**

☐ Asthma ☐ Crutches ☐ Head Injury ☐ Threatened Ab     Return for signs of infection
☐ Back Pain ☐ Fever ☐ Otitis Media ☐ Vomiting / Diarrhea     Increased Redness
☐ Cast/ Splint Care ☐ Fracture ☐ Sprains / Bruises ☐ Wound Care     Increased Swelling
☐ ST ☐ Other(s)     Increased Drainage
     Increased Heat

Additional Instructions:

_____

_____

Referred to:
☐ Dr. _____
Phone: _____
☐ Call on next business day for follow-up appointment
   in _____ days / weeks     ☐ Next available

☐ Return to Emergency Dept in _____ hours / days for recheck.
☐ If no improvement or your condition worsens, call your private
   physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed   ☐ Instructions Modified _____
☐ Education provided on new Medication _____

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I many have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _James G Huffman_     ☐ Patient
                        ☐ Relative     Time Released: > ☐☐:☐☐ HS
                        ☐ Other _____

| INSTRUCTED BY: | PHYSICIAN: |
|----------------|------------|

**WORK/SCHOOL STATEMENT from the Emergency Department**

| PATIENT | DATE |
|---------|------|

☐ Patient was seen by Dr. _____
☐ No athletics / physical education: _____ days
☐ May return to work/school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for _____ days*
   Restrictions: _____
   _____
☐ _____ was here with relative/child.
☐ Other _____

Time off from school or work longer than three days should be approved by a Personal or Company/Occupational Medicine Physician, unless otherwise stated

ER 160

FORM # ER 16008  REV. 03/07/06

| Last Name | First Name | Attending Physician | Room No. | Hosp. No. |
|-----------|-----------|---------------------|----------|-----------|
| Huffman, | James. | Nichols. | | |

Notes Should Be Signed by Physician

5/3/06 I/m brought up to medical. for c/o of S.O.B. R.20, P. 88. BP 112/74. I/m has not c/o of pain to chest stated he reached out c̄ arms to catch himself And he thinks that is what has made his chest sore. put I/m up in obs for monitoring for a hour or two. Will monitor. —————————— A. Henly LPN.

6/3/06 I/m came to Med room claiming his chest was hurting + had a heaviness feeling in chest. I/m stated pain was radiating down Ⓡ arm + was having trouble breathing. Checked I/m's VS — BP 160/120 P 102, gave one nitro-quick under tongue, waited 5 minutes √ VS again BP 90/96 P-107, I/m stated he was still hurting, gave another 2nd Nitro-quick, √ VS 3rd time BP 152/112 P-127, called Dr. Nichols + he gave TO to send to E.R. for eval. called D. Ellis, RN

SOUTHERN
PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 06/28/06 Pod/Location: 6 pod Cell: floor ID# _____

Inmate's Full Name: James Grant Huffman

Complaint/Problem: I am experiencing severe pain in my back, neck and hip from the injuries I received when I was pushed down the stairs in 3 pod when I was assaulted by another inmate on June 26, 2006

How long have you had this problem? Since I was assaulted on 06/26/06

Inmate's Signature: _____ Date: _____

\* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:      Temp_____   Resp_____   Pulse_____   B/P_____

Instructions/Assessment: Document your findings, inmate's responses/actions _____

_____

_____

M.D.

_____

_____

Received Orders – thru Treatment Protocols; via telephone order; via verbal order
Follow-Up Required? If checked, date to be seen again _____
Chronic Condition
Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: _____ Seen by: _____

File original form in patient's medical record.

# PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|

6/29/06

Got pushed down the stairs yesterday. Fell from the top to the bottom. Has pain in his lower back on the left. Goes down back of ® Thigh.

PE: ® tender c spasm left lumbar area.

A: Back pain.

Plan → medrol dose. pk, Non Motrin 1200 both b.i.d. x 7 days
Robaxin 750 2 b.i.d x 7 days.

Doctor's Signature: _____

| NAME-Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|

PROGRESS NOTES



*3rd Sick call request about ankle 07/04/06*

### SOUTHERN HEALTH PARTNERS

## INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: **07/04/06**   Pod Location: **5**   Cell **507**   ID# **76363**

Inmate's Full Name: **JAMES G. HUFFMAN**

Complaint/Problem: My ankle on the left leg is swollen and I can not put weight on it because of the severe pain. It needs to be X-rayed. Also my back is hurting real badly since I was pushed down the stairs in 3 pod by Robert Millwood.

How long have you had this problem? Since June 26, 2006 when pushed down stairs in 3 pod

Inmate's Signature: *James G. Huffman*   Date: **06/07/06**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

*ordered X-ray + already on IBU*

Note Patient's Vital Signs:   Temp_____   Resp_____   Pulse_____   B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions _____

_____

_____

_____

_____

_____

Received Orders – Per Treatment Protocols; via telephone order; via verbal order

Follow-Up Required? If checked, date to be seen again _____

Chronic Condition

Inmate to be charged through medical co-pay for this visit

Date Seen by Medical _____   Seen by: _____

Place original form in patient's medical record.

## SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| DATE | LAST NAME | FIRST NAME | MI |
|------|-----------|------------|-----|
| 7/5/2006 | HUFFMAN | JAMES | |
| D.O.B. | SEX | FACILITY | |
| | | SHP-AUTAUGA CO JAIL | |
| ORDERING PHYSICIAN | | X-RAY NO. | |
| NICHOLS | | | |

**LEFT ANKLE, TWO VIEWS, 07/05/06**: Anterior tibial and dorsalis pedis artery calcifications are present. No fracture, dislocation or any significant bony abnormality identified.


**\*DICTATED BUT NOT REVIEWED\***


_____

Randall Finley, M.D./pag


tt:    7/5/2006 1:53:24 PM
td:    7/5/2006 1:41:33 PM

# SOUTHERN RADIOLOGY SERVICES, LLC

Bill Medicare (Part A Skilled)
Bill Insurance (3rd Party Non-Skilled)
Hospice
Employee

PLEASE PRINT

MONT (4)    Jr

**PATIENT:** Huffman Jones

DOB: 10/29/53    SEX: (M) F    ROOM #:    CODE

FACILITY: Autauga Metro

PHONE: 334-358-3729    FAX: 334-358-4827

SS#: 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

MEDICARE #:    CODE

MEDICAID #:    CODE

INSURANCE:    CODE

INSURANCE #:    PRE CERTIFICATION #

**RESPONSIBLE PARTY INFORMATION**
(MUST BE COMPLETED FOR ALL PATIENTS)

NAME:    PHONE: (  )

ADDRESS:

CITY:    STATE:    ZIP:

SHP

**PATIENT SIGNATURE:**

Patient's or Authorized Person's Signature. I authorized the release of any medical or other information necessary to process this claim. I request payment of government insurance benefits be made to the provider performing services.

☐ Patient Unable to Sign

## EXAMS REQUESTED: Please Mark Each Clearly

### X-RAY EXAMS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 74000 | Abdomen, 1 View | | 73520 | Hip, Min 2 Views w/Pelvis  L  R | | 73590 | Tibia/Fibula, 2 Views  L  R | |
| ✓ | 73600 | Ankle, 2 Views (AP 7 LAT)  L  R | | 73510 | Hip, Comp Min 2 Views  L  R | | 73100 | Wrist, 2 Views  L  R | |
| | 73610 | Ankle, Comp Min 3 Views  L  R | | 73060 | Humerus, Min 2 Views  L  R | | 73110 | Wrist, Min 3 Views  L  R | |
| | 73650 | Calcaneus (Heel), 2 Views  L  R | | 73560 | Knee, 2 Views  L  R | | | OTHER | |
| | 71010 | Chest, 1 View (AP) | | 73562 | Knee, 3 Views (inc OBLQ)  L  R | | | OTHER EXAMS  L  R | |
| | | | | 70160 | Nasal Bones, Comp Min 3 Views | | | | |
| | 71111 | Chest With Ribs, 4 Views | | 72170 | Pelvis, 1 Views | | | | |
| | 73000 | Clavicle, Complete  L  R | | 71100 | Ribs, 2 Views  L  R | | 93000 | EKG    Pacemaker:  Y  N | |
| | 73070 | Elbow, 2 Views  L  R | | 72220 | Sacrum/Coccyx, Min 2 Views | | 95819 | EEG | |
| | 73080 | Elbow, Comp 3 Views  L  R | | 73030 | Shoulder, Min 2 Views  L  R | | | | |
| | 73550 | Femur, 2 Views  L  R | | 70210 | Sinuses, Less Than 3 Views | | | | |
| | 73620 | Foot, 2 Views  L  R | | | | | | | |
| | 73630 | Foot, Comp Min 3 Views  L  R | | 70250 | Skull, Less Than 4 Views | | | | |
| | 73090 | Forearm, 2 Views  L  R | | 72040 | Spine, Cervical 2 Views | | | | |
| | 73120 | Hand, 2 Views  L  R | | 72100 | Spine, Lumbosacral 2 Views | | | | |
| | 73130 | Hand, Min 3 Views  L  R | | 72070 | Spine, Thoracic 2 Views | | | | |

## DIAGNOSIS/SYMPTOM(S):  Please Mark ALL that apply

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 787.3 | Abdomen Distention (Flatulence) | | 496 | COPD, Chronic Obstructive Pulm. Dis. | | 560.9 | Obstruction, Intestinal | |
| 787.5 | Abnormal Bowel Sounds | | 786.2 | Coughing | ✓ | | Pain in _____ | |
| 413.0 | Angina | | | Dislocation of _____ | | 485 | Pneumonia, Confirmed | |
| | Arthritis of | | 780.4 | Dizziness | | 514 | Pneumonia, Probable | |
| 429.2 | ASCVD, Arteriosclerotic cardiovas. Dis. | | 787.2 | Dysphagia (Difficulty Swallowing) | | 795.5 | Positive Mantoux, PPD | |
| 427.31 | Atrial Fibrillation | | 782.3 | Edema (Swelling) | | 518.4 | Pulmonary Edema, NOS | |
| 507.0 | Aspiration | | 492.0 | Emphysema | | 515 | Pulmonary Fibrosis | |
| 427.89 | Bradycardia | | 780.6 | Febrile (Feverish) | | 786.7 | Rales in Chest | |
| | Bruise of _____ | | | Possible Fracture of _____ | | 786.09 | Shortness of Breath | |
| 466.0 | Bronchitis, NOS | | 560.39 | Impaction | | 780.2 | Syncopa & Collapse | |
| | Carcinoma of _____ | | 518.3 | Infiltrate, Lung | | 785.0 | Tachycardia | |
| 429.3 | Cardiomegaly | | 410.92 | Myocardial Infarction | | 011.90 | Tuberculosis | |
| 786.50 | Chest Pain, Unspecified | | 787.01 | Nausea and Vomiting | | 519.8 | URI (Chronic) | |
| 514 | Congestion, Chest | | | | | | | |
| 428.0 | Congestive Heart Failure | | | | | | OTHER | |

**PHYSICIAN'S SIGNATURE:**

Because of physical psychological and/or age limitations, this patient would find it difficult to access this these procedure(s) at a fixed site. I certify that this/these procedure(s) is/are medically necessary for the proper treatment of this patient.

**RADIOLOGIST:**

**PRELIMINARY REPORT:**

**NURSE'S SIGNATURE:** J. Ellis, MTA

**ORDERING PHYSICIAN:** X Nichols    CODE

PHONE #: (  )

FAX: (  )

**X-RAY #:**    TECH: RD/CT

DATE: 7506    #VIEWS: 2

ARRIVE TIME: 930 Am    Q0092 # 1

DEPART TIME: 955 Am    # PTS SEEN 2

AM

TIME:    PM



**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

***TO BE COMPLETED BY INMATE:*** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: _08/29/06_ Pod/Location: _6 Pod_ Cell: _601_ ID# _____

Inmate's Full Name: _JAMES G. HUFFMAN_

Complaint/Problem: _Please drop all my medications @ except my aspirin, elavil and listeril (sp) due to the fact I can't afford to pay for it because of the $102.00 debt *_

How long have you had this problem? _____

Inmate's Signature _James G. Huffman_                    Date _August 28, 2006_

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:     Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, inmate's responses/actions_____

_____

_____

_____

_____

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____ Seen by:_____

*Place original form in patient's medical record.*

_* that occurred due to a mix-up in the medication listing of ordered meds not having been sent to the Accounting office as it should have been._

## Refusal of Treatment
## and
## Release of Responsibility

Inmate's Name: **James Huffman**

Date of Birth: **10-29-53**    Social Security No.: **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**

Date: **9-2-06**    Time: **5:00**    a.m. / **p.m**

This is to certify that I, **James Huffman**
(Print Inmate's Name)

currently in custody at the **Autauga Co. Metro Jail**
(Print Facility's Name)

I have been told about the risks of refusing treatment for my current medical condition and acknowledge that I understand all medical information, current diagnosis, and future procedures that have been explained to me.

I am refusing any and all medical procedures and/or treatments of my current medical condition. If I decide to obtain medical treatment regarding my current condition, I will notify the medical staff immediately. I understand the limitations of treatment that may have been based on my refusal of prior treatment.

Therefore, I release Southern Health Partners, Inc., its staff, the facility and its staff and administrator(s) from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my refusing treatment as prescribed by the medical staff of the facility and/or outside consultation services.

*I am refusing from this date on 09/02/06*

X _**James Huffman**_    _**J E, MTA**_
Signature of Inmate                    Signature of SHP Medical Representative

Witness _____    **9-2-06**
                                Date

cc:    Confidential Medical File
       Jail Administrator

*nmate has requested we stop all of his meds*
*pt Vistaril, Elavil, Aspirin because he*
*nable to pay for all of it.    J E, MTA*

3712 Ringgold Road, #364
Chattanooga, TN 37412
423-553-5635 Phone
423-553-5645 Fax

# PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|

JAMES HUFFMAN

10/10/06 Has lower back pain about every day. Worse standing up. Goes into a spasm when he picks up something off the floor. Goes into left hip. Had one back operation by Bradley, - this was in Sept 2001. He is refusing his meds. He says they cost too much. When he went from Chilton Co. to Alabaster he ended up in Shelby Co Medical & says he had a heart attack. Is still on his ASA, elavil & v-3 trial - doing o.k. c that.

PE:/ BP 148/92

lungs- clear

Cor- RRR s̄ murmur

M/S - ⊕ tender over lumbar spine

A: DDD back

ASCVD

Plan → Ibuprofen 800 bid x 10 days @ a time prn.

Flexeril 10 mg bid. x 5 days.

Stay on lovastatin + vasotec -

Doctor's Signature: _____

| NAME—Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|

Form 65/2P © BRIGGS, Des Moines, IA 50306 (800) 247-2343 www.BriggsCorp.com
PRINTED IN U S A

PROGRESS NOTES



**SOUTHERN**
**HEALTH**
**PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

***TO BE COMPLETED BY INMATE:*** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 10/09/06   Pod/Location: 6 pod   Cell: 601   ID#:

Inmate's Full Name: James G. Huffman

Complaint/Problem: I am experiencing sever pain in my left abdomen near the rib cage where I had my spleen removed. I'm still having a real problem with my back pain also.

How long have you had this problem? Just started on about October 3rd, 2006 my back has been this way since I got here.

Inmate's Signature: James G Huffman   Date: 10/09/06

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp_____   Resp_____   Pulse_____   B/P_____

Instructions/Assessment: Document your findings, inmate's responses/actions _____

I/m c/o Stomache pain & stabbing, burning feeling. See MD orders.

_____

_____

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 10-10-06   Seen by: JE, MTA

*Place original form in patient's medical record.*



**SOUTHERN**
**HEALTH**
**PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 10/31/06  Pod/Location: D-6  Cell: 601  ID#_____

Inmate's Full Name: James G. Huffman

Complaint/Problem: I am still having severe pain in my ~~stomach~~ abdomen, in the center of my diaphragm, and under my ribs on the right side. I need to see Doctor Nichols

How long have you had this problem? for about 2 weeks but it has gotten a lot worse

Inmate's Signature: James G. Huffman  Date: 10/31/06

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions_____

Treated by doctor Nichols 11-3-06

_____

_____

_____

☐ Received Orders -- thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____    Seen by:_____

*Place original form in patient's medical record.*

# PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|
| 11/3/06 | For about a week has had an epigastrium spasm & burning sensation. Seems to start when he's still sitting. Also has some reflux sx's. - weal Pal 3-4 days ago |

PE :/

⊕ tender epigastrium

A: Esoph reflux

Plan → add reglan 10mg 2 bid. x 10 d.

Doctor's Signature: _____

NAME–Last          First          Middle          Attending Physician          Record No.          Room/Bed

Form 65/2P  © BRIGGS, Des Moines, IA 50306  (800) 247-2343  www.BriggsCorp.com
R404                    PRINTED IN U.S.A.

PROGRESS NOTES

SOUTHERN HEALTH PARTNERS

Inmate Name: Huffman, James
D.O.B. or I.D. #: 10/29/53
Allergies: NKDA

Start at top and write subsequent orders below

| Date of physician's order: | |
|---|---|
| 11/8/05 | D/C Paxil (Paroxetine) 40mg Q P.M. when current medication gone. Then start Fluoxetine 20mg ii tabs Q P.M. per V.O. Dr Nichols / J. Cook, RN |
| 11/9/05 | DC Plavix 75mg ASA 325mg po bid. VO Dr Nichols / J. Cox |
| 5/2/06 | Continue meds as taken: Mevacor 40mg i po daily Vasotec 20mg i po bid Vistaril 25mg i po bid Prozac 20mg i po q P.M. |
| | Elavil 100mg i po q P.M. ASA 325mg i po bid. VO Dr Nichols / J Cox |
| 5-5-06 | Tylenol 325mg ii po b.id x 7 days TPO Dr Nichols / B Cox |
| 5/24/06. | Tylenol 325mg ii tabs bid x 3days. TPO Dr Nichols / A Nerby LPN |

SOUTHERN HEALTH PARTNERS

**Inmate Name:** Huffman, James
**D.O.B. or I.D. #:** 10/29/53
**Allergies:** Codeine

Start at top and write subsequent orders below

| Date of physician's order: | |
|---|---|
| 5/25/06 | Zantac 150mg po bid x 10 days. |
| | JMS |
| 5/26/06 | Keflex 500mg ī BID x 7days per tx protocol - Mocha |
| | JMS |
| 6/26/06 | Zantac 150mg BID |
| | vo Dr. per tx protocol — J. Ellis, NP |
| | JMS |
| 6/29/06 | medrol dose pk. |
| | p̄ dose pk. is gone give Ibuprofen 1200mg bid x 7 days |
| | Robaxin 750mg ī bid x 7 days. JMS |
| Date of physician's order: | |
| | |
| Date of physician's order: | |
| | |

# Physician's Orders

Southern Health Partner's, Inc

Inmate Name: _Haffman, James_

SS#: _____

DOB: _10·29·53_

Facility: _Autauga County Jail_

Allergies: _NKA_

| Date: 9/21/06 | Date: |
|---|---|
| Ibuprofen 800 bid x 10 days prn, | bid x 5 days |
| Flexeril 10mg | |
| persontine ? | |
| M.D. Sig: | M.D. Sig: |
| Date: Lovastatin 40 | Date: mg daily |
| Vasotec 20mg | bid |
| | |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| | |
| | |
| | |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| | |
| | |
| | |
| M.D. Sig: | M.D. Sig: |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Plavix 75 mg po daily | | |
| Paroxetine 40 mg po q PM. D/C 11/29/05 see below | | |
| Lovastatin 40 mg po daily | | |
| Atarax HCTZ 25 mg Bid. | | |
| Vasotec 20 mg po b.i.d. | | |
| Amitriptyline 100mg po q PM. | | |
| ASA 325 mg po bid. Stock | | |
| Fluoxetine 20mg take Q.P.M. xFox 11/30/05 - 11/30/06 | | ✱ Start Fluoxetine 11/30/05 |

CHARTING FOR: 11-1-05    THROUGH: 11-30-05

Physician: Nichols.

Alt. Physician:

Allergies: NKA.

Telephone No.

Alt. Telephone

Rehabilitative Potential

Diagnosis:

Medicaid Number | Medicare Number | Approved By Doctor:
By: | Title: | Date:

RESIDENT: Huffman, James    D.O.B. 10/29/53    Sex: M    Room: 602C.    Patient Code:    Admission Date:

# MEDICATION ADMINISTRATION RECORD

AUTAUGA COUNTY JAIL
HUFFMAN, JAMES
REPORT DATE : 01/06

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOVASTATIN 40 MG TABLET  MEVACOR 40 MG TABLET  TAKE 1 TABLET ONCE DAILY | 11/22/06 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENALAPRIL MALEATE 20 MG T  VASOTEC 20 MG TABLET  TAKE 1 TABLET TWICE DAILY | 12/12/06 0800 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 25 MG CAP  VISTARIL 25 MG CAPSULE  TAKE 1 CAPSULE TWICE DAILY | 11/22/06 0800 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLUOXETINE 20 MG CAPSULE  PROZAC 20 MG PULVULE  TAKE 2 CAPSULES IN THE EVENING | 11/22/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AMITRIPTYLINE HCL 100 MG  ELAVIL 100 MG TABLET  TAKE 1 TABLET IN THE EVENING | 11/04/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA 325 mg  B.d  (stock) | 6ª | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| CHARTING FOR | 01/01/06 | THROUGH | 01/31/06 | | PAGE | 1 OF 1 |
|---|---|---|---|---|---|---|

| Physician | NICHOLS, KEN | Telephone No. | |
|---|---|---|---|
| Alt. Physician | NICHOLS, KEN | Alt. Telephone | |
| Allergies | NKA   NkA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | | Medicare Number | | Approved By Doctor: | | |
|---|---|---|---|---|---|---|
| | | | | By: | | Title: | Date: |

| RESIDENT | HUFFMAN, JAMES | D.O.B. 10/29/1953 | Sex M | Room J | Patient Code HUFFJAME | Admission Date 00/00/00 |

AUTAUGA COUNTY JAIL

# MEDICATION ADMINISTRATION RECORD

REPORT DATE : 12/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LOVASTATIN 40 MG TABLET** — 11/22/06
MEVACOR 40 MG TABLET
TAKE 1 TABLET ONCE DAILY

**HYDROXYZINE PAM 25 MG CAP** — 11/22/06
VISTARIL 25 MG CAPSULE
TAKE 1 CAPSULE TWICE DAILY

**FLUOXETINE 20 MG CAPSULE** — 11/22/06
PROZAC 20 MG PULVULE
TAKE 2 CAPSULES IN THE EVENING

**AMITRIPTYLINE HCL 100 MG** — 11/04/06
ELAVIL 100 MG TABLET
TAKE 1 TABLET IN THE EVENING

ASA 325 mg Tab
T p o BID

11/1/05

Vasotec 20mg
po bid

---

| STARTING FOR | 12/01/05 | THROUGH | 12/31/05 | PAGE | 1 OF | 1 |
|---|---|---|---|---|---|---|

Physician: NICHOLS, KEN
L. Physician: NICHOLS, KEN
Allergies: NKA    NKDA

Telephone No.
Alt. Telephone
Medical Record No.
Rehabilitative Potential

Diagnosis:

Medicaid Number          Medicare Number          Approved By Doctor:
By:
Title:          Date:

| RESIDENT | HUFFMAN, JAMES | D.O.B. 10/29/1953 | Sex M | Room # 602C | Patient Code HUFFJAME | Admission Date 00/00/00 |
|---|---|---|---|---|---|---|

**MEDICATION ADMINISTRATION RECORD**

AUTAUGA COUNTY JAIL
HUFFMAN, JAMES
REPORT DATE : 01/06

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

LOVASTATIN 40 MG TABLET
MEVACOR 40 MG TABLET
TAKE 1 TABLET ONCE DAILY
11/22/06 0800

ENALAPRIL MALEATE 20 MG T
VASOTEC 20 MG TABLET
TAKE 1 TABLET TWICE DAILY
12/06/06 0800 1700

HYDROXYZINE PAM 25 MG CAP
VISTARIL 25 MG CAPSULE
TAKE 1 CAPSULE TWICE DAILY
11/22/06 0800 1700

FLUOXETINE 20 MG CAPSULE
PROZAC 20 MG PULVULE
TAKE 2 CAPSULES IN THE EVENING
11/22/06 1700

AMITRIPTYLINE HCL 100 MG
ELAVIL 100 MG TABLET
TAKE 1 TABLET IN THE EVENING
11/04/06 1700

ASA 325 mg
B.d
(Stock)

| CHARTING FOR | 01/01/06 | THROUGH | 01/31/06 | | PAGE 1 OF 1 |
|---|---|---|---|---|---|

Physician    NICHOLS, KEN
Alt. Physician    NICHOLS, KEN
Allergies    NKA    NKA

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | | |

RESIDENT    HUFFMAN, JAMES
D.O.B. 10/29/1953    Sex M    Room J
Title:
Patient Code    HUFFJAME
Date:
Admission Date 00/00/00

TALLADEGA COUNTY JAIL
HUFFMAN, JAMES
REPORT DATE : 02/06

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOVASTATIN 40 MG TABLET MEVACOR 40 MG TABLET TAKE 1 TABLET ONCE DAILY | 11/22/06 0600 | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| ENALAPRIL MALEATE 20 MG T VASOTEC 20 MG TABLET TAKE 1 TABLET TWICE DAILY | 12/12/06 0600 1700 | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| HYDROXYZINE PAM 25 MG CAP VISTARIL 25 MG CAPSULE TAKE 1 CAPSULE TWICE DAILY | 11/22/06 0600 1700 | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| FLUOXETINE 20 MG CAPSULE PROZAC 20 MG PULVULE TAKE 2 CAPSULES IN THE EVENING | 11/22/06 | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| AMITRIPTYLINE HCL 100 MG ELAVIL 100 MG TABLET TAKE 1 TABLET IN THE EVENING | 11/04/06 | | | | | | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| ASA 325mg po bid (Stock) | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |

| | | | | | | | | PAGE | 1 OF 1 | | Medical Record |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHARTING FOR | 02/01/06 | THROUGH | 02/28/06 | | Telephone No. | | | | | | |
| Physician | NICHOLS, KEN | | | | Att. Telephone | | | | | | |
| Alt. Physician | NICHOLS, KEN | | | | Rehabilitative Potential | | | | | | |
| Allergies | NKA | NKA | | | | | | | | | |

| Diagnosis | | | Approved By Doctor: | | Title: | | Date: |
|---|---|---|---|---|---|---|
| Medicaid Number | Medicare Number | | By: | | | Admission |
| | | | D.O.B. | Sex | Room | Patient Code | Date 00/ |
| RESIDENT | HUFFMAN, JAMES | | 10/29/1958 | M | J 4 | HUFFJAME |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mevacor 40mg i po q day | 6A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vasotec 20mg i po bid | 6A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vistaril 25mg i po bid | 6A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prozac 20mg ii po q pm | 6P | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elavil 100 mg i po q pm | 6P | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA 325mg i po bid | 6A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 325mg ii po bid x 7 days | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Keflex 500mg ii BID x 7days | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percogesic ii BID x 7days | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | |
|---|---|
| CHARTING FOR 5-1-06 | THROUGH 5-31-06 |
| Physician Nichols | Telephone No. / Medical Record No. |
| Alt. Physician | Alt. Telephone |
| Allergies NKA ? Codeine | Rehabilitative Potential |
| Diagnosis | |
| Medicaid Number / Medicare Number | Approved By Doctor: By: Title: Date: |
| RESIDENT Huffman, James | D.O.B. 10/29/53 Sex M Room 3 Patient Code Admission Date |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 325mg. P.O. bid x3days 5/24/06 | 10AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg. bid x 10 days 5/25/06 — 6/05/06 | 6am / 10pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Keflex 500mg īī BID x 7 days 5/30/06 / 6/1/06 | Am / pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percocet īī BID x 3 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR 5/24/06    THROUGH 5/31/06

Physician: Rehab.

Alt. Physician:

Allergies: Codeine

Telephone No.:

Alt. Telephone:

Rehabilitative Potential:

Medical Record No.:

Diagnosis:

Medicaid Number:    Medicare Number:    Approved By Doctor:    By:    Title:    Date:

RESIDENT: Huffman, James.    D.O.B. 10/29/53    Sex M    Room 3    Patient Code:    Admission Date:

# MEDICATION ADMINISTRATION RECORD

AUTAUGA COUNTY JAIL
HUFFMAN, JAMES
REPORT DATE : 06/06

| MEDICATIONS | HOUR |
|---|---|
| LOVASTATIN 40 MG TABLET<br>MEVACOR 40 MG TABLET<br>TAKE 1 TABLET ONCE DAILY | 05/06/07<br>0600 |
| ENALAPRIL MALEATE 20 MG<br>VASOTEC 20 MG TABLET<br>TAKE 1 TABLET TWICE DAILY | 05/15/06<br>0600<br>1700 |
| HYDROXYZINE PAM 25 MG CAP<br>VISTARIL 25 MG CAPSULE<br>TAKE 1 CAPSULE TWICE<br>DAILY | 05/01/06<br>0600<br>1700 |
| FLUOXETINE 20 MG CAPSULE<br>PROZAC 20 MG PULVULE<br>TAKE 2 CAPSULES IN THE<br>EVENING | 05/06/07<br>1700 |
| AMITRIPTYLINE HCL 100 MG<br>ELAVIL 100 MG TABLET<br>TAKE 1 TABLET IN THE<br>EVENING | 05/01/07<br>1700 |
| ASA 325 mg<br>÷ po bid | 6am<br>6pm |
| Zantac 150 mg<br>bid x 10days<br>5/25/06 - 6/05/06 | 6am<br>6pm |
| Zantac 150 mg<br>bid ō<br>6/26/06 | 6pm |

Each row contains day-of-month columns numbered 1 through 31.

CHARTING FOR    06/01/06    THROUGH    06/30/06    PAGE    1 OF    1

Physician    NICHOLS, KEN

Alt. Physician    NICHOLS, KEN

Allergies    NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |
| RESIDENT    HUFFMAN, JAMES | | D.O.B.    10/29/1953 | Sex  M | Room  J | Patient Code  HUFF,JAME | Admission Date  00/00/0 |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medrol Dose Pack. Give as directed. 6/29/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 1200 mg bid x 7days. 6/29/06 | 8am 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Robaxin 750 mg ii tabs bid x 7days. 6/29/06 | 8am 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR  6/29/06  THROUGH

Physician  Nichols
Alt. Physician
Telephone No.
Alt. Telephone
Medical Record No.

Allergies  NKA

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Approved By Doctor:

By:
Title:
Date:

RESIDENT  Huffman, James.    D.O.B. 10/29/53    Sex  M    Room  6    Patient Code    Admission Date

## MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Medrol Dose Pack Give as directed 6/29/06 | | |
| IBU 1200 mg. bid x 7 days 6/29/06 | 6am / 6pm | |
| Robaxin 750 mg. ii tabs bid x 7 days 6/29/06 | 6am / 6pm | |

| | |
|---|---|
| CHARTING FOR 7/1/06 | THROUGH 7/31/06 |
| Physician Nichols | Telephone No. |
| Alt. Physician | Alt. Telephone |
| Allergies NKA | Rehabilitative Potential |

| Diagnosis | | | | |
|---|---|---|---|---|
| Medicaid Number | Medicare Number | Approved By Doctor: By: | Title: | Date: |
| RESIDENT Huffman, James | D.O.B. 10/29/53 | Sex m | Room 05 | Patient Code / Admission Date |

AUTAUGA COUNTY JAIL
HUFFMAN, JAMES
REPORT DATE : 07/06

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LOVASTATIN 40 MG TABLET**
MEVACOR 40 MG TABLET
TAKE 1 TABLET ONCE DAILY

**ENALAPRIL MALEATE 20 MG T**
VASOTEC 20 MG TABLET
TAKE 1 TABLET TWICE DAILY

**HYDROXYZINE PAM 25 MG CAP**
VISTARIL 25 MG CAPSULE
TAKE 1 CAPSULE TWICE DAILY

**FLUOXETINE 20 MG CAPSULE**
PROZAC 20 MG PULVULE
TAKE 2 CAPSULES IN THE EVENING

**AMITRIPTYLINE HCL 100 MG**
ELAVIL 100 MG TABLET
TAKE 1 TABLET IN THE EVENING

ASA 325 mg.
÷ po bid

Zantac 150 mg.
bid

| | | |
|---|---|---|
| CHARTING FOR | 07/01/06 | THROUGH 07/31/06    PAGE 1 OF 1 |
| Physician | NICHOLS, KEN | Telephone No. | Medical Record No. |
| Alt. Physician | NICHOLS, KEN | Alt. Telephone |
| Allergies | NKA | Rehabilitative Potential |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: |
|---|---|---|
| | | By:    Title:    Date: |

| RESIDENT | HUFFMAN, JAMES | D.O.B. 10/29/1953 | Sex M | Room # J | Patient Code HUFFJAME | Admission Date 00/00/0 |

# MEDICATION ADMINISTRATION RECORD

AUTAUGA COUNTY JAIL
HUFFMAN, JAMES
REPORT DATE : 08/06

| MEDICATIONS | HOUR |
|---|---|
| **LOVASTATIN 40 MG TABLET** <br> MEVACOR 40 MG TABLET <br> TAKE 1 TABLET ONCE DAILY <br> D/C | 05/09/07 <br> 0800 <br> 9am |
| **ENALAPRIL MALEATE 20 MG T** <br> VASOTEC 20 MG TABLET <br> TAKE 1 TABLET TWICE DAILY <br> D/C | 05/15/07 <br> 0900 <br> 6am <br> 1700 <br> 6pm |
| **HYDROXYZINE PAM 25 MG CAP** <br> VISTARIL 25 MG CAPSULE <br> TAKE 1 CAPSULE TWICE DAILY <br> Continue | 05/01/07 <br> 0800 <br> 6am <br> 1700 <br> 6pm |
| **FLUOXETINE 20 MG CAPSULE** <br> PROZAC 20 MG PULVULE <br> TAKE 2 CAPSULES IN THE EVENING <br> D/C | 05/08/07 <br> 1800 <br> 6pm |
| **AMITRIPTYLINE HCL 100 MG** <br> ELAVIL 100 MG TABLET <br> TAKE 1 TABLET IN THE EVENING <br> Continue | 05/01/07 <br> 1800 <br> 6pm |
| **ASA 325 mg.** <br> 1 po bid <br> Continue | am <br> pm |
| **Zantac 150 mg.** <br> BID g.day <br> D/C | am <br> pm |

| CHARTING FOR | 08/01/06 | THROUGH | 08/31/06 | PAGE | 1 OF | 1 | |
|---|---|---|---|---|---|---|---|
| Physician | NICHOLS, KEN | | Telephone No. | | | Medical Record No. | |
| Alt. Physician | NICHOLS, KEN | | Alt. Telephone | | | | |
| Allergies | NKA | | Rehabilitative Potential | | | | |

| Diagnosis | | | | | | |
|---|---|---|---|---|---|---|
| Medicaid Number | | Medicare Number | | Approved By Doctor: | | |
| | | | | By: | Title: | Date: |
| RESIDENT | HUFFMAN, JAMES | | D.O.B. 10/29/1953 | Sex M | Room # J | Patient Code HUFFJAME | Admission Date 00/00/0 |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOVASTATIN 40 MG TABLET  MEVACOR 40 MG TABLET  TAKE 1 TABLET ONCE DAILY  D/C  05/08/07 | 0800 6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENALAPRIL MALEATE 20 MG T  VASOTEC 20 MG TABLET  TAKE 1 TABLET TWICE DAILY  D/C  05/15/07 | 0800 6am 1700 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 25 MG CAP  VISTARIL 25 MG CAPSULE  TAKE 1 CAPSULE TWICE DAILY  cont  05/03/07 | 6am 1700 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLUOXETINE 20 MG CAPSULE  PROZAC 20 MG PULVULE  TAKE 2 CAPSULES IN THE EVENING  D/C  05/08/07 | 1700 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AMITRIPTYLINE HCL 100 MG  ELAVIL 100 MG TABLET  TAKE 1 TABLET IN THE EVENING  cont  05/03/07 | 1700 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA 325 mg. ½ BID  cont | 6am 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150 mg. BID  D/C | 6am 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 800 mg. BID x 10 days PRN 9/21/06 | 6am 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexeril 10 mg BID x 5 days  Ordered 9/21/06 | 6am 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| STARTING FOR | 09/01/06 | THROUGH | 09/30/06 | PAGE | 1 OF 1 | | |
|---|---|---|---|---|---|---|---|
| Physician | NICHOLS, KEN | | | Telephone No. | | Medical Record No. | |
| Att. Physician | NICHOLS, KEN | | | Alt. Telephone | | | |
| Allergies | NKA | | | Rehabilitative Potential | | | |
| Diagnosis | | | | | | | |

| Medicaid Number | | Medicare Number | | Approved By Doctor: | | | |
|---|---|---|---|---|---|---|---|
| | | | | By: | | Title: | Date: |
| RESIDENT | HUFFMAN, JAMES | | | D.O.B. 10/29/1953 | Sex M | Room # J | Patient Code HUFFJAME | Admission Date 00/00/00 |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lovastatin 40 mg
q. am
ordered 9/21/06

Vasotec 20mg
BID
ordered 9/21/06

STARTING FOR: 9-21-06   THROUGH: 9-31-06
Physician: Nichols
Physician
Allergies: NKA

Medicaid Number:        Medicare Number:
Approved By Doctor:
By:                Title:                Date:

RESIDENT: Huffman, James   D.O.B. 10/29/53   Sex: M   Room #: 60POD   Patient Code:   Admission Date:

AUTAUGA COUNTY JAIL
HUFFMAN, JAMES
REPORT DATE : 10/06

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOVASTATIN 40 MG TABLET<br>MEVACOR 40 MG TABLET<br>TAKE 1 TABLET ONCE DAILY | 05/08/07<br>0800<br>am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENALAPRIL MALEATE 20 MG T<br>VASOTEC 20 MG TABLET<br>TAKE 1 TABLET TWICE DAILY | 05/15/07<br>0800<br>am<br>1700<br>pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 25 MG CAP<br>VISTARIL 25 MG CAPSULE<br>TAKE 1 CAPSULE THREE 2<br>TIMES DAILY | 09/05/07<br>am<br>1200<br>1700<br>pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLUOXETINE 20 MG CAPSULE<br>PROZAC 20 MG PULVULE<br>TAKE 2 CAPSULES IN THE<br>EVENING | 05/08/07<br>1700<br>pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AMITRIPTYLINE HCL 100 MG<br>ELAVIL 100 MG TABLET<br>TAKE 1 TABLET IN THE<br>EVENING | 05/03/07<br>1700<br>pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA 325 mg. ↑ BID<br>Holt | am<br>pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150 mg<br>↑↑ BID<br>Hof 10/10/06 | am<br>pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mezanta – Acid stuff<br>B- 1 med cup<br>BID x 2 wks | am<br>pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| CHARTING FOR | 10/01/06 | THROUGH | 10/31/06 | PAGE | 1 OF | 1 | |
|---|---|---|---|---|---|---|---|
| Physician | NICHOLS, KEN | | | Telephone No. | | Medical Record No. | |
| Alt. Physician | NICHOLS, KEN | | | Alt. Telephone | | | |
| Allergies | NKA | | | Rehabilitative Potential | | | |
| Diagnosis | | | | | | | |
| Medicaid Number. | | Medicare Number. | | Approved By Doctor: | | | |
| | | | | By: | Title: | Date: | |
| RESIDENT | HUFFMAN, JAMES | | D.O.B. 10/29/1953 | Sex M | Room # J | Patient Code HUFFJAME | Admission Date 00/00/00 |