## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **JAMES G. HUFFMAN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:06-CV-748-MEF** |
| | ) | **(WO)** |
| **SOUTHERN HEALTH SERVICES,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### AFFIDAVIT OF KENNETH NICHOLS, M.D.

Before me, the undersigned notary public, in and for said County and State, personally appeared **Kenneth Nichols, M.D.**, who, after first being duly sworn by me, deposes and states as follows:

1.      My name is Kenneth Nichols, M.D. I am over the age of 19 years and have personal knowledge of the facts contained herein.

2.      I obtained my medical degree from UAB in 1982. From 1982 to 1985, I performed an internal medicine internship and residency at Baptist Memorial Hospital in Memphis, Tennessee. From July 1985 to the present, I have been in private practice in internal medicine in Prattville, Alabama. I am licensed by the State of Alabama as a medical doctor and have been so since 1985. Since 1997, I have been the medical director of the Autauga County Jail. Since November 2005, I have been employed by Southern Health Partners, Inc. ("SHP") to be the medical director of the Autauga County Jail.

3.      SHP provides medical care to inmates in various jail facilities, including the Autauga County Jail. From November 2005 to the present, health care services have been provided to

inmates by SHP pursuant to a contract between SHP and the Autauga County Commission. Health care in the jail is provided under the direction of a medical team administrator ("MTA") as well as a medical director. During the period complained of by the plaintiff in this action, I was the medical director of the jail, and Jennifer Cook, Donna Cooey, Gail Colburn and Tina Ellis have served as the MTA.

4.     When an inmate in the jail requires routine medical care, he or she obtains an inmate sick call slip from the corrections officer on duty in the housing unit and that form is provided to the medical staff for action. Routine sick calls are conducted by the medical staff inside the housing unit.

5.     As I understand the plaintiff's complaint, the plaintiff alleges that I and SHP's medical nursing staff were deliberately indifferent to the plaintiff by failing to provide him adequate medication for his heart problems, back pain and anxiety/bipolar disorder, which he claims caused him to suffer a heart attack in late April 2005 and to be rushed to Baptist Medical Center Emergency Room in May 2005.

6.     I have reviewed SHP's entire medical chart on the plaintiff. I have also reviewed the plaintiff's January and February 2004 medical records from Baptist Medical Center East in Montgomery, Alabama, attached as Exhibit A, his April 27, 2005 discharge summary from Shelby Baptist Hospital in Alabaster, Alabama, attached as Exhibit B, and records related to the plaintiff's May 30, 2006 emergency room admission, attached at Exhibit C

7.     The plaintiff was booked into the Autauga County Jail on September 13, 2005. On September 15, 2005, I saw the plaintiff. In this initial presentation, the plaintiff said he was taking Plavix for his heart, Zocor for high cholesterol and Xanax for anxiety. Plaintiff gave a medical history of two stents and a prior heart attack in January 2004. He also mentioned problems with

anxiety and his back and said that he had undergone surgery for a ruptured spleen in November 2004. I assessed him as having arteriosclerotic cardiovascular disease (ASCVD) and prescribed Plavix 75 mg. daily for his heart, Mevacor for cholesterol, Paxil and Atarax for anxiety and Vasotec for high blood pressure.

8.      Upon review of the plaintiff's January and February 2004 records from Baptist Medical Center East (Ex. A), the plaintiff did not suffer a heart attack in January 2004. On January 27, 2004, he was admitted to Baptist Medical Center East with complaints of chest pain, and he was seen by Dr. Finklea, who ruled out heart attack. Based on the history taken by Dr. Finklea, the plaintiff had a stenting of his left arterior descending ("LAD") artery in July 2002. He underwent repeat catheterization in January 2003 for recurrent chest discomfort and the stent was found to be open. On January 29, 2004, the plaintiff underwent catheterization performed by Dr. Finklea, who found the plaintiff's LAD stent to be patent and placed another stent in the circumflex artery. In his discharge instructions, Dr. Finklea prescribed Plavix 75 mg daily for three months, which would have expired at the end of April 2004.

9.      On September 29, 2005, I saw the plaintiff in follow-up to his September 15th appointment, and he complained that he did not get his heart medications the prior week. My assessment remained ASCVD and I changed his prescription to include Elavil at night to help him sleep.

10.      On October 6, 2005, I saw the plaintiff for complaints of not sleeping. I prescribed Elavil 100 mg. at the hour of sleep.

11.      On November 8, 2005, I discontinued the plaintiff's Paxil prescription and started him on Fluoxitine (brand name Prozac) 20 mg. for depression and anxiety.

12.     On November 9, 2005, I discontinued the plaintiff's prescription for Plavix and prescribed aspirin 325 mg. by mouth twice a day for his heart. Based upon my medical judgment, Plavix was no longer indicated, because it had been 22 months since the plaintiff's last cardiac event in January 2004. Also, Plavix, at that time, was not on SHP's formulary of approved drugs.

13.     In November 2005, the plaintiff was administered the following medications:

- Aspirin for his heart.

- Lovastatin (brand name Mevacor) for cholesterol.

- Atarax for anxiety

- Vasotec for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Paxil for depression and anxiety up through November 29, 2005.

- Fluoxitine (brand name Prozac) on November 30, 2005 for depression/anxiety.

14.     In December 2005, the plaintiff was administered the following medications:

- Aspirin for his heart.

- Lovastatin for cholesterol.

- Vasotec for high blood pressure.

- Amitriptyline HCL (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

15.     On December 10, 2005, the plaintiff completed an inmate sick call slip, complaining that Dr. Finklea told him that he needed to take Plavix everyday for life. The plaintiff was seen by Gail Colburn, RN– the MTA during this time period-- on December 16, 2005, and Nurse Colburn educated the plaintiff on the medications he was taking and advised the plaintiff that he could take

Plavix if it was brought from home. As stated before, at this juncture, it was my opinion that Plavix was not indicated, although it would not hurt the plaintiff if he were to take it.

16.    On January 3, 2006, Angela Henley, LPN, performed a history and physical on the plaintiff. During his history and physical, the plaintiff identified prior heart problems and stated that he had been treated for anxiety and bipolar disorder.

17.    From January 1, 2006 through February 6, 2006, the plaintiff was administered the following medications:

- Aspirin for his heart.

- Lovastatin for cholesterol.

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline HCL (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

18.    On February 6, 2006, the plaintiff was discharged from the Autauga County Jail.

19.    The plaintiff was again booked into the Autauga County Jail on April 30, 2006. In his complaint, the plaintiff claims that he had a heart attack on April 22, 2006, and was discharged from the hospital on April 27, 2006. Attached as Exhibit A is the discharge summary from Shelby Baptist Medical Center dated April 27, 2006. As set out in the discharge summary, the plaintiff was admitted to the hospital with complaints of chest pain, but he was not diagnosed with a heart attack. Instead, the cardiologist recommended that he undergo a cardiac catheterization, which showed no change from his previous catheterization. There was no determination that the plaintiff suffered any injury or harm from not taking Plavix or any other medication.

20.    On May 1, 2006, Nurse Colburn performed a medical screening of the plaintiff, wherein she noted that the plaintiff had bruising on his bilateral groin area from heart catheterization. On May 5, 2006, I entered an order prescribing Tylenol for the plaintiff's complaints of pain related to said bruising.

21.    The plaintiff returned to the jail with prescriptions for Plavix, monopril and Zocor. On May 2, 2006, I entered an order continuing the plaintiff on all of the same medications he was on at the time he left the jail in February, substituting lovastatin for Zocor, aspirin for Plavix and Vasotec for monopril. Again, based on the plaintiff's history, it was my medical judgment that the plaintiff did not need Plavix for his heart and could be adequately treated with aspirin.

22.    On May 3, 2006, the plaintiff was brought to the medical staff complaining of chest pain. He was seen by Angela Henley, LPN, who noted that the plaintiff attributed his chest pain to soreness related to him trying to catch himself from falling. Nurse Henley took the plaintiff's vital signs and monitored him for a couple of hours without further complaint.

23.    On May 10, 2006, the plaintiff completed an inmate sick call slip, complaining of an abscess tooth on his right bottom jaw. On May 12, 2006, the plaintiff was seen by Marlo Oaks, RN. Pursuant to my protocol for such complaints, the plaintiff was ordered Keflex and Percogesic and was added to the dental list. On May 24, 2006, the plaintiff was seen by Dr. Roberson, an Autauga County dentist. Dr. Roberson found that the plaintiff had two infected teeth, and he extracted same.

24.    On May 11, 2006, I saw the plaintiff, and he complained of pain in the left groin and testicles related to the placement of his heart catheter. I continued the plaintiff on the same medications, which included Tylenol for pain.

25.    On May 17, 2006, the plaintiff completed an inmate sick call slip, where he again complained that he was hurting in his groin area where the surgeons had placed his heart catheter.

On May 19, 2006, the plaintiff was seen by Marlo Oaks, RN in response to this sick call slip, and Nurse Oaks noted that the plaintiff was not in acute distress and added the plaintiff to the list of patients for me to see.

26.     On May 25, 2006, I saw the plaintiff for his complaints of soreness in his left groin area. I noted that the plaintiff had a tender epigastrium. My assessment was ASCAD and gastritis, and I prescribed Zantac for the gastritis. I also ordered Tylenol to treat the plaintiff's complaints of pain.

27.     In May 2006, the plaintiff was administered the following medication:

• Aspirin for his heart.

• Lovastatin (brand name Mevacor) for cholesterol

• Vasotec for high blood pressure.

• Amitriptyline (brand name Elavil) to help him sleep.

• Fluoxitine (brand name Prozac) for anxiety and depression.

• Hydroxyzine PAM (brand name Vistaril) for anxiety.

• Tylenol for pain.

• Keflex for dental complaints.

• Percogesic  for dental complaints.

• Zantac for gastritis.

28.     On May 30, 2006, the plaintiff complained to the medical staff of chest pain, and I gave a telephone order to send the plaintiff to the emergency room for evaluation. The plaintiff was sent to Baptist Medical Center in Prattville and was seen by Dr. Joel Sullivan, who noted a normal EKG.   The plaintiff's records from this ER visit are attached as Exhibit B. Tina Ellis, LPN, documents this emergency room visit on June 3, 2006, but it actually occurred on May 30, 2006.

Based upon the emergency room records, there was no determination that the plaintiff suffered any injury or harm from not taking Plavix or any other medication. Dr. Sullivan's discharge instructions included a prescription for Plavix, but I substituted aspirin for Plavix based on my medical judgment that the plaintiff was responding well to aspirin and did not need Plavix.

29.     On June 28, 2006, the plaintiff completed an inmate sick call slip complaining of severe pain in his back, neck and hip from injuries received from a fall down the stairs.

30.     On June 29, 2006, I saw the plaintiff in response to these complaints. I assessed the plaintiff with back pain and prescribed a Medrol dose pack, Motrin and Robaxin to treat these complaints of pain.

31.     In June 2006, the plaintiff was administered the following medications:

- Aspirin for his heart.

- Lovastatin for cholesterol.

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety

- Zantac for gastritis.

- Medrol dose pack for back pain.

- Ibuprofen (Motrin) for back pain.

- Robaxin for back pain.

32.     On July 4, 2006, the plaintiff completed an inmate sick call slip, wherein he complained that his left ankle was swollen rising out of his fall down the stairs and requested an x-ray.

33.    On July 5, 2006, I ordered that the plaintiff receive an x-ray on his left ankle, which was performed by Dr. Randall Finley. Dr. Finley noted that the plaintiff had no fracture, dislocation or any abnormality with his ankle.

34.    In July 2006, the plaintiff was administered the following medications:

- Lovastatin for cholesterol.

- Aspirin for his heart

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

- Zantac for gastritis.

- Medrol dose pack for back pain (up through July 5, 2006).

- Ibuprofen (Motrin) for back pain (up through July 5, 2006).

- Robaxin for back pain (up through July 8, 2006).

35.    In August 2006, the plaintiff was administered the following medications:

- Lovastatin for cholesterol.

- Aspirin for his heart.

- Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

- Zantac for gastritis.

36.    On August 29, 2006, the plaintiff completed an inmate sick call slip, wherein he requested that the medical staff drop all of his medications except aspirin, Elavil and Vistaril.

37.    On September 2, 2006, the plaintiff completed a refusal of treatment and release of responsibility form, wherein he again stated that he wanted all of his medications stopped except Vistaril, Elavil and aspirin.

38.    Consistent with the plaintiff's desires, the plaintiff received aspirin, Vistaril and Elavil in September 2006. On September 21, 2006, I saw the plaintiff for complaints of lower back pain. I noted that he was refusing his medication. I ordered that the plaintiff take ibuprofen and Flexaril, a muscle relaxer, for his back pain and also ordered that the plaintiff resume taking Lovastatin for cholesterol and Vasotec for high blood pressure. Consistent with my orders, the plaintiff resumed taking these medications.

39.    On October 9, 2006, the plaintiff completed an inmate sick call slip, wherein he complained of experiencing pain in his left abdomen near his rib cage where he had his spleen removed. He also complained of back pain. On October 10, 2006, the plaintiff was seen by Tina Ellis, LPN, who referenced my prior orders for medication.

40.    On October 31, 2006, the plaintiff completed an inmate sick call slip, wherein he complained of pain in his abdomen and requested to see me.

41.    On November 3, 2006, I saw the plaintiff for these complaints and assessed him with esophageal reflux. I prescribed Reglan to assist him with this problem.

42.    In October 2006, the plaintiff was administered the following medications:

•      Lovastatin for cholesterol.

•      Aspirin for his heart

•      Enalapril Maleate (brand name Vasotec) for high blood pressure.

- Amitriptyline (brand name Elavil) to help him sleep.

- Fluoxitine (brand name Prozac) for anxiety and depression.

- Hydroxyzine PAM (brand name Vistaril) for anxiety.

- Zantac for gastritis.

- Mylanta for acid indigestion

43.    Based upon my review of the plaintiff's records, my treatment of the plaintiff and my education, training and experience, it is my medical opinion that the plaintiff received appropriate medications for his heart problems and anxiety.   Indeed, the plaintiff regularly was administered aspirin for his heart, Lovastatin for cholesterol and Vasotec for high blood pressure.  Moreover, he was regularly administered Vistaril and Prozac to combat his anxiety.  When the plaintiff complained of back pain–which was not often--he was administered medication to alleviate same.   While incarcerated at the Autauga County jail, the plaintiff has not identified nor has he ever informed me or the medical staff that he was taking Percocet for back pain.  The plaintiff was not denied any medication, including Plavix, on the basis of cost or expense.  On the contrary, my orders prescribing and discontinuing medication to the plaintiff were based solely on my medical judgment of the plaintiff's condition.

44.    All necessary care provided to the plaintiff by me and the SHP medical staff was appropriate, timely and within the standard of care.

45.    On no occasion was the plaintiff ever at risk of serious harm, nor was I or the medical staff ever indifferent to any complaint that the plaintiff made.

_Kenneth Nichols_ (signature)

Kenneth Nichols, M.D.

STATE OF ALABAMA            )
                           )
COUNTY OF _Autauga_        )

I, the undersigned Notary Public in and for said county in said state, hereby certify that Kenneth Nichols, M.D. whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

GIVEN UNDER MY HAND and official seal on this the 27 day of _November_, 2006.

_Robert W._ (signature)

Notary Public
My Commission Expires: _12-3-2007_

Daniel F. Beasley  (BEA059)
Robert N. Bailey, II  (BAI045)
Attorneys for Defendants

**OF COUNSEL:**
LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
Huntsville, AL  35801
(256) 535-1100

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Robert Faulk
McDowell, Faulk & McDowell
145 West Main Street
Prattville, AL 36067-3033

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant:

have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant on this the 27th day of November, 2006.

James G. Huffman
Autauga County Jail
136 North Court Street
Prattville, AL 36067

Of Counsel

# Discharge Summary

# HUFFMAN, JAMES G - E000092370

| | |
|---|---|
| Result type: | Discharge Summary |
| Result date: | May 25, 2004 09:15 |
| Result status: | Unauth |
| Result title: | DS4 |
| Performed by: | White, Lori on May 25, 2004 09:15 |
| Encounter info: | BAPTIST EAST, Inpatient, 01/27/04 - 01/29/04 |

*(handwritten: DK summary 7/28 4/5/04)*

## DS4

PATIENT VERIFICATION DATA:
HUFFMAN, JAMES H- 0402700752

Transferred to Baptist South care of Dr. Finklea for cardiac catheterization.

CONSULTANTS:  Dr. Finklea, Montgomery Cardiovascular Associates.

HOSPITAL COURSE:  The patient was admitted with chest pain.  He had known cardiac disease with stent placement in the past.  He was ruled out for MI.  Dr. Finklea was consulted and felt that his chest pain was very suspicious for unstable angina.  The patient and Dr. Finklea discussed further care and it was felt that the best course of action was a left heart catheterization.  He remained stable during his hospital stay at Baptist East.  On 1/29/04 he was transferred to Baptist South under the care of Montgomery Cardiovascular Associates for cardiac catheterization.


_____    _____
        LORI WHITE M.D.

LW/ / jcw
D:  05/25/2004
T:  05/26/2004


**Completed Action List:**
* Perform by White, Lori on May 25, 2004 09:15
* Transcribe by Contributor_system, LANIER on May 26, 2004 22:04

# History & Physical

**HUFFMAN, JAMES G - E000092370**

| | |
|---|---|
| Result type: | History & Physical |
| Result date: | January 28, 2004 07:45 |
| Result status: | Unauth |
| Result title: | HP4 |
| Performed by: | White, Lori on January 28, 2004 07:45 |
| Encounter info: | BAPTIST EAST, Inpatient, 01/27/04 - 01/29/04 |

## HP4

PATIENT VERIFICATION DATA:
HUFFMAN, JAMES G- 0402700752

CHIEF COMPLAINT: Chest pain.

HISTORY OF PRESENT ILLNESS: The patient is a 50 year old gentleman with CAD, status post stent placement by Dr. Escobar who presented to the Emergency Room with complaints of chest pain. His chest pain started at approximately 4:15, this became very severe and radiated up into his neck and left arm. It felt like an elephant sitting on his chest. He used Nitroglycerin spray and it improved only a little. He was then on his way home in order to rest but his pain became much worse. He became nauseated, vomited, had sweats and shortness of breath. He then presented to the Emergency Room. He was given Nitroglycerin in the Emergency Room and his pain abated.

The patient notes that over the past three weeks he has had great increase in his stress due to loss of his father. He has been having to use his Nitroglycerin 1-2 times per week due to chest pain.

PAST MEDICAL HISTORY: CAD, status post angioplasty and LAD stent placement 100% RCA occlusion with collateral. Repeat cath in 1/03 showed the stent to be open. Hyperlipidemia, peptic ulcer disease, sinus congestion and cough. Anxiety attacks, chronic back pain secondary to herniated disc, peripheral vascular disease.

PAST SURGICAL HISTORY: Back surgery.

MEDICATIONS:
Plavix 75 mg q day
Lipitor 20 mg q day.
Nitrospray prn.
Nexium 40 mg q day
Percocet 10/650 b.i.d.
Xanax 2 mg b.i.d.
Multi-Vitamin
Aspirin 81 mg per day

ALLERGIES: TETRACYCLINE, CODEINE.

FAMILY HISTORY: Unknown, the patient is adopted.

SOCIAL HISTORY: Started smoking again 6 months ago. Tobacco for last 30 years, denies alcohol use.

REVIEW OF SYSTEMS:
GENERAL: The patient has been very stressed over the past several months due to

prolonged illness of his father and then his death.

HEENT: Unremarkable.
LUNGS: Unremarkable.
CARDIOVASCULAR: See HPI.
GI: Has history of peptic ulcer, no current problems.
GU: Admits to problems with intermittent impotence.
EXTREMITIES: Complains of pain in his calves with walking, this stops when he
rests.  He has had peripheral vascular disease evaluation in the past with Dr.
Richardson.


PHYSICAL EXAMINATION:
Thin anxious white male in no distress.

VITAL SIGNS:  Temperature 97.6, pulse 52, respirations 20, Blood pressure 110/68.
HEENT: PERRLA, EOMI, Tympanic membranes are clear bilaterally. Mouth clear, throat
clear.
NECK: Supple.
LUNGS: Clear to auscultation.
CARDIOVASCULAR: PMI within normal limits,  S1-S2 normal. No MRG.  Carotids 2+ and
equal, no bruit.
ABDOMEN: Soft, non-tender,  no hepatosplenomegaly, no mass, no bruit.
EXTREMITIES: No edema, pulses are diminished at + bilaterally.
NEUROLOGIC: Nonfocal.

LABS: Significant for mild anemia with H&H 12.4, 36.3, with normal indices.
Chemistries normal except for a $CO_2$ of 33, and total protein mildly low at 6.3. CK
51 and 35 with negative Troponin. EKG normal sinus rhythm, no acute changes. Chest
x-ray is negative.

IMPRESSION:
1. Chest pain, probably cardiac in origin.   The patient is admitted to rule out MI
and he is placed on this protocol. He will receive Nitroglycerin, aspirin, oxygen,
and a cardiac consult will be done.
2. Peripheral vascular disease, we discussed the cessation of tobacco and the use
of walking. He will be discussing this with his new Primary Care Physician, Dr.
Fuentes with who he has an appointment next week.
3. Tobacco use, encouraged to discontinue.
4. Hyperlipidemia on treatment.
5. Chronic back pain, on treatment, he does desire pain management to be in his
regimen.

I am sure Dr. Fuentes will be referring him for such.




LORI WHITE,  M.D.





*Hosp'td Jan. '04*

**MONTGOMERY
CARDIOVASCULAR
ASSOCIATES, P.C.**
(334) 280-1500

B0402900232   HUFFMAN, JAMES G
DOB: 10/29/53  Age: 50Y   MR #: 319167
Admit Date/Time: 01/29/04   1030A
509 FLEMMING, H FORREST

## DISCHARGE INSTRUCTIONS

Patient's Name: _James Huffman_  Referring M.D.: _Fuentes_

Patient's Phone #: _____  Hospital: _BMC-So_

MCA Acct. #: _89,226_  Discharge Date: _1/30/04_

MCA M.D.: _Dr. Flemming / Finklea_

Follow Up Appointment with _Dr. Finklea in 8 weeks_

☆ Appt. to be mailed

Diagnosis/Reason for Admission:
_Angina_
_CAD  s/p Prestent LAD 7/02_
_Hyperlipidemia , Tobacco Abuse , PVD  s/p ® fem-pop_

Procedures and Treatment: (List significant findings on procedures performed.)
_1/29/04  LCORLV_
_PTCA / Stent to LCX_
_Cypher_

New Allergies: _____

Discharge Medicines:
* ① _Plavix 75mg — daily for 3 months_
  ② _Lipitor 20mg — daily_
  ③ _Zantac 150mg — daily_
  ④ _Xanax & Percocet as directed_
* ⑤ _Nimostat 0.4 mg — one under tongue_
     _every 5 minutes as needed for chest_
     _discomfort._
  ⑥ _Aspirin 81mg — daily_
  ⑦ _Xanax 2mg — one twice a day._

Diet: _Low Fat_

Physical Activity:

Authenticated by
H FORREST FLEMMING, MD
On 2/04/04 3:21:15 PM

Discharge Instructions:

Return to work: ____  May Drive: _1/31_

**PLEASE BRING THIS SHEET & THE MEDICINES WITH YOU ON YOUR RETURN VISIT TO OUR OFFICE.**
PRINTED BY: Finklea 9/6/06      YELLOW: Patient 9/5/2006   PINK: MCA      MCA-CL37 Rev. 9/03

*C9nsalt 1/04*

*04 02 900 232*

**BAPTIST MEDICAL CENTER EAST**
**400 Taylor Road**
**P.O. Box 17720**
**Montgomery, Alabama 36193-4201**

**PATIENT: HUFFMAN, JAMES G**
**MR #: 000092370**
**DATE OF CONSULT: 01/28/2004**
**CONSULTING PHYSICIAN: JOHN L. FINKLEA, M.D.~**
**ATTENDING PHYSICIAN: LARRY C RIGSBY, MD**

**ROOM #: 205**
**PATIENT #: 0402700752**
**ADMIT DATE: 1/27/04**

__ **CONSULT** ___ **CONSULT AND FOLLOW PATIENT WITH ME** ___ **CONSULT AND ASSUME**

PATIENT VERIFICATION DATA:
HUFFMAN, JAMES G- 0402700752

DATE OF CONSULTATION: 1/28/04

We appreciate the opportunity of seeing Mr. Huffman in consultation for chest pains. He has been seen by Montgomery Cardiovascular Associates in the past with a history of coronary artery disease, and stenting of his LAD in July of 2002, at that time there was a total occlusion of his right coronary with adequate collateral circulation, left ventricular performance was good and there was no high grade stenosis of the circumflex system. He then underwent repeat catheterization in January 2003 for recurrent chest discomfort and according to his report, the stent was open. Since then he has had chest tightness off and on particularly when he was >>_____<<, he would go long spells without discomfort. He has rather recently lost his father and has been in both financial difficulties as well as having difficulty straightening out his father's affairs. He was under considerable stress yesterday and in fact mad at the time and developed chest tightness, discomfort and some pain. Took Nitroglycerine, it got better. Got in the car and was going home and became diaphoretic, nauseated and came on to the emergency room. Here he has had tightness a good bit of the time, very mild much of the time, but it did seem to increase some when he got up and walked down the hall today. He has actually been outside once to smoke. His cardiac enzymes have been negative and his EKG has been normal. There is a minimal anemia. Mild sinus bradycardia.

He denies orthopnea or paroxysmal nocturnal dyspnea. Denies symptoms of dysrhythmia, currently. Back in January he did have syncope after getting up quickly. His exercise capacity has been reasonably good at about a little over .25 mile and stopped by claudication of his right leg. He has had vascular problems there in the past and nothing done. He denies orthopnea and paroxysmal nocturnal dyspnea. He does have known COPD, bronchitis and tobacco abuse. He stopped smoking with Zyban and nicotine patches and hopes to try again.

PAST SURGICAL HISTORY
1. Lumbar laminectomy
2. Previous stenting of LAD and recath.

PAST MEDICAL HISTORY:
1. Hyperlipidemia
2. Peptic ulcer disease.
3. Lumbar disc disease
4. Peripheral vascular disease
5. History of asthma, bronchitis and perhaps COPD.
6. Chronic anxiety

DRUG ALLERGIES: **CODEINE, TETRACYCLINE**

FAMILY HISTORY: Unknown (adopted).

SOCIAL HISTORY: Smoker, unmarried, does have a girlfriend. No alcohol consumption. No routine exercise.

**REPORT OF CONSULTATION**

**Page 1 of 2**

PRINTED BY: b17606          DATE 10/5/2006

**PATIENT: HUFFMAN, JAMES G**         **PATIENT #: 000092370**    0402900232

REVIEW OF SYSTEMS
HEENT: NO sinus difficulties, hear, visual difficulties.
CARDIOVASCULAR/RESPIRATORY: See present illness. No pneumonia.
GI: NO hematemesis or melena. No significant diarrhea or constipation. Does have dyspepsia for which he takes Prevacid 40 and has had some reflux problems.
GU: No dysuria, pyuria, hematuria, stones.
ENDOCRINE: No diabetes mellitus, or thyroid difficulties.

PHYSICAL EXAMINATION: His blood pressure _____.
NECK: His carotids have rapid upstroke without bruits. Central venous pressure is normal.
LUNGS: Clear. No significant murmur, rub or gallop. PMI is normal .
ABDOMEN: Normal, without organomegaly , tenderness, masses, abnormal pulsations, bruit. Femoral pulses are 2+.
EXTREMITIES: Popliteals 2+. 1+ foot pulses. No ankle edema.

EKG is normal. Chest x-ray I will review. EKG normal, mild sinus bradycardia.

PROBLEMS:
1. Coronary artery disease
   1.1. Status post stenting of LAD in January 2003 with known chronically occluded right coronary with good collateral, good left ventricle., stenting in July 2002.
   1.2. Recath January 2003 with patent stent.
   1.3. Recurrent chest discomfort, very worrisome for coronary artery disease.
2. Hyperlipidemia.
3. Continued tobacco abuse.
4. History of asthma and possible COPD.
5. History of dyspepsia and reflux.
6. Syncope in 12/03
7. History of lumbar laminectomy
8. Peripheral vascular disease with claudication right leg.

ASSESSMENT
1. Current symptoms worrisome for unstable angina.

PLAN:
Cardiac catheterization, possible angioplasty. Discussed risks, procedure and rationale with him. He agrees and desires to proceed. He will be transferred over to Baptist Medical Center South.

Authenticated by
H FORREST FLEMMING, MD
On 3/04/04 4:02:49 PM

JLF/ / pap
D: 01/28/2004
T: 01/29/2004

JOHN L. FINKLEA,  M.D.~

REPORT OF CONSULTATION

**Page 2 of 2**

CARDIAC?

BAPTIST HEALTH
0509
HUFFMAN, JAMES H
B0402900232
B000319167


NAME OF PROCEDURE: 1. LEFT HEART CATHETERIZATION
2. LEFT VENTRICULOGRAPHY
3. RIGHT AND LEFT CORONARY ARTERIOGRAPHY
4. PTCA AND STENT TO CIRCUMFLEX CORONARY ARTERY

PREOPERATIVE DIAGNOSIS: UNSTABLE ANGINA

POSTOPERATIVE DIAGNOSIS: SUCCESSFUL PTCA AND STENT

I. PROCEDURE: This patient was brought to the Cardiac Catheterization
Laboratory, prepped and draped in the usual fashion. 1% Lidocaine
was infiltrated into the right groin area. Then, using the Seldinger
technique, a 6 French sheath was placed in the right femoral artery
and flushed with heparinized saline. A 5 French pigtail catheter
was inserted over a guide wire, flushed in the descending aorta,
and used to measure pressures in the aorta and left ventricle. This
was then used to perform left ventriculography in the biplane projections.
This catheter was removed over a guide wire and replaced with Judkins
left and right 4 catheters, which were used to perform selective
angiography in multiple levels of obliquity. A new 90% stenosis in
the large first obtuse marginal branch was noted with no significant
restenosis in the stented LAD and continued total occlusion of the
right with good collateralization. Plans were made for PTCA of the
circumflex coronary artery. A 6 French left 4 catheter was inserted
over a guide wire and placed in the ostium of the left coronary artery.
A 0.014 Choice wire was manipulated down the circumflex coronary
artery and out the obtuse marginal branch, and a 3.5 x 8 mm Cypher
stent was positioned and deployed at 13 atmospheres, yielding a final
luminal diameter of 3.62 mm. The angiographic result looked excellent.
After taking post PTCA views, the procedure was terminated. The sheath
was sutured in place. Other apparatus was removed.


Prior to the beginning of the procedure, the patient was given weight-adjusted
Heparin, and an ACT measured at greater than 200 seconds. Integrilin
bolus was given and infusion begun.

II. HEMODYNAMIC DATA:
A. Aortic pressure: 120/75.
B. Left ventricular pressure: 120/8.

III. LEFT VENTRICULOGRAM: The left ventricle is normal in size with
normal contractility in all segments. There is no mitral insufficiency
and the aortic structures appeared normal.

IV. CORONARY ARTERIOGRAMS:
A. The left main coronary artery is normal and free of disease. It
bifurcates into the LAD and circumflex coronary artery.
B. The left anterior descending coronary artery is large with mild
irregularity in the proximal aspect with stenosis up to around 25%.
The first diagonal branch is size B to A-B and has mild proximal
disease. It is clean distally.

(CONTINUED)

PRINTED BY: b17606        DATE 10/5/2006

C. The left circumflex coronary artery is large but not dominant.
The remaining portion of the circumflex coronary artery is normal.
The first obtuse marginal branch is size A. There is a discreet 90%
stenosis in its mid portion and is clean distally. The continuation
of the circumflex has minimal disease.
D. The right coronary artery is totally occluded after a long area
of severe disease in the mid portion. The distal vessel is well collateralized
by the left system

V. POST PTCA AND STENT: Residual stenosis in the circumflex coronary
artery is 0%. There is no dissection. There is TIMI grade III flow
distally.

CONCLUSIONS:
1. NORMAL LEFT VENTRICULAR SIZE AND WALL MOTION.
2. THREE VESSEL CORONARY ARTERY DISEASE AS DESCRIBED ABOVE, INCLUDING
NEW LESION IN THE CIRCUMFLEX.
3. NO RESTENOSIS OF LEFT ANTERIOR DESCENDING CORONARY ARTERY.
4. SUCCESSFUL PTCA AND STENT OF CIRCUMFLEX CORONARY ARTERY.


FORREST FLEMMING, M.D.


D: 01/29/2004
T: 02/11/2004
kb

Authenticated by H FORREST FLEMMING, MD On 2/17/04 1:48:51 PM

**BAPTIST MEDICAL CENTER**
2105 East South Boulevard
Montgomery, Alabama 36111
Telephone 334/288-2100

PATIENT: HUFFMAN, JAMES H                        ROOM #: 319
MR #: 000319167                                  PATIENT #: 0402900232
SURGERY DATE: 01/29/2004                         ADM DT #: 01/29/2004
SURGEON:  FORREST FLEMMING, M.D.~
ATTENDING PHYSICIAN: H FORREST FLEMMING, MD

NAME OF PROCEDURE:          1. LEFT HEART CATHETERIZATION
                            2. LEFT VENTRICULOGRAPHY
                            3. RIGHT AND LEFT CORONARY ARTERIOGRAPHY
                            4. PTCA AND STENT TO CIRCUMFLEX CORONARY ARTERY

PREOPERATIVE DIAGNOSIS:     UNSTABLE ANGINA

POSTOPERATIVE DIAGNOSIS:    SUCCESSFUL PTCA AND STENT

I.      PROCEDURE: This patient was brought to the Cardiac Catheterization Laboratory, prepped and draped in the usual fashion. 1% Lidocaine was infiltrated into the right groin area. Then, using the Seldinger technique, a 6 French sheath was placed in the right femoral artery and flushed with heparinized saline. A 5 French pigtail catheter was inserted over a guide wire, flushed in the descending aorta, and used to measure pressures in the aorta and left ventricle. This was then used to perform left ventriculography in the biplane projections. This catheter was removed over a guide wire and replaced with Judkins left and right 4 catheters, which were used to perform selective angiography in multiple levels of obliquity. A new 90% stenosis in the large first obtuse marginal branch was noted with no significant restenosis in the stented LAD and continued total occlusion of the right with good collateralization. Plans were made for PTCA of the circumflex coronary artery. A 6 French left 4 catheter was inserted over a guide wire and placed in the ostium of the left coronary artery. A 0.014 Choice wire was manipulated down the circumflex coronary artery and out the obtuse marginal branch, and a 3.5 x 8 mm Cypher stent was positioned and deployed at 13 atmospheres, yielding a final luminal diameter of 3.62 mm. The angiographic result looked excellent. After taking post PTCA views, the procedure was terminated. The sheath was sutured in place. Other apparatus was removed.

        Prior to the beginning of the procedure, the patient was given weight-adjusted Heparin, and an ACT measured at greater than 200 seconds. Integrilin bolus was given and infusion begun.

II.     HEMODYNAMIC DATA:
        A. Aortic pressure: 120/75.
        B. Left ventricular pressure: 120/8.

III.    LEFT VENTRICULOGRAM: The left ventricle is normal in size with normal contractility in all segments. There is no mitral insufficiency and the aortic structures appeared normal.

IV.     CORONARY ARTERIOGRAMS:
        A.  The left main coronary artery is normal and free of disease. It bifurcates into the LAD and circumflex coronary artery.
        B.  The left anterior descending coronary artery is large with mild irregularity in the proximal aspect with stenosis up to around 25%. The first diagonal branch is size B to A-B and has mild proximal disease. It is clean distally.
        C.  The left circumflex coronary artery is large but not dominant. The remaining portion of the circumflex coronary artery is normal. The first obtuse marginal branch is size A. There is a discreet 90% stenosis in its mid portion and is clean distally. The continuation of the circumflex has minimal disease.
        D.  The right coronary artery is totally occluded after a long area of severe disease in the mid portion. The distal vessel is well collateralized by the left system

**CATHETERIZATION REPORT**

**PATIENT: HUFFMAN, JAMES H**          **PATIENT #: 0402900232**

V.    POST PTCA AND STENT: Residual stenosis in the circumflex coronary artery is 0%. There is no dissection. There is TIMI grade III flow distally.

CONCLUSIONS:
1.  NORMAL LEFT VENTRICULAR SIZE AND WALL MOTION.
2.  THREE VESSEL CORONARY ARTERY DISEASE AS DESCRIBED ABOVE, INCLUDING NEW LESION IN THE CIRCUMFLEX.
3.  NO RESTENOSIS OF LEFT ANTERIOR DESCENDING CORONARY ARTERY.
4.  SUCCESSFUL PTCA AND STENT OF CIRCUMFLEX CORONARY ARTERY.


_____
FORREST FLEMMING, M.D.~

FF//kb
D: 01/29/2004
T: 01/29/2004


cc:    SHANE CUNNINGHAM, D.O.~


**CATHETERIZATION REPORT**

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Fri Jan 30, 2004 09:46 pm
Discharge Cumulative Trend Report from 01/29/04 1115 to 01/30/04 0415

Patient Name:      HUFFMAN, JAMES G                    All Sections-Page 1
Med Rec #:         000319167                           Adm: 01/29/04
Dis Dates          01/30/04
Phys-Service:      FLEMMING, H FORREST - MEDICINE
Acct #:            B0402900232
*******************************************************************************

## HEMATOLOGY

Last Tech: B6064

| Date: | 01/30 | 01/29 | | | | Normal Range |
|---|---|---|---|---|---|---|
| Time: | 0415 | 1115 | | | | |
| New Work: | * | * | | | | |
| WBC | 6.8 | 6.3 | | | | 4.0-10.0 (thou/cm |
| RBC | 3.79 L | 4.03 L | | | | 4.2-5.9 (mill/cu |
| Hgb | 12.1 L | 12.9 L | | | | 13.0-17.5 (gm/dl) |
| Hct | 35.9 L | 37.9 L | | | | 39-51 (%) |
| MCV | 95 | 94 | | | | 80-100 (fl) |
| MCH | 32 | 32 | | | | 26-34 (pg) |
| MCHC | 34 | 34 | | | | 31-35 (%) |
| Plt ct | 195 | 191 | | | | 150-440 (thou/cm |
| RDW | 13.6 | 13.5 | | | | 11.5-14.5 (%) |
| DIFF | | | | | | |
| Neutrophils | 63 | 63 | | | | |
| Lymphs | 25 | 25 | | | | 45-75 (%) |
| Monos | 7 | 7 | | | | 20-53 (%) |
| Eos | 4 | 5 | | | | 2-12 (%) |
| Basos | 1 | 0 | | | | 0-8 (%) |
| | | | | | | 0-2 (%) |

## COAGULATION

Last Tech: B2225

| Date: | 01/29 | | | | Normal Range |
|---|---|---|---|---|---|
| Time: | 1115 | | | | |
| New Work: | * | | | | |
| Pro Time | 11.7 | | | | 10.5-13.5 (sec) |
| PTT | 32 | | | | 21-34 (sec) |
| INR | .96 | | | | |

** DO NOT DISCARD **
Discharge Cumulative Trend Report

HUFFMAN, JAMES G
000319167
I/P 01/30/04
(M-10/29/53)
Dr. FLEMMING, H FORREST

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Fri Jan 30, 2004 09:46 pm
Discharge Cumulative Trend Report from 01/29/04 1115 to 01/30/04 0415

| | | |
|---|---|---|
| Patient Name: | HUFFMAN, JAMES G | Chemistry Profile-Page 3 |
| Med Rec #: | 000319167 | Adm: 01/29/04 |
| Dis Date | 01/30/04 | |
| Phys-Service: | FLEMMING, H FORREST - MEDICINE | |
| Acct #: | B0402900232 | |

**********************************************************************

CHEMISTRY   PROFILE                    Last Tech: B1573

| Date: | 01/30 | 01/29 | | | | | Normal Range | |
|---|---|---|---|---|---|---|---|---|
| Time: | 0415 | 1115 | | | | | | |
| New Work: | * | * | | | | | | |
| Calcium | 8.8 | 9.3 | | | | | 8.5-10.5 | (mg/dl) |
| Glucose | 83 | 99 | | | | | 60-120 | (mg/dl) |
| BUN | 8 | 9 | | | | | 7-20 | (mg/dl) |
| Creatinine | 0.7 | 0.9 | | | | | 0.6-1.4 | (mg/dl) |
| Sodium | 136 | 140 | | | | | 135-145 | (mmol/L) |
| Potassium | 5.2 H | 4.6 | | | | | 3.5-5.0 | (mmol/L) |
| Chloride | 101 | 102 | | | | | 97-112 | (mmol/L) |
| CO2 | 24 | 33 H | | | | | 22-32 | (mEq/L) |

End of Report

HUFFMAN, JAMES G
000319167
I/P 01/30/04
(M-10/29/53)
Dr. FLEMMING, H FORREST

** DO NOT DISCARD **
Discharge Cumulative Trend Report

PRINTED BY: b17606        DATE 10/5/2006



0402900232    HUFFMAN,JAMES G



Baptist H...
**I/P AND O/P**
**ADMISSIONS AND FACESHEET**

| | PC | INT |
|---|---|---|
| G | 11 | MP |

| PATIENT NO | DATE | TIME | SEX | DOB/AGE | RA | ... | TYPE | ... | STATION/ROOM/BED | MED REC NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 0402900232 | 01/29/04 | 1030A | M | 10/29/53 50Y | 1 | D | I/P | CAR | CAR 327/0 | 319167 |

**PATIENT**
NAME & ADDRESS
HUFFMAN,JAMES G
1108 THORNHILL AVE

SELMA    AL 36701

SS# 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
PH# (334)872-7713
COUNTY DALLAS

EMPLOYER

EMP PH#
OCC
EMP STAT
EMP I.D. NOT EMPLOYED

**GUARANTOR**
NAME & ADDRESS
HUFFMAN,JAMES G
1108 THORNHILL AVE

SELMA    AL 36701

DOB AGE 10/29/53 50Y
SS# 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
PH# (334)872-7713
REL SELF

EMPLOYER

EMP PH#
OCC
EMP STAT
EMP I.D. NOT EMPLOYED

**RELATIVE**
NAME & ADDRESS
SHERRILL,DEBBIE J
1108 THORNHILL AVE

SELMA    AL 36701

DOB AGE
SS#
PH# (334)872-7713
REL FRIEND

EMPLOYER

EMP PH#
OCC
EMP STAT
EMP I.D. NOT EMPLOYED

**REL 2**
NAME & ADDRESS
HUFFMAN,JAMES H
SELMA    AL 36701

HM (334)872-7713
PH#
WK

**INS #1**
INSURANCE CARRIER BLUE CROSS OF ALABAMA
SUBSCRIBER ID# DIR418789424    GROUP NAME SPECIAL OPEN ENROLLMENT P
GROUP PHONE# (800)760-6852    APPROVAL#
CONTACT ADDRESS 450 RIVERCHASE PKWY

INSURED NAME HUFFMAN,JAMES G
GROUP NUMBER 91000
CONTACT
CITY/STATE/ZIP BIRMINGHAM    AL 35298
REL TO INSURED 1

**INS #2**
INSURANCE CARRIER 832004 BLUE CROSS PRO FEE
SUBSCRIBER ID# DIR418789424    GROUP NAME SPECIAL OPEN ENROLLMENT PL
GROUP PHONE# (800)760-6852    APPROVAL#
CONTACT ADDRESS 450 RIVERCHASE PKWAY

INSURED NAME HUFFMAN,JAMES G
GROUP NUMBER 91000
CONTACT
CITY/STATE/ZIP BIRMINGHAM    AL 35298
REL TO INSURED 1

**INS #3**
INSURANCE CARRIER 380000 OTHER PPO
SUBSCRIBER ID# 418789424    GROUP NAME
GROUP PHONE#    APPROVAL#
CONTACT ADDRESS

INSURED NAME FFMAN,JAMES G
GROUP NUMBER
CONTACT
CITY/STATE/ZIP
REL TO INSURED

| DIAG CODE DIAGNOSIS | ALLERGIES | P | PT. CL. |
|---|---|---|---|
| 786.50-CHEST PAIN NOS | CODEINE,TETRACYCLINE+ | | |

| ACCIDENT TYPE | NATURE OF ACCIDENT | ACCIDENT DATE | TIME |
|---|---|---|---|
| | | | |

| ARRIVAL MODE | REFERRING FACILITY | CHURCH/DENOMINATION | |
|---|---|---|---|
| OTHER AMBULANCE | | CHR | |

ADMITTING PHYSICIAN
509 FLEMMING,H FORREST

PRIMARY CARE PHUSICIAN
UNNINGHAM,SHANE

ATTENDING PHYSICIAN
509 FLEMMING,H FORREST

REFERRING PHYSICIAN

LOCATION

E/R PHYSICIAN

ADMISSION TYPE
URGENT



FS 100    PRINTED BY: b17606    DATE 10/5/2006

Last Printed: 01/29/2004 10:59:18
06/11/03    A01

2119 East South Boulevard
Montgomery, AL 36116
P.O. Box 250110
Montgomery, AL 36125-0110
(334) 280-1500

C. McGavock ___, MD, FACP, FACC
John L. Finkle ___, FACC
Robert P. Robertoux, MD, FACC
Forrest Flemming, MD, FACC

___ id N. George, MD, FACC
___ l B. Moore, MD, FACP, FACC
___ Wynne Crawford, MD, FACP, FACC
R. Eric Crum, MD, FACC

Michael F. S___ MD, FACC
Eliyya G. Ab___ MD, FACC
Beverly A. Stoudemire, MD, FACP, FACC

## MONTGOMERY CARDIOVASCULAR ASSOCIATES, P.C.

*Hospital 2/04*

**MEDICAL RECORD REQUEST:**
- ❑ HP/Consult
- ❑ DC Summary
- ❑ CATH/PTCA
- ❑ OP Note
- ❑ Stress
- ❑ Echo
- ❑ _____

## DISCHARGE INSTRUCTIONS

Patient's Name: *James Huffman*  Referring M.D.: *ER / Fuentes*

Patient's Phone #: _____  Hospital: *BMC-SO*

MCA Acct. #: *89229*  Discharge Date: *2/20/04*

MCA M.D.: _____

Follow Up Appointment With *Primary Physician* At _____

Diagnosis: *Chest Pain  Drug Abuse*
*CAD*
*Hyperlipidemia*
Hospital Course/Procedures: *PVD*

*EKG + Enzymes Negative*

New Allergies:

Discharge Medicines:
1. *Plavix 75mg — daily until end of April*
2. *Lipitor 20mg — daily*
3. *Aspirin 81mg — daily*
4. *Nitrostat 0.4 mg — one under tongue every 5 minutes a needed for chest pain*
5. *Lexapro 10mg — daily*
6. *Xanax and Percocet as directed*
7. *Nexium 40mg — daily*

Diet: *Low Fat*

Special Instructions:

Return to work: _____

May Drive: *2/20/04*

Authenticated by
JOSE L. ESCOBAR, MD
On 2/26/04 11:41:20 AM

**PLEASE BRING THIS SHEET & THE MEDICINES WITH YOU ON YOUR RETURN VISIT TO OUR OFFICE!**

WHITE COPY: Patient   YELLOW COPY: MCA   PINK COPY: Referring M.D.   GOLD COPY: Hospital (Please put in front of progress notes)

PRINTED BY: b17006   DATE 10/5/2006

JAC22

HISTORIES:
BAPTIST HEALTH
2255
HUFFMAN, JAMES H
B0405000003
B000319167

PROBLEM LIST:
1. CHEST PAIN – NEGATIVE CARDIAC ENZYMES AND EKG – DURING POLICE ARREST
2. CORONARY ARTERY DISEASE, STATUS POST PTCA AND STENT OF LAD IN 2002, PTCA AND STENT OF CIRCUMFLEX CORONARY ARTERY IN 1/4 BY DR. FLEMMING, CHRONIC TOTAL OCCLUSION OF RCA WITH NORMAL LEFT VENTRICULAR FUNCTION.
3. DYSLIPIDEMIA.
4. SMOKER, CHRONIC OBSTRUCTIVE PULMONARY DISEASE.
5. PERIPHERAL VASCULAR DISEASE.
6. NONCOMPLIANCE WITH MEDICAL MANAGEMENT.

HISTORY: This is a 50 year old white male who, last night at approximately 8 p.m., while being arrested by the police due to what he states was an attempt to pay for his food at the deli shop with a check, was apparently arrested and, after that, developed some sternal chest discomfort with radiation to the left arm, and brought to the Emergency Room for further treatment. Negative cardiac enzymes and echocardiogram on admission to the Emergency Room, and pain relieved by Nitroglycerin. Presently pain-free.

PAST MEDICAL HISTORY:
1. Coronary artery disease, status post remote PTCA and stent of LAD and PTCA and stent of circumflex coronary artery in 1/2004 with chronic totally occluded RCA and preserved left ventricular function.
2. Dyslipidemia.
3. Peptic ulcer disease.
4. Lumbar disk disease.
5. Peripheral vascular disease.
6. Chronic obstructive pulmonary disease – asthma.
7. History of chronic anxiety.

PAST SURGICAL HISTORY: Laminectomy, PTCA and stenting.

ALLERGIES: CODEINE, TETRACYCLINE.

FAMILY HISTORY: Unknown.

SOCIAL HISTORY: Smoking, denies alcohol abuse, denies illicit drug abuse, although did not answer that frankly.

REVIEW OF SYSTEMS: Negative, otherwise.

PHYSICAL EXAMINATION: Blood pressure 105/57, heart rate 53 per minute, respiratory rate 18, temperature 97, saturation 100.

HEAD: Normocephalic, atraumatic.

NECK: No JVD or bruit.

CHEST: Clear to auscultation.

(CONTINUED)

PRINTED BY: b17606          DATE 10/5/2006

HEART: Regular rate and rhythm, S1, S2 without murmurs, rubs, gallops.

ABDOMEN: Benign.

EXTREMITIES: No clubbing, cyanosis, edema. Symmetrically +2 palpable pulses.

EKG: Sinus bradycardia; otherwise, negative.

CARDIAC ENZYMES: Troponin less than 0.04.

LABORATORY DATA: Pending.

PLAN: Admission to the floor, resume home medications as well as low molecular weight heparin, cardiac enzymes and cardiac catheterization by Dr. Flemming during the daytime. Will obtain drug screen, since the patient had slurred speech and was reluctant in answering if has been exposed to any illicit drugs. He consented for drug screen.

_____

JOSE ESCOBAR, M.D.

JE/ / kb
D: 02/19/2004
T: 02/19/2004


D: 02/19/2004
T: 02/19/2004
kb

Authenticated by JOSE L. ESCOBAR, MD On 2/26/04 11:41:11 AM

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA   36111
RADIOLOGY REPORT


Patient Name:  HUFFMAN, JAMES G
MR #: B000319167
Account #: 0405000003
Attending Physician:  ESCOBAR, JOSE L

Date Performed: 02/19/04 0109
Patient's Room: CV-211-2
Patient Type:I/P


Exam
1010   DR-CHEST PA OR AP ONE VIEW
              Ord Diag: ;CHEST PAIN

Check-in No.
1692442


HUFFMAN, JAMES

CHEST ONE VIEW:

Comparison 2/10/04. History of chest pain. No interval change.

Both lungs appear to be well expanded without an identifiable
abnormality.   Heart and cardiomediastinal structures   are
unremarkable.  I do not identify an abnormality of the bony
thorax.   The  pleural  space  and diaphragmatic  shadows  are
unremarkable.  Air spaces appear normal.

IMPRESSION:
1. NO ABNORMALITY IDENTIFIED.


                     /READ BY/ THOMAS S MOORE, M.D.
                     /Electronically Signed By/ THOMAS S MOORE, M.D.
        BS

POOR ORIGINAL QUALITY

HUFFMAN, JAMES
50years
Male    Caucasian

ID: 0000000003    19-Feb-2004    0:37:49

Marked sinus bradycardia
Abnormal ECG

Vent. rate         47 bpm
PR interval       162 ms
QRS duration    84 ms
QT/QTc        470/415 ms
P-R-T axes    64  72  65

Technician:

Referred by:

Unconfirmed



BAPTIST MEDICAL CENTER SOUTH

B046008003    HUFFMAN, JAMES G
DOB: 10/29/53    Age:50Y    MR R319187
Admit Date/Time: 02/19/04    0108A
908 AUSTIN, JESSE W



50years
Male          Caucasian
Room: 211B
Loc. 9

Technician: 46

Vent rate        60 bpm
PR interval      174 ms
QRS duration      82 ms
QT/QTc       434/434 ms
P-R-T axes    76   76   72

*** Age and gender specific ECG analysis ***
Normal sinus rhythm
Normal ECG

POOR ORIGINAL QUALITY

Referred by: ESCOBAR

B040800001
DOB: 10/29/53    HUFFMAN,JAMES G
Admit Date/Time: 02/19/04   AGE:50Y  MR #:319167
2255 ESCOBAR,JOSE [     0247A

EXHIBIT B

*Hospitalized at Shelby Medical*

# SHELBY BAPTIST MEDICAL CENTER
## ALABASTER, ALABAMA

### DISCHARGE SUMMARY

| | | | |
|---|---|---|---|
| **NAME:** | HUFFMAN, JAMES | **MR #:** | 224062 |
| **DOB:** | 10/29/1953 | **ADMISSION#:** | 57129694 |
| **AGE/SEX** | 52 /M | **PT CLASS: R** | **ROOM:** 244 |
| | | **CLINIC CODE:** | 2E |
| **ADMITTED:** | **04/23/2006 02:27** | **DISCHARGED:** | 04/27/2006 |
| **ATT MD:** | | **FAMILY MD:** | |

**DIAGNOSES ON DISCHARGE:**
1. Peripheral vascular disease with claudication.
2. Noncardiac chest pain.
3. Ongoing tobacco abuse.

**HISTORY OF PRESENT ILLNESS:** Patient is a 52-year-old white male presents with complaint of chest pain. Gives a textbook description, "elephant sitting on chest," jaw pain, left arm pain with associated nausea, diaphoresis, dyspnea. Patient, however, does not remember exertional pain but reports stress related. Patient has been incarcerated for forgery, which he denies. History of a stent at Baptist Montgomery, he cannot remember if 2004 or 2005.

**RISK FACTORS FOR HEART DISEASE:** Positive tobacco abuse, positive family history, positive hypertension. Negative diabetes mellitus. Positive hyperlipidemia.

**MEDS ON ADMISSION:** Plavix, Zocor, Xanax, Percocet, and Monopril.

**ALLERGIES: CODEINE.**

**REVIEW OF SYSTEMS:** HEENT: No headache. CARDIOVASCULAR: See history of present illness. PULMONARY: No cough, dyspnea. GI: No nausea, vomiting, diarrhea, melena, hematochezia, hematemesis. GU: No dysuria, frequency, or urgency. NEUROLOGIC: No seizure or syncopal disorder. VASCULAR: Positive for claudication of the right leg.

**PHYSICAL EXAMINATION:**
GENERAL: Reveals a well-developed, well-nourished, white male in no acute distress. HEENT: Normocephalic/atraumatic. Eyes: Extraocular movements are intact. Pupils equal, round, and reactive to light. Mouth: Tongue protrudes in the midline. NECK: Supple without bruits, lymphadenopathy, or thyromegaly. HEART: Regular rate and rhythm without murmurs, gallops, or clicks. LUNGS: Clear without rales, rhonchi, or wheezes. ABDOMEN: Soft, nontender. Bowel sounds are positive. No hepatosplenomegaly. NEUROLOGIC: No focal motor or sensory deficits. EXTREMITIES: Decreased pulses on the right leg.

**HOSPITAL COURSE:** Patient was admitted. Cardiology was consulted. Records were obtained from

---

## SHELBY BAPTIST MEDICAL CENTER
### ALABASTER, ALABAMA

### DISCHARGE SUMMARY

Montgomery.  After review, cardiologist recommended repeat cath.  Cath was performed.  It showed no change from previous cath done at Montgomery.  Recommended medical therapy only.  Patient was discharged to home.  Will follow up with cardiologist regarding his coronary artery disease.

MICHAEL J TURNER, MD

TR:  MT /SR   D:  07/06/2006 07:41:00   T:  07/06/2006 09:25:43   JOB:  7108897 /1353668

EXHIBIT C

*ER visit Prattville 5/06*



F0615000782   HUFFMAN, JAMES G
DOB: 10/29/53   Age:52Y   MR #:191817
Admit Date/Time: 05/30/06   1929P
917 SULLIVAN, JOEL C

**Baptist** Nursing Chart
**HEALTH**   Long Form   Page 1

Patient Name: _____   Arrival Time: _____
Family Doctor: *Finklea*   Triage Time: *1940*

---

Date: _____   Source: ☒ Patient   O Other: _____   Birthdate: _____   Age: ____   O Pediatric (>29 days – 12 years)

Sex: ☒ M  O F  LMP: _____   Weight _____ kg (Actual)   Height *5'11*  Immunization status: _____   Last Tetanus: _____

**Allergies:** O NKA  O Latex                                    Allergy Reaction:

**CHIEF COMPLAINT/Reason for Visit:**
O Return visit  Same Day
O Return visit  within 72 hours
O Workers Comp

*Chest Pain – 6 PM*

**MODE / METHOD OF ACCESS**

| Arrival Mode: | Entered by: | Patient Admitted from: | Treatment Prior to Arrival: | | |
|---|---|---|---|---|---|
| ☒ Automobile/Other | ☒ Ambulatory | ☒ Home | O None *EMS @ Joel* | O O2 Therapy | O IV |
| O Ambulance / Air | O Wheelchair | O Physician Office | O Ice | O Airway | O Medications |
| O Law enforcement | O Stretcher | O Nursing Home | O Dressing(s) | O Intubation | O CPR |
| O Auto Assist | O Carried | O Hospital | O Splint(s) | O Monitor | O Glucose ____ |
| | O Other | O Other | O C-collar/Backboard | O ACLS Protocol | O Decon |

**VITAL SIGNS TAKEN:** O *SITTING*  O *LYING*  O *STANDING*   **Orthostatic Vital Signs**   **PAIN SCALE**

| Time | Temp | Route | Pulse | Resp | B/P | Pulse Ox | | Time | >—O | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *1940* | *97.4* | *(O)* | *67* | *18* | *100/52* | *99%* | | Pulse | | | |
| | | | | | | | | B/P | | | |

Numeric Scale  0=No Pain  10=Worst Pain Imaginable
☒ Pain Intensity Rate: *9* . @ rest: ____
O Face Scale: (Faces Scale/Wong & Baker) / FLACC

**Level of consciousness:** ☒ A&O x3   O disoriented to:  person / place / time / situation
O dementia   O decreased LOC   O unconscious/comatose

**Skin:** ☒ Warm & Dry  O Hot  O Cool  O Cold  O Clammy  O Diaphoretic  O Pale

**Safe in home:** ☒ Yes  O No  Intervention:

**ADVANCE DIRECTIVES**  O DNR  O LIVING WILL  ☒ NONE  O Information Given

**Past Medical History:**  O Denies   O Unable to Assess

Exposure to:  O HIV  O Aids  O SARS  O STD  Symptoms: _____

Vaccinations: O Pneumonia  O Influenza  O Information Provided

Tobacco ____ Pack/day  Alcohol ____ drinks/day  Substance Abuse _____  O Cessation Advised

**Neuro:** CVA  TIA  Migraines  Seizures

**EENT:** Cataract  Glaucoma  HOH  Blind

**Cardiac:** MI  CHF  CABG  HTN  Pacer  Dysrhythmia

**Pulmonary:** Asthma  Bronchitis  COPD  Pneumonia

**GI:** Ulcers  GI Bleed  Constipation  Diverticulitis

**GU:** UTI  Kidney Stone  Prostate  Dialysis  AV Shunt

**GYN:** Pregnant now   Ectopic

**Ortho:** Osteo  Arthritis  Back pain

**Endo:** Thyroid  Diabetes

**Cancer:** _____

**Psychiatric:** Depression  Alzheimer
Autism  Parkinson's  Bi-polar
Schizophrenia   Prior Psych Admit
Hostile on admission

Onset of pain: *Today*
Location of pain: *Chest*
Quality: _____

**Trauma Assessment**  O Yes  O No
O Assault    O MVC Speed _____
O Stab    Impact: Rear / Front / T-Bone
O GSW    O Driver  O Passenger
O Fire    O Front  O Rear
O Fall    O Airbag  O Restrained
    O Motorcycle  O Bicycle
    Helmet  O Yes  O No
O Other

**Pain Scale faces:** 0 NO HURT, 2 HURTS LITTLE BIT, 4 HURTS LITTLE MORE, 6 HURTS EVEN MORE, 8 HURTS WHOLE LOT, 10 HURTS WORST

**CURRENT MEDICATION(S)**   **Meds Disposition:** O Patient  O Family  O Other

| O None | O See Medication List (attached) | Nurse 1 |
|---|---|---|
| O Narcotics | Drug: *P Nexium, Morphin 1, Asa* *Plavix, Zocor, Xanax, Lasix* | Nurse 2 |

**TRIAGE INTERVENTION(s):** O Ice/Elevation  O Dressing/Splint  O Glucose ____   O EKG  O C-Collar  O Respiratory Precautions

| Triage Category: | Triage disposition time ____ | TO O ER Bed ____ | O FT Bed ____ | Triage Nurse Signature:  ID # |
|---|---|---|---|---|
| ① ② ③ ④ ⑤ | O Waiting Room  O Hallway Bed  Report to: | | | *DJohnson 13656* |

ER160                                Form ER 16002  Rev. 01/27/06

Nursing Chart Long Form Page 2

**Airway and C-spine**
☑ WNL
○ Abnormal

○ Clear    ○ Obstructed
○ Intubated size _____ cm @ lip _____
○ C-spine secured by ED staff

```
F0615000782   HUFFMAN, JAMES G
DOB: 10/29/53  Age:52Y  MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN, JOEL C
```
_____%

**Breath Sounds**
☑ WNL / Clear
○ Abnormal

|   | Rales | Rhonchi | Wheezes | Diminished | Absent |
|---|---|---|---|---|---|
| R | ○ | ○ | ○ | ○ | ○ |
| L | ○ | ○ | ○ | ○ | ○ |

**Respiratory**
◑ WNL
○ Abnormal

○ Labored    ○ Apneic    ○ Expiratory Grunting
○ Rapid    ○ Retractions    ○ Cough - Productive
○ Shallow    ○ Stridor    ○ Cough - Non-productive
○ Nasal Flaring    ○ Tracheal deviation    ○ Sputum: color

○ Home Oxygen _____ L/min

**Cardiovascular**
○ WNL
○ Abnormal

○ Thready/weak    ⊘ Chest Pain/Tightness    ○ Irregular
○ Diaphoresis    ○ Dizziness    ○ Cyanosis
○ Arrhythmia    ○ Edema    ○ Pulses X 4

Notes: Monitor Rhythm

⊘ See Strips    ○ ICD

**Neurological**
☑ WNL
○ Not Assessed
○ Playful
○ Interactive with environment

○ LOC    ○ Combative    ○ Lethargic
○ Headache    ○ Syncope    ○ Tremors
○ Disoriented    ○ Seizures    ○ Vertigo/Dizzy
○ Speech difficulty / slurred    ○ Confusion    ○ Unresponsive
○ Responds to Voice only    ○ Responds to Pain only    ○ Follows
○ Change in mental status    ○ Moves all extremities    commands

Notes:
○ Seizure precautions
○ Neuro vital signs (see NN)
○ Glasgow Coma Scale
○ CVA Protocol (NIH Stroke Scale)

**GI**
○ WNL
○ Not Assessed

⊘ N/V/D    ○ Cramping    ○ Constipation    ○ Rigid Abd
vomiting x ___    ○ Pain    ○ Distention    ○ Tender Abd
○ BS + -    ○ Bleeding    ○ Weight Loss / Gain    ○ Last BM____

Notes:
○ Nutritional risk  Yes  No
○ Dentures  Upper  Lower
○ Meal Given

**GU / GYN**
☑ WNL
○ Not Assessed

○ Pregnant    ○ Pain    ○ Freq/urgency    ○ Amenorrhea
G__P__A___    ○ Distention    ○ Incontinent    ○ Dysmenorrhea
EDC _____    ○ Hematuria    ○ Flank pain L R    ○ Vaginal Bleeding
○ FHTs _____    ○ Burning    ○ Blood at Meatus    ○ Discharge

Notes:
○ Ostomy _____
○ Foley  size _____
Urine description:

**Musculo-skeletal**
☑ WNL
○ Not Assessed

○ Pain    ○ Unable to Assess Gait    ○ Splinting
○ Swelling    ○ Unsteady gait    ○ Weakness
○ Deformity    ○ Assist Device    ○ History of falls

Notes:  R  L  Handed
Gait Device: Cane  Walker
Crutches  W/C  Prosthesis

**Integumentary**
☑ Intact
○ Not Assessed

○ Bruises    ○ Wound    ○ Pale    ○ Cyanotic  ○ Jaundice
○ Rash    ○ Laceration    ○ Fistula : Location _____
○ Abrasions    ○ Lesions    ○ Bruit + -    ○ Thrill + -

Notes:
○ Exposure to Chemicals
○ Burns

**EENT:**
☑ WNL
○ Not Assessed

○ Eye  R L  Both  Pupil size  R ___ mm L __ mm  Hearing Aid:  R  L  B
○ Ear  R L  Both    ○ Drainage    ○ Itching    ○ Pain
○ Nose    ○ Throat    ○ Dental    ○ Congestion    ○ Redness

○ Visual Acuity
R 20/____  L 20/____  B 20/____
Glasses    Contacts

**Psychiatric:**
☑ WNL
○ Not Assessed

○ Memory changes    ○ Delusions    ○ Calm    ○ Suicidal ideations
○ Depression    ○ Insomnia    ○ Hostile    ○ Homicidal ideations
○ Anxiety    ○ Hallucinations    ○ Agitated    **Plan?  Yes  No**

Notes:
○ Environment secured
○ Restraints Present

**Suspected:**  ☑ None
○ Child/Elder Abuse
○ Sexual Assault
○ Domestic Violence
○ Victim of Violent Crime

**Referrals/Reporting:**
○ Social Service
○ Behavioral Health
○ Police / Security
○ CPS / APS / DHHR
○ Animal Bite
○ Poison Control
○ SART / SANE

**Communication Deficit:**
☑ No deficit
○ Language barrier
○ Hearing Impaired
○ Uses Sign Language
○ Visually Impaired
○ Altered Mental Status
○ Translator _____
Dominant Language: _____

**Barriers to learning:**  ⊘ None
○ Physical limits _____
○ Emotional _____
○ Cultural _____
○ Religious/Spiritual _____
○ Suspected low literacy skills
○ Developmental disability

**Safety measures addressed**
○ Side rails Up    ⊘ ID Bracelet On
○ Risk of falls    ○ Falls Bracelet

**Support System:**
○ Lives Alone
⊘ Family/Significant Other
○ Minor  w / Parent
○ Minor w/o Parent
○ Nursing Home
○ Assisted Living Home
○ Other

Marital Status:  S  M  W  D

**Developmental Milestones**
○ Achieved    ○ Delayed

PRINTED BY: B13736

Nurse Signature (Nurse completing assessment)    ID #    Time
DATE 10/11/2006    13656    1940



F0615000782   HUFFMAN,JAMES G
DOB: 10/29/53   Age:52Y   MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN,JOEL C



**Baptist** Nursing Chart
HEALTH   Long Form   Page 3

Patient Name: _____

| IV Push is medications given in < 16 minutes | | | | | | **MEDICATIONS** | | | | *(Put medications in the same syringe on one line)* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Route | | | | | | | | Response to Medication | | |
| Time | IV Push | IM | SC | PO | Other | Medication | Dose | Site | Initials | Time | Pain Scale / Other | Initials |
| 2014 | O | O | O | O | ⊘ | NTG | 1/150 | SL | SW | | | |
| 2014 | O | O | O | ⊘ | O | ASA | 325 | PO | SW | | | |
| 2014 | O | O | O | ⊘ | O | MVD | 600 | PO | SW | | | |
| 2036 | ⊘ | O | O | O | O | Morphine | 4mg | IV | SW | | | |
| 2122 | ⊘ | O | O | O | O | Morphine | 4mg | | hr | | | |
| 2204 | O | O | O | ⊘ | O | Plavix | 3ns | PO | d | 2200 | feeling | de |
| 2206 | O | O | O | ⊘ | O | Xanax | 1mg | PO | d | | better | |
| | O | O | O | O | O | | | | | | | |

O TD Adult   O DT Pedi   O Tetanus Toxoid   O Rabies   O Rabies IG   O Other   O VAR Completed

Thrombolytics:   O Cardiac   O Stroke   O Vasopressors   O Intraosseous Infusion   O No response to med required

| PARENTERAL THERAPY - IV FLUIDS | | | | | O IV Pump   O Warmed solution   O Buritrol | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Site | Per Hr IV ⊘ | KVO O | Lock ⊘ | Start TIME | Stop TIME | Hydration | Medication | Solution/Additive Medication | Rate / Bolus | Repeat Med | Initials |
| 1 | Site ⊘ AC | | | 2015 | 2205 | ⊘ | O | NS | 150 /hr | O | SW |
| Time 2015 | Gauge 20G | | | | | O | O | | | O | |
| | Attempts x 1 | | | | | O | O | | | O | |
| | Blood drawn | | | | | O | O | | | O | |
| 2 | Per Hr IV O | KVO O | Lock O | | | O | O | | | O | |
| Time | Site _____ | | | | | O | O | | | O | |
| | Gauge _____ x___ | | | | | O | O | | | O | |
| 3 | Per Hr IV O | KVO O | Lock O | | | O | O | | | O | |
| Time | Site _____ | | | | | O | O | | | O | |
| | Gauge _____ x___ | | | | | O | O | | | O | |

| INTAKE | Amount | OUTPUT | Amount | Response to IV therapy | |
|---|---|---|---|---|---|
| Oral | | Urine | | ⊘ Tolerated well, no adverse reaction noted | |
| IV | | Gastric | | | |
| Other | | Other | | **Blood Transfusion** | **IV Site at disposition** |
| TOTAL | | TOTAL | | O Routine   O Emergent | Time: 2205   O Patent   ⊘ Discontinued |
| | | | | Total # of units _____ | ⊘ No redness   ⊘ No swelling   ⊘ catheter intact |

| Vital Signs | | | | ⊘ Continuous NIBP (strips attached) | | | | Titrated Medications   O See flow sheet | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | Temp | Pulse | Resp | B/P | Pulse Ox | Glucose Checks | Pain Scale | Time | Med #1 | Med #2 | Med #3 | Initials |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Form ER 16002  Rev. 01/27/06

Nursing Chart Long Form Page 4

## PROCEDURES / TREATMENT CARE

### EYE
- O Eye Exam – **NO FB found**
- O FB Eye Exam/Slit lamp
- O FB Eye Exam/No Slit lamp
- O Eye irrigation   R   L   Both
- **Amount** _____

### NOSE/EAR
- O Nasal Cautery
- O Nasal packing-anterior
- O Nasal packing-posterior
- O Nasal packing-balloon
- O Ear irrigation (ear wax) R  L

F0615000782   HUFFMAN, JAMES G
DOB: 10/29/53   Age:52Y   MR #:191817
Admit Date/Time:  05/30/06   1929P
917 SULLIVAN, JOEL C

O Procedure "Time Out" by: _____

### CARDIOLOGY
- ⊘ Cardiac monitor
- ⊘ EKG – by ED staff
- ⊘ Repeat EKG  by ED staff
- O Pulse Ox-continuous
- O Central line  O < 5yr  O ≥ 5yr
- O External pacer
- O Temporary internal pacer
- O Cardioversion (electric)
- O Pericardiocentesis
- O Declot vascular device
- O PICC line  O < 5yr  O ≥ 5yr
- O Arterial Blood Gas
- O Blood / Needle exposure

### GI / GU
- O Straight/quick cath for UA
- O Foley catheter   Size _____
- O Bladder irrigation
- O Foley removed
- O Rectal exam   O Anoscopy
- O Rectal disimpaction
- O Enema    O Repeat x ___
- O NG w/ suction _____
- O NG w/ Lavage _____
- O G-tube replace   O Reposition
- O Pelvic Exam
- O Sexual Assault Exam
- O Incontinence Care

### RADIOLOGY
- ⊘ X-Ray preparation
- O CT  US  MRI  IVP   __
- O IV contrast   O Oral contrast
- O Monitor in radiology / CT

### LAB
- ⊘ Venipuncture (ED Staff)
- ⊘ Lab Test (any)
- ⊘ Specimen collection(not blood)
- O Point of care test
- O Urine Dip    O Rapid Strep
- O Central line blood draw
- O Hemocult    +  –
- O Genital cultures

### SPECIAL PROCEDURES
- O Isolation  (Medical)
- O Lumbar puncture
- O Epidural blood patch
- O Procedural sedation IV/IM
- O Paracentesis / Dx lavage
- O Hypothermia care
- O Hyperthermia care

### BEHAVIORAL MANAGEMENT
- O Psychiatric evaluation
- O Restraints
- O Seclusion or 1:1 obs
- O Involuntary commitment
- O Psychiatric code called

### PULMONARY
- O Airway: Oral Nasal   O Oxygen  Mask  Cannula ___ Liters/min   O End-tidal CO2  +  –
- O Intubation  Tube: _____   O Cricothyroidotomy   O Thoracentesis (Needle)
- O PTA  O ED  O Anesthesia   O Tracheostomy   O Chest tube insertion
- O Rapid sequence induction   O Trach Care   Tube size: ____ R / L   O Bilateral
- O Ventilation assist  Bi-Pap  C-Pap   O Suction Oral/Nasal/Trach   O Nebulizer(s) X _____

- O CPR
- O **CODE**   Time: _____
- Medical   Pediatric   Trauma
- O **Code Sheet Completed**
- Trauma team   O 1  O 2  O 3

## DISPOSITION / OUTCOME

**PATIENT PROPERTY:**  O Sent home   O Secured / hospital safe   O Patient retains/accepts responsibility   O Sent with patient
O Dentures  O Glasses  O Hearing device  O Clothing  O Cane  O Crutches  O Walker  O Valuables  O Other: _____

- ⊘ Discharged  Time 2209
  - O Nursing Home
  - O AMA signed  unsigned
  - O LBMSE
- Admitted  Time _____ Room ___
  - O Regular Room
  - O Telemetry    O ICU / CCU
  - O Surgery    O Cath Lab
  - O Psychiatric   O Observation
- Transferred    Time: ___
  - O Hospital
  - O Psychiatric

  O **Extended Stay** (>4 hours)
- O **Expired**   Time: _____
  - O Coroner called
  - O Released to Funeral Home
  - O Organ donation addressed

  Notes:

## TEACHING / DISCHARGE CARE

**CORE MEASURES:**  O AMI   O Pneumonia   O Heart Failure   O Stroke

| | | | |
|---|---|---|---|
| Smoking cessation advised  O <3 min  O ≥3 min | Instruction(s) given to: | Discharge Mode: | Accompanied by: |
| ⊘ Discharge Instruction sheet provided | ⊘ Patient | ⊘ Ambulatory  O Carried | O Self /Parent |
| ⊘ Verbal understanding of discharge / RX | O Parent / Family | O Ambulance  O Crutches | O Spouse  O Friend |
| O Meds dispensed by physician _____ | O Friend | O Wheelchair  O Stretcher | ⊘ Police  O Family |
| O Extended patient education | O Other | | O Other |

O Work/School Excuse (see copy)    O Workers Comp Papers Initiated  (see copy)    O **ED Boarder**  Time: _____

### TRIAGE OUT VITAL SIGNS

| Time | Temp | Pulse | Resp | B/P | Pulse OX | Pain Scale | FHT |
|------|------|-------|------|-----|----------|------------|-----|
| 2209 | | 56 | 12 | 134/77 | 98% | | |

**Condition:** ⊘ improved   O unchanged   O _____

Triage Out Note: D/C inst, Rx reviewed c̄ pt, Sheriffs Dept, stated understanding, state feeling better.

Signature and Employee ID  Dallie Christy 18364  Initials d

Signature and Employee ID

PRINTED BY: b13736

DATE

Admit Report called to: _____   Time: _____

Discharge Nurse  Dallie Christy 18364  Initials d

1 of 1    1 of 2

%

F061500782  HUFFMAN, JAMES G
DOB: 10/29/53  Age: 52Y  MR #: 191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN, JOEL C

© 1996 - 2004 T-System, Inc. Circle or check affirmatives. backslash (\) negatives.

33

**Baptist Health**
**EMERGENCY PHYSICIAN RECORD**
**Chest Pain**   (5)

DATE: 5/30  TIME:_____  ROOM: 3 _____  *EMS Arrival*

HISTORIAN: (patient)  spouse  paramedics_____

__HX / __ EXAM UNOBTAINABLE 2° TO:_____

## HPI

| | |
|---|---|
| **chief complaint:** | (chest pain) / discomfort |

**started:**  6 pm

Bent over - when stood
up had acute pn

| **time course:** | constant   "waxing / waning" |
|---|---|
| (still present)  better | intermittent episodes lasting |
| gone now | |
| *lasted* | worse / persistent since |
| resolved on arrival in ED | |

**quality:**     **location of pain:**
pressure
tightness
indigestion
burning
dull
aching
sharp
stabbing
"pain"
"numbness"
"like prior MI"



**radiation:**  none   diagrammed above_____

**associated symptoms:**
nausea                shortness of breath
vomiting              sweating

| **worsened by:** | **relieved by:** | nitroglycerin  1  2  3 ___ |
|---|---|---|
| change in position | sitting up | *patient's own supply* |
| deep breaths / turning | rest | *given by paramedics* |
| exertion | antacids | *relief- none / partial /* |
| nothing | nothing | *complete / transient* |
| | | Oxygen    NRB ___ L |

| **onset during:** | **severity:** |
|---|---|
| sleep  rest  light activity | *maximum: (1-10)____* |
| mod. / heavy exertion | mild  moderate  severe |
| emotional upset | *when seen in ED: (1-10)* |
| cannot recall | gone  almost gone  mild  moderate  severe |
| Bendy Over | residual discomfort in arm  (R/L) |

Similar symptoms previously_____
pt took 1 Norco
pto

Recently seen / treated by doctor
pt in Jail -

### PAST HX    negative    * = MI risk factors

| *high blood pressure | emphysema |
|---|---|
| *diabetes  insulin / oral / diet | collapsed lung |
| *high cholesterol | stroke |
| *heart disease | peptic ulcer |
| heart attack (MI) | *documented?  yes  no* |
| angina / heart failure (CAD) | gall stones |
| | thyroid disease |
| *DVT / PE / risk factors | |
| GERD | |
| other problems | |

**Surgeries / Procedures**    none    non-contributory

| cardiac bypass | tonsillectomy |
|---|---|
| cardiac cath | cholecystectomy |
| angioplasty  2004 | appendectomy |
| thrombolytics | hysterectomy |
| pacemaker | defibrillator |

| Medications   none  (see nurses note) | Allergies   NKDA |
|---|---|
| NSAID  acetaminophen  BCP's | see nurses note |
| ASA  time of last dose | TCN |

**SOCIAL HX**   recent ETOH   *smoker   drug abuse

**FAMILY HX**  DM (HTN) (CAD) ( less than 55yo / greater than 55yo )
sudden death   stroke   diabetes

### ROS

__HX / __ EXAM UNOBTAINABLE 2° TO:

| CHEST / CONST | NEURO |
|---|---|
| fever | headache |
| chills | blackouts |
| cough | EYES / ENT |
| *sputum* | blurred vision |
| ankle swelling | sore throat |
| calf / leg pain | GI / GU |
| | abdominal pain |
| | black / bloody stools |
| | problems urinating |
| FEMALE REPRODUCTIVE | SKIN / LYMPH / MS |
| LNMP     – | skin rash / swelling |
| vaginal discharge  – | joint pain |
| abnormal bleeding | all systems neg. except as marked |

x_____ RN / PA / NP

_____ MD

10/ ____ RN / PA / NP sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.

PRINTED BY: b13730     DATE  10/9/2006

☑ Nursing Assessment Reviewed   ☑ Vitals Reviewed   ☐ Bilateral BP

## PHYSICAL EXAM

**General Appearance**
__ no acute distress
__ alert

__ IV_____
__ mild / moderate / severe distress_____
__ anxious / lethargic_____

**EYES**
__ nml inspection

__ scleral icterus / pale conjunctivae_____

**ENT**
__ ENT nml inspection
__ pharynx nml

__ purulent nasal drainage_____
__ pharyngeal erythema_____

**NECK**
__ nml inspection

__ thyromegaly_____
__ lymphadenopathy ( R / L )_____

**RESPIRATORY**
__ no resp; distress
__ chest non-tender
__ nml breath sounds

__ see diagram
__ respiratory distress_____
__ manifests distinct pain on movement
     of ( R / L ) arm  of trunk_____
__ splinting / decr air mvmnt
__ rales
__ rhonchi
__ wheezing

**CVS**
__ regular rate, rhythm
__ no murmur
__ no gallop
__ no friction rub
__ normal pulses

__ irregularly irregular rhythm_____
__ extrasystoles ( occasional / frequent )
__ tachycardia / bradycardia
__ PMI displaced laterally
__ JVD present
__ murmur   grade __/6  sys / dias
     cresc / cresc-decresc / decresc
__ gallop ( S3 / S4 )
__ friction rub_____
__ decreased pulse(s)
     R  carotd____ fem____ dors ped____
     L  carotd____ fem____ dors ped____

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe
(e.g., Tsv = severe
tenderness)

**GASTROINTESTINAL**
__ non-tender
__ no organomegaly

__ tenderness
__ guarding
__ rebound
__ abnml bowel sounds_____
__ hepatomegaly / splenomegaly / mass

**RECTAL**
__ non-tender
__ heme neg stool

__ black / bloody / heme pos. stool_____
__ tenderness

**SKIN**
__ color nml, no rash
__ warm, dry

__ cyanosis / diaphoresis / pallor_____
__ skin rash_____

**EXTREMITIES**
__ non-tender
__ normal ROM
__ no pedal edema
__ no calf tenderness

__ pedal edema_____
__ calf tenderness
__ clubbing_____

**NEURO / PSYCH**
__ oriented x3
__ mood / affect nml
__ CN's nml/as tested
__ no motor / snsry deficit

__ disoriented to: person / place / time___
__ depressed affect
__ facial droop / EOM palsy / anisocoria
__ weakness / sensory loss _

**EKG MONITOR STRIP** __ NSR __ Rate_____
__ normal      __ abnormal_____
**EKG** __ NML ☐Interp. by me  ☐Reviewed by me  Rate____
__ NSR  __ nml intervals  __ nml axis  __ nml QRS  __ nml ST/T

not / changed from:_____
__ Repeat EKG  __ unchanged / _____
Chest Pain - 33

## LABS, EKG & XRAYS:

| CBC | Chemistries | Ca_____ | UA |
|---|---|---|---|
| normal except | normal except | Bilirubin___ | normal except |
| WBC___ | BUN___ | | WBC___ |
| Hgb___ | Creat___ | Magnesium___ | RBC's___ |
| Hct___ | Gluc___ | BNP___ | bacteria |
| Platelets___ | Alk Phos___ | D-Dimer___ | dip:___ |
| segs___ | ALT___ | CK___ | |
| bands___ | AST___ | CKMB___ | |
| lymphs___ | Na___ | Troponin___ | |
| monos___ | K___ | PT___ | |
| eos___ | Cl___ | PTT___ | |
| | CO2___ | INR___ | |

CXR  ☐Interp. by me  ☐Reviewed by me  ☐Discsd w/ radiologist
__ nml / NAD   __ no infiltrates   __ nml heart size   __ nml mediastinum

not / changed from:_____
**Pulse Ox** ____ % on RA / ___ L / ___ % at (time)_____
__ normal   __ abnormal_____

**treatment**
**Medications Given:** time:_____
ASA   ACE inhibitor   Beta Blockers   Thrombolytics   Nitrates

**Discharge Medications:**

## PROGRESS:

Re-evaluation time 213? unchanged improved re-examined
Re-evaluation time 22? unchanged improved re-examined  ΦC.
Re-evaluation time _____ unchanged improved re-examined

O>C CP - acute ont p Benadryn stay
u/
22w - leg, & billy ī guard

**TREATMENT:** • angina protocol NTG, MS, M v/n
• unstable angina protocol_____
• acute MI protocol or acute coronary syndrome protocol___
**MEDICAL DECISION:**_____
__ Rx given_____

__ Follow up with_____

Relinquished care to Dr._____     Time:_____
__ Discussed with Dr._____     __ CRIT CARE- 30-74 min
__ will see patient in: office / ED / hospital     75-104 min _____ min
__ Counseled patient/family regarding:     __ Prior records ordered
lab results  diagnosis  need for follow-up     __ Additional history from:
__ Admit orders written     family caretaker paramedics

## CLINICAL IMPRESSION:

| | |
|---|---|
| Chest Pain - acute precordial | Acute MI |
| Chest Wall Pain - acute | Unstable Angina |
| Dyspnea - acute | Pericarditis - acute |
| Costochondritis - acute | Acute Aortic Dissection |
| Myofascial Strain - acute | Pulmonary Embolism |
| Viral Syndrome - acute | Acute Pulmonary Edema / CHF |
| Bronchitis - acute | Atrial Fibrillation - rapid vent. response |
| Viral Pleuritis (Pleurisy) | controlled uncontrolled new-onset chronic |
| Abnormal EKG | Pneumonia |
| GERD | Pneumothorax |

DISPOSITION- ☐home  ☐admitted  ☐transferred_____
CONDITION-  ☐unchanged  ☐improved  ☑stable _____

x_____MD / DO  x_____MD / DO
     Resident                    Attending

☐ IIx review, Patient interviewed, Medical Decision Making, and Examined by
Physician.
DATE  10/9/2006

%

F0615000782    HUFFMAN, JAMES G
DOB: 10/29/53    Age: 52Y    MR #: 191817
Admit Date/Time: 05/30/06    1929P
917 SULLIVAN, JOEL C

 **Baptist** HEALTH

**ER PRESCRIPTION & DISCHARGE INSTRUCTIONS**
Page 2 of 3

DISCHARGE INSTRUCTIONS - PATIENT COPY

| Weight | Phone | Allergies | Tetracycline | | Location SOUTH |
|--------|-------|-----------|--------------|--|-----------------|

**MEDICINES PRESCRIBED**    If non, check this box: ☐    **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.**

| | Name/Strength; | Number | Schedule / Duration | No Refills | Refills |
|--|----------------|--------|---------------------|-----------|---------|
| 1. | | | | ☑ | |
| 2. | | | | ☐ | |
| 3. | | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

**INSTRUCTIONS SHEET(S) GIVEN**
☐ Asthma          ☐ Crutches        ☐ Head Injury        ☐ Threatened Ab
☐ Back Pain       ☐ Fever           ☐ Otitis Media       ☐ Vomiting / Diarrhea
☐ Cast/ Splint Care ☐ Fracture      ☐ Sprains / Bruises   ☐ Wound Care
                                     ☐ ST                 ☐ Other(s)

Return for signs of infection
Increased Redness
Increased Swelling
Increased Drainage
Increased Heat

Additional Instructions: _____

Referred to: _____
☐ Dr. _____
   Phone: _____
☐ Call on next business day for follow-up appointment
   in _____ days / weeks    ☐ Next available

☐ Return to Emergency Dept in _____ hours / days for recheck.
☑ If no improvement or your condition worsens, call your private
   physician or return to the Emergency Department for a recheck.
☑ Learning needs assessed    ☐ Instructions Modified
☐ Education provided on new Medication _Plavix_

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I many have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _James G. Huffman_    ☐ Patient ☐ Relative ☐ Other    Time Released: > 2209 HS

INSTRUCTED BY: _____    PHYSICIAN: _____

**WORK/SCHOOL STATEMENT from the Emergency Department**

PATIENT                                              DATE

☐ Patient was seen by Dr. _____
☐ No athletics / physical education: _____ days
☐ May return to work/school without restrictions
☐ Will require time off work / school.  Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for _____ days*
   Restrictions: _____
☐ _____ was here with relative/child.
☐ Other _____

Time off from school or work longer than three days should be approved by a Personal or Company/Occupational Medicine Physician, unless otherwise stated.

ER 160    PRINTED BY: b13736    DATE 10/9/2006    FORM # ER 16008 REV. 03/07/06

**%**

F0615000782  HUFFMAN, JAMES G
DOB: 10/29/53  Age:52Y  MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN, JOEL C
Patient Information



**Baptist** HEALTH

## AERAS PHYSICIAN ORDER SHEET

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | | **PROCEDURE SET-UPS** | | |
| | ❑ Visual Acuity | | | |
| | ❑ Eye Box | ❑ Morgan Lens<br>❑ Tetracaine | ❑ Corneal Burr<br>❑ Tonopen | ❑ Dacriose<br>❑ Woods Lamp |
| | ❑ Nose Tray | ❑ Head Light | | |
| | ❑ Dental Box | | | |
| | ❑ Ortho Box | | | |
| | ❑ Pelvic Exam | | | |
| | ❑ Lumbar Puncture | | | |
| | ❑ NG-Tube | | | |
| | ❑ Splint | | | |
| | ❑ Crutch Walking | | | |
| | ❑ Suture Set-Up | | | |
| | | **BEHAVIORAL HEALTH** | | |
| | ❑ Psychiatric Evaluation/Screening | | | |
| | ❑ Restraints | See Restraint Order Sheet | | ❑ 1:1 Seclusion |
| | | **IV FLUIDS** | | |
| | ❑ IV Site _ x1 _ x2 | | | |
| | ❑ IV Bolus | ❑ _____ X500ml | ❑ _____ 1 Liter | ❑ _____ 2 Liters |
| | ❑ IV Fluids | _____ at _____ ml/hr | _____ at _____ ml/hr | _____ at _____ ml/hr |
| | ❑ IV Critical Drips | Cardizem | Nitroglycerin | Dopamine |
| | | Nipride | Integrillin | Other |

| TIME | MEDICATIONS | TIME | MEDICATIONS |
|---|---|---|---|
| | NSc 100 — *[handwritten]* | | Murphy, *[handwritten]* |
| | NTG 1/150 SL | | *[handwritten]* |
| | ASA 325 | | Xanax T *[handwritten]* |
| | MVO 60 *[handwritten]* | | Plavix *[handwritten]* |
| | Murphy, *[handwritten]* | | ❑ See additional medication order form. |

| TIME | CONSULTS | | | |
|---|---|---|---|---|
| ❑ Primary Physician<br>Time Notified<br>Time Responded | ❑ On-Call Specialist<br>Time Notified<br>Time Responded | ❑ GMS/FMS/Hospitalist<br>Time Notified<br>Time Responded | ❑ Other<br>Time Notified<br>Time Responded | |

| | | DISPOSITION | | |
|---|---|---|---|---|
| TIME | DISCHARGE | ADMISSION | TRANSFER | EXPIRED |
| | ❑ Home | ❑ Regular Room #____ | ❑ Hospital | ❑ Coroner Called |
| | ❑ AMA  signed  unsigned | ❑ Telemetry Room #____ | ❑ Psychiatric/Meadhaven | ❑ Death Certificate Signed |
| | ❑ Elopement | ❑ Observation Room #___ | ❑ Other | |
| | ❑ LBMSE | ❑ Surgery | | |
| | ❑ Work/School Excuse Provided x's ___ Days | | ❑ Workers Comp Papers Initiated | |

| PHYSICIAN SIGNATURE: | | EXTENDER SIGNATURE: | |
|---|---|---|---|
| Certified Medical Emergency | ❑ Yes  ❑ No | | Dictation # |


**ER 160**

**PAGE 4 OF 4**   Form #ER 16005 Revised  02/13/06

Case 2:06-cv-00748-MEF-WC    Document 29-2    Filed 11/27/2006    Page 43 of 48

Name:  HUFFMAN, JAMES G                DOB:  10/29/1953
MR:  F000191817        Acct:  F0615000782
AdmPhys:  Sullivan, Joel C., MD
Admit date:  05/30/2006          Discharge date:  05/30/2006

## CHEMISTRY

COLLECTION DATE:   5/30/06
COLLECTION TIME:   8:19:00 PM

|  |  |  | REF RANGE | UNITS |
|---|---|---|---|---|
| Gluc | 137 | H | [60-120] | mg/dL |
| BUN | 18 | | [7-20] | mg/dL |
| Creat | 1.0 | | [0.6-1.4] | mg/dL |
| Sodium | 136 | | [135-145] | mmol |
| Potassium | 4.2 | | [3.5-5.0] | mmol |
| Chloride | 102 | | [97-112] | mmol |
| CO2 | 28 | | [22-32] | mmol |
| Calcium | 8.8 | | [8.5-10.5] | mg/dL |
| Total Protein | 6.9 | | [6.4-8.2] | gm/dl |
| Albumin | 3.8 | | [2.8-5.0] | gm/dl |
| Alk Phos | 88 | | [50-136] | u/l |
| ALT | 32 | | [0-55] | u/l |
| AST | 13 | | [8-42] | u/l |
| Bili Total | 0.1 | | [0.0-1.0] | mg/dL |
| Magnesium | 2.0 | | [1.6-2.4] | mg/dL |
| proBNP i | 57 | | [0-299] | pg/mL |

05/30/2006 08:19:00 PM proBNP:
<300 mg/dL excludes CHF

## Cardiac Enzymes

COLLECTION DATE:   5/30/06
COLLECTION TIME:   8:19:00 PM

|  |  | REF RANGE | UNITS |
|---|---|---|---|
| Troponin-I | <0.04 | [<=0.60] | ng/mL |

%%END

Pratt
Name:  HUFFMAN, JAMES G                    DOB:  10/29/1953
MR:   F000191817      Acct:  F0615000782
AdmPhys:  Sullivan, Joel C., MD
Admit date:  05/30/2006            Discharge date:  05/30/2006


### COAGULATION


    COLLECTION DATE:    5/30/06
    COLLECTION TIME   8:19:00 PM

|              |       | REF RANGE      | UNITS |
|--------------|-------|----------------|-------|
| PT           | 11.3  | [10.2-12.9]    | Sec   |
| INR          | 0.95  | [0.90-1.19]    |       |
| PTT          | 26    | [21-33]        | Sec   |
| D-Dimer Advanced i | 0.43 | [0.40-2.50] | mg/L  |

05/30/2006 08:19:00 PM D-Dimer Advanced:
D-Dimer with a result of < 1.0 mg/L
can be used to RULE OUT
the diagnosis of DVT and PE.


%%END

Nightfax          10/9/2006 12:55    PAGE 17/21   Nightfax
Prattville Baptist Hospital          LABORATORY

Name:  HUFFMAN, JAMES G                DOB:  10/29/1953
MR:  F000191817           Acct:  F0615000782
AdmPhys:  Sullivan, Joel C., MD
Admit date:  05/30/2006          Discharge date:  05/30/2006

## HEMATOLOGY

### Routine Hematology

COLLECTION DATE:    5/30/06
COLLECTION TIME:    8:19:00 PM

|  |  |  | REF RANGE | UNITS |
|---|---|---|---|---|
| WBC | 15.4 | H | [4.1-10.3] | X10-3/uL |
| RBC | 4.00 | L | [4.69-6.13] | X 10-6/uL |
| Hemoglobin | 13.0 |  | [13.0-17.5] | gm/dl |
| Hematocrit | 39.4 | L | [40.0-51.0] | % |
| MCV | 99 |  | [81-100] | FL |
| MCH | 33 | H | [27-31] | pg |
| MCHC | 33 |  | [32-35] | gm/dl |
| Platelet Count | 345 |  | [140-400] | X10-3/uL |
| RDW | 14.8 | H | [11.5-14.5] | % |

### Automated Differential

COLLECTION DATE:        5/30/06
COLLECTION TIME:        8:19:00 PM

|  |  |  | REF RANGE | UNITS |
|---|---|---|---|---|
| Neutro Auto | 61 |  | [40-75] | % |
| Lymph Auto | 24 |  | [20-53] | % |
| Mono Auto | 10 |  | [0-12] | % |
| Eos Auto | 4 |  | [0-8] | % |
| Basophil Auto | 1 |  | [0-2] | % |
| Neutro Abs | 9.5 | H | [1.4-6.5] | # |
| Lymph Abs | 3.7 |  | [1.0-4.8] | # |
| Mono Abs | 1.5 | H | [0.1-0.6] | # |
| Eos Abs | 0.7 |  | [0.0-0.7] | # |
| Basophil Abs | 0.1 |  | [0.0-0.2] | # |
| Scan | Auto Diff Verified |  |  |  |

%%END

Prattville Baptist Hospital                    RADIOLOGY
Name:  HUFFMAN, JAMES G              DOB:  10/29/1953
MR:  F000191817         Acct:  F0615000782
AdmPhys:  Sullivan, Joel C., MD
Admit date:  5/30/2006          Discharge date:  5/30/2006


                              RADIOLOGY

Procedure Name:    Accession Number:  Procedure Date /  Ordering
                                      Time:            Physician:
DX Chest Portable  DX-06-0061208      5/30/2006        Sullivan, Joel C.,
                                      08:06:00 PM      MD


Reason For Exam:
chest pain


FINDINGS
HUFFMAN, JAMES G

PORTABLE CHEST:

Both lungs appear to be well expanded without an identifiable abnormality.
Heart and cardiomediastinal structures are unremarkable. I do not identify
an abnormality of the bony thorax.  The pleural space and diaphragmatic
shadows are unremarkable.  Air spaces appear normal.

IMPRESSION:
1.  NO ABNORMALITY IDENTIFIED.


ELECTRONICALLY SIGNED BY: Bailey, Joseph M, MD

TECHNOLOGIST:  JLS
TRANSCRIBED DATE AND TIME:  05/31/2006 09:35
TRANSCRIPTIONIST:  tlb


%%END



Prattville Baptist Hospital

Room:
Oper: DH

Requested by:

PRELIMINARY-MD MUST REVIEW

0615000782          05/30/2006    09:23:04 PM  HUFFMAN,JAMES
                    52 years    Male

. Normal sinus rhythm, rate 59

% Bed 3

F0615000782  HUFFMAN,JAMES G.
DOB: 10/29/53  Age=52Y  MR #:191817
Admit Date/Time: 05/30/06  1929P
917 SULLIVAN,JOEL C

- NORMAL ECG -

| Rate | 59 |
| PR | 171 |
| QRSD | 86 |
| QT | 429 |
| QTc | 425 |
| --AXIS-- | |
| P | 51 |
| QRS | 38 |
| T | 64 |

PRINTED BY:

0615000782    05/30/2006  07:59:34 PM  HUFFMAN,JAMES
              52 years    Male

Prattville Baptist Hospital

Room:
Oper: DH

Requested by:

. Normal sinus rhythm, rate 63

%

PRELIMINARY-MD MUST REVIEW

- NORMAL ECG -

F0615000782   HUFFMAN,JAMES G
DOB: 10/29/53   Age:52Y   MR #:191817
Admit Date/Time: 05/30/06   1929P
917 SULLIVAN,JOEL C

| Rate | 63 |
|------|-----|
| PR   | 169 |
| QRSD | 85 |
| QT   | 400 |
| QTc  | 409 |

--AXIS--
| P   | 62 |
| QRS | 54 |
| T   | 72 |



PRINTED BY: