Mrs. Debra Hackett  November 29, 2006
Clerk of the
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

RECEIVED
2006 DEC 12 A 10: 04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Re: James G. Huffman 2 42 USC §1983
actions pending before the Court.

Dear Mrs. Hackett:                       2:06CV1064
                                         2:06CV748

   Please be advised of my new place of confinement as being effective December 1st 2006, as follows:

[or MCDF]   James G. Huffman #70774
            % Montgomery Detention
            Facility - P.O. Box 4599
            Montgomery, Alabama
                        36103

   Also please take note that these officials have placed my legal work in my property and have refused my request for such legal documents that I must have in order to pursue the 2 seperate §1983 actions I have pending before the Honorable Court, therefore I need the Court's assistance in ordering that Sheriff D.T. Marshall give me all my legal documents so I can continue

to litigate my 2 separate 28 USC §1983 actions of the instant cases at bar.

Please find enclosed a Motion requesting the Honorable court to make available to Plaintiff the answer to his claims, as well as the case number of his other §1983 claim regarding the confiscation of his glasses by the staff of Autauga Metro.

Thank you for your valuable time and all assistance you may render me. I shall anxiously await your reply.

Sincerely
James G. Huffman
Plaintiff
P.O. Box 4599
Montgomery, AL 36103

P.S. Please send me 1 28 USC §2254 form, 2 Informa Pauperis forms and 1 42 USC §1983 forms.

Thanks Again
James G. Huffman