In The United States District Court
For The Middle District of Alabama
Northern Division

James G. Huffman,
Plaintiff

v.

Southern Health Partners
Services, et. al
Respondents

Case No: 2:06-CV-748-MEF

RECEIVED
2006 DEC 14  A 10:32
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## Motion To Request Copy of Answer To Plaintiff's Claims

Comes now your Plaintiff, James G. Huffman, pro se, and would move the Honorable District Court to order the Respondents to serve him a copy of their answers, special reports + supporting evidentiary materials filed by Defendants (Doc. Nos. 16, 17, 22 + 23) in order for your Plaintiff to file an response in opposition to such pleading, as he has not received a copy of these Respondent's Reply, or Answer, as the Court Previously ordered of the Respondent's, To serve the Plaintiff with the answers, special reports + supporting evidences by November 27, 2006.

Your Plaintiff as of November 30th, 2006 has not received any copies of Respondent's documents in defense of Petitioner's claims therefore the Defendants have made it impossible

-1-

for your Plaintiff to respond to the Court's order of November 28TH, 2006 requiring him to file a response in opposition of Respondent's answer to his 28 USC §1983 actions.

Your Petitioner would also request that the Honorable District Court reprimand the Defendant's Attorney's for Southern Health Partners, for their failure to have submitted their answers, special reports, and supporting evidentiary materials, to the Plaintiff, in order for him to have a fair chance at defending his original claims, in which they have attempted to preclude your Plaintiff from a response, as required by the Honorable Court, in order for Defendants to gain a tactical advantage over the Plaintiff to make a timely response to the Honorable Court's order of November 28TH, 2006, in their [Defendant's] hope that this tactical movement would cause your Plaintiff to not respond in a timely manner, as ordered by the Honorable Court, thus causing the Court to rule for summary judgment in favor of the Defendant's motion for such judgment, due to the Honorable Court's belief or assumption that Plaintiff simply failed to meet the order of the Court, therefore causing prejudice to the Plaintiff's response and claims due to his incapability to meet the order of the Court.

—2—

Petitioner would request that the Honorable District Court take note of the Respondent's extremely unprofessional actions in the event that they should stoop to such unfair practices in the future litigations of the instant case at bar. Petitioner would aver that these movements of the Defendants are dripping in prejudicial intentions[s].

Petitioner is not certain if he is required to file an affidavit in order to meet the Court's order of November 28th, 2006 or not, since the Respondents failed to deliver copies of their answers and supporting documents to your Plaintiff, but in the event such is indeed required, then Petitioner would also ask the Honorable Court to accept his motion as his sworn statements, as he is stating these facts herein as being true, as to the best of his recollections, and that he makes such statements under penalty of perjury.

Petitioner would also request that he be allowed to file his response to the Defendants Answer 15 days after he receives copies of the documents that were filed with the Court on November 27 2006 in which the Defendant submitted to the Court

**Wherefore These Premises Considered,** Petitioner would request he be given this re-

-3-

relief, as well as any other relief the Court deem available to him as a pro se litigant, without access to a law library, and he would suggest that the Court should not hold him to strict requirements as that of Counseled Defendant's and due to their prejudicial tactics plainly apparent to your Plaintiff, that the Court order them to never use such defense tactics again, as such movement is simply barbaric and if successful such would return jurisprudence to the dark ages.

For This We Forever Pray.

_____
Witness

_____
Witness

Respectfully Submitted,
James G. Huffman
Plaintiff
P.O. Box 4599
Montgomery, AL - 36103

## Certificate of Service

I, James G. Huffman, do hereby certify that I have delivered a copy of the foregoing motion/affidavit to the United States District Court by placing the same in the United States mail properly addressed to P.O. Box 711 - Montgomery, Alabama 36104-0711 with proper postage pre-paid and affixed this the 1st day of December 2006.

James G. Huffman

-4-

Mrs. Debra Hackett                November 29, 2006
Clerk of the
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Re: James G. Huffman 2 42 USC §1983
    Actions pending before the Court.

Dear Mrs. Hackett:

Please be advised of my new place of confinement as being effective December 1st, 2006, as follows:

[or MCDF]   James G. Huffman #70774
            ℅ Montgomery Detention
            Facility - P.O. Box 4599
            Montgomery, Alabama
            36103

Also please take note that these officials have placed my legal work in my property and have refused my request for such legal documents that I must have in order to pursue the 2 seperate §1983 actions I have pending before the Honorable Court, therefore I need the Court's assistance in ordering that Sheriff "D.T. Marshal" give me all my legal documents so I can continue

to litigate my 2 seperate 28 USC §1983 actions of the instant cases at bar.

Please find enclosed a Motion requesting the Honorable court to make available to Plaintiff the answer to his claims, as well as the case number of his other §1983 claim reguarding the confiscation of his glasses by the staff of Autauga Metro.

Thank you for your valuable time and all assistance you may render me. I shall anxiously await your reply.

Sincerely
James G. Huffman
Plaintiff
P.O. Box 4599
Montgomery, Al
36103

P.S. Please send me 1 28 USC §2254 form 2 enforma pauperis forms and 1 42 USC §1983 forms.

Thanks Again
James G. Huffman

cc: file
Southern Health
Partner Services