In the United States District Court
For The Middle District of Alabama

James G. Huffman,　　　＊
　Plaintiff　　　　　　＊
　　　　　　　　　　　＊
vs.　　　　　　　　　　　　　　2:06-CV-748-MEF
Southern Health
Services, et el
　Defendants

## Motion For Time Extention

Comes now your Plaintiff, James G. Huffman, pro se, and would move the Honorable District Court to grant him an extention of time in which to file a response to the Defendant's Special Report and Answer for these reasons as listed below:

1. Your Plaintiff was transferred to his present location of the Montgomery County Detention Facility from his previous local of the Autauga Metro Jail on November 30, 2006.

2. Due to this transfer your Petitioner has been unable to receive a copy of the Defendants' Special Report and Answer until he received such on December 18TH 2006 at his new local.

3. Your Petitioner's legal work was confiscated by the Montgomery County Detention Facility on his arrival on

—1—

November 30th, 2006 and he has been unsuccessful in getting it back into his possession as of this date, therefore he is at a terrible disadvantage as his research materials are not in his possession which puts him in another problematic position as he is a pro se litigant.

4. Your Plaintiff would request he be allowed until January 2nd, 2007 to submit his affidavit as well as his reply to the Defendant's Special Report and answer, due to these sets of extraordinary circumstances.

Wherefore These Premises Considered, your Plaintiff would move the Honorable District Court for this relief as well as all other relief the Court deems available to him as a pro se litigant.

For This We Forever Pray.

Respectfully Submitted,
James G. Huffman, Jr.
Box 4599
Montgomery, Alabama
36103

- 2 -

## Certificate of Service

I, James G. Huffman, do hereby certify that I have delivered a copy of the foregoing motion to the United States District Court by placing the same in the U.S. Mail, properly addressed to Sheriff of the Court, P.O. Box 711, Montgomery, AL 36101-0711 with proper postage prepaid and affixed this the 28th day of December 2006. I also have delivered a copy of the same to the entities below by the same method this same day of December 28th, 2006.

1. Lanier, Ford, Shaver & Payne, P.C.
P.O. Box 2087
Huntsville, AL 35804

2. McDowell, Smith & McDowell LLC
145 West Main
Prattville, Alabama 36067

James G. Huffman #70704
Plaintiff - Pro Se
MCDF - P.O. Box 4599
Montgomery, Alabama 36103

-3-