IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES G. HUFFMAN | * |
| Plaintiff, | * |
| v. | *   2:06-CV-748-MEF |
| SOUTHERN HEALTH SERVICES, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's December 14, 2006 pleading, which the court construes as a Motion for Service of Pleadings, and for good cause, it is

ORDERED that the motion (Doc. No. 27) is GRANTED. Accordingly, it is further

ORDERED that on or before January 11, 2007 counsel for Defendants shall furnish a copy of their answer and special report, including any and all exhibits and attachments, to Plaintiff who is currently incarcerated at the Montgomery County Detention Facility, P.O. Box 4599, Montgomery, Alabama 36103.

It is ORDERED that Plaintiff's Motion for Extension of Time to file a response to Defendants' special reports (Doc. No. 28) be and is hereby GRANTED and Plaintiff is GRANTED an extension from December 21, 2006 to January 31, 2007 to file his response to Defendants' special reports.

Done, this 5th day of January 2007.

          /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE