IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES G. HUFFMAN                          *

    Plaintiff,                              *

        v.                                   *          2:06-CV-748-MEF

SOUTHERN HEALTH SERVICES, *et al.*,   *

    Defendants.                          *

_____

**ORDER**

Plaintiff filed this 42 U.S.C. § 1983 action on August 22, 2006. On August 30, 2006 the court entered an order of procedure which informed Plaintiff, among other things, that if he moved to a different institution or was released, he must immediately inform the court and Defendants of his new address.

On January 12, 2007 Plaintiff's copy of an order entered January 5, 2007 was returned to the court marked "Return to Sender; not deliverable as addressed; unable to forward," because Plaintiff is no longer at the most recent address he provided to the court. This case cannot proceed if Plaintiff's whereabouts remain unknown to this court.

Accordingly, it is ORDERED that:

1. On or before February 5, 2007 Plaintiff shall SHOW CAUSE why this case should not be dismissed for his failures to comply with the orders of this court and to prosecute this action; and

2   The Clerk SEND of a copy of this order to Plaintiff at his last known mailing address.

Plaintiff is specifically cautioned that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done, this 22nd day of January 2007.

      /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE