Mrs. Debra Hackett  February 6, 2007
United States District Court
Middle District of Alabama
Office of the Clerk
P.O. Box 711
Montgomery, Alabama 36101-0711

Re: James G. Huffman vs Southern
Health Services Partners 2:06-cv-
748-MHT; Phone Conversation of
February 6, 2007/new locale

Dear Mrs. Hackett:

I was released from Autauga
Metro Jail on November 29, 2006. I was
then transferred to the MCDF where I
remained until my cases were dismissed
on December 28th, 2007. I was then forced
to seek shelter at the Salvation Army at
900 Bell Street Montgomery, Alabama.

I corresponded and filed a Motion
for an Extention of Time to Respond to
the Respondent/Defendant's Answer
to my Complaint on January 5, 2007,
as well as inform the Honorable court
of my new locale and situation. I
did include a certificate of Service.

As you will recall you informed me this morning none of these documents were ever received by the Court, and all of the rulings of the Court had been being mailed to my last known address of the Montgomery County Detention Facility where I have not been since December 28, 2007, therefore could you please mail me copies of all correspondences, rulings, and Recommendations from the Honorable Court since December 27, 2007 to my permenant mailing address of James G. Huffman c/o Mr & Mrs Louie E. Blankenship 2562 Winchester Road, Montgomery, Alabama 36106 so that I may continue my litigation and chief case at Doc 2:06-CV-748-MH/ James G. Huffman vs. Southern Health Partners, et al.

I thank you for your valuable time and all your consideration and assistance in these very important matters.

Respectfully,
James G. Huffman
2562 Winchester Rd Mont AL 36106



MONTGOMERY AL 361

06 FEB 2007 PM 1 L

James Huffman
2502 Winchester Rd
Montgomery, AL
36106

United States District Court Civil Division
Mrs. Debra Hackel
Office of the Clerk
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711