IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES G. HUFFMAN                          *

     Plaintiff,                              *

        v.                                    *          2:06-CV-748-MEF

SOUTHERN HEALTH SERVICES, *et al*.,        *

     Defendants.                             *

_____

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered on February 2, 2007, (Doc. No. 31) be and is hereby VACATED.

It is further

ORDERED that Plaintiff is GRANTED an extension from January 31, 2007, to February 28, 2007, to file his response to Defendants' special reports.

The Clerk is DIRECTED to send to Plaintiff a copy of Document Numbers 29, 30, and 31.

Done, this 9th day of February 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE