Office of the Clerk        March 14, 2007
United States District Court
For the Middle District of
Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

Re: James T. Huffman Vs. Southern Health Partners Services, et. al. Civil Case 2:06-CV-748-MEF(WO) Change of Address

Dear Mrs. Hackett:

    This is my official notice of a change of address from 2562 Winchester Road Montgomery, Alabama 36106 to my new locale of James T. Huffman c/o Debbie J. Sherrill 578 17th Street North Bessemer, Alabama 35020 telephone (205) 428-3847.

    The Honorable court should be advised that upon my release from the Montgomery County Detention Facility on December 28, 2006 I had to stay at the Montgomery Salvation Army because I am homeless due to the mortgage company having foreclosed on my home during my period, therefore I had to turn to shelters

-1-

for the homeless upon my release. I had borrowed an envelope and paper and a stamp from a patron/client at the Salvation Army and I mailed in a motion for an extention of time citing extraordinary circumstances.

I left the Salvation Army Mission and sought refuge at the Friendship House Presbyterian church for the poor and the homeless. I telephoned the Clerk's office and told them of my new locale, but because of my transiant situation, and the fact that the Friendship House Presbyterian Mission said I could only remain there untill February 13, 2007 + that I would be required to pay $50.00 per week after that, and I knew I couldn't do that, I gave the clerk my Uncle + Aunt; Mr. Louie C. Blankenship and Mrs. Ramona B. Blankenship's address of 2562 Winchester Road Montgomery, Alabama 36106, phone: (334) 396-8414 as a permenant address because they could forward all my mail to me from their home.

On February 13th I relocated to Birmingham, Alabama and was a resident of Jimmy Hail mission

-2-

located at the corner of 2nd Avenue North and ~~Seventy~~ Thirty fourth Street Birmingham, Alabama. Due to my homeless situation I have been unable to write or call the Honorable court, because of no postage, paper or envelopes. Last week friends in Bessemer, Alabama, (and that address is James G. Huffman % Debbie J. Sherrill 518 17th Street North, Bessemer, Alabama 35020; phone (205) 428-3847) ~~these~~ friends have taken me in, and said I could stay there until I can get some assistance from the Jefferson County Housing Authority, i.e. Section 8 or until I find employment or get my Social Security Disability Benefits and Medicare Benefits.

I have not meant to disrespect this Honorable Court as the magistrate has suggested, up until now I had no way to contact the Clerk's Office or the Honorable Court.

I thank you for your valuable time and all your considerations in this matter and I shall look forward to your reply soon.

Respectfully, James G. Huff.

-3-

## Certificate of Service

I, James G. Huffman do hereby certify that I have delivered a copy of the foregoing "letter acknowledging my change of address to the Office of the Clerk, Mrs. Debra Hackett, for the United States District Court for the Middle District of Alabama, P.O. Box 711 Montgomery, Alabama 36101-0711, as well as those representing the Defendant's Southern Health Partners, et. al, as listed below this the 14th day of March 2007.

(1) Lanier, Ford, Shaver, (2)
 & Payne, P.C.
P.O. Box 2087
Huntsville, Alabama
  35804

James G. Huffman
c/o Debbie J. Sherrill
518 17th Street North
Bessemer, Al
  35020

-4-



From: Kenneth & Deborah
Deboes J. Sherrill
578 17th Street North
Bessemer, Ala.    Zip: 35020



To: Mrs. Debra Hackett
Office of the Clerk
U.S. District Court P.O. Box 711
Montgomery, AL    Zip: 36101-0711