In The United States District Court
The Middle District of Alabama
Northern Division

James G. Huffman,
Plaintiff

RECEIVED
2007 MAR 20  A 9: 54
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

vs.

Southern Health Partners;
et. al.

2:06-CV-748-MEF

## Objection To Recommenda-tion of Magistrate Judge

Comes now your Plaintiff, James G. Huffman in the above styled cause and would make this his objection to the Recommendation of the Magistrate Judge to dismiss his original USC ___ § 1983 Action pending before this Honorable Court and he would support such objection as follows:

1. Your Plaintiff was incarcerated in the Autauga County Metro Jail when he filed his original USC § 1983 action against the Respondant's; i.e. the Southern Health Partners Services and the Autauga County Commission, et. al. on August 22, 2006 maintaining inadequate medi-cal treatment due to the Southern Health

Partners, the medical contractor of the Autauga County Metro Jail due to their having discontinued his heart medication; specifically Plavix 75 mg, Zocor 40 mg, as well as the refusal to prescribe or administer his pain medication of Percocet 10/650 for his severe back trauma, and their refusal to administer his depression medication to treat his bi-polar/manic depression medication of Smbyax 65/25, as well as his medication prescribed him for his severe anxiety condition: specifically; Xanax 2 mg twice a day.

He maintained these refusal to give him these medications caused his health to deteriorate drastically and in fact resulted in him experiencing alot of severe pain in his chest, severe back pain, along with severe depression & severe anxiety which increased physical and emotional stress which resulted in his having to be admitted to the Shelby Baptist Hospital wherein he had to have a heart catherization procedure, and had to be hospitalized from March

-2-

22nd through March 27, 2006 resulting in a $33,760.00 hospital bill.

2. On October 27, 2007, 2006 and November 27, 2006 the Defendants submitted an answer and written reports which contained relevant evidentiary materials refuting the allegations presented in your Plaintiff's instant complaint at bar. The Court issued an order on November 28th, 2006 advising Claimant to file a response to the Defendants' Written reports (Doc No. 24) Plaintiff was advised that his failure to respond to the Defendants' Written reports would be treated by the Court "as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action", Additionally Plaintiff was "specifically cautioned that his failure to file a response in compliance with the directives of this order" would result in the dismissal of this case, however, due to the extraordinary sets of circumstances of your Plaintiff's homelessness after his relea from the Autauga County Metro Jail

(therefore,)
it was impossible to respond with an answer addressing the Respondents' Answer to the 42 USC §1983 claim of the Plaintiff in the instant case at bar because of his having to have sought refuge in the Salvation Army mission on Bell street in Montgomery, Alabama 36104 where he was only allowed to enter the mission at 4:00 PM every day, and was required to leave the Mission by 7:00 AM each morning, coupled with the fact he had no monies for postage, nor any envelopes or paper in which to respond to the Respondents' answer and written reports submitted to the Court on October 10, 2006 and November 27, 2006 where they refuted the Plaintiff's claims, therefore, your Plaintiff requested another extension of time be granted him. your Plaintiff submitted this request from the Salvation Army where he borrowed a stamp, an envelope and five pieces of paper from another "client/resident" of the Salvation Army, such was mailed to the Honorable Court sometime between December 29, 2006 and January 10, 2007

-4-

since your Plaintiff could keep no copies of his Motion for an Extention of Time, (wherein he cited his new address and set of circumstances) therefore your Plaintiff is unsure of the exact date he included on his certificate of service of this Motion, however, he is certain he mailed such documents from the Salvation Army Mission sometime between December 29, 2006, and January 10th 2007, hopefully the Court's records will show when such documents were received.

Your Plaintiff left the Salvation Army Mission on January 24th, 2007, seeking refuge from being housed with a bunch of "crack addicts" at the Salvation Army and due to his severe health problems. Your Plaintiff was made to leave the Mission every day between 7:00 Am and 4:00 PM, where he had no place else to go so he was exposed to the elements, rain, cold and wind every day, until finally he passed out and had to be rushed to the Baptist

-5-

Hospital on one occasion, and to Jackson Hospital upon the next incident, where Plaintiff suffered from chest pain, shortness of breath, and coughing to the extent he lost consciousness and Haynes Ambulance and the Montgomery Paramedics were called to his aid, wherein he was rushed to the hospital with the suspect of pneumonia or a heart attack due to exposure to the severe cold weather and the rain.

Your Plaintiff sought refuge away from the Salvation Army and was accepted into the Friendship House Presbyterian Mission for the Poor & Homeless, on January 24th, 2007. He was accepted into this mission for only a period of three weeks. Your Petitioner had no income, no writing paper, envelopes or stamps while in this mission, therefore he could not respond to the Defendant's Answer and evidences seemingly to refute his contentions of inadequate medical treatment (in his original 42 USC §1983 action). — 6 —

Your Plaintiff left the Friendship Mission on February 13, 2007, where he was assisted by a friend who paid for a bus ticket to Birmingham, Alabama, in order for your Plaintiff to seek refuge in the Jimmy Hale Mission from ~~the~~ February 13, 2007 through February 17th, 2007. Your Plaintiff was unable to pay the $50.00 per week fee to stay in the Jimmy Hale Mission, and he did not have a drug problem, therefore, he wouldn't committ to their six month program, wherein the rules required that one could not seek employment for six months, therefore your Plaintiff was told to seek shelter somewhere else.

Since your Plaintiff knew of no where else to go he had to telephone his friend, George Creasman, and tell him of his set of circumstances. George came and picked your Plaintiff up and took him to a hotel where he paid a room fee of $24.05 in order to give your Plaintiff a peace out of the ~~cold~~ weather. Your Plaintiff's friend then

— 7 —

moved Plaintiff to another hotel, i.e.,
USA Economy Lodge where he rented
your Plaintiff a room on a weebly
rate of $168.46 in order to secure
your Plaintiff a place of rest and
shelter in which he could contact
other programs available to him in
the Birmingham, Alabama area.
    Your Plaintiff was taken in by
friends, i.e.; Debbie Sherrill and
Robert Martin on February 25th,
2004 at 518 17th Street North, Bessemer,
Alabama 35020; telephone (205)
428-3847, where your Plaintiff has
remained since that date. Your
Plaintiff did not receive a copy of
the Defendants' Response to his
original claim (which they filed with
the Honorable Court on, November 27,
2006) until 21st, 2007 when his Aunt
Ramona Blankenship mailed him a
copy - sent to her address of 2562
Winchester Road, Montgomery, Alabama,
36106, by the Honorable Court due to
your Plaintiff's request for copies
of all documents filed since his having

— 8 —

left the Autauga County Jail on November 28, 2007 because he never received copies of documents filed before his release from the custody of the Autauga Metro Jail to the custody of the Montgomery County Detention Facility on November 28, 2006.

Although your Plaintiff gave the Honorable Court, and the Defendants' the address of his new confinement location of the MCDF his legal mail from the Honorable Court, and the Defendants' never caught up with him, and due to the MCDF having confiscated his legal work brought with him from the Autauga County Metro Jail, and their refusal to give him his legal work it made it impossible for him to respond to the Defendants' Special Report submitted by the Defendants' to the Honorable Court on November 27, 2006. Your Plaintiff would cite these facts as unusual and extraordinary sets of circumstances which precluded him from addressing the Defendants' Special Report and Answer, as ordered by

the Honorable Court on November 28th 2006, and which precluded him from meeting the deadline of the Court's order granting him an extention of time which expired on February 28th 2007,

Your Plaintiff was admitted to the Carraway Hospital on February 23rd 2007 due to severe chest pains, and severe anxiety and back pain due to his having run out of his daily medications on February 20th 2007.

Your Plaintiff was referred to Cooper Green Hospital / the Jefferson County Health Systems on ~~wednesday~~ February 20th, 2007, wherein he could receive free medical assistance from this County facility. Your Petitioner was admitted to Cooper Green Hospital on ~~February~~ march 6th, 2007 wherein he was given treatment for his bi-polar disorder, severe back pain and depression, as well as his heart condition. He was given a stress test to determine the condition of his heart on ~~February~~

- 10 -

March 7th and 8th, 2007. Your Plaintiff was discharged a given the correct medications for the treatment of his serious physical and emotional conditions on February 8th, 2007.

Your Plaintiff was contacted by Doctor Sherwood, M.D. of Cooper Green Hospital on Wednesday March 14th, 2007 and told the stress test came back with some abnormalties regarding Plaintiff's heart so he was instructed to check in the hospital via the Cooper Green Emergency Room on March 15, 2007 where he could be given a heart catherization by the Cardiology Department on March 16th, 2007 to determine what blockages were now existing in his heart arteries.

On March 17th, 2007 your Plaintiff was discharged from the hospital and told to follow up with UAB Cardiology and the Cooper Green Clinic to be seen by a Doctor Carrington, in order to pursue his heart abnormalties, his severe back problem, his severe circulation problems, as well as his bi-polar disorder.

It was determined by the heart cath preformed by UAB Cardiology on March 7th, 2007 that your Plaintiff had a 100% blockage or total occlusion of right coronary artery, but that capillaries had developed around the occlusion bringing about good collaterals to bring blood to the right side of Plaintiff's heart; it was therefore, it was decided to forego open heart or by pass surgery and to treat your Petitioner's heart condition through daily medications, unless he experienced another episode of severe chest pain or severe shortness of breath while doing minimal movements. It is important to note that Plavix 75mg was prescribed to be continued on a daily bases and that Doctor Sherwood and UAB Cardiology both concurred that the Southern Health Services refusal to give your Plaintiff this medication in all liklihood resulted in further blockages of your Plaintiff's arteries of his heart.

Your Plaintiff would cite these reasons of extraordinary sets of circumstances, that precluded him

from meeting the February 28th 2007 extention of time granted him in order to respond to the Defendants' Special Reports and Answer to your Plaintiff's Original 42 USC §1983 action. Your Plaintiff would suggest that these sets of circumstances would merit as being extraordinary in nature and did preclude your Plaintiff from meeting the February 28th 2007 deadline to respond to the Court's orders and your Petitioner would pray these extra-ordinary circumstances would excuse his default of the Honorable Court's order. Murray v. Carrier, 477 U.S. 478, 485, 106 S. Ct. 2639, 2644, 91 L. Ed. 2d. 397, (1986); Wainwright v Sykes, 433 U.S. [72], 87, 97 S. Ct. [2497], 2506 (1977).

Your Plaintiff would contend he has shown cause for his default of the Honorable Court's orders which were objectionable factors external to the Plaintiff which impeded his meeting the order of the Court, therefore his claims should not be dismissed for lack of prosecution under Rule 41 (b). Wright v Hopper, 169 F. 3d. 695, 703 (11th Cir 1999)

-13-

Your Petitioner would object to the Magistrate Judge's ~~note~~ recommendation that his claims be dismissed for lack of prosecution citing ~~the~~ the Plaintiff's extraordinary circumstances as his plea for not meeting the Honorable Court's deadline of February 28, 2007 in which he was to respond to the Defendant's Special Report and Answer to your Plaintiff's 42 USC § 1983 action against all ~~the~~ Defendants, and he would ask the Court to excuse his delay in answer/response to the Defendants' answers refuting your Plaintiff's claims, and he would ask the Honorable Court to not dismiss his case for lack of prosecution, but to allow him until March 26, 2007 in which to respond to the Defendants' motion and evidences refuting your Plaintiff's claims of inadequate medical treatment by Southern Health Partners Services, et. al., certainly your Plaintiff did not intentionally set out to disrespect the orders of the Honorable Court, and he would pray for the Court's understanding of this circumstance

-14-

3. Your Plaintiff filed for two requests for extention of time due to your Plaintiff's being released from the Autauga County Metro Jail on November 29th, 2006 and being transferred to the Montgomery County Detention facility where all his legal documents were confiscated from him by the Montgomery County Detention facility on November 29, 2006 which was precluding him from answering the Respondant's written reports and evidence submitted to the court refuting his contentions.

4. Your Plaintiff was released from the confines of the Montgomery County Detention facility on December 28th, 2006, but due to his being in a homeless condition, due to his home having been foreclosed on during his incarceration period, he had to seek refuge in the Montgomery Alabama Salvation Army Mission Center on Bell Street in Montgomery.

Your Plaintiff had no writing materials nor did he have the copies of all the documents sent to him from

-15-

Respondents opposition, and claims, or evidenciary documentations refuting his complaints due to the fact the MCOF had confiscated his legal papers from him and the fact that once these documents were returned to him when Plaintiff's aunt, Mrs. Ramona B. Blankenship of Wilson, Price, Blankenship and Baranco Inc. personally went to the MCDF Supervisors and demanded his legal documents be given back to her in order for her to get them & deliver to your Plaintiff at his locale of the Montgomery Salvation Army Mission on Bell Street in Montgomery.

5. Upon Plaintiff's aunt Ramona Blankenship's attempt to deliver the legal documents to him at the Salvation Army Mission the administration refused to allow these documents to be given him citing their rules of the clients there not being allowed more than hygiene products, and three changes of clothes ~~two~~ due to the lack of space available to store personal items.

This precluded your Plaintiff

—16—

from filing a response to the Defendant's written reports, and such extentions were expired on February 28, 2007.

6. Your Plaintiff left the Salvation Army Mission to seek refuge from the extreme amount of drugs, and alcohol usage going on at that establishment and he sought refuge for his homeless-ness, and his severe living conditions at The Friendship House Presbyterian Mission for the Homeless and the Poor at 3561 Mobile Highway, Montgomery Alabama, but was told he would have to be out of the program as of February 13th 2007 unless he could start making $50.00 a week rent payments, which he could not due to his homelessness and his being un-employed without any income.

7. Your Plaintiff left there on February 13, 2007 by Greyhound Bus in Relocating to Birmingham Alabama, where he sought refuge at the Jimmy Hale Mission on 2nd Avenue and 34th Street in Birmingham where he remained from February 13, 2007 until February 17, 2007 when a friend

-17-

, Mr. George Creasman of Moody, Alabama placed him in a Hotel; The Park Inn Birmingham-Airport 7901 Crestwood Blvd, Birmingham, Alabama 35210 (205)951-0200 on February 17, 2007. His friend then re-located your Plaintiff to the U.S.A Economy Lodge 7941 Crestwood Blvd. Birmingham, Alabama 35210, phone: (205) 956-8211 Room 428, where he paid $168.46 for a weekly rate in order to give Plaintiff a place to stay until he could go stay with friend's; Mr. Robert Martin and Debbie J. Sherrill at 518 17th Street North, Bessemer, Alabama 35020, Phone: (205) 428-3847, where your Plaintiff has been since February 25, 2007.

8. Your Plaintiff's health is bad and he therefore has had to be hospitalized several times since his release from the MCDF. Since being in Birmingham he has been hospitalized at the University of Alabama in Birmingham due to his severe chest pains, severe anxiety and severe back problems. At present your Plaintiff is preparing

—18—

this Objection to the magistrates Judge Recommendation for dismissal of his original claim citing the fact that your Plaintiff has filed nothing in opposition to Defendant's written reports as required by the order filed on November 28th, 2006

9. The magistrate Judge has stated "after such review, it is clear that dismissal of his case is the proper sanction. The magistrate further maintains that your Plaintiff has exhibited "a lack of respect for this Court and it's authority as he failed to comply with the directives of the orders entered in the case. He further speculates that "it is therefore apparent that additional efforts by this Court to secure Plaintiff's compliance would be ~~unta~~ unavailing. He then concludes that the Plaintiff's abandonment of his claims, his failure to comply with the orders of this Court, and his failure to properly prosecute this cause of action warrant dismissal of this case citing Link v. Wabash R.R. 370 U.S. 626, 633 (1962) (interpreting Rule 41b)

19

not to restrict the Court's inherent
authority to dismiss sua sponte
an action for lack of prosecution);
World Thrust Films, Inc., v. International
Family Entertainment, Inc., 41 F. 3d.
1454, 1456-57 (11th Circuit 1995).

10. Your Plaintiff would object
to the Magistrate's Recommendation
for the Dismissal of Plaintiff's claims
due to none response to the Defendant's
written reports and their relevant
materials refuting the allegations of
what the Plaintiff presented within his
instant case at bar due to the extra-
ordinary circumstances existing
in your Plaintiff's circumstances
since his release from incarceration
on December 28, 2006. Your Plaintiff
would cite Murray v. Carrier, 477 U.S.
498, 485, 106 S. Ct. 2639, 2644, 91 L. Ed 2d. 397 (1986)
wherein if extraordinary circumstances
can be show to support one's inability
to meet the orders of the Honorable Court
then such extraordinary circumstances
should be taken into light, and consi-
dered in order to preserve a Plaintiff's
plight to seek relief from the Honorable

court, and your plaintiff would support his contentions with the attachments, Exhibits, affidavits, and other supporting documents proving his contentions and statements of facts herein. plaintiff makes such statements of his own free will and under no duress, and makes such states as being true and correct to the best of his recollection and he does so under penalty of perjury. **Wherefore** ~~these~~ **Premises Considered,** Your Plaintiff would request that his USC §1983 action not be dismissed, but allowed to be prosecuted due to the facts in support of such request attached herein. Plaintiff Would ask for this and all other relief available to him by the Honorable Court, as a pro se litigant.

**For This We Forever Pray**

Respectfully Submitted,
James G. Hoffman -Prose
518 17th Avenue North
Bessemer, Alabama 35020

-20-

It is also important for the Honorable District Court to know I am at present filing this Objection to the magistrates Judges Recommendation from my hospital bed of Room 441 Cooper Green Hospital #515 Sixth Avenue, South Birmingham, Alabama 35233 Phone:(205) 930-3200 Patient Information where I am being treated for heart problems, which these Doctors believe were brought on by my many months of not being given my PLAVIX 75mg, my Zocor and all my other medications listed herein.

I am attaching all supporting documents for the Honorable Courts review.

I'll now be able to respond to all Court notifications by your noting my new place of residence.

Respectfully Submitted
James G. Huffman
Pro-Se Litigant
518 17th Avenue
Bessemer, Alabama 35020

March 18th, 2007
Debbie J Sherrill
witness

-22-

## Certificate of Service

I, James G. Huffman, do hereby certify that I have delivered a copy of the foregoing Objection and its attachments to the Office of The Clerk: Mrs. Debbie ~~Hackt~~ Hackett US District Court P.O. Box 711 Montgomery, Alabama, as well as the attorney's for the Defendants as listed below; this the 14 day of February 2007 by placing the same in the U.S. mail properly addressed with proper postage prepaid and affixed this the 14th day of February 2007, as well as to the attorneys of the Defendants as follows:

① Lanier, Ford, Shaver, and Payne, P.C.
P.O. Box 2087
Huntsville, Alabama
35804

② Sheriff "Herbie" Johnson 136 N. Court Street Prattville, Al. 36067

Debbie J. Sherrill
Witness  03/14/07

James G. Huffman
578 12th Street North
Bessemer, Al. 35020
Phone (205) 428-3847

- 23 -



To: Mrs. Debra Hackett
Office of the Clerk
U.S. District Court P.O. Box 711
Montgomery, Ala.    Zip: 36101-0711



From:
To: Debra J. Attrell
578 17th Street North
Bessemer, Ala.    Zip: 35020

Exhibit "A" proving entrance into the Friendship House Presbyterian Mission on January 23rd, 2007

"EXHIBIT A"



South 286-2893
East 244-8448

- 24 -

1) Lights out and televisions off at 10:30 P.M. every night except Friday. On Friday curfew is at 11:30 unless otherwise specified by director.

2) Personal radios, C D players, and tape players are to be listened to with headphones only.

3) All prescription drugs must be cleared through the office. Certain drugs will be kept in office and administered by dosage.

4) When you leave the premises for any reason you must sign out and sign in upon your return. You are subject to an alcohol or drug test upon your return. Positive results will result in your removal.

5) Attendance to morning and evening devotional services are mandatory. Absences must be approved by the Pastor or the director. Violators are subject to removal.

6) Attendance to ALL of Sunday's services are mandatory without exception. No one is allowed to work on Sunday except the chores that are necessary to carry out our services.

7) The use of the telephone is a privilege. You should limit the number of calls you make and the number of calls you receive. All calls are limited to fifteen minutes. You should only give the 281-9771 resident phone number to your friends and relatives. The office phone is for business and emergencies only. No phone calls made or received after 10:00 P.M.

8) You are expected to maintain a clean and neat living area. Your living area is subject to inspection at any time. You will receive 2 warnings and then your area will be cleaned by shelter staff. Any of your personal belongings that are lost or thrown away in this clean up is not the responsibility of clean up personnel.

9) Visitors must be approved by the Pastor or director.

10) Personal disputes between residents should be taken to the director. Fighting will not be tolerated under any circumstances. If you strike, attempt to harm, or otherwise threaten a brother resident you will be removed and asked to leave our property immediately.

11) Anyone suspected of being under the influence of alcohol or drugs will be tested. A positive test will result in your removal and a request to immediately leave our property.

12) Only kitchen staff approved by the kitchen coordinator are allowed in kitchen.

13) Smoking is allowed outside building. Anyone caught smoking inside the building or in any of the bathrooms are subject to immediate removal.

14) All passes must be pre-approved by either the Pastor or director. All passes will not be begin until evening services are dismissed. Failure to return from pass on time is grounds for removal. There are no Saturday Night Passes.

15) Doors will remain locked and the alarm activated until 5:00 A.M. No one is allowed outside the building until then unless previously approved by director.

16) Stealing from a brother resident will not be tolerated. Anyone caught will be removed immediately and asked to leave our property.

17) This is a CHURCH. Pornography or lewd photos are not permitted. This is a CHURCH. Foul language is a no-no. Please restrain yourselves while you are a resident here.

18) You are not allowed to work at your job on Sundays. This is the Lord's day. Absolutely no exceptions!

19) Anyone leaving property without permission after being put on restriction will be removed from this facility.

20) Anyone that provides a urine sample for someone else's drug test will be removed from this facility along with the one he is trying to cover for.

I have read the above rules and understand them. Anything that I did not understand was explained to me

Signature : 

EXHIBIT B

proving relocation
to Birmingham, Ala-
bama on February
13th, 2007 paid for
by George Creasman
via the internet, to Grey-
hound Bus Lines, Inc.

NBTA 0043   **GREYHOUND LINES, INC.**

R E C E I P T  &  I T I N E R A R Y  ** NOT GOOD FOR TRAVEL **

FROM: MONTGOMERY      AL   DEPART– JAMES 13Feb07
TO: BIRMINGHAM        AL   HUFFMAN  JAMES 13Feb07

ONE WAY/ADULT    CONF #:99064A2601
                 SCHEDULE
                 COP  0664
                 GLI  0664

|  *** CITY *** | ARRIVAL | LAYOVER | DEPARTURE |
|---|---|---|---|
| MONTGOMERY  AL | | | 04:55p 13Feb07 |
| BIRMINGHAM  AL | 06:35p 13Feb07 | | |

*ADVANCE PURCHASE SUBJECT TO A $10 CHANGE OF ITINERARY FEE*
FARE PAID:    $23.50   AMERICAN EXPRESS        04218 MONTGOMERY AL
TAX          $23.50 XX AM7AM                   13Feb07
INSURANCE:   $0.00                             MRVG005  02:05p 0481
EXCESS BAG:  $0.00     AUTH CODE: 070213 205299 MRVG005
EXCESS VAL:  $0.00                             ** VOID IF DETACHED **
                                               001 00 29 0110591? 1

## PACKAGE EXPRESS

GREYHOUND PACKAGE EXPRESS and
ss charges by presenting this
pping.

ted at the time of shipment
valid on collect or commercial
nts. coupon must be redeemed no
rom date of issuance. Coupon is
on with any other promotion or
restrictions may apply.

Package Express ■ ■ ■
nt Is Our Priority

–26–

NBTA 0043   GREYHOUND LINES, INC.

RECEIPT & ITINERARY   ** NOT GOOD FOR TRAVEL **

FROM: MONTGOMERY    AL   DEPART: Tue 13Feb07
TO:   BIRMINGHAM    AL   HUFFMAN JAMES
                         CONF#:990642601
                         ONE WAy/ADULT

| *** CITY *** | | ARRIVAL | LAYOVER | DEPARTURE | SCHEDULE |
|---|---|---|---|---|---|
| MONTGOMERY | AL | | | 04:55p 13Feb07 | COP 0664 |
| BIRMINGHAM | AL | 06:35p 13Feb07 | | | GLI 0664 |

*ADVANCE PURCHASE SUBJECT TO A $10 CHANGE OF ITINERARY FEE*
FARE PAID: $23.50   AMERICAN EXPRESS
TAX:              AM/AM
INSURANCE: $0.00    AUTH CODE: 070213 205299    04218 MONTGOMERY AL
EXCESS BAG: $0.00                               13Feb07 02:05p 0481
EXCESS VAL: $0.00                               MRYG005
                                                ** VOID IF DETACHED **

PACKAGE EXPRESS
GREYHOUND PACKAGE EXPRESS and
ss charges by presenting this
pping.

...ted at the time of shipment
...nts. valid on collect or commercial
...tal coupon must be redeemed no
...from date of issuance. coupon is
...on with any other promotion or is
...d only in the Continental or
restrictions may apply.

ackage Express
nt Is Our Priority

-27-

*Exhibit know social worker's sent me
to Jimmy Hall                   mission by cab on 02/14/0?*

**YELLOW CAB**
**328-4444**

N° 36467

5804 Oporto-Madrid Rd.
Birmingham, AL 35210
(205) 328-4444 • Fax (205) 252-5899

Charge to: *UAB Social Service*   Date *2/14/07*

Customer's Charge Key No. *1134 38-20*   Cab No.

Where Ordered *UAB ED*   Time Ord.

Where Dismissed *Jimmie Hale Mission*   Time Ret.

Driver   No. Pass. *1 one*

Rec. By *James Huffman*   Amount

Customer's PO No.   Extra Charges

Authorized By *Pat Lewis*   Total Amount

HUFFMAN, JAMES G
9 4/07  102953  Keyplate
.3Y WM 0896712
3C3560-7545UED. QUICKR

!. JAMES G S
7     102953
WM 0896712
0-7545UED. QUIC

- [ ] Seizures
- [ ] Sprain
- [ ] Ulcers
- [ ] Urinary Tract Infection
- [ ] Vaginal Bleeding
- [ ] Viral Syndrome
- [ ] Vomiting
- [ ] Wound Care

MIB7 When *2 DAYS*

Call Health Finders 934-9999 if you have difficulty in getting an appointment.

Special Instructions: *Return for worsening symptoms or other concerns.*

The above follow-up instructions have been explained to me and I plan to follow the recommended instructions. All of my questions have been answered. I MAY RETURN TO THE EMERGENCY DEPARTMENT AT ANY TIME IF MY CONDITION WORSENS, DOES NOT IMPROVE OR I HAVE A NEW PROBLEM.

*James G Huffman*

Patient or Representative's Signature

The examination and treatment you have received in the Emergency Department has been given on an Emergency basis only. It is important that you contact your follow-up doctor or any other doctor you choose for continued care. Please report to your doctor any new or worsening problem(s).

**UAB** UNIVERSITY HOSPITAL
**UNIVERSITY HOSPITAL EMERGENCY DEPARTMENT**

Date: *2-14-07*

_____ HAS BEEN EVALUATED IN THE EMERGENCY DEPARTMENT AND IS

- [ ] ABLE TO RETURN TO WORK/SCHOOL
- [ ] DISABLED FROM RETURN TO WORK/SCHOOL FOR A PERIOD OF _____ HRS/DAYS
- [ ] ABLE TO RETURN WITH THE FOLLOWING RESTRICTIONS:

FOR FURTHER CARE THE PATIENT HAS BEEN REFERRED TO: _____

IF THE PATIENT HAS A PROBLEM THAT CAUSES HIM/HER TO BE OUT OF WORK LONGER THAN IS INDICATED ABOVE, THEN HE/SHE MUST SEE THE PROVIDER NAMED ABOVE FOR FURTHER DISABILITY NOTES AND FOR CONTINUING MEDICAL CARE.

Physician's Signature _____   RN Signature _____

UAB  16344 UED8  Rev 4/04

- 28 -

**HOSPITAL** EMERGENCY DEPARTMENT DISCHARGE INSTRUCTIONS

HUFFMAN, JAMES G
4/07  102953 Keyplate
53Y WM 0696712
303560-7545UED, QUICKR

Diagnosis _Atypical Chest Pain._

Medication(s) Instructions: _B Continue_

HUFFMAN, JAMEGAS
ST 53Y 4/07 102953
CC303560-7545UED   QUIC

**Read the instruction sheet given to you about:**

| | | |
|---|---|---|
| ☐ Abdominal Pain | ☐ Dehydration | ☐ Seizures |
| ☐ Allergic Reaction | ☐ Fever | ☐ Sprain |
| ☐ Asthma | ☐ Fractures | ☐ Ulcers |
| ☐ Back Pain | ☐ Gastroenteritis | ☐ Urinary Tract Infection |
| ☐ Burn Care | ☐ Headache | ☐ Vaginal Bleeding |
| ☐ Cervical Strain | ☐ Head Injury | ☐ Viral Syndrome |
| ☐ Cervicitis/PID | ☐ Hypertension | ☐ Vomiting |
| ☐ Chest Pain | ☐ Kidney Stones | ☐ Wound Care |
| ☐ Congestive Heart Failure | ☐ Miscarriage | |
| ☐ Contusions | ☐ Pneumonia | |

Follow up instructions: Doctor/clinic _STRESS MIBI_ When _2 DAYS_.
Call Health Finders 934-9999 if you have difficulty in getting an appointment.

Special Instructions: _RETURN FOR WORSENING SYMPTOMS_
_OR OTHER CONCERNS._

The above follow-up instructions have been explained to me and I plan to follow the recommended instructions. All of my questions have been answered.  I MAY RETURN TO THE EMERGENCY DEPARTMENT AT ANY TIME IF MY CONDITION WORSENS, DOES NOT IMPROVE OR I HAVE A NEW PROBLEM.

X _James G Huffman_
Patient or Representative's Signature

The examination and treatment you have received in the Emergency Department has been given on an Emergency basis only.  It is important that you contact your follow-up doctor or any other doctor you choose for continued care. Please report to your doctor any new or worsening problem(s).

**UNIVERSITY HOSPITAL**

**UNIVERSITY HOSPITAL EMERGENCY DEPARTMENT**

Date: _2-14-07_

_____ HAS BEEN EVALUATED IN THE EMERGENCY DEPARTMENT AND IS

☐ ABLE TO RETURN TO WORK/SCHOOL
☐ DISABLED FROM RETURN TO WORK/SCHOOL FOR A PERIOD OF _____ HRS/DAYS
☐ ABLE TO RETURN WITH THE FOLLOWING RESTRICTIONS:

FOR FURTHER CARE THE PATIENT HAS BEEN REFERRED TO:_____

IF THE PATIENT HAS A PROBLEM THAT CAUSES HIM/HER TO BE OUT OF WORK LONGER THAN IS INDICATED ABOVE, THEN HE/SHE MUST SEE THE PROVIDER NAMED ABOVE FOR FURTHER DISABILITY NOTES AND FOR CONTINUING MEDICAL CARE.

Physician's Signature _____    RN Signature _____

16344  UED8  Rev 4/04

—29—

**PATIENT**

Exhibit D to show where George put me in a room after the Jimmy Hale Mission threw me out on February 17, '07

JAMES HUFFMAN
1108 THORNHILL AVE
SELMA AL 36701

Park Inn Birmingham - Airport
7901 Crestwood Blvd.
Birmingham, AL 35210
(205)951-0700

Room      129
Rate      64.95
Adults    1
Folio     140563-1
Arrival   February 17, 2007
Departure February 18, 2007
Deposit Amt.
Deposit Rec.
Page      1

| DATE | ROOM | DESCRIPTION | COMMENT | AMOUNT |
|------|------|-------------|---------|--------|
| 02/17 | 129 | CASH PAYMENT | 1NGT RM\TX | 74.05- |

Total Tax      .00
Total Charged      .00
Total Due    74.05-

Billed to Cash

Guest Signature _____

— 30 —

*Exhibit C I provided money to stay in a room for a week on 02/18/07 for me*

# USA Economy Lodge

7941 Crestwood Blvd.
Birmingham          Al    35210
Phone:  205-956-8211      Fax:  205-956-1234

#3

Receipt #  300515417

Sunday, February 18, 2007 1:28pm

| | |
|---|---|
| Arrival | Sun 18-Feb-2007 |
| Renew/Depart | Sun 25-Feb-2007 |
| Room | 428 |
| Guests | 1 |

**HUFFMAN, JAMES G ID52227**
1108 THORNHILL AVE
SELMA                    AL
NO GUEST

**'92 NISSAN 3002 PEARL BLUE**

| # | Description | Tender | Rate | Deposit | H-Tax | C-Tax | S-Tax | Total |
|---|---|---|---|---|---|---|---|---|
| | **Sunday - February 18, 2007** | | | | | | | |
| 7 | Standard King | Cash | 139.00 | 10.00 | 5.56 | 8.34 | 5.56 | 168.46 |
| 1 | Check In Deposit Payment | Cash | -10.00 | | | | | -10.00 |
| 1 | Check In Payment | Cash | -158.46 | | | | | -158.46 |
| | Total | | 139.00 | 10.00 | 5.56 | 8.34 | 5.56 | 168.46 |
| | Payments | | | | | | | -168.46 |
| | Balance | | | | | | | 0.00 |

All Late Renewal Payments Are Subject To A Late Fee Charge. All Late
Charges Are Subject To Change Without Notice.
All Late Check Outs Are Subject To A Late Charge Of The Daily Room
Rate.

- 31 -

EXHIBIT F proving I didn't receive a copy of the Defendant's special Report and answer until February 21st 2007 when Aunt Ramona sent me the documents mailed ~~to her~~ her by the Attorney's to me care of Defendant's in Huntsville, Al.

First Class Mail

Mr. James L. Huffman
Economy Lodge Room #428
7941 Crestwood Boulevard
Birmingham, Al 35210



PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.com
Label 107R, February 2006

sonprice
Carranco Blankenship & Billingsley Inc
Public Accountants & Consultants
Interstate Court
mery, AL 36109-5220

*Exhibit B*
*Showing Admission to*
*Carraway*
*on 02/22/07*

HUFFMAN, JAMES

CARRAWAY-HANDLEY / BEVA—
03406580 5    CMD   02/22/07
               E    10291953
                    108

# ★ CARRAWAY
## METHODIST MEDICAL CENTER
### Physician Discharge Note - Part 1 of 2

| Date 2/23/07 | Activity |
|---|---|
| Time AM/PM 2:20 P | As tolerated A |

| Primary Diagnosis | Procedures, Major Tests/Results | Nutrition/Diet |
|---|---|---|
| CP w/o ACS | P. Hal (−), EF 61%. | Cardiac Prudent |
| CAD, HTN, HL | CPK/Troponin × 3 (−); IMP/LFTS (N) | |

**Treatment/Wound Care**

**Results To Be Followed by Primary MD**
B.P., BNZ dependence

___ NA or None

Incision care every ___

**Followup Plans**
Call for an appointment with Dr. BCH
Phone number in 1 wk
Appointment made with Dr. ___   Time ___
Date ___
Location: ___

## Medication Grid for Current Medications

| Precription Provided | Medication — Take only the medications listed on this sheet. Do Not resume previous home meds without consulting with your Doctor. | Breakfast | Lunch | Supper | Bedtime |
|---|---|---|---|---|---|
| ✓ | ASA 81 mg PO daily | ✓ | | | |
| ✓ | Plavix 75 mg PO daily | ✓ | ✓ | ✓ | ✓ |
| ✓ | Percocet 7.5/500 PO q4° prn | ✓ | ✓ | ✓ | |
| ✓ | Zocor 40 mg PO q HS | | | | ✓ |
| ✓ | Prilosec 20 mg PO daily | ✓ | | | |
| | Xanax 0.5 mg PO bid | | | | |

March 16th 1:45
Jackie

**Physician Signature**
X. Xiong

I have explained this sheet to Patient/Significant Other
**White Copy ( Medical Record)**
Yellow Copy (Physician)  Pink Copy (Patient)

**Patient/ Significant Other Signature**
James O. Halpern

This sheet has been explained to me, I understand
Its contents, and I have been given a copy of this sheet
Take this summary sheet to your next MD visit

-33-

HUFFMAN, JAMES

CARRAWAY-HANDLEY, BEV.

**★CARRAWAY**
METHODIST MEDICAL CENTER
**DISCHARGE SUMMARY**

Data Plate _03406580_ Date _02/22/07_ Time: _____    **Patient's Age:** _53_

Discharge Vital Signs: _98_ Temp _62_ HR _102/95_ BP _18_ RR _100_ O₂Sat _0_ Pain Scale

| Discharged to: | ___Home | ___ECF | ___Other: (Specify): _Lodge ~ Valley Ave_ |
| Discharged by: | ✓Wheelchair | ___Stretcher | ___Other: (Specify): _____ |
| Accompanied by: | ___Family | ___Other: (Specify): _N/U_ |

**Personal Belongings:** ___Dentures   ✓Glasses   ✓Clothing   ___Medications
___Valuables: (Specify): _____
Valuables returned from security?   ✓Yes   ___No   ___N/A

**Medications:** *See Home Medications Discharge Summary*
Patient has received Medication Summary: ✓Yes   ___No   ___N/A

**Activity Level:** ✓Resume normal activities   ___Restrict as instructed by physician
Special Limitations: _none_

Special Equipment: ___Foley   ___Ostomy   ___Walker   ___Wheelchair   ___Brace
___Crutches   ___Ventilator   ___Trach   ___Other:(Specify):_____
Instructions regarding use of equipment:_____

**Diet:** ✓Resume Regular Diet   ___Low Sodium Diet   ___Low Sodium/Low Saturated Fat Diet
___Low Saturated Fat Diet   ___Low Carbohydrate Diet   ___Low Carb/Low Sat. Fat/Low Sodium
___Other:(Specify):_____

**Treatment/Wound Care:** ✓None   ___N/A   ___Yes
Care Instructions: _____

**Call Physician for the Following Signs and Symptoms:**
Temperature Greater Than:_____   Pain Scale Greater Than: _7/0_   Drainage:(Specify)_____
Other:_____

**Discharge Instructions Included:** ___Booklet:(Specify)_none_   ___Videos:(Specify)_____
___Verbal Instructions   ___Demonstrations:(Specify)_____
Home Health to follow   ___Yes   ✓No
**Follow-Up Appointments:** ✓Yes   ___None
Dr._____   Date:_____   Time: _Call Dr Carraway-Handl_
Dr._____   Date:_____   Time: _for appointment_
Call to schedule an appointment as soon as possible with Dr._____   to be seen within _5/2 4/00_
**Patient/Authorized Signature:** _____
(Signature acknowledges that you have been informed and have a clear understanding of the above discharge instructions and have received your copy of the medication reconciliation form)
**Nurse Signature:** _____

8/06
CMMC - 21073   (A copy must be attached to the permanent medical record.)

_-34-_

INPATIENT

**Patient Discharge Instructions**

keyplate HUFFMAN, JAMES G
CO-41-38-68   03062007   453-1
JENNINGS, MAY S.
M   53  10/29/53  D.

*Exhibit H showing* Cooper Green - Mercy Hospital
Jefferson Health Systems

**Name** 31901655        50        **Discharge Date** 3/8/07          **Time** _____

*Admission to Cooper Green on 03/06/02 &
03/08/07 discharge*

**Medical Problems**

1. Chest Pain          3. Bipolar Disorder       5. _____

2. Anxiety             4. Chronic Pain           6. _____

**Surgical Procedures & Date Performed**

1. _____ / _____      2. _____ / _____

| **Major Diagnostic Test** | **Results** | **Major Diagnostic Test** | **Results** |
|---|---|---|---|
| 1. Stress Test | Normal | 3. | |
| 2. | | 4. | |

**Your Medications:** Your medications are listed on a separate form – Inpatient Medication Reconciliation and Discharge Medications List. A copy of this form and instructions will be provided to you.

**Discharge To:** ☑ Home    ☐ Nursing Home/ECF _____ (name)

☐ Another Hospital _____ (name)   ☐ Other _____ (name)   ☐ Left AMA

**Exercise/Activity Level** increase as tolerated **Diet** Cardiac Prudent

**Patient Teaching** *(Checking all that apply. Document self-care instructions and when to contact the doctor.)*

☐ Smoking Cessation   ☐ Alcohol Abuse   ☐ Drug Abuse   ☐ Foot
Care - Diabetes   ☐ Glucometer Training

☐ Wound Care: _____

☐ Weight Monitoring   ☐ Other _____

**Contact doctor if:**
___ Fever _____
___ Pain _____
___ Drainage _____
___ Other: _____

**Approx. Return to Work Date:** _____   ☐ Part time ☐ Full Time

**Follow Up Appointment:** (done) Clinic: Medicine       Clinic doctor is: Banu
3/22/07 @ 8:40 AM                              (Print name of Provider)

If symptoms worsen or in case of emergency before your appointment, call the clinic below:
☑ Medicine Clinic; Call 930-3200 and ask for the above clinic on Monday thru Friday 8 AM to 5 PM.
  Call 930-4205 between 5 PM and 8 AM, on weekends and holidays.
☐ Surgery Clinic at _____ ☐ _____ Clinic at _____

Physician Signature *J. Sherwood, MD*       Patient Signature *James G Huffman*

Time Discharged _____       Nurse Signature _____

**Thank you for allowing us to participate in your care. Bring this form with you to your next clinic visit.**

CGH – 167                    — 35 —                    Revised 12/06

INPATIENT

```
HUFFMAN, JAMES G
keyplate-38-03  03152007
TURNIPSEED, ELIZABETH
M   53  10/29/53  O
```

31951676        50

## Patient Discharge Instructions



**Cooper Green - Mercy Hospital**
Jefferson Health Systems

**Name** J94f8     **Discharge Date** 3/17/07     **Time** 1630

### Medical Problems
1. Coronary Artery Disease   3. Hyperlipidemia   5. Chronic Pain
2. High Blood Pressure   4. GERD   6. Depression/Anxiety

### Surgical Procedures & Date Performed
1. None     /     2.     /

| Major Diagnostic Test | Results | Major Diagnostic Test | Results |
|---|---|---|---|
| 1. Left Heart Cath | Total occlusion of | 3. | |
| 2. | RCA c good collaterals | 4. | |

**Your Medications:**   Your medications are listed on a separate form – Inpatient Medication Reconciliation and Discharge Medications List. A copy of this form and instructions will be provided to you.

**Discharge To:** ☒ Home   ☐ Nursing Home/ECF _____

☐ Another Hospital _____ (name)   ☐ Other _____ (name)   ☐ Left AMA

**Exercise/Activity Level** increase as tolerated   **Diet** _____

### Patient Teaching    *(Checking all that apply. Document self-care instructions and when to contact the doctor.)*

☐ Smoking Cessation   ☐ Alcohol Abuse   ☐ Drug Abuse   ☐ Foot

Care - Diabetes   ☐ Glucometer Training

☐ Wound Care: _____

☐ Weight Monitoring   ☐ Other _____

| Contact doctor if: |
|---|
| ____ Fever _____ |
| ____ Pain _____ |
| ____ Drainage _____ |
| ____ Other: _____ |

**Approx. Return to Work Date:** immediately ☐ Part time ☐ Full Time

**Follow Up Appointment:** Clinic: Keep your existing Clinic doctor is: _____
appointment c Dr. Brum    (Print name of Provider)

If symptoms worsen or in case of emergency before your appointment, call the clinic below:
☒ Medicine Clinic; Call 930-3200 and ask for the above clinic on Monday thru Friday 8 AM to 5 PM.
Call 930-4205 between 5 PM and 8 AM, on weekends and holidays.
☐ Surgery Clinic at _____ ☐ _____ Clinic at _____

Physician Signature _UH Turnipseed MD_   Patient Signature _James G Huffman_

Time Discharged _1630_   Nurse Signature _Janica Miller, RN_

**Thank you for allowing us to participate in your care. Bring this form with you to your next clinic visit.**

CGH – 167     — 36 —     Revised 12/06

COOPER GREEN HOSPITAL
1515 6TH AVE SOUTH
BIRMINGHAM, AL 35233

CLINIC APPOINTMENT SLIP
******************************** PATIENT INFORMATION ********************************
   NAME:   JAMES G HUFFMAN                         BIRTHDATE:10/29/53
   ADDRESS: 1316 HALL AVENUE


            BESSEMER,AL 35020


                                    MEDICAL RECORD NUMBER: 00413868
**********************************************************************************
***************************** APPOINTMENT INFORMATION ****************************

   CLINIC TO REPORT TO: <u>Southtown Clinic</u>        SCHEDULED DOCTOR: CHEAN - CHERRINGTON, ANDREA
L.

   SCHEDULED WITH:  CHERRINGTON,ANDREA L
   APPOINTMENT TYPE: ESTABLISHED PAT VISIT 20mins
   DATE OF APPOINTMENT: <u>Tuesday</u>
                       <u>March 13, 2007</u>
   TIME TO ARRIVE:  <u>10:20am</u>
   COMMENTS: EXAM
***************************** SCHEDULER INFORMATION ******************************
   DATE APPOINTMENT MADE: February 15, 2007
             BY WHOM: Shearer,Jessica
**********************************************************************************
                            PATIENT NOTICE
   If you cannot keep this appointment, please call 930-3350 to reschedule or
   cancel the appointment.
   YOU MUST HAVE A CURRENT "HEALTH FIRST CARD" TO REGISTER FOR ANY CLINIC!!!!
   If you need information on how to obtain a card please call 930-3377.
**********************************************************************************
<u>CLINIC A, B, & D</u> - Please register for your appointment in the Clinic registration area
located across from the Medicine Clinic.(1st Floor)
<u>CLINIC C (GYN)</u> -  Please register for you appointment on the Sixth (6th) Floor.
<u>CLINIC E</u> -  Please register for your appointment on the Sixth (6th) Floor.
<u>REHAB SERVICES (PHYSICAL,OCCUPATIONAL or SPEECH THERAPY) - Register on 8th Floor</u>
<u>HEART STATION, ULTRASOUND, NUCLEAR MEDICINE - Register 1st Floor in Radiology Dept</u>
<u>RADIOLOGY (X-RAY or CT)</u> - Please register at X-RAY (1st Floor)
<u>Pain Clinic</u> - 8th Floor
**********************************************************************************
IF YOU HAVE AN APPOINTMENT AT ONE OF THE COMMUNITY CARE CLINICS: BESSEMER (428-3668),
JEFFERSON METRO (791-6214), SOUTHTOWN (521-7587), PLEASE REGISTER AT THAT FACILITY.


            All Co-payments are due at the time of service

         Todos los pagos son requeridos al momento de recibir servicios

Please assist us by having your appointment slip, insurance card, and your co-pay available
when you present to the registration window for service.

Por favor ayudenos presentando su carta de cita, tarjeta de seguro medico o tarjeta azul, y
el deducible cuando se presente a la ventanilla de registro.

COOPER GREEN HOSPITAL
1515 6TH AVE SOUTH
BIRMINGHAM, AL 35233

CLINIC APPOINTMENT SLIP
******************************** PATIENT INFORMATION ********************************
   NAME:    JAMES G HUFFMAN
   ADDRESS: 1316 HALL AVENUE                    BIRTHDATE:10/29/53


      BESSEMER,AL 35020


                              MEDICAL RECORD NUMBER: 00413868
   ********************************************************************************
   ***************************** APPOINTMENT INFORMATION ********************************

   CLINIC TO REPORT TO: **CLINIC A**        SCHEDULED DOCTOR: BANSH - Banu,Shirin

   SCHEDULED WITH:  **BANU,SHIRIN,MD**
   APPOINTMENT TYPE: NEW PAT VISIT 40mins
   DATE OF APPOINTMENT: **Thursday**
                        **March 22, 2007**
   TIME TO ARRIVE:  **8:40am**
   COMMENTS: FOLLOW UP AFTER HOSPITAL STAY

   ***************************** SCHEDULER INFORMATION ********************************
   DATE APPOINTMENT MADE: March 8, 2007
            BY WHOM: Nelson,Barbara
   ********************************************************************************
                              PATIENT NOTICE
   If you cannot keep this appointment, please call 930-3350 to reschedule or
   cancel the appointment.
   YOU MUST HAVE A CURRENT "HEALTH FIRST CARD" TO REGISTER FOR ANY CLINIC!!!!
   If you need information on how to obtain a card please call 930-3377.
********************************************************************************
**CLINIC A, B, & D** - Please register for your appointment in the Clinic registration area
located across from the Medicine Clinic.(1st Floor)
**CLINIC C (GYN)** -  Please register for you appointment on the Sixth (6th) Floor.
**CLINIC E** -  Please register for your appointment on the Sixth (6th) Floor.
**REHAB SERVICES (PHYSICAL,OCCUPATIONAL or SPEECH THERAPY) - Register on 8th Floor**
**HEART STATION, ULTRASOUND, NUCLEAR MEDICINE - Register 1st Floor in Radiology Dept**
**RADIOLOGY (X-RAY or CT)** - Please register at X-RAY (1st Floor)
**Pain Clinic** - 8th Floor
********************************************************************************
IF YOU HAVE AN APPOINTMENT AT ONE OF THE COMMUNITY CARE CLINICS: BESSEMER (428-3668),
JEFFERSON METRO (791-6214), SOUTHTOWN (521-7587), PLEASE REGISTER AT THAT FACILITY.


          All Co-payments are due at the time of service

        Todos los pagos son requeridos al momento de recibir servicios

Please assist us by having your appointment slip, insurance card, and your co-pay available
when you present to the registration window for service.

Por favor ayudenos presentando su carta de cita, tarjeta de seguro medico o tarjeta azul, y
el deducible cuando se presente a la ventanilla de registro.


                            - 38 -

COOPER GREEN HOSPITAL
1515 6TH AVE SOUTH
BIRMINGHAM, AL 35233

CLINIC APPOINTMENT SLIP
******************************* PATIENT INFORMATION *******************************
NAME:    JAMES G HUFFMAN
ADDRESS: 1316 HALL AVENUE                     BIRTHDATE:10/29/53


          BESSEMER,AL 35020


                                        MEDICAL RECORD NUMBER: 00413868
*********************************************************************************
***************************** APPOINTMENT INFORMATION *****************************

  CLINIC TO REPORT TO: <u>Southtown Clinic</u>      SCHEDULED DOCTOR: CHEAN - CHERRINGTON, ANDREA
L.

  SCHEDULED WITH:  CHERRINGTON,ANDREA L
  APPOINTMENT TYPE: ESTABLISHED PAT VISIT 20mins
  DATE OF APPOINTMENT: <u>Tuesday</u>
                      <u>June 19, 2007</u>
  TIME TO ARRIVE:  <u>9:20am</u>
  COMMENTS: LBP
***************************** SCHEDULER INFORMATION *******************************
  DATE APPOINTMENT MADE: March 13, 2007
            BY WHOM: Shearer,Jessica
*********************************************************************************
                        PATIENT NOTICE
  If you cannot keep this appointment, please call 930-3350 to reschedule or
  cancel the appointment.
  YOU MUST HAVE A CURRENT "HEALTH FIRST CARD" TO REGISTER FOR ANY CLINIC!!!!
  If you need information on how to obtain a card please call 930-3377.
*********************************************************************************
<u>CLINIC A, B, & D</u> - Please register for your appointment in the Clinic registration area
located across from the Medicine Clinic.(1st Floor)
<u>CLINIC C (GYN)</u> -  Please register for you appointment on the Sixth (6th) Floor.
<u>CLINIC E</u> -  Please register for your appointment on the Sixth (6th) Floor.
<u>REHAB SERVICES (PHYSICAL,OCCUPATIONAL or SPEECH THERAPY)</u> - Register on 8th Floor
<u>HEART STATION, ULTRASOUND, NUCLEAR MEDICINE - Register 1st Floor in Radiology Dept</u>
<u>RADIOLOGY (X-RAY or CT)</u> - Please register at X-RAY (1st Floor)
<u>Pain Clinic</u> - 8th Floor
*********************************************************************************
IF YOU HAVE AN APPOINTMENT AT ONE OF THE COMMUNITY CARE CLINICS: BESSEMER (428-3668),
JEFFERSON METRO (791-6214), SOUTHTOWN (521-7587), PLEASE REGISTER AT THAT FACILITY.


          All Co-payments are due at the time of service

        Todos los pagos son requeridos al momento de recibir servicios

Please assist us by having your appointment slip, insurance card, and your co-pay available
when you present to the registration window for service.

Por favor ayudenos presentando su carta de cita, tarjeta de seguro medico o tarjeta azul, y
el deducible cuando se presente a la ventanilla de registro.

— 39 —