IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES G. HUFFMAN | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-748-MEF |
| SOUTHERN HEALTH SERVICES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered on March 7, 2007 (Doc. No. 34) be and is hereby VACATED.

It is further

ORDERED that Plaintiff is GRANTED an extension from February 28, 2007 to April 3, 2007 file his response to Defendants' special reports.

Done, this 21st day of March 2007.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE